SACV09-82.doc    Alan Keyes v Obama
Filed Jan 20, 2009
Case 8:09-cv-00082-DOC-AN    Document 5    Filed 05/18/2009    Page 1 of 1

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Barack Hussein Obama II
was received by me on *(date)* February 10, 2009    otter

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Mail Clerk _____, who is
designated by law to accept service of process on behalf of *(name of organization)* Department of Justice,
mail room clerk    on *(date)* February 10, 2009

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 05-17-09

Mary Ann McKiernan
*Server's signature*

Mary Ann McKiernan
*Printed name and title*

221 Fir Ct Streamwood Il
*Server's address*
60107

Additional information regarding attempted service, etc:

[FILED stamp: 2009 MAY 18 PM 2:36 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA BY: ___]