# UNITED STATES DISTRICT COURT
## for the CENTRAL DISTRICT OF CALIFORNIA
### Santa Ana Division

Alan Keyes, PhD., Wiley S. Drake, and Markham Robinson,

    Plaintiffs

v.

Barack H. Obama, et al.

    Defendants.

Civil Action No. SACV09-82 DOC (ANx)

## Motion for Default

Plaintiffs, by and through their undersigned counsel, hereby move for entry of a default by the clerk against Defendant Barack H. Obama a/k/a Barry Soetoro for failure to serve or file any paper or responsive pleading in this matter within the time required by law. The undersigned certifies that no responsive pleading or paper has been received.

Respectfully submitted on May 27, 2009.

_____

_____
ORLY TAITZ, Esq. (SBN 223433)
26302 La Paz
Mission Viejo Ca 92691
Telephone: (949) 683-5411
Facsimile: (949) 586-2082
Attorney for Plaintiffs

## DEFAULT

A default is entered in this action against the defendant named in the foregoing motion for failure to serve or file any paper as required by law.

Dated on \_\_\_\_27_____, 2009.

CLERK OF THE DISTRICT COURT

By:_____
    Deputy Clerk