UNITED STATES DISTRICT COURT
for the CENTRAL DISTRICT OF CALIFORNIA
Santa Ana Division

| | |
|---|---|
| Alan Keyes, PhD., Wiley S. Drake, and Markham Robinson,<br><br>　　　　　Plaintiffs<br><br>　　　v.<br><br>Barack H. Obama, et al.<br><br>　　　　　Defendants. | Civil Action No. SACV09-82 DOC (ANx) |

## Amended Motion for Default

　　　Plaintiffs, by and through their undersigned counsel, and in accordance with the Federal Rules of Civil Procedure, Rule 4(e) hereby move for entry of a default by the clerk against Defendant Barack H. Obama, a/k/a Barack Hussein Obama,II, a/k/a Barack H. Obama,II, a/k/a Barry Obama a/k/a Barry Soetoro for failure to serve or file any paper or responsive pleading in this matter within the time required by law. The undersigned certifies that no responsive pleading or paper has been received.

Respectfully submitted on June 2, 2009.

_____

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ORLY TAITZ, Esq. (SBN 223433)
　　　　　　　　　　　　　　　　　　　26302 La Paz
　　　　　　　　　　　　　　　　　　　Mission Viejo Ca 92691
　　　　　　　　　　　　　　　　　　　Telephone: (949) 683-5411
　　　　　　　　　　　　　　　　　　　Facsimile: (949) 586-2082
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

**DEFAULT**

　　　A default is entered in this action against the defendant named in the foregoing motion for failure to serve or file any paper as required by law.

Dated on _____, 2009.

CLERK OF THE DISTRICT COURT

By:_____
　　　Deputy Clerk