UNITED STATES DISTRICT COURT
for the CENTRAL DISTRICT OF CALIFORNIA
Santa Ana Division

| | | |
|---|---|---|
| Alan Keyes, PhD., Wiley S. Drake, and Markham Robinson, | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Civil Action No. SACV09-82 DOC (ANx) |
| Barack H. Obama, et al. | ) ) | |
| Defendants. | ) | |

## Second Amended Motion for Default

Plaintiffs, by and through their undersigned counsel, and in accordance with the Federal Rules of Civil Procedure, Rule 4(e) hereby move for entry of a default by the clerk against Defendant Barack H. Obama, a/k/a Barack Hussein Obama,II, a/k/a Barack H. Obama,II, a/k/a Barry Obama a/k/a Barry Soetoro for failure to serve or file any paper or responsive pleading in this matter within the time required by law.  The undersigned certifies that no responsive pleading or paper has been received. Amended affidavit of the process server Mary Ann McKiernan is attached.

Respectfully submitted on June 2, 2009.

_____

_____
ORLY TAITZ, Esq. (SBN 223433)
26302 La Paz
Mission Viejo Ca 92691
Telephone: (949) 683-5411
Facsimile: (949) 586-2082
Attorney for Plaintiffs

**DEFAULT**

A default is entered in this action against the defendant named in the foregoing motion for failure to serve or file any paper as required by law.

Dated on _____, 2009.

CLERK OF THE DISTRICT COURT

By:_____

Deputy Clerk