# GENERAL AFFIDAVIT

**State of Illinois**
**County of Cook**

**BEFORE ME**, the undersigned Notary, ELIZABETH J. DELGADO, on this 2nd day June, 2009, personally appeared Mary Ann McKiernan, known to me to be a credible person and of lawful age, who being by me first duly sworn, on her oath, deposes and says:

On February 10, 2009, I tried to serve a Pleading to Barack H. Obama, a.k.a. Barack H. Obama II, a.k.a. Barry Obama, a.k.a. Barry Soetoro at the White House 1600 Pennsylvania Avenue, Washington D.C, 20500. I gave the envelope with the Pleading to a Secret Service Agent at a gate just outside of the White House. The Secret Service Agent immediately opened up the envelope. The Secret Service Agent made several calls while I was waiting for them to answer. I was advised by the Secret Service Agent that I could not serve the papers here. They gave me back the envelope with the Pleading inside of it, along with my State ID Card. I left the White House and made a call to the White House 202-456-1111. I explained to the White House Operator my reason for my visit is to serve some papers on Barack Hussein Obama. The operator immediately forwarded my call to the White House Legal Counsel. I was advised by the White House Legal Counsel that I needed to serve the papers to the Department of Justice. I went over to the Department of Justice Department. When I got there, the female Security Guard that was outside told me that I could not serve the papers. I told the Security Person, I am being sent here from the White House. I called the Department of Justice and explained to someone from the Department of Justice that I had papers to serve on Barack Hussein Obama and I have been advised by the White House to serve them here. The person that I spoke to said that someone would come out and get the papers. A male Mail Clerk came out and took the papers.

*/s/ Mary Ann McKiernan*

Mary Ann McKiernan
221 Fir Court
Streamwood, IL, 60107

Subscribed and sworn to before me, this __2__ day of __JUNE__, 20__09__.

_____
*/s/ Elizabeth J. Delgado*
NOTARY PUBLIC

"OFFICIAL SEAL"
Elizabeth J. Delgado
Notary Public, State of Illinois
My Commission Expires 02/20/2010

My commission expires: __2-20__, 20__10__.