# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SA CV09-0082-DOC(ANx)                              Date   June 22, 2009

Title   ALAN KEYES, PH.D., ET. AL., -V- BARACK H. OBAMA, ET. AL.,

---

Present: The Honorable   **DAVID O. CARTER**

| Kristee Hopkins | NONE PRESENT | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

Proceedings:   (In Chambers)   ORDER SETTING HEARING ON MOTION

    Before the Court is a Motion by Plaintiffs for Reconsideration of Order to Show Cause or in the Alternative to Certify Question for Appeal.  Court sets this matter for hearing on **July 13, 2009 at 8:30a.m. in Courtroom 9D**.

    Plaintiffs are directed to make every effort possible to ensure that all remaining defendants are aware of the hearing and provide documentation that the individual receiving service is authorized to accept on defendants' behalf.

 

                                                                                                                       :   00

Initials of Preparer   kh