**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES - GENERAL</u>**

Case No. SACV 09-0082 DOC (ANx)                                              Date: July 15, 2009

Title: KEYES, ET AL. V. OBAMA, ET AL.

---

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                 Date:_____   Deputy Clerk: _____

---

PRESENT:

<u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

  Kristee Hopkins                                 Not Present
  Courtroom Clerk                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                 NONE PRESENT

---

PROCEEDING (IN CHAMBERS): FINDING MOTION FOR RECONSIDERATION AS MOOT

      On July 13, 2009, Plaintiff's counsel as well as a U.S. Attorney appeared for a hearing on Plaintiff's Motion for Reconsideration of this Court's Order to Show Cause, or in the Alternative, to Certify Question for Appeal under 28 U.S.C. §1292 (the "Motion"). During the hearing, the parties agreed to a means of proper service upon President Barack Obama. At the hearing, Plaintiff also stated that she is dismissing her claims against all remaining Defendants listed in the *Original Complaint*, as well as all claims for relief except her request for a declaratory judgment as to whether or not President Obama is a "natural born citizen" within the meaning of the U.S. Constitution.

      Accordingly, the Motion for Reconsideration is MOOT. Counts Two and Three of the Original Complaint, as well as all Defendants besides President Obama, are HEREBY VOLUNTARILY DISMISSED.

      The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                        Initials of Deputy Clerk _kh_
CIVIL - GEN                                                        Page 1 of 1