# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   SA CV09-0082-DOC(ANx)                                  Date   July 13, 2009

Title   ALAN KEYES, PH.D., ET. AL., -V- BARACK H. OBAMA, ET. AL., CO., ET. AL.,

---

Present: The Honorable   David O. Carter, U.S. District Judge

| Kristee Hopkins | Debbie Gale | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for United States: | |
| Orly Taitz | David DeJute, AUSA (Interested Party) | |

Proceedings:   MOTION BY PLAINTIFFS FOR RECONSIDERATION OF ORDER TO SHOW CAUSE OR IN THE ALTERNATIVE TO CERTIFY QUESTION FOR APPEAL

The matter is called. Counsel state their appearances. Argument by counsel.

Counsel are excused to meet and confer regarding service of Complaint. Counsel return and advised the Court of their agreement to a means of proper service upon President Barack Obama. Court directs plaintiffs to immediately effect service of the Complaint upon a person authorized to accept service at the United States Attorney's Office as to the remaining defendant.

                                                                                 1   :   13

                                                       Initials of Prepare   kh