# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   SA CV09-0082-DOC(ANx)                                  Date   July 16, 2009

Title   CAPTAIN PAMELA BARNETT, ET. AL., -V- BARACK HUSSEIN OBAMA, ET. AL.,

---

Present: The Honorable        DAVID O. CARTER

| Kristee Hopkins | NONE PRESENT | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

Proceedings:   (In Chambers)   ORDER DIRECTING SERVICE OF FIRST AMENDED COMPLAINT

    The Court is in receipt of Plaintiffs' First Amended Complaint filed on July 15, 2009. Plaintiffs are ordered to properly serve the First Amended Complaint on or before August 16, 2009, and file Proof of Service of such on or before August 23, 2009.

    The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

                                                                                                                                                                                   :   00

Initials of Preparer   kh