1

2

3   Dr. Orly Taitz
    Attorney-at-Law
4   Orly Taitz Law Offices
    26302 La Paz, Suite 211
5   Mission Viejo, California 92691
    Telephone: (949) 683-5411
6   E-Mail: dr_taitz@yahoo.com

7                UNITED STATES DISTRICT COURT
           FOR THE CENTRAL DISTRICT OF CALIFORNIA
8                SANTA ANA (SOUTHERN) DIVISION

9   Captain Pamela Barnett,                    §
    Lt. Colonel Richard Norton Bauerbach       §
10  Captain Robin D. Biron                     §
    Colonel John D. Blair,                     §
11  Mr. David L. Bosley,                       §
    Ms. Loretta G. Bosley,                     §
12  Captain Harry G. Butler,                   §
    Representative Glenn Casada, Tennessee     §
13  Jennifer Leah Clark,                       §
    Represenative Timothy Comerford, NH        §
14  Charles Crusemire,                         §
    Representative Cynthia Davis, Missouri     §   Civil Action No.:
15  Chief Warrant O. Thomas S. Davidson        §   SACV09-00082-DOC (Anx)
    Wiley S. Drake,                            §
16  Matthew Michael Edwards,                   §   TRIAL-BY-JURY
    Lt. Jason Freese,                          §   DEMANDED
17  Mr. Kurt C. Fuqua,                         §
    Officer Clint Grimes,                      §
18  Representative Casey Guernsey, Missouri    §
    Julliett Ireland,                          §
19  D. Andrew Johnson,                         §
    Israel D. Jones,                           §
20  Timothy Jones,                             §
    Alan Keyes, Ph.D.,                         §
21  Commander David Fullmer LaRoque,           §
    Gail Lightfoot,                            §
22  Lita M. Lott,                              §
    Major David Grant Mosby,                   §
23  MSGT Steven Kay Neuenschwander,            §
    Representative Frank Niceley, Tennessee    §
24  Retired Senator Jerry O'Neil, Montana,     §
    SFC E7 Robert Lee Perry,                   §
25  Representative Larry Rappaport, NH         §
    Colonel Harry Riley,                       §
26  Markham Robinson,                          §
    Sergeant Jeffrey Wayne Rosner,             §
27  MSGT Jeffrey Schwilk,                      §
28

*Rule 41(a)(1)(A)(i) Notice by Wiley S. Drake and Markham G. Robinson*
*Notice of Voluntary Dismissal, SACV09-00082-DOC (ANX),*
*Filed August 1, 2009*                          - 1 -

DR. ORLEY TAITZ
FOR THE PLAINTIFFS
26302 LA PAZ SUITE 211
MISSION VIEJO, CALIFORNIA 92691

1

2

3  Captain David Smithey,                              §
   Lt. Commander John Bruce Steidel,                  §
4  Cmdr. Douglas Earl Stoeppelwerth                   §
   Thomas J Taylor,                                   §
5  Representative Eric Swafford, Tennessee            §
   Captain Neil B. Turner,                            §
6  Richard E. Venable,                                §
   LCDR Jeff Graham Winthrope, and                    §
7  Lt. Colonel Mark Wriggle,                          §
                        Plaintiffs,                   §
8                                                     §
            v.                                        §
9                                                     §
                                                      §
10 Barack Hussein Obama,                              §
   Michelle L.R. Obama,                               §
11 Hillary Rodham Clinton, Secretary of State,        §
   Robert M. Gates, Secretary of Defense,             §
12 Joseph R. Biden, Vice-President and                §
   President of the Senate,                           §
13                      Defendants.                   §

14        PLAINTIFF WILEY S. DRAKE & MARKHAM G. ROBINSON
15    RULE 41(a) NOTICE OF VOLUNTARY DISMISSAL without PREJUDICE

16        Plaintiffs Wiley S. Drake and Markham G. Robinson have communicated

   through their preferred counsel Gary G. Kreep that they do not wish to be
17
   represented by the undersigned counsel and that they do not wish to work with her
18
   any more, in that they initially disapproved of filing in Federal Court.
19
20             IRRECONCILABLE DIFFERENCES WITH COUNSEL

21        These Plaintiffs submit that they have irreconcilable differences with the

22 strategy of the undersigned counsel.  For her part, the undersigned counsel for all

23 other Plaintiffs respectfully submits and states in good faith that she cannot

