7s. 6d.   №   495          COAST  PROVINCE

# CERTIFIED COPY OF REGISTRATION OF BIRTH

19 61     No. 47,044     DISTRICT OF MOMBASA     8733

| | |
|---|---|
| Date and Place of Birth | 4th August, 1961 at Coast General Hospital, Mombasa |
| Christian Name(s) | BARACK HUSSEIN II       Sex  Male |
| FATHER— Name, Surname, Age, and Birthplace | Barack Hussein OBAMA 26 years Kanyadhiang village, Nyanza Province |
| Occupation | Student |
| MOTHER— Name, Surname, Maiden Surname, Age, and Birthplace | Stanley Ann OBAMA formerly DUNHAM 18 years Wichita, Kansas, UNITED STATES |
| Year of Present Marriage | 1961 |
| Number of Previous Issue { Living | nil |
| { Deceased | nil |
| Signature, Description and Residence of Informant | B.H. OBAMA, Father Honolulu, Hawaii, UNITED STATES |
| Signature of Registrar | E.F. Lavender |
| Date of Registration | 5th August, 1961 |

(For official use only)

Entered at the District Registry Office, this 9th day of August, 1961

M.B. Miller
District Registrar

I, Joshua Simon ODUYA, Deputy Registrar of Births, Deaths, and Marriages for the Coast Province of Kenya, do hereby certify that the above is a true copy of the entry recorded in the Birth Register of this Province, Book 44B, Page 5733.

Given under my Hand and Seal of Office this 17th day of February, 1964

Deputy Registrar.

OFFICE OF THE PRINCIPAL REGISTRAR,
COAST PROVINCE, REPUBLIC OF KENYA