1

2

3  Dr. Orly Taitz
   (California SBN 223433)
4  Attorney-at-Law
   Orly Taitz Law Offices
5  26302 La Paz, Suite 211
   Mission Viejo, California 92691
6  Telephone: (949) 683-5411
   E-Mail: dr_taitz@yahoo.com

7              UNITED STATES DISTRICT COURT
        FOR THE CENTRAL DISTRICT OF CALIFORNIA
8             SANTA ANA (SOUTHERN) DIVISION

9  Captain Pamela Barnett,                    §
   Lt. Colonel Richard Norton Bauerbach       §
10 Captain Robin D. Biron                     §
   Colonel John D. Blair,                     §
11 Mr. David L. Bosley,                       §
   Ms. Loretta G. Bosley,                     §
12 Captain Harry G. Butler,                   §
   Representative Glenn Casada, Tennessee     §    Civil Action No.:
13 Jennifer Leah Clark,                       §    SACV09-00082-DOC (Anx)
   Representative Timothy Comerford, NH       §
14 Charles Crusemire,                         §
   Representative Cynthia Davis, Missouri     §
15 Chief Warrant O. Thomas S. Davidson        §
   Matthew Michael Edwards,                   §    PLAINTIFFS' NOTICE OF
16 Sergeant Jason Freese,                     §    28 U.S.C. §636 **OBJECTIONS**
   Mr. Kurt C. Fuqua,                         §    AND **MOTION FOR REVIEW**
17 Officer Clint Grimes,                      §    OF MAGISTRATE JUDGE
   Representative Casey Guernsey, Missouri    §    **ARTHUR NAKAZATO'S**
18 Julliett Ireland,                          §    *SUA SPONTE* ORDER OF
   D. Andrew Johnson,                         §    AUGUST 6, 2009
19 Israel D. Jones,                           §    STRIKING MOTION FOR
   Timothy Jones,                             §    LETTERS ROGATORY and
20 Alan Keyes, Ph.D.,                         §    MOTION TO RECUSE
   Commander David Fullmer LaRoque,           §    MAGISTRATE JUDGE
21 Gail Lightfoot,                            §    ARTHUR NAKAZATO under
   Lita M. Lott,                              §    28 U.S.C. §455(a)
22 Major David Grant Mosby,                   §    "Appearance of Impropriety due
   MSGT Steven Kay Neuenschwander,            §    to bias or prejudice."
23 Representative Frank Niceley, Tennessee    §
   Retired Senator Jerry O'Neil, Montana,     §    **Motion Day Hearing: Monday**
24 SFC E7 Robert Lee Perry,                   §    **September 14, 2009, 8:30 AM**
   Representative Larry Rappaport, NH         §
25 Colonel Harry Riley,                       §    Request for Earlier & Expedited
   Sergeant Jeffrey Wayne Rosner,             §    Hearing Submitted herein
26 MSGT Jeffrey Schwilk,                      §
   Captain David Smithey,                     §
27

28

---

*Rule 72(a) Objections and Motion for Review of Magistrate Judge*
*Arthur Nakazato's Sua Sponte Order (Document 35) & to Recuse*  - 1 -

1
2
3   Carl S. Sneeden, DVM,                            §
    Lt. Commander John Bruce Steidel,               §
4   Cmdr. Douglas Earl Stoeppelwerth                §
    Thomas J Taylor,                                §
5   Representative Eric Swafford, Tennessee         §
    Captain Neil B. Turner,                         §
6   Richard E. Venable,                             §
    LCDR Jeff Graham Winthrope, and                 §
7   Lt. Colonel Mark Wriggle,                       §
                            Plaintiffs,             §
8                                                   §
            v.                                      §
9                                                   §
    Barack Hussein Obama,                           §
10  Michelle L.R. Obama,                            §
    Hillary Rodham Clinton, Secretary of State,     §
11  Robert M. Gates, Secretary of Defense,          §
    Joseph R. Biden, Vice-President and             §
12  President of the Senate,                        §
                            Defendants.             §
13

14              PLAINTIFFS' OBJECTIONS TO MAGISTRATE
15      JUDGE ARTHUR NAKAZATO'S ACTION OF AUGUST 6, 2009 and
           MOTION FOR REVIEW PURSUANT TO CDCA L.R. 72-2.1:
16  NO TRANSFER NOR CONSENT NOR ORDER OF REFERENCE AUTHORIZED
    THIS MAGISTRATE'S SUA SPONTE ORDER OR INVOLVEMENT IN THIS
17           CASE---MOTION TO RECUSE 28 U.S.C. §455(a)

