# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| | **REFERRAL OF MOTION TO DISQUALIFY JUDGE / MAGISTRATE JUDGE** |
| DEFENDANT(S). | |

A Motion to Disqualify Judge / Magistrate Judge _____ was filed on _____. Pursuant to General Order 08-05 and Local Rule 72-5, this motion is referred to Judge _____ for determination.

Clerk, U. S. District Court

_____          By _____
Date                                            Deputy Clerk

---

## FOR COURT USE ONLY

Ruling on prior motion(s):     ☐ No   ☐ Yes.  Refer to document number(s) _____

---

*cc:*     *Judge Assigned to Case*
          *Judge Assigned to Determine Motion*
          *Counsel of Record*