1

2

3  Dr. Orly Taitz, Attorney-at-Law
   (California SBN 223433)
4  Orly Taitz Law Offices
   26302 La Paz, Suite 211
5  Mission Viejo, California 92691
   Telephone: (949) 683-5411
6  E-Mail: dr_taitz@yahoo.com

7              UNITED STATES DISTRICT COURT
          FOR THE CENTRAL DISTRICT OF CALIFORNIA
8              SANTA ANA (SOUTHERN) DIVISION

9  Captain Pamela Barnett,                    §
   Lt. Colonel Richard Norton Bauerbach       §
10 Captain Robin D. Biron                     §    Civil Action No.:
   Colonel John D. Blair,                     §
11 Mr. David L. Bosley,                       §    **SACV09-00082-DOC (Anx)**
   Ms. Loretta G. Bosley,                     §
12 Captain Harry G. Butler,                   §
   Representative Glenn Casada, Tennessee     §
13 Jennifer Leah Clark,                       §
   Representative Timothy Comerford, NH       §    NOTICE OF MOTION and
14 Charles Crusemire,                         §    MOTION HEARING DATE:
   Representative Cynthia Davis, Missouri     §    MONDAY, September 14, 2009
15 Chief Warrant O. Thomas S. Davidson        §    8:30 A.M. before Judge Carter
   Matthew Michael Edwards,                   §    Ronald Reagan Courthouse
16 Sergeant Jason Freese,                     §    11th Floor, Santa Ana, California
   Mr. Kurt C. Fuqua,                         §
17 Officer Clint Grimes,                      §    FIRST AMENDED MOTION
18 Representative Casey Guernsey, Missouri    §    FOR ISSUANCE OF
   Julliett Ireland,                          §    LETTERS ROGATORY and
19 D. Andrew Johnson,                         §    INITIATION OF DISCOVERY
   Israel D. Jones,                           §    PRIOR TO RULE 26(f)
20 Timothy Jones,                             §    CONFERENCE, and Rule 27
   Alan Keyes, Ph.D.,                         §    APPLICATION FOR
21 Commander David Fullmer LaRoque,           §    Depositions to Perpetuate the
   Gail Lightfoot,                            §    Testimony and Preserve
22 Lita M. Lott,                              §    Documentary Evidence in the
   Major David Grant Mosby,                   §    United States Departments of
23 MSGT Steven Kay Neuenschwander,            §    the State and of Defense, by
   Representative Frank Niceley, Tennessee    §    Notices of Deposition *duces*
24 Retired Senator Jerry O'Neil, Montana      §    *tecum* to Secretary of State
25 SFC E7 Robert Lee Perry,                   §    Hillary Rodham Clinton and
   Representative Larry Rappaport, NH         §    Secretary of Defense Robert M.
26 Captain Connie Rhodes, M.D.,               §    Gates, as well as other non-
   Colonel Harry Riley,                       §    party witnesses including
27 Sergeant Jeffrey Wayne Rosner,             §    the ambassadors of the
   MSGT Jeffrey Schwilk,                      §    U.K.G.B., Indonesia, and Kenya.
28 Captain David Smithey,                     §

*First Amended Motion for Letters Rogatory and to Initiate*
*Discovery before Rule 26(f) Conference by Notice of Deposition*      – 1 –
*To Defendant Hillary Rodham Clinton, Robert M. Gates, et al.*

1
2
3  Major Carl S. Snedden, DVM,               §      EMERGENCY,
   Lt. Commander John Bruce Steidel,          §      **EXPEDITED HEARING &**
4  Cmdr. Douglas Earl Stoeppelwerth           §      **DECISION REQUESTED**
   Thomas J Taylor,                           §      BY SPECIAL COURT ORDER
5  Representative Eric Swafford, Tennessee     §      PRIOR TO MOTION DAY
   Captain Neil B. Turner,                    §
6  Richard E. Venable,                        §
   LCDR Jeff Graham Winthrope, and            §
7  Lt. Colonel Mark Wriggle,                  §
                      Plaintiffs,             §
8                                             §
          v.                                  §
9                                             §
   Barack Hussein Obama,                      §
10 Michelle L.R. Obama,                       §
   Hillary Rodham Clinton, Secretary of State, §
11 Robert M. Gates, Secretary of Defense,     §
   Joseph R. Biden, Vice-President and        §
12 President of the Senate,                   §
                      Defendants.             §
13

