## DECLARATION OF MARKHAM ROBINSON

I, Markham Robinson, hereby declare as follows:

1. That I am a Certified California Elector of the American Independent Party, Vice Chairman of America's Independent Party, and Chairman of the American Independent Party, and that, if called upon to do so, I could, and would, competently testify as follows:

2. That Dr. Taitz never asked me for my permission to include my name as a plaintiff in the complaint herein, filed on January 1, 2009.

3. That, however, I desire to remain as a plaintiff in this case, and that it is my preference to be represented by Mr. Kreep in the matter.

4. That, on July 13, 2009, I requested, through an email to Mr. Kreep, that Mr. Kreep prepare the necessary paperwork in order to substitute Mr. Kreep for Dr. Taitz as my counsel in this case.

5. That, on July 21, 2009, I received the Request for Substitution of Attorney, agreed to its terms, signed the Request, and mailed the Request, and emailed a digital copy of the Request, to Mr. Kreep's office.

6. That, on July 30, 2009, I received an email from Dr. Taitz, informing me that she was refusing to consent to the Request for Substitution of Attorney, and that she would like Mr. Kreep to file a Notice of Voluntary Dismissal on my behalf.

7. That, on August 2, 2009, I was informed by Mr. Kreep that Dr. Taitz had filed documents to dismiss me from the case.

8. That I was not informed, prior to her filing the Notice of Voluntary Dismissal, that Dr. Taitz planned to dismiss me as a plaintiff.

9. That I did not, and would not, consent to my being voluntarily dismissed from the case.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 12, 2009, at Vacaville, California.

*/s/ Markham Robinson*
MARKHAM ROBINSON    August 12, 2009