## DECLARATION OF ELLIOT WILSON

I, Elliot Wilson, declare the following:

1. That I am a law clerk employed by the United States Justice Foundation.

2. That, on the afternoon of July 24, 2009, I drove to the United States Post Office branch located in Ramona, California and mailed, via Express Mail, two Requests for Approval of Substitution of Attorney signed by Mr. Robinson and Dr. Drake, and a cover letter from Mr. Kreep to Dr. Taitz.

3. That, on the morning of July 27, 2009, I accessed the United States Post Office's website, and entered the above-mentioned Express Mail package's tracking number into the website's package tracking system, and that the website showed that the package was delivered and signed for by "R.M." at 11:49 am on July 27, 2009.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 12, 2009, at Ramona, California.

_____
ELLIOT WILSON

9