**EXHIBIT 1**

THE LAW OFFICE OF GARY G. KREEP
GARY G. KREEP, ESQ. (SBN 066482)
932 D. STREET, SUITE 2
RAMONA, CA 92065

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alan Keyes, PhD., Wiley S. Drake, and Markham Robinson, <br> Plaintiff(s) <br> v. <br> Barack H. Obama, et al. <br> Defendant(s). | CASE NUMBER <br> SACV09-00082-DOC (Anx) <br><br> REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

Wiley S. Drake          ☑ Plaintiff   ☐ Defendant   ☐ Other _____
_Name of Party_

hereby request the Court approve the substitution of **Gary G. Kreep**
_New Attorney_

as attorney of record in place and stead of **Dr. Orly Taitz**
_Present Attorney_

Dated July 20, 2009

_Signature of Party/Authorized Representative of Party_

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated _____

_Signature of Present Attorney_

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated July 20, 2009

_Signature of New Attorney_

066482

_State Bar Number_

---

If party requesting to appear Pro Se:

Dated _____

_Signature of Requesting Party_

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

THE LAW OFFICE OF GARY G. KREEP
GARY G. KREEP, ESQ. (SBN 066482)
932 D. STREET, SUITE 2
RAMONA, CA 92065

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Alan Keyes, PhD., Wiley S. Drake, and Markham Robinson,<br><br>Plaintiff(s)<br>v.<br><br>Barack H. Obama, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>SACV09-00082-DOC (Anx)<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |
|---|---|

The Court hereby orders that the request of:

__Wiley S. Drake__  ☑ Plaintiff  ☐ Defendant  ☐ Other _____
*Name of Party*

to substitute __Gary G. Kreep__ who is

☑ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__932 D Street, Suite 2__
*Street Address*

__Ramona, CA 92065__                    __usjf@usjf.net__
*City, State, Zip*                       *E-Mail Address*

__(760) 788-6624__         __(760) 788-6414__         __066482__
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record in place and stead of __Dr. Orly Taitz__
*Present Attorney*

is hereby   ☐ **GRANTED**   ☐ **DENIED**

Dated _____                    _____
                                        U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL**: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.