**EXHIBIT 2**

THE LAW OFFICE OF GARY G. KREEP
GARY G. KREEP, ESQ. (SBN 066482)
932 D. STREET, SUITE 2
RAMONA, CA 92065

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alan Keyes, PhD., Wiley S. Drake, and Markham Robinson, <br> Plaintiff(s) <br> v. <br> Barack H. Obama, et al. <br> Defendant(s). | CASE NUMBER <br> SACV09-00082-DOC (Anx) <br><br> REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

Markham Robinson  ☑ Plaintiff  ☐ Defendant  ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of Gary G. Kreep
_____
*New Attorney*

as attorney of record in place and stead of Dr. Orly Taitz
_____
*Present Attorney*

Dated July 20, 2009

*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated _____

*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated July 20, 2009

*Signature of New Attorney*
066482
*State Bar Number*

If party requesting to appear Pro Se:

Dated _____

*Signature of Requesting Party*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.**

G-01 (03/06)   REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

Name and address:
THE LAW OFFICE OF GARY G. KREEP
GARY G. KREEP, ESQ. (SBN 066482)
932 D. STREET, SUITE 2
RAMONA, CA 92065

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alan Keyes, PhD., Wiley S. Drake, and Markham Robinson,<br>Plaintiff(s)<br>v.<br>Barack H. Obama, et al.<br>Defendant(s). | CASE NUMBER:<br>SACV09-00082-DOC(Anx)<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

_____Markham Robinson_____  ☑ Plaintiff  ☐ Defendant  ☐ Other _____
Name of Party

to substitute _____Gary G. Kreep_____ who is

☑ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

_____932 D. Street, Suite 2_____
Street Address

_____Ramona, CA 92065_____          _____usjf@usjf.net_____
City, State, Zip                                             E-Mail Address

_____(760) 788-6624_____     _____(760) 788-6414_____     _____066482_____
Telephone Number                    Fax Number                        State Bar Number

as attorney of record in place and stead of Dr. Orly Taitz _____
                                            Present Attorney

is hereby   ☐ GRANTED     ☐ DENIED


Dated _____          _____
                                        U. S. District Judge/U.S. Magistrate Judge


NOTICE TO COUNSEL : IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.