**EXHIBIT 3**

# Dr. Orly Taitz, Esq.

## Attorney-at-Law

## Orly Taitz Law Offices

## 26302 La Paz, Suite 211

## Mission Viejo, California 92691

Telephone: (949) 683-5411

E-Mail: dr_taitz@yahoo.com

July 30, 2009

**Thursday**

Mr. Gary G. Kreep

Mr. Wiley S. Drake

Mr. Markham G. Robinson
932 "D" St., Suite 3

Ramona, California 92065

Dear Messrs. Creep, Drake, and Robinson:

    You put me in a rather awkward position! Based on prior experience, ealier this year, it is my opinion that Gary G. Kreep and I simply do not make a good legal team. Naturally this is no reflection on Mr. Kreep or (in my opinion) on me either: an eagle and a dolphin might well think highly of one another, but typically they cannot and should not even attempt to work together. For my part, I am in the midst of developing new strategies for the Obama litigation, and I am very optimistic, but I have neither the time nor the inclination to fight with any more people than is necessary for our side to win, and I'm sure you will agree that infighting is a terrible thing, and has probably destroyed more patriotic causes than all enemy actions combined.

    For that reason, and since no Defendant has appeared or answered, much less filed an answer or motion for summary judgment, you may indeed "drop out" of the case without adverse publicity of any kind. I urge you to do so. Ri;e 41(a) of the Federal Rules of Civil Procedure permits voluntary dismissal without prejudice of a case under these circumstances, and even if there were a negative article or two concerning the point, which

I doubt, it would be better than setting the stage for infighting regarding strategy, procedure, and timing between me and Mr. Kreep.

Accordingly, it is my present intention NOT to sign the Request for Approval of Substitution of Attorney signed by you two and Mr. Kreep.

If Mr. Kreep will simply and expeditiously file a Rule 41(a) Motion for Voluntary Dismissal without prejudice on behalf of his clients only, or if you two wish to do so in propia persona, then the new 50 or so new (mostly military) Plaintiffs who were added onto my case by the First Amended Complaint can proceed quite well without Mr. Kreep's assistance, and Mr. Kreep can refile on your behalf (Mr. Markham & Mr. Drake) in Federal or State Court, wherever he sees best. I do not believe that severing this litigation will be injurious to any party or to the movement as a whole, or even to the specific litigation before Judge Carter. It has been my honor to represent you both and I wish you and Mr. Kreep the very best of luck in whatever separate patriotic course of action you may choose to take.

I hope I will hear from you all expeditiously.

Yours very truly,

_____

Dr. Orly Taitz

Attorney-at-Law

Orly Taitz Law Offices

26302 La Paz, Suite 211

Mission Viejo, California 92691

Telephone: (949) 683-5411

E-Mail: dr_taitz@yahoo.com