*UNITED STATES JUSTICE FOUNDATION*
**GARY G. KREEP; SBN 066482**
**932 "D" Street, Suite 2**
**(Email: usjf@usjf.net)**
**Ramona, California 92065**
**Tel: (760) 788-6624**
**Fax: (760) 788-6414**

Attorney for Plaintiffs, Markham Robinson
and Wiley S. Drake

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA (SOUTHERN) DIVISION

| | |
|---|---|
| CAPTAIN PAMELA BARNETT, et al., | ) CIVIL ACTION NO: ) SACV09-00082-DOC (Anx) |
| Plaintiffs, | ) ) [PROPOSED] ORDER GRANTING EX ) PARTE APPLICATION TO VACATE |
| vs. | ) VOLUNTARY DISMISSAL ) |
| BARACK HUSSEIN OBAMA, et al., | ) ) ) |
| Defendants | ) ) |
| | ) ) |

## [PROPOSED] ORDER

Having considered PLAINTIFFS' Ex Parte Application for Order Vacating Voluntary Dismissal, and good cause appearing:

IT IS HEREBY ORDERED that PLAINTIFFS' Ex Parte Application for Order Vacating Voluntary Dismissal is granted.

Dated:_____

UNITED STATES DISTRICT COURT JUDGE

1