# CERTIFICATE OF SERVICE

I, Elliot Wilson, certify as follows:

I am over the age of 18 and am a law clerk for Gary G. Kreep. My business address is 932 D. Street, Suite 2, Ramona, CA 92065. On August 27, 2009, I caused the attached documents, "EX PARTE APPLICATION FOR ORDER VACATING VOLUNTARY DISMISSAL and DECLARATION OF GARY G. KREEP IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ORDER VACATING VOLUNTARY DISMISSAL" to be served to:

David A DeJute
300 North Los Angeles Street Room 7516
Los Angeles, CA 90012
Telephone: 213-894-2574
(Attorney for Defendants Barack H. Obama, et al.)
*Via fax and Certified First-Class Mail*

Roger E. West
300 North Los Angeles Street Room 7516
Los Angeles, CA 90012
Telephone: 213-894-7819
(Attorney for Defendants Barack H. Obama, et al.)
*Via fax and Certified First-Class Mail*

I declare under penalty of perjury that the foregoing is true and correct.

Dated August 27, 2009

ELLIOT WILSON