*UNITED STATES JUSTICE FOUNDATION*
**GARY G. KREEP; SBN 066482**
**932 "D" Street, Suite 2**
**(Email: usjf@usjf.net)**
**Ramona, California 92065**
**Tel: (760) 788-6624**
**Fax: (760) 788-6414**

Attorney for Plaintiffs, Markham Robinson and Wiley S. Drake

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA (SOUTHERN) DIVISION

| | |
|---|---|
| CAPTAIN PAMELA BARNETT, et al., | CIVIL ACTION NO: SACV09-00082-DOC (Anx) |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| vs. | |
| BARACK HUSSEIN OBAMA, et al., | |
| Defendants | |

**CERTIFICATE OF SERVICE**

//
//
//
//
//
//
//
//

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I, Elliot Wilson, certify as follows:

I am over the age of 18 and am a law clerk for Gary G. Kreep. My business address is 932 D. Street, Suite 2, Ramona, CA 92065. On September 2, 2009, I caused the documents, "EX PARTE APPLICATION FOR ORDER VACATING VOLUNTARY DISMISSAL and DECLARATION OF GARY G. KREEP IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ORDER VACATING VOLUNTARY DISMISSAL" to be served, via fax and certified First Class mail, to:

Dr. Orly Tatiz
Orly Taitz Law Offices
26302 La Paz, Ste 211
Mission Viejo, CA 92691


I declare under penalty of perjury that the foregoing is true and correct.

Dated September 2, 2009

ELLIOT WILSON