**Dr. Orly Taitz, Attorney-at-Law**
**29839 S. Margarita Pkwy**
**Rancho Santa Margarita CA 92688**
**ph. 949-683-5411**
**fax 949-766-7603**
**California State Bar No.: 223433**
E-Mail: dr_taitz@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA (SOUTHERN) DIVISION

| | |
|---|---|
| Captain Pamela Barnett, et al.,<br>　　　Plaintiffs,<br><br>　　　v.<br><br>Barack Hussein Obama,<br>Michelle L.R. Obama,<br>Hillary Rodham Clinton, Secretary of State,<br>Robert M. Gates, Secretary of Defense,<br>Joseph R. Biden, Vice-President and<br>President of the Senate,<br>　　　Defendants. | Civil Action:<br><br>SACV09-00082-DOC (Anx) |

**NOTICE OF FILING 28 U.S.C. §1746 Declaration of**
**Lucas Daniel Smith with Exhibit and PLAINTIFFS' ATTORNEY'S**
**NOTICE OF CHANGE OF ADDRESS**

**Come now the Plaintiffs** with this Notice of Filing the 28 U.S.C. §1746 Declaration of Lucas Daniel Smith together with attached Exhibit.

Plaintiffs ask this Court to take notice of the filing of certain potentially critical evidence relevant to their Motion for Issuance of Letters Rogatory, set for hearing in open court on Tuesday, September 8, 2009 at 8:30 a.m. This notice is filed for the convenience of the Court and the parties as a supplement to the evidence filed on August 1, 2009, and August 18, 2009, pertinent to the question of whether "secret" or for whatever reason previously undisclosed but potentially dispositive documents may be available at the present time but are subject to

*28 U.S.C. §1746 Declaration of Lucas Smith, September 3, 2009*   **-1–**
*Notices of Filing Declaration & Attorney's Change of Address*

DR. ORLEY TAITZ
FOR THE PLAINTIFFS
26302 LA PAZ SUITE 211
MISSION VIEJO, CALIFORNIA 92691
(949) 683-5411
E-MAIL: DR_TAITZ@YAHOO.COM

1
2
3  destruction in the near future.  Plaintiffs fear that evidence relating to their
4  cause may be destroyed as soon as it is identified as relevant to the
5  questions relating to their lawsuit, and for this reason have asked the Court
6  to consider allowing the Plaintiffs to take depositions pursuant to the
7  "spirit" of Rule 27, even though a case has already been filed, but prior to
8  the Rule 26(f) Conference which normally marks the initiation of formal
9  discovery under the Federal Rules of Civil Procedure.
10  PLAINTIFFS' ATTORNEY'S NOTICE OF CHANGE OF ADDRESS
11         Counsel for Plaintiffs asks that this Court take note of the fact that
12  she her office and mailing address has changed.  All correspondence and
13  orders in this court should from this day forward be sent to her at:
14    **29839 S. Margarita Pkwy**
15    **Rancho Santa Margarita CA 92688**
16    ph. 949-683-5411
17    fax 949-766-7603
18    California Bar ID No. 223433
19                                        Respectfully submitted,
20
21  Friday, September 4, 2009
22                                        By:_____
23                                        Dr. Orly Taitz, Esq. (SBN 223433)
                                          Attorney for the Plaintiffs
24                                        29839 S. Margarita Pkwy
                                          Rancho Santa Margarita CA 92688
25                                        ph. 949-683-5411
                                          fax 949-586-2082
26                                        California Bar ID No. 223433
27
                                          E-Mail: dr_taitz@yahoo.com
28

*28 U.S.C. §1746 Declaration of Lucas Smith, September 3, 2009* **- 2 –**
*Notices of Filing Declaration & Attorney's Change of Address*

DR. ORLEY TAITZ
FOR THE PLAINTIFFS
26302 LA PAZ SUITE 211
MISSION VIEJO, CALIFORNIA 92691
(949) 683-5411
E-MAIL: DR_TAITZ@YAHOO.COM

## **PROOF OF SERVICE**

I the undersigned Charles Edward Lincoln, being over the age of 18 and not a party to this case, so hereby declare under penalty of perjury that on this, Friday, September 4, 2009, I provided facsimile or electronic copies of the Plaintiffs' above-and-foregoing Notice of Filing of the 28 U.S.C. §1746 Declaration of Lucas Daniel Smith with attached Exhibit, as a supplement to Plaintiff's

**FIRST AMENDED SPECIAL MOTION FOR ISSUANCE OF LETTERS ROGATORY AND FOR LEAVE TO
CONDUCT PRE-RULE 26(f) DISCOVERY
TO DEFENDANT HILLARY RODHAM CLINTON, etc., TO PERPETUATE TESTIMONY, PRESERVE EVIDENCE, and TRANSMIT
LETTERS ROGATORY PURSUANT to 28 U.S.C. §§1781(a)(2)-(b)(2)**

to all of the following non-party attorneys whose names were affixed to the "STATEMENT OF INTEREST" who have appeared in this case in accordance with the local rules of the Central District of California, to wit:

THOMAS P. O'BRIEN

LEON W. WEIDMAN

ROGER E. WEST roger.west4@usdoj.gov (designated as lead counsel for President Barack Hussein Obama on August 7, 2009)

DAVID A. DeJUTE

FACSIMILE (213) 894-7819

DONE AND EXECUTED ON THIS Friday the 4$^h$ day of September, 2009.

