"Zaire" and before independence as the "Belgian Congo").

6. I traveled to Kenya and Mombasa in particular with the intent to obtain the original birth certificate of Barack Hussein Obama, as I was told previously that it was on file in the hospital and under seal, due to the fact that the prime minister of Kenya Raela Odinga is Barack Hussein Obama's cousin.

7. I had to pay a cash "consideration" to a Kenyan military officer on duty to look the other way, while I obtained the copy of the birth certificate of Barack Hussein Obama.

8. The copy was signed by the hospital administrator.

9. The copy contain the embossed seal.

10. The true and correct photocopy of the Birth certificate obtained, is attached to this affidavit as Exhibit A.

11. I declare, certify, verify, state, and affirm under penalty of perjury under the laws of the United States of America that the foregoing statements of fact and descriptions of circumstances and events are true and correct.

12. I have not received any compensation for making this affidavit.

Further, Declarant saith naught.

Signed and executed in on this 3rd day of September, 2009.

By: _____
Lucas Daniel Smith

DR. ORLEY TAITZ
FOR THE PLAINTIFFS
26302 LA PAZ SUITE 211
MISSION VIEJO, CALIFORNIA 92691
(949) 683-5411