## COAST PROVINCE GENERAL HOSPITAL

Mombasa. British Protectorate of Kenya.

### CERTIFICATE OF BIRTH

Certificate No. 32018

Child bearing the name: **BARACK HUSSEIN OBAMA II** / Sex: **M**

was born to

| Full Name of Mother | Maiden Surname | Date of Birth |
|---|---|---|
| STANLEY ANN OBAMA | DUNHAM | 11/29/1942 |

| Full Name of Father | | Date of Birth |
|---|---|---|
| BARACK HUSSEIN OBAMA | | 1936 |

on this **4th day of AUGUST, 1961** at **7:24 PM**

| Weight of Child at Birth | Length | Width Between Shoulders |
|---|---|---|
| 7 pounds 1 ounce | 18 inches | 6 inches |

| Residence of Mother | Birth Place of Mother |
|---|---|
| HONOLULU, HAWAII, UNITED STATES | WICHITA, KANSAS, UNITED STATES |

| Birth Place of Father | Occupation of Father | Occupation of Mother |
|---|---|---|
| KANYADHIANG VILLAGE, NYANZA | STUDENT | STUDENT |

| Name of Attending Doctor | Signature of Attending Doctor | Date |
|---|---|---|
| JAMES O. W. ANG'AWA | [signature] | 8/8/1961 |

JOHN KWAME ODONGO
Supervisor of Obstetrics

[signature]   8-7-1961
Signature    Date



V452
M37