24 effectively work or cooperate with these Plaintiffs' proposed counsel Gary G. Kreep,

   and that no involuntary association of counsel in a complex and highly contentious
25
   case such as the present, highly emotionally charged and politically sensitive
26
   litigation is likely to yield positive results.  One of the plaintiffs filing notice herein
27
   has made public comments with which the undersigned counsel does not agree.
28

*Rule 41(a)(1)(A)(i) Notice by Wiley S. Drake and Markham G. Robinson*
*Notice of Voluntary Dismissal, SACV09-00082-DOC (ANX),*
*Filed August 1, 2009*                    - 2 -

DR. ORLEY TAITZ
FOR THE PLAINTIFFS
26302 LA PAZ SUITE 211
MISSION VIEJO, CALIFORNIA 92691

1
2
3      Wherefore, Plaintiffs Wiley S. Drake and Markham G. Robinson serve notice,
4  pursuant to Rule 41(a)(1)(A)(i) of voluntary dismissal and withdrawal of their names
5  as Plaintiffs in the above-entitled and numbered cause of action, reserving to
6  themselves the right to pursue similar or parallel or distinct litigation in any court of
7  competent jurisdiction, state or federal.  Plaintiffs and the undersigned counsel
8  submit that infighting among allies is among the most counterproductive factors
9  which can possibly arise in litigation.
10      According to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure
11  Plaintiffs may voluntarily dismiss their cause of action without a court order by filing
12  their Notice of Dismissal before the opposing party serves either an answer or a
13  motion for summary judgment.  No opposing party has served either an answer or a
14  motion for summary judgment in the present case.  No opposing party has filed a
15  counterclaim, nor has any opposing party filed any motion adverse to the interests of
16  these plaintiffs whatsoever.
17      These Plaintiffs file their Notice of Voluntary Dismissal without Prejudice,
18  and would aver that they have never previously dismissed any federal or state-court
19  action based on or including the same claims as in the present action, so that pursuant
20  to Rule 41(a)(1)(B) there is no reason or cause for considering that these plaintiffs'
21  notice of voluntary dismissal should or could operate as an adjudication on the merits
22  of any aspect of their claims.

23                           <u>PRAYER FOR RELIEF</u>
24      WHEREFORE, Plaintiffs WILEY S. DRAKE and MARKHAM G.
25  ROBINSON ask this Court to take Notice of and Approve their withdrawal from this
26  action and voluntary dismissal of their names from the list of Plaintiffs, without
27  prejudice to their refiling their claims at some future date in any court of competent
28  jurisdiction, state or federal.

*Rule 41(a)(1)(A)(i) Notice by Wiley S. Drake and Markham G. Robinson*
*Notice of Voluntary Dismissal, SACV09-00082-DOC (ANX),*
*Filed August 1, 2009*                          - 3 -

DR. ORLEY TAITZ
FOR THE PLAINTIFFS
26302 LA PAZ SUITE 211
MISSION VIEJO, CALIFORNIA 92691

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Saturday, August 1, 2009

Respectfully submitted,


By:_____
Dr. Orly Taitz, Esq. (SBN 223433)
Attorney for the Plaintiffs
26302 La Paz, Suite 211
Mission Viejo, California 92691

Telephone (949) 683-5411
E-Mail: dr_taitz@yahoo.com

*Rule 41(a)(1)(A)(i) Notice by Wiley S. Drake and Markham G. Robinson*
*Notice of Voluntary Dismissal, SACV09-00082-DOC (ANX),*
*Filed August 1, 2009*

- 4 -

## **PROOF OF SERVICE**

I the undersigned Charles Edward Lincoln, being over the age of 18 and not a party to this case, so hereby declare under penalty of perjury that on this Wednesday July 15, 2009, I provided facsimile copies of the Plaintiffs' above-and-foregoing "Rule 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL without prejudice" filed by and on-behalf of Plaintiffs WILEY S. DRAKE and MARKHAM G. ROBINSON upon those attorneys who have appeared in this case in accordance with the local rules of the Central District of California, to wit:

THOMAS P. O'BRIEN

LEON W. WEIDMAN

ROGER E. WEST

DAVID A. DeJUTE

FACSIMILE (213) 894-7819

DONE AND EXECUTED ON THIS 1st day of August, 2009

Charles Edward Lincoln

*Rule 41(a)(1)(A)(i) Notice by Wiley S. Drake and Markham G. Robinson*
*Notice of Voluntary Dismissal, SACV09-00082-DOC (ANX),*
*Filed August 1, 2009*     - 5 -

DR. ORLEY TAITZ
FOR THE PLAINTIFFS
26302 LA PAZ SUITE 211
MISSION VIEJO, CALIFORNIA 92691