18          Judge Arthur Nakazato's order of August 6, 2009, is a nullity without lawful
19
    force or effect because it was entered without any prior transfer nor order of reference,
20
    nor by the consent of the parties, pursuant to 28 U.S.C. §636(b)(1)(A) and Rule 72(a)
21
    of the Federal Rules of Civil Procedure.  Plaintiffs are concerned, and first and
22
    foremost generally object to Judge Nakazato's August 6, 2009 order (shown as
23
    Document 35) in **"Case: 8:09-cv-00082-DOC-AN As of: 08/17/2009 06:55 PM**
24
    **PDT"** because Judge Nakazato's hyper-formalistic order appears to be inconsistent
25
    with Judge David O. Carter's oral assurances in court on July 13, 2009, that this case
26
    would be allowed to proceed on the merits without undue regard to technicalities.
27
            The motion submitted was extremely important and the technicalities
28
    enumerated seem unworthy.  The first violations of the local rules which Judge

*Rule 72(a) Objections and Motion for Review of Magistrate Judge*
*Arthur Nakazato's Sua Sponte Order (Document 35) & to Recuse*  - 2 -

DR. ORLEY TAITZ
FOR THE PLAINTIFFS
26302 LA PAZ SUITE 211
MISSION VIEJO, CALIFORNIA 92691

1

2

3   Nakazato listed was the form of the "Notice of Motion" required by Central District of

4   California L.R. 6-1 and L.R. 7-4: Plaintiffs did not check their calendars to select

5   which Monday was their Motion day.  While omission was a fair criticism on the

6   Magistrate Judge's part, L.R. 7-4 states that "the court MAY decline to consider a

7   motion unless it meets to requirements of L.R. 7-4-7-8."  In the context of this case,

8   where none of the Defendants had actually appeared or answered as of yet, and in

9   which Judge Carter had previously set hearings *sua sponte* without reference to the

10  "Notice of Motion" rule or schedule, Judge Nakazato's UNAUTHORIZED order

11  striking the Plaintiffs' Motion seems unduly severe and prejudicial.

12          In regard to L.R. Rule 11-3.3 regarding form and format: pagination, Plaintiffs

13  submit that their failure to paginate was a printing error, and that in fact they were

14  unaware that their motion had no numbers until this was pointed out by the Court,

15  because on their computer screen, the Motion was fully compliant with: **"L.R. 11-3.3**

16  **Pagination.  All documents shall be numbered consecutively at the bottom of**

17  **each page."**  More perplexing, however, is Judge Nakazato's reference to Rule 11-

18  3.6: "**L.R. 11-3.6 Spacing** . The typing or printing on the document shall be double

19  spaced, including citations and quotations."

20          Even after carefully examining the three subparts of L.R. 11-3.6 in some detail,

21  Plaintiffs submit that their August 1, 2009, Motion was entirely in compliance with

22  Local Rules 11-3.6, 11-3.6.1, 11-3.6.2, and 11.6.3.  In any event, Plaintiffs' First

23  Amended Motion for Issuance of Letters Rogatory is currently being prepared.

24          ## 28 U.S.C. §455(a) MOTION TO RECUSE

25          ## MAGISTRATE JUDGE ARTHUR NAKAZATO

26          **As noted above, Judge Arthur Nakazato's order of August 6, 2009, seems**

27  **entirely incompatible with Judge David O. Carter's oral pronouncements made**

28  **both literally and figuratively *ex-cathedra* in open court on Monday, July 13, 2009,**

*Rule 72(a) Objections and Motion for Review of Magistrate Judge*
*Arthur Nakazato's Sua Sponte Order (Document 35) & to Recuse*   - 3 -

DR. ORLEY TAITZ
FOR THE PLAINTIFFS
26302 LA PAZ SUITE 211
MISSION VIEJO, CALIFORNIA 92691

1
2
3   that he intended to take this case concerning the qualifications of Barack Hussein
4   Obama to serve as President of the United States seriously and see that the merits of
5   this case would not be obscured by trivial technicalities.