14            **FIRST AMENDED MOTION FOR LEAVE TO**
15      **CONDUCT PRE-RULE 26(f) CONFERENCE DISCOVERY**
    **TO DEFENDANT HILLARY RODHAM CLINTON, ROBERT M. GATES**
16          **and CERTAIN NON-PARTY WITNESSES, including**
        **Ambassadors of the United Kingdom, Indonesia, and Kenya,**
17     **TO PERPETUATE TESTIMONY, PRESERVE EVIDENCE, and to**
            **TRANSMIT LETTERS ROGATORY PURSUANT to**
18                **28 U.S.C. §§1781(a)(2)-(b)(2)**

19        On or about July 29, 2009, the undersigned counsel for Plaintiffs acquired
20 possession of a color copy of one certain document (attached as Exhibit A to this
21 motion), regarding which there are no ready means of authentication except by
22 recovery of the original document.   The original version of this Motion was filed on
23 Saturday, August 1, 2009, but summarily stricken by Magistrate Judge Arthur
24 Nakazato on Thursday, August 6, 2009 (see objections filed today, August 18, 2009).
25 The undersigned believes that all substantive issues addressed by Nakazato in his
26 Order striking pleadings have resolved (Specifically those relating to Local Rules 6-1
27 & 7-4 on "Notice of Motion" language and 11-3.3 on pagination and 11-3.8(a)
28 statement of the undersigned's California Bar number).

*First Amended Motion for Letters Rogatory and to Initiate*
*Discovery before Rule 26(f) Conference by Notice of Deposition*      – 2 –
*To Defendant Hillary Rodham Clinton, Robert M. Gates, et al.*

DR. ORLEY TAITZ
FOR THE PLAINTIFFS
26302 LA PAZ SUITE 211
MISSION VIEJO, CALIFORNIA 92691

1

2

3        As should be apparent from the nature and content of the document attached as

4    Exhibit A, if authenticated, and shown to be genuine, the contents of this document

5    will significantly narrow and shorten the discovery and pre-trial litigation period

6    necessary in this case, and might lead to an early resolution by settlement or transfer

7    of these proceedings to the United States House of Representatives and Senate

8    according the procedures outlined in the Constitution. A firestorm of comment in

9    the electronic media has accompanied the notice of the filing of this image and

10    Magistrate Judge Nakazato's August 6, 2009, dismissal. It is suspected that this

11    firestorm was, in part, a motivation for Judge Nakazato's unauthorized action (of

12    reviewing an order **sua sponte** without an order of transfer or reference of any kind

13    from the presiding district judge, or else the consent and agreement of the parties).

14        It is also apparent (and hearsay evidence available to Plaintiffs' counsel

15    aggravates her concerns) that political pressure may be brought to bear to destroy all

16    relevant evidence, whether such evidence exists within or outside the borders of the

17    United States of America.   The events of the past three weeks have aggravated

18    rather than quieted the Plaintiffs' fears. It seems, quite honestly, that this complaint

19    questioning Obama's eligibility and legitimacy, and all related litigation initiated by

20    the undersigned counsel for Plaintiffs', is the target of a concerted governmental

21    effort to deny Plaintiffs full and meaningful access to the courts as described in

22    **Christopher v. Harbury**, 536 U.S. 403; 122 S. Ct. 2179; 153 L. Ed. 2d 413 (2002).