Charles Edward Lincoln, III
charles.lincoln@rocketmail.com
Tel: (512) 923-1889
Dr. Orly Taitz, Attorney-at-Law
(California SBN 223433)
Orly Taitz Law Offices
Telephone: (949) 683-5411
E-Mail: dr_taitz@yahoo.com

*28 U.S.C. §1746 Declaration of Lucas Smith, September 3, 2009*   **- 3 –**
*Notices of Filing Declaration & Attorney's Change of Address*

DR. ORLEY TAITZ
FOR THE PLAINTIFFS
26302 LA PAZ SUITE 211
MISSION VIEJO, CALIFORNIA 92691
(949) 683-5411
E-MAIL: DR_TAITZ@YAHOO.COM

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA (SOUTHERN) DIVISION

| | | |
|---|---|---|
| Captain Pamela Barnett, et al.,<br>    Plaintiffs,<br><br>v.<br><br>Barack Hussein Obama,<br>Michelle L.R. Obama,<br>Hillary Rodham Clinton, Secretary of State,<br>Robert M. Gates, Secretary of Defense,<br>Joseph R. Biden, Vice-President and<br>President of the Senate,<br>    Defendants. | § § § § § § § § § § § § § | Civil Action:<br><br>SACV09-00082-DOC (Anx) |

**28 U.S.C. §1746 Declaration of Lucas Daniel Smith with Exhibit**

1. My name is Lucas Daniel Smith. I am over 18 years old, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2. I am a citizen of the United States of America, I am 29 years old and I was born and raised in the state of Iowa.

3. I have personal knowledge of all the facts and circumstances described herein below in this declaration and will testify in open court to all of the same.

4. On February 19, 2009 I visited the Coast General hospital in Mombasa, Kenya.

5. I visited the hospital accompanied by one more person, a natural born citizen of the Democratic Republic of Congo (formerly known as "Zaire" and before independence as the "Belgian Congo").

6. I traveled to Kenya and Mombasa in particular with the intent to obtain the original birth certificate of Barack Hussein Obama, as I was told previously that it was on file in the hospital and under seal, due to the

*28 U.S.C. §1746 Declaration of Lucas Smith, September 3, 2009*   -4–
*Notices of Filing Declaration & Attorney's Change of Address*

DR. ORLEY TAITZ
FOR THE PLAINTIFFS
26302 LA PAZ SUITE 211
MISSION VIEJO, CALIFORNIA 92691
(949) 683-5411
E-MAIL: DR_TAITZ@YAHOO.COM

fact that the prime minister of Kenya Raela Odinga is Barack Hussein Obama's cousin.

7. I had to pay a cash "consideration" to a Kenyan military officer on duty to look the other way, while I obtained the copy of the birth certificate of Barack Hussein Obama.

8. The copy was signed by the hospital administrator.

9. The copy contain the embossed seal.

10. The true and correct photocopy of the Birth certificate obtained, is attached to this affidavit as Exhibit A.

11. I declare, certify, verify, state, and affirm under penalty of perjury under the laws of the United States of America that the foregoing statements of fact and descriptions of circumstances and events are true and correct.

12. I have not received any compensation for making this affidavit.

Further, Declarant saith naught.

Signed and executed in _____, _____ on this _____ day of September, 2009.


By:_____
    Lucas Daniel Smith

*28 U.S.C. §1746 Declaration of Lucas Smith, September 3, 2009*    -5–
*Notices of Filing Declaration & Attorney's Change of Address*

DR. ORLEY TAITZ
FOR THE PLAINTIFFS
26302 LA PAZ SUITE 211
MISSION VIEJO, CALIFORNIA 92691
(949) 683-5411
E-MAIL: DR_TAITZ@YAHOO.COM



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A:
# Lucas Daniel Smith's Photocopy of Birth Certificate from the Coastal Hospital; District of Mombasa Kenya, obtained in February 2009

*28 U.S.C. §1746 Declaration of Lucas Smith, September 3, 2009*     **- 6–**
*Notices of Filing Declaration & Attorney's Change of Address*

DR. ORLEY TAITZ
FOR THE PLAINTIFFS
26302 LA PAZ SUITE 211
MISSION VIEJO, CALIFORNIA 92691
(949) 683-5411
E-MAIL: DR_TAITZ@YAHOO.COM