6       As the United States Supreme Court has held (per Justice Scalia) that

7       …favorable or unfavorable predisposition can also deserve to be
8       characterized as "bias" or "prejudice" because, even though it springs
9       from the facts adduced or the events occurring at trial, it is so extreme as
        to display clear inability to render fair judgment. (That explains what
10      some courts have called the "pervasive bias" exception to the
        "extrajudicial source" doctrine. See, e.g., *Davis v. Board of School*
11      *Comm'rs of Mobile County,* 517 F.2d 1044, 1051 (CA5 1975), cert.
        denied, 425 U.S. 944, 48 L. Ed. 2d 188, 96 S. Ct. 1685 (1976).)

12
13  *Liteky v. United States*, 510 U.S. at 551, 114 S.Ct.at 1155, 127 L.Ed.2d at 488
    (1994).

14      Plaintiffs submit that Judge Arthur Nakazato's order, entered without any prior
15  order of reference, without the consent of the parties, and without an order of transfer
16  from the District Judge, shows in its content and tenor a disloyalty to Judge Carter's
17  promise and in fact a disregard (with regard to the pagination 11-3.6 issues) a
18  complete disregard of the actual compliant nature of the motion attacked.  If the Court
19  believes that these Plaintiffs' counsel has in any way violated Local Rule 11-3.6, the
20  Plaintiffs' pray that the Court will instruct counsel on the nature of the violations.

21      The reality is that a firestorm broke loose on the internet and electronic media
22  generally on August 2-5 concerning the document attached to Plaintiff's August 1,
23  2009 Document 34 as Exhibit A.  Plaintiffs' counsel was subjected to verbal abuse
24  including death-threats and that this firestorm was unjustifiably fed and fanned by
25  Judge Arthur Nakazato's order.  The reality of this case is that respect for the
26  importance of the issues involved, such as the respect shown by Judge David O.
27  Carter on July 13, 2009, is the only hope for a fair and just resolution in the best
28  interests of the people of the United States.

*Rule 72(a) Objections and Motion for Review of Magistrate Judge*
*Arthur Nakazato's Sua Sponte Order (Document 35) & to Recuse*  - 4 -

1
2
3
## PRAYER FOR RELIEF

4          WHEREFORE, Plaintiffs pray that the United States District Court will sustain

5  their objections to Magistrate Judge Arthur Nakazato's order entered Thursday August

6  6, 2009, which objections are submitted within ten business days as allowed by Rule

7  6(a)(2), and that the Court will set together the Plaintiffs' Motion for Review of Judge

8  Nakazato's order together with the Plaintiff's Motion to Recuse Judge Arthur

9  Nakazato for hearing prior to the 24 days after service required by local Rule 6-1 and

10  7-4 which yields an "ordinary" Motion day of September 14, 2009.

11                                  Respectfully submitted,

   Monday, August 18, 2009
12
13                                  By:_____

14                                  Dr. Orly Taitz, Esq. (SBN 223433)
                                    Attorney for the Plaintiffs
15                                  26302 La Paz, Suite 211
16                                  Mission Viejo, California 92691

17                                  Telephone (949) 683-5411
18                                  E-Mail: dr_taitz@yahoo.com
19
20
21
22
23
24
25
26
27
28

*Rule 72(a) Objections and Motion for Review of Magistrate Judge*
*Arthur Nakazato's Sua Sponte Order (Document 35) & to Recuse*   - 5 -

DR. ORLEY TAITZ
FOR THE PLAINTIFFS
26302 LA PAZ SUITE 211
MISSION VIEJO, CALIFORNIA 92691

1
2
3

## PROOF OF SERVICE

I the undersigned Charles Edward Lincoln, being over the age of 18 and not a party to this case, so hereby declare under penalty of perjury that on this 18th Day of August, I provided facsimile copies of the Plaintiffs' above-and-foregoing "Rule 72(a) Objections and Motion for Review of Magistrate Judge Arthur Nakazato's Sua Sponte Order Striking Plaintiffs Motion for Issuance of Letters Rogatory" upon those attorneys who have appeared in this case in accordance with the local rules of the Central District of California, to wit:

THOMAS P. O'BRIEN

LEON W. WEIDMAN

ROGER E. WEST roger.west4@usdoj.gov (as of August 7, 2009, designated as lead counsel for Defendant Barack H. Obama)

DAVID A. DeJUTE

FACSIMILE (213) 894-7819

DONE AND EXECUTED ON THIS 18th day of August, 2009

Charles Edward Lincoln

DR. ORLEY TAITZ
FOR THE PLAINTIFFS
26302 LA PAZ SUITE 211
MISSION VIEJO, CALIFORNIA 92691