23        28 U.S.C. §1781(a)(2) and/or 28 U.S.C. §1782(b)(2) constitute the statutory

24    authorizations outlining the procedures by which to transmit letters rogatory and

25    other requests to the proper authorities abroad in Kenya, Indonesia, and the United

26    Kingdom of Great Britain and Ireland.

27        For two classes of evidence at issue here, namely all requests for relevant

28    passport materials and other documents existing within the United States of America,

*First Amended Motion for Letters Rogatory and to Initiate*
*Discovery before Rule 26(f) Conference by Notice of Deposition*    — 3 —
*To Defendant Hillary Rodham Clinton, Robert M. Gates, et al.*

DR. ORLEY TAITZ
FOR THE PLAINTIFFS
26302 LA PAZ SUITE 211
MISSION VIEJO, CALIFORNIA 92691

1

2

3  as well as all requests to be made through diplomatic channels to foreign tribunals,

4  Defendant HILLARY RODHAM CLINTON is the Secretary of State of the United

5  States of America, and accordingly, Secretary Clinton is the first and primary proper

6  target of letters rogatory to be submitted pursuant to 28 U.S.C. §1781(a)(2).

7      For all evidence relating to the eligibility and competence of Barack Hussein

8  Obama to serve as commander in chief of the United States Armed Forces, Secretary

9  of Defense ROBERT M. GATES.

10     In light of the national importance of the matters herein raised, Plaintiffs

11 request that Judge David O. Carter instruct the Clerk of Court and Courtroom

12 Deputies of his chambers to set by special order an EXPEDITED SPECIAL

13 HEARING of this cause prior to ordinary Motion date of September 14, 2009.

14     FIRST, Plaintiffs pray that this court authorize Plaintiffs to issue two special

15 subpoenas for deposition *duces tecum* to Secretary of State HILLARY RODHAM

16 CLINTON and Secretary of Defense ROBERT M. GATES, who should be be cited

17 to appear within 21 days of pursuant to (or in the letter and spirit of) Rule 27 of the

18 Federal Rules of Civil Procedure (even though this action has been filed and served,

19 many months will pass before the Rule 26(f) Conference can be held to plan for

20 discovery among the parties).

21 The purpose of Rule 27, even though designed for pre-filing discovery, is fulfilled

22 and relevant here, in that some (above-noted) hearsay evidence exists that an

23 individual involved in the examination of passport files at the United States

24 Department of State relating to and involving certain 2008 Presidential candidates

25 may have been killed in relation to such inquiry. Last year it was announced by

26 former secretary of State Candoleeza Rice that there was tampering with the passport

27 records of three major presidential candidates and the question of tampering was

28 investigated by the inspector general.

*First Amended Motion for Letters Rogatory and to Initiate*
*Discovery before Rule 26(f) Conference by Notice of Deposition*     – 4 –
*To Defendant Hillary Rodham Clinton, Robert M. Gates, et al.*

DR. ORLEY TAITZ
FOR THE PLAINTIFFS
26302 LA PAZ SUITE 211
MISSION VIEJO, CALIFORNIA 92691

1

2

3      Lt. Quarles Harris, Jr., was one of the suspects in passport tampering scandal.

4  Washington post has announced that he was cooperating with the FBI and shortly

5  thereafter he was found dead, shot in the head, sitting in his parked car.   This case

6  remains open and unresolved. Under such circumstances, "perpetuation of evidence"

7  becomes a more and more significant and time-sensitive issue.

8      Furthermore, because of the constitutional role of the President as

9  Commander-in-Chief of the United States Armed Forces, Plaintiffs submit that

10 ROBERT M. GATES' records relating to the November 2008 election and January

11 2009 inauguration of the President and the capacity and eligibility of Barack Hussein

12 Obama to serve as Commander-in-Chief of the Armed Forces should also be

13 summoned to appear for deposition ***duces tecum.***   It is difficult to envision any

14 question of greater national security importance than the citizenship and potentially

15 divided loyalties and inherent honesty of the Commander-in-Chief.

16     SECOND, Plaintiffs pray that this court will send a request for letters rogatory

17 pursuant to 28 U.S.C.§1781(a)(2) to Defendant HILLARY RODHAM CLINTON

18 and other relevant officers in the United States Department of State to issue and

19 transmit letters rogatory through proper diplomatic channels to the following foreign

20 offices of public record and vital statistics:

21     For the Republic of Kenya:

22

23                     KENYA
                 The Principal Civil Registrar
24               Dept. of Civil Registration
                  Office of the President
25                   PO Box 49179
                    Nairobi, Kenya
26

27                   Tel: 227461

28 And/or

*First Amended Motion for Letters Rogatory and to Initiate*
*Discovery before Rule 26(f) Conference by Notice of Deposition*      – 5 –
*To Defendant Hillary Rodham Clinton, Robert M. Gates, et al.*

DR. ORLEY TAITZ
FOR THE PLAINTIFFS
26302 LA PAZ SUITE 211
MISSION VIEJO, CALIFORNIA 92691

1
2
3
Office of the Principal Registrar
Deputy Registrar
4
Births, Deaths, and Marriages for the
5
Coast Province of Kenya
(or its modern successor, equivalent jurisdiction) in and for
6
MOMBASA, KENYA
7
(formerly British East Africa)
and/or
8
KENYA HIGH COMMISSION
9
45 PORTLAND PLACE
LONDON W1B 1AS<u>mailto:info_uk@kenyahighcommission.net</u>
10
TEL NO. 020 7636 2371
11
E-MAIL: INFO.UK@KENYAHIGHCOMMISSION.NET
12
<u>INFO.UK@KENYAHIGHCOMMISSION.NET</u>
<u>HTTP://WWW.KENYAHIGHCOMMISSION.NET/</u>
13
SEARCHCERTAPPFORMS.HTML
14
15
And/or
16
**<u>www.direct.gov.uk</u>**
17
General Register Office
**http://www.gro.gov.uk/gro/content/certificates/contact_us.asp**
18
**Certificate Services Section**
<u>**http://www.direct.gov.uk/en/TravelAndTransport/Passports/**</u>
19
**WhoiseligibleforaBritishpassport/DG_174145**
20
**General Register Office**
**PO Box 2**
21
**SOUTHPORT**
22
**PR8 2JD**
23
**Tel: +44 (0) 845 603 7788 (8am to 8pm Monday to Friday. Saturday 9am to 4pm).**
24
THIRD and in the alternative, Plaintiffs pray that this court issue and transmit
25
letters rogatory and requests directly to each of the above-and-foregoing listed
26
foreign offices or agencies (or to the relevant tribunals with appropriate jurisdiction
27
in the relevant countries) without the intervention or assistance of Defendant
28

*First Amended Motion for Letters Rogatory and to Initiate*
*Discovery before Rule 26(f) Conference by Notice of Deposition*     – 6 –
*To Defendant Hillary Rodham Clinton, Robert M. Gates, et al.*

DR. ORLEY TAITZ
FOR THE PLAINTIFFS
26302 LA PAZ SUITE 211
MISSION VIEJO, CALIFORNIA 92691

HILLARY RODHAM CLINTON and/or other officers of the Department of State and/or the Department of Justice of the United States of America.

It is urgent that this request be prosecuted prior to the normal onset of discovery in this case, again, according to the general letter and spirit of Rule 27 of the Federal Rules of Civil Procedure regarding the perpetuation of testimony.  There has never been a constitutional challenge to the identity and eligibility of a sitting President of the United States and so there are no direct precedents regarding this matter, but it is fairly safe to say that the potential consequences and fallout from this present filing being made public will be severe and significant, even though the undersigned counsel makes absolutely no pre-judgment or prediction regarding the actual authenticity of the document of which only a color copy taken by a camera at an odd angle, which is attached herein as Exhibit A.

## **PRAYER FOR RELIEF**

For all of the above-and-foregoing reasons, Plaintiffs pray that this court will grant leave to the Plaintiffs to conduct the aforementioned special discovery immediately and prior to the normal Rule 26(f) Conference, pursuant to Rule 27 and all or some subset of the procedures authorized in 28 U.S.C. §§1781(a)(2)-1781(b)(2).  Although the urgency of this request cannot be overstated, 21 days is the normal time for service of such a request as this under Rule 27 of the Federal Rules (and 24 days required for Notice of Motion under the Local Rules of the Central District of California, so that the regular setting would be Monday, September 14, 2009), but the undersigned counsel reminds the Court that she was out of the United States from August 2, 2009, to August 23, 2009, but is available for a hearing in this matter as soon as August 24, 2009 and any day thereafter.

An expedited hearing and granting of this motion is respectfully requested.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Wednesday, August 19, 2009

Respectfully submitted,

By:_____

Dr. Orly Taitz, Esq. (SBN 223433)
Attorney for the Plaintiffs
26302 La Paz, Suite 211
Mission Viejo, California 92691

Telephone (949) 683-5411
E-Mail: dr_taitz@yahoo.com

*First Amended Motion for Letters Rogatory and to Initiate*
*Discovery before Rule 26(f) Conference by Notice of Deposition*     – 8 –
*To Defendant Hillary Rodham Clinton, Robert M. Gates, et al.*

DR. ORLEY TAITZ
FOR THE PLAINTIFFS
26302 LA PAZ SUITE 211
MISSION VIEJO, CALIFORNIA 92691

1
2
3

## **PROOF OF SERVICE**

4      I the undersigned Charles Edward Lincoln, being over the age of 18 and not a

5  party to this case, so hereby declare under penalty of perjury that on this Wednesday

6  August 18, 2009, I provided facsimile copies of the Plaintiffs' above-and-foregoing

7

8  **FIRST AMENDED SPECIAL MOTION FOR ISSUANCE OF LETTERS
   ROGATORY AND FOR LEAVE TO**

9  **CONDUCT PRE-RULE 26(f) DISCOVERY**
   **TO DEFENDANT HILLARY RODHAM CLINTON, ROBERT M. GATES,**

10  **and**

11  **CERTAIN NON-PARTY WITNESSES including the Ambassadors of the
   United Kingdom of Great Britain & Ireland, the Republic of Indonesia, and the
   Republic of Kenya,**

12  **TO PERPETUATE TESTIMONY, PRESERVE EVIDENCE, and TRANSMIT**

13  **LETTERS ROGATORY PURSUANT to 28 U.S.C. §§1781(a)(2)-(b)(2)**

14  to all of the following non-party attorneys whose names were affixed to the

15  "STATEMENT OF INTEREST" who have appeared in this case in accordance with

16  the local rules of the Central District of California, to wit:

17  THOMAS P. O'BRIEN

18  LEON W. WEIDMAN

19  ROGER E. WEST roger.west4@usdoj.gov (designated as lead counsel for President

20  Barack Hussein Obama on August 7, 2009)

21  DAVID A. DeJUTE

22  FACSIMILE (213) 894-7819

23      DONE AND EXECUTED ON THIS WEDNESDAY the 18th day of August,

24  2009

25
26
27  Charles Edward Lincoln, III
   charles.lincoln@rocketmail.com
28  Tel: (512) 923-1889

*First Amended Motion for Letters Rogatory and to Initiate*
*Discovery before Rule 26(f) Conference by Notice of Deposition*   – 9 –
*To Defendant Hillary Rodham Clinton, Robert M. Gates, et al.*

DR. ORLEY TAITZ
FOR THE PLAINTIFFS
26302 LA PAZ SUITE 211
MISSION VIEJO, CALIFORNIA 92691

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A:
# Unauthenticated Color Photocopy of Certified Copy of Registration of Birth from the Coast Province of Kenya District of Mombasa District Registry Office Office of the Principal Registrar Republic of Kenya, issued on the 17th day of February, 1964

DR. ORLEY TAITZ
FOR THE PLAINTIFFS
26302 LA PAZ SUITE 211
MISSION VIEJO, CALIFORNIA 92691