Case 8:09-cv-00082-DOC-AN   Document 56-1   Filed 09/04/09   Page 1 of 23

# United States Senate Committee on Rules and Administration

## Rules of the Senate

### View

# Standing Rules of the Senate

## RULE XXV

## STANDING COMMITTEES

1. The following standing committees shall be appointed at the commencement of each Congress, and shall continue and have the power to act until their successors are appointed, with leave to report by bill or otherwise on matters within their respective jurisdictions:

(a)(1) Committee on Agriculture, Nutrition, and Forestry, to which committee shall be referred all proposed legislation, messages, petitions, memorials, and other matters relating primarily to the following subjects:

1. Agricultural economics and research.

2. Agricultural extension services and experiment stations.

3. Agricultural production, marketing, and stabilization of prices.

4. Agriculture and agricultural commodities.

5. Animal industry and diseases.

6. Crop insurance and soil conservation.

7. Farm credit and farm security.

8. Food from fresh waters.

9. Food stamp programs.

10. Forestry, and forest reserves and wilderness areas other than those created from the public

26

EXHIBIT ___1___

Case 8:09-cv-00082-DOC-AN   Document 58-1   Filed 09/04/09   Page 2 of 23

domain.

11. Home economics.

12. Human nutrition.

13. Inspection of livestock, meat, and agricultural products.

14. Pests and pesticides.

15. Plant industry, soils, and agricultural engineering.

16. Rural development, rural electrification, and watersheds.

17. School nutrition programs.

(2) Such committee shall also study and review, on a comprehensive basis, matters relating to food, nutrition, and hunger, both in the United States and in foreign countries, and rural affairs, and report thereon from time to time.

(b) Committee on Appropriations, to which committee shall be referred all proposed legislation, messages, petitions, memorials, and other matters relating to the following subjects:

1. Appropriation of the revenue for the support of the Government, except as provided in subparagraph (e).

2. Rescission of appropriations contained in appropriation Acts (referred to in section 105 of title 1, United States Code).

3. The amount of new spending authority described in section 401(c)(2) (A) and (B) of the Congressional Budget Act of 1974 which is to be effective for a fiscal year.

4. New spending authority described in section 401(c)(2)(C) of the Congressional Budget Act of 1974 provided in bills and resolutions referred to the committee under section 401(b)(2) of that Act (but subject to the provisions of section 401(b)(3) of that Act).

(c)(1) Committee on Armed Services, to which committee shall be referred all proposed legislation, messages, petitions, memorials, and other matters relating to the following subjects:

1. Aeronautical and space activities peculiar to or primarily associated with the development of weapons systems or military operations.

EXHIBIT ___1___

2. Common defense.

3. Department of Defense, the Department of the Army, the Department of the Navy, and the Department of the Air Force, generally.

4. Maintenance and operation of the Panama Canal, including administration, sanitation, and government of the Canal Zone.

5. Military research and development.

6. National security aspects of nuclear energy.

7. Naval petroleum reserves, except those in Alaska.

8. Pay, promotion, retirement, and other benefits and privileges of members of the Armed Forces, including overseas education of civilian and military dependents.

9. Selective service system.

10. Strategic and critical materials necessary for the common defense.

(2) Such committee shall also study and review, on a comprehensive basis, matters relating to the common defense policy of the United States, and report thereon from time to time.

(d)(1) Committee on Banking, Housing, and Urban Affairs, to which committee shall be referred all proposed legislation, messages, petitions, memorials, and other matters relating to the following subjects:

1. Banks, banking, and financial institutions.

2. Control of prices of commodities, rents, and services.

3. Deposit insurance.

4. Economic stabilization and defense production.

5. Export and foreign trade promotion.

6. Export controls.

7. Federal monetary policy, including Federal Reserve System.

8. Financial aid to commerce and industry.

EXHIBIT ___l___

28

9. Issuance and redemption of notes.

10. Money and credit, including currency and coinage.

11. Nursing home construction.

12. Public and private housing (including veterans' housing).

13. Renegotiation of Government contracts.

14. Urban development and urban mass transit.

(2) Such committee shall also study and review, on a comprehensive basis, matters relating to international economic policy as it affects United States monetary affairs, credit, and financial institutions; economic growth, urban affairs, and credit, and report thereon from time to time.

(e)(1) Committee on the Budget, to which committee shall be referred all concurrent resolutions on the budget (as defined in section 3(a)(4) of the Congressional Budget Act of 1974) and all other matters required to be referred to that committee under titles III and IV of that Act, and messages, petitions, memorials, and other matters relating thereto.

(2) Such committee shall have the duty

(A) to report the matters required to be reported by it under titles III and IV of the Congressional Budget Act of 1974;

(B) to make continuing studies of the effect on budget outlays of relevant existing and proposed legislation and to report the results of such studies to the Senate on a recurring basis;

(C) to request and evaluate continuing studies of tax expenditures, to devise methods of coordinating tax expenditures, policies, and programs with direct budget outlays, and to report the results of such studies to the Senate on a recurring basis; and

(D) to review, on a continuing basis, the conduct by the Congressional Budget Office of its functions and duties.

(f)(1) Committee on Commerce, Science, and Transportation, to which committee shall be referred all proposed legislation, messages, petitions, memorials, and other matters relating to the following subjects:

1. Coast Guard.

2. Coastal zone management.

EXHIBIT ____1____

3. Communications.

4. Highway safety.

5. Inland waterways, except construction.

6. Interstate commerce.

7. Marine and ocean navigation, safety, and transportation, including navigational aspects of deepwater ports.

8. Marine fisheries.

9. Merchant marine and navigation.

10. Nonmilitary aeronautical and space sciences.

11. Oceans, weather, and atmospheric activities.

12. Panama Canal and interoceanic canals generally, except as provided in subparagraph (c).

13. Regulation of consumer products and services, including testing related to toxic substances, other than pesticides, and except for credit, financial services, and housing.

14. Regulation of interstate common carriers, including railroads, buses, trucks, vessels, pipelines, and civil aviation.

15. Science, engineering, and technology research and development and policy.

16. Sports.

17. Standards and measurement.

18. Transportation.

19. Transportation and commerce aspects of Outer Continental Shelf lands.

(2) Such committee shall also study and review, on a comprehensive basis, all matters relating to science and technology, oceans policy, transportation, communications, and consumer affairs, and report thereon from time to time.

(g)(1) Committee on Energy and Natural Resources, to which committee shall be referred all proposed legislation, messages, petitions, memorials, and other matters relating to the following subjects:

30

EXHIBIT ___1

Case 8:09-cv-00082-DOC-AN    Document 56-1    Filed 09/04/09    Page 6 of 23

1. Coal production, distribution, and utilization.

2. Energy policy.

3. Energy regulation and conservation.

4. Energy related aspects of deepwater ports.

5. Energy research and development.

6. Extraction of minerals from oceans and Outer Continental Shelf lands.

7. Hydroelectric power, irrigation, and reclamation.

8. Mining education and research.

9. Mining, mineral lands, mining claims, and mineral conservation.

10. National parks, recreation areas, wilderness areas, wild and scenic rivers, historical sites, military parks and battlefields, and on the public domain, preservation of prehistoric ruins and objects of interest.

11. Naval petroleum reserves in Alaska.

12. Nonmilitary development of nuclear energy.

13. Oil and gas production and distribution.

14. Public lands and forests, including farming and grazing thereon, and mineral extraction therefrom.

15. Solar energy systems.

16. Territorial possessions of the United States, including trusteeships.

(2) Such committee shall also study and review, on a comprehensive basis, matters relating to energy and resources development, and report thereon from time to time.

(h)(1) Committee on Environment and Public Works, to which committee shall be referred all proposed legislation, messages, petitions, memorials, and other matters relating to the following subjects:

1. Air pollution.



EXHIBIT __1__

31

2. Construction and maintenance of highways.

3. Environmental aspects of Outer Continental Shelf lands.

4. Environmental effects of toxic substances, other than pesticides.

5. Environmental policy.

6. Environmental research and development.

7. Fisheries and wildlife.

8. Flood control and improvements of rivers and harbors, including environmental aspects of deepwater ports.

9. Noise pollution.

10. Nonmilitary environmental regulation and control of nuclear energy.

11. Ocean dumping.

12. Public buildings and improved grounds of the United States generally, including Federal buildings in the District of Columbia.

13. Public works, bridges, and dams.

14. Regional economic development.

15. Solid waste disposal and recycling.

16. Water pollution.

17. Water resources.

(2) Such committee shall also study and review, on a comprehensive basis, matters relating to environmental protection and resource utilization and conservation, and report thereon from time to time.

(i) Committee on Finance, to which committee shall be referred all proposed legislation, messages, petitions, memorials, and other matters relating to the following subjects:

1. Bonded debt of the United States, except as provided in the Congressional Budget Act of 1974.


EXHIBIT 1

2. Customs, collection districts, and ports of entry and delivery.

3. Deposit of public moneys.

4. General revenue sharing.

5. Health programs under the Social Security Act and health programs financed by a specific tax or trust fund.

6. National social security.

7. Reciprocal trade agreements.

8. Revenue measures generally, except as provided in the Congressional Budget Act of 1974.

9. Revenue measures relating to the insular possessions.

10. Tariffs and import quotas, and matters related thereto.

11. Transportation of dutiable goods.

(j)(1) Committee on Foreign Relations, to which committee shall be referred all proposed legislation, messages, petitions, memorials, and other matters relating to the following subjects:

1. Acquisition of land and buildings for embassies and legations in foreign countries.

2. Boundaries of the United States.

3. Diplomatic service.

4. Foreign economic, military, technical, and humanitarian assistance.

5. Foreign loans.

6. International activities of the American National Red Cross and the International Committee of the Red Cross.

7. International aspects of nuclear energy, including nuclear transfer policy.

8. International conferences and congresses.

9. International law as it relates to foreign policy.



10. International Monetary Fund and other international organizations established primarily for international monetary purposes (except that, at the request of the Committee on Banking, Housing, and Urban Affairs, any proposed legislation relating to such subjects reported by the Committee on Foreign Relations shall be referred to the Committee on Banking, Housing, and Urban Affairs).

11. Intervention abroad and declarations of war.

12. Measures to foster commercial intercourse with foreign nations and to safeguard American business interests abroad.

13. National security and international aspects of trusteeships of the United States.

14. Oceans and international environmental and scientific affairs as they relate to foreign policy.

15. Protection of United States citizens abroad and expatriation.

16. Relations of the United States with foreign nations generally.

17. Treaties and executive agreements, except reciprocal trade agreements.

18. United Nations and its affiliated organizations.

19. World Bank group, the regional development banks, and other international organizations established primarily for development assistance purposes.

(2) Such committee shall also study and review, on a comprehensive basis, matters relating to the national security policy, foreign policy, and international economic policy as it relates to foreign policy of the United States, and matters relating to food, hunger, and nutrition in foreign countries, and report thereon from time to time.

(k)(1) Committee on Governmental Affairs, to which committee shall be referred all proposed legislation, messages, petitions, memorials, and other matters relating to the following subjects:

1. Archives of the United States.

2. Budget and accounting measures, other than appropriations, except as provided in the Congressional Budget Act of 1974.

3. Census and collection of statistics, including economic and social statistics.

4. Congressional organization, except for any part of the matter that amends the rules or

34

EXHIBIT 1

Case 8:09-cv-00082-DOC-AN    Document 56-1    Filed 09/04/09    Page 10 of 23

orders of the Senate.

5. Federal Civil Service.

6. Government information.

7. Intergovernmental relations.

8. Municipal affairs of the District of Columbia, except appropriations therefor.

9. Organization and management of United States nuclear export policy.

10. Organization and reorganization of the executive branch of the Government.

11. Postal Service.

12. Status of officers and employees of the United States, including their classification, compensation, and benefits.

(2) Such committee shall have the duty of

(A) receiving and examining reports of the Comptroller General of the United States and of submitting such recommendations to the Senate as it deems necessary or desirable in connection with the subject matter of such reports;

(B) studying the efficiency, economy, and effectiveness of all agencies and departments of the Government;

(C) evaluating the effects of laws enacted to reorganize the legislative and executive branches of the Government; and

(D) studying the intergovernmental relationships between the United States and the States and municipalities, and between the United States and international organizations of which the United States is a member.

(l) Committee on the Judiciary, to which committee shall be referred all proposed legislation, messages, petitions, memorials, and other matters relating to the following subjects:

1. Apportionment of Representatives.

2. Bankruptcy, mutiny, espionage, and counterfeiting.

3. Civil liberties.



35

4. Constitutional amendments.

5. Federal courts and judges.

6. Government information.

7. Holidays and celebrations.

8. Immigration and naturalization.

9. Interstate compacts generally.

10. Judicial proceedings, civil and criminal, generally.

11. Local courts in the territories and possessions.

12. Measures relating to claims against the United States.

13. National penitentiaries.

14. Patent Office.

15. Patents, copyrights, and trademarks.

16. Protection of trade and commerce against unlawful restraints and monopolies.

17. Revision and codification of the statutes of the United States.

18. State and territorial boundary lines.

(m)(1) Committee on Health, Education, Labor and Pensions, to which committee shall be referred all proposed legislation, messages, petitions, memorials, and other matters relating to the following subjects:

1. Measures relating to education, labor, health, and public welfare.

2. Aging.

3. Agricultural colleges.

4. Arts and humanities.

5. Biomedical research and development.

EXHIBIT ____I

36

6. Child labor.

7. Convict labor and the entry of goods made by convicts into interstate commerce.

8. Domestic activities of the American National Red Cross.

9. Equal employment opportunity.

10. Gallaudet College, Howard University, and Saint Elizabeths Hospital.

11. Individuals with disabilities.

12. Labor standards and labor statistics.

13. Mediation and arbitration of labor disputes.

14. Occupational safety and health, including the welfare of miners.

15. Private pension plans.

16. Public health.

17. Railway labor and retirement.

18. Regulation of foreign laborers.

19. Student loans.

20. Wages and hours of labor.

(2) Such committee shall also study and review, on a comprehensive basis, matters relating to health, education and training, and public welfare, and report thereon from time to time.

(n)(1) Committee on Rules and Administration, to which committee shall be referred all proposed legislation, messages, petitions, memorials, and other matters relating to the following subjects:

1. Administration of the Senate Office Buildings and the Senate wing of the Capitol, including the assignment of office space.

2. Congressional organization relative to rules and procedures, and Senate rules and regulations, including floor and gallery rules.

3. Corrupt practices.

EXHIBIT 1

37

Case 8:09-cv-00082-DOC-AN   Document 56-1   Filed 09/04/09   Page 13 of 23

4. Credentials and qualifications of Members of the Senate, contested elections, and acceptance of incompatible offices.

5. Federal elections generally, including the election of the President, Vice President, and Members of the Congress.

6. Government Printing Office, and the printing and correction of the Congressional Record, as well as those matters provided for under rule XI.

7. Meetings of the Congress and attendance of Members.

8. Payment of money out of the contingent fund of the Senate or creating a charge upon the same (except that any resolution relating to substantive matter within the jurisdiction of any other standing committee of the Senate shall be first referred to such committee).

9. Presidential succession.

10. Purchase of books and manuscripts and erection of monuments to the memory of individuals.

11. Senate Library and statuary, art, and pictures in the Capitol and Senate Office Buildings.

12. Services to the Senate, including the Senate restaurant.

13. United States Capitol and congressional office buildings, the Library of Congress, the Smithsonian Institution (and the incorporation of similar institutions), and the Botanic Gardens.

(2) Such committee shall also

(A) make a continuing study of the organization and operation of the Congress of the United States and shall recommend improvements in such organization and operation with a view toward strengthening the Congress, simplifying its operations, improving its relationships with other branches of the United States Government, and enabling it better to meet its responsibilities under the Constitution of the United States;

(B) identify any court proceeding or action which, in the opinion of the Committee, is of vital interest to the Congress as a constitutionally established institution of the Federal Government and call such proceeding or action to the attention of the Senate; and develop, implement, and update as necessary a strategy planning process and a strategic plan for the functional and technical infrastructure support of the Senate and provide oversight over plans developed by Senate officers and others in accordance with the strategic planning process.


EXHIBIT 1

38

Case 8:09-cv-00082-DOC-AN   Document 56-1   Filed 09/04/09   Page 14 of 23

(o)(1) Committee on Small Business, to which committee shall be referred all proposed legislation, messages, petitions, memorials, and other matters relating to the Small Business Administration.

(2) Any proposed legislation reported by such committee which relates to matters other than the functions of the Small Business Administration shall, at the request of the chairman of any standing committee having jurisdiction over the subject matter extraneous to the functions of the Small Business Administration, be considered and reported by such standing committee prior to its consideration by the Senate; and likewise measures reported by other committees directly relating to the Small Business Administration shall, at the request of the chairman of the Committee on Small Business, be referred to the Committee on Small Business for its consideration of any portions of the measure dealing with the Small Business Administration, and be reported by this committee prior to its consideration by the Senate.

(3) Such committee shall also study and survey by means of research and investigation all problems of American small business enterprises, and report thereon from time to time.

(p) Committee on Veterans' Affairs, to which committee shall be referred all proposed legislation, messages, petitions, memorials, and other matters relating to the following subjects:

1. Compensation of veterans.

2. Life insurance issued by the Government on account of service in the Armed Forces.

3. National cemeteries.

4. Pensions of all wars of the United States, general and special.

5. Readjustment of servicemen to civil life.

6. Soldiers' and sailors' civil relief.

7. Veterans' hospitals, medical care and treatment of veterans.

8. Veterans' measures generally.

9. Vocational rehabilitation and education of veterans.

2. Except as otherwise provided by paragraph 4 of this rule, each of the following standing committees shall consist of the number of Senators set forth in the following table on the line on which the name of that committee appears:



EXHIBIT 1

Case 8:09-cv-00082-DOC-AN   Document 56-1   Filed 09/04/09   Page 15 of 23

Committee / Members
Agriculture, Nutrition, and Forestry / 18
Appropriations / 28
Armed Services / 18
Banking, Housing, and Urban Affairs / 18
Commerce, Science, and Transportation / 20
Energy and Natural Resources / 20
Environment and Public Works / 18
Finance / 20
Foreign Relations / 18
Governmental Affairs / 16
Judiciary / 18
H.E.L.P. / 18

3.(a) Except as otherwise provided by paragraph 4 of this rule, each of the following standing
committees shall consist of the number of Senators set forth in the following table on the line
on which the name of that committee appears:

Committee / Members
Budget / 22
Rules and Administration / 16
Veterans' Affairs / 12
Small Business / 18

b) Each of the following committees and joint committees shall consist of the number of
Senators (or Senate members, in the case of a joint committee) set forth in the following table
on the line on which the name of that committee appears:

Committee / Members
Aging / 18
Intelligence / 19
Joint Economic Committee / 10

(c) Each of the following committees and joint committees shall consist of the number of
Senators (or Senate members, in the case of a joint committee) set forth in the following table
on the line on which the name of that committee appears:

Committee / Members

EXHIBIT ___1___

40

Ethics / 6
Indian Affairs / 14
Joint Committee on Taxation / 5

4.(a) Except as otherwise provided by this paragraph

(1) each Senator shall serve on two and no more committees listed in paragraph 2; and

(2) each Senator may serve on only one committee listed in paragraph 3 (a) or (b).

(b)(1) Each Senator may serve on not more than three subcommittees of each committee (other than the Committee on Appropriations) listed in paragraph 2 of which he is a member.

(2) Each Senator may serve on not more than two subcommittees of a committee listed in paragraph 3 (a) or (b) of which he is a member.

(3) Notwithstanding subparagraphs (1) and (2), a Senator serving as chairman or ranking minority member of a standing, select, or special committee of the Senate or joint committee of the Congress may serve ex officio, without vote, as a member of any subcommittee of such committee or joint committee.

(4) No committee of the Senate may establish any subunit of that committee other than a subcommittee, unless the Senate by resolution has given permission therefor. For purposes of this subparagraph, any subunit of a joint committee shall be treated as a subcommittee.

(c) By agreement entered into by the majority leader and the minority leader, the membership of one or more standing committees may be increased temporarily from time to time by such number or numbers as may be required to accord to the majority party a majority of the membership of all standing committees. When any such temporary increase is necessary to accord to the majority party a majority of the membership of all standing committees, members of the majority party in such number as may be required for that purpose may serve as members of three standing committees listed in paragraph 2. No such temporary increase in the membership of any standing committee under this subparagraph shall be continued in effect after the need therefor has ended. No standing committee may be increased in membership under this subparagraph by more than two members in excess of the number prescribed for that committee by paragraph 2 or 3(a).

(d) A Senator may serve as a member of any joint committee of the Congress the Senate members of which are required by law to be appointed from a standing committee of the Senate of which he is a member, and service as a member of any such joint committee shall not be taken into account for purposes of subparagraph (a)(2).

(e)(1) No Senator shall serve at any time as chairman of more than one standing, select, or

special committee of the Senate or joint committee of the Congress, except that a Senator may serve as chairman of any joint committee of the Congress having jurisdiction with respect to a subject matter which is directly related to the jurisdiction of a standing committee of which he is chairman.

(2) No Senator shall serve at any time as chairman of more than one subcommittee of each standing, select, or special committee of the Senate or joint committee of the Congress of which he is a member.

(3) A Senator who is serving as the chairman of a committee listed in paragraph 2 may serve at any time as the chairman of only one subcommittee of all committees listed in paragraph 2 of which he is a member and may serve at any time as the chairman of only one subcommittee of each committee listed in paragraph 3 (a) or (b) of which he is a member. A Senator who is serving as the chairman of a committee listed in paragraph 3 (a) or (b) may not serve as the chairman of any subcommittee of that committee, and may serve at any time as the chairman of only one subcommittee of each committee listed in paragraph 2 of which he is a member. Any other Senator may serve as the chairman of only one subcommittee of each committee listed in paragraph 2, 3(a), or 3(b) of which he is a member.

(f) A Senator serving on the Committee on Rules and Administration may not serve on any joint committee of the Congress unless the Senate members thereof are required by law to be appointed from the Committee on Rules and Administration, or unless such Senator served on the Committee on Rules and Administration and the Joint Committee on Taxation on the last day of the Ninetyeighth Congress.

(g) A Senator who on the day preceding the effective date of title I of the Committee System Reorganization Amendments of 1977 was serving as the chairman or ranking minority member of the Committee on the District of Columbia or the Committee on Post Office and Civil Service may serve on the Committee on Governmental Affairs in addition to serving on two other standing committees listed in paragraph 2. At the request of any such Senator, he shall be appointed to serve on such committee but, while serving on such committee and two other standing committees listed in paragraph 2, he may not serve on any committee listed in paragraph 3 (a) or (b) other than the Committee on Rules and Administration. The preceding provisions of this subparagraph shall apply with respect to any Senator only so long as his service as a member of the Committee on Governmental Affairs is continuous after the date on which the appointment of the majority and minority members of the Committee on Governmental Affairs is initially completed.

---

# Committee Information

*305 Russell Senate Office Building*

EXHIBIT __

42

*Washington, DC 20510*
202.224.6352 **Main Number**
202.224.1912 Administrative Fax
202.224.5400 Democratic Fax
202.224.3036 Republican Fax

43

EXHIBIT  1

clause 2 of rule XIV); and a motion to commit (not debatable after the ordering of the previous question) under clause 2 of rule XIX (formerly clause 1 of rule XVII) (Mar. 12, 1992, p. 5557). Debate on a letter of resignation is controlled by the Member moving the acceptance of the resignation (Mar. 8, 1977, pp. 6579–82) if the resigning Member does not seek recognition (June 16, 1975, p. 19054; June 8, 2006, p. ——). Debate on a question of personal privilege must be confined to the statements or issues that gave rise to the question of privilege (V, 5075–77; VI, 576, 608; VIII, 2448, 2481; May 31, 1984, p. 14623). A Member recognized only on the question of whether a resolution qualifies as a question of privilege is not recognized to debate such resolution (Nov. 3, 2005, p. ——).

# RULE X

## ORGANIZATION OF COMMITTEES

### *Committees and their legislative jurisdictions*

1. There shall be in the House the following
§714. Number and jurisdiction of standing committees. standing committees, each of which shall have the jurisdiction and related functions assigned by this clause and clauses 2, 3, and 4. All bills, resolutions, and other matters relating to subjects within the jurisdiction of the standing committees listed in this clause shall be referred to those committees, in accordance with clause 2 of rule XII, as follows:

Under the Legislative Reorganization Act of 1946 (60 Stat. 812), the 44 committees of the 79th Congress were consolidated into 19, effective January 2, 1947. The total number of standing committees grew over time with the creation of the Committee on Science and Astronautics (now Science and Technology), established on July 21, 1958 (p. 14513); the Committee on Standards of Official Conduct, established on April 13, 1967 (p. 9425); the Committee on the Budget, established on July 12, 1974, by the Congressional Budget Act of 1974 (88 Stat. 297); and the Committee on Small Business, established as a standing committee effective January 3, 1975 (H. Res. 988, 93d Cong., Oct. 8, 1974, p. 34470). The Committee on Internal Security was abolished in the 94th Congress (H. Res. 5, Jan. 14, 1975, p. 20) thereby setting the total number of standing committees at 22.

[428]

44



RULES OF THE HOUSE OF REPRESENTATIVES

§723b–§724                                                    Rule X, clause 1

(D) Domestic preparedness for and collective response to terrorism.

(E) Research and development.

(F) Transportation security.

This committee was established in the 109th Congress (sec. 2(a), H. Res. 5, Jan. 4, 2005, p. ——). For debate (and material submitted during debate) that may edify the reader on the jurisdictional issues surrounding the new committee, see January 4, 2005, p. ——. The Speaker announced that his referral of measures in the 108th Congress to the Select Committee on Homeland Security would not constitute precedent for referral to this committee (Jan. 4, 2005, p. ——).

§723b. Former Select Committee on Homeland Security.

In the 107th Congress the House established a Select Committee on Homeland Security (H. Res. 449, June 19, 2002, p. 10722). Its mission was to develop recommendations on such matters that relate to the establishment of a department of homeland security as may be referred to it by the Speaker and on recommendations submitted to it by standing committees to which the Speaker referred a bill establishing the department and to report its recommendation to the House on such bill. It was terminated after final disposition of the specified bill (Nov. 25, 2002, p. 23433). In the 108th Congress the House reestablished a Select Committee on Homeland Security (sec. 4, H. Res. 5, Jan. 7, 2003, p. 11). Its mission was to develop recommendations on such matters that relate to the Homeland Security Act of 2002 (P.L. 107–296) as may be referred to it by the Speaker; to conduct oversight of laws, programs, and Government activities relating to homeland security; to conduct a study of the operation and implementation of the Rules of the House, including rule X, with respect to homeland security; and to report its recommendations to the House by bill or otherwise on matters referred to it by the Speaker and to report its recommendations on changes to House rules to the Committee on Rules by September 30, 2004.

## (j) Committee on House Administration.

§724. House Administration.

(1) Appropriations from accounts for committee salaries and expenses (except for the Committee on Appropriations); House Information Resources; and allowance and expenses of Members, Delegates, the Resident Commissioner, officers, and administrative offices of the House.

[450]

45



RULES OF THE HOUSE OF REPRESENTATIVES

Rule X, clause 1 §724

(2) Auditing and settling of all accounts described in subparagraph (1).

(3) Employment of persons by the House, including staff for Members, Delegates, the Resident Commissioner, and committees; and reporters of debates, subject to rule VI.

(4) Except as provided in paragraph (r)(11), the Library of Congress, including management thereof; the House Library; statuary and pictures; acceptance or purchase of works of art for the Capitol; the Botanic Garden; and purchase of books and manuscripts.

(5) The Smithsonian Institution and the incorporation of similar institutions (except as provided in paragraph (r)(11)).

(6) Expenditure of accounts described in subparagraph (1).

(7) Franking Commission.

(8) Printing and correction of the Congressional Record.

(9) Accounts of the House generally.

(10) Assignment of office space for Members, Delegates, the Resident Commissioner, and committees.

(11) Disposition of useless executive papers.

(12) Election of the President, Vice President, Members, Senators, Delegates, or the Resident Commissioner; corrupt practices; contested elections; credentials and qualifications; and Federal elections generally.

(13) Services to the House, including the House Restaurant, parking facilities, and ad-

[451]

EXHIBIT 2

46

ministration of the House Office Buildings and
of the House wing of the Capitol.

(14) Travel of Members, Delegates, and the
Resident Commissioner.

(15) Raising, reporting, and use of campaign
contributions for candidates for office of Rep-
resentative, of Delegate, and of Resident Com-
missioner.

(16) Compensation, retirement, and other
benefits of the Members, Delegates, the Resi-
dent Commissioner, officers, and employees of
Congress.

This committee was created as the Committee on House Administration
on January 2, 1947, as a part of the Legislative Reorganization Act of
1946 (60 Stat. 812), combining the Committees on Accounts (created in
1803) (IV, 4328), Enrolled Bills (created in 1789) (IV, 4350), Disposition
of Executive Papers (created in 1889) (IV, 4419), Printing (created in 1846),
Elections (created in 1794 and divided into three committees in 1895) (IV,
4019), Election of President, Vice President, and Representatives in Con-
gress (created in 1893) (IV, 4299), and Memorials (created January 3, 1929,
VII, 2080).

The Committee was redesignated as the Committee on House Oversight
in the 104th Congress, obtaining from the former Committee on Post Office
and Civil Service jurisdiction over the Franking Commission (also known
as the House Commission on Congressional Mailing Standards) in subpara-
graph (7), while transferring to the Committee on Natural Resources juris-
diction over erection of monuments to the memory of individuals (sec.
202(a), H. Res. 6, Jan. 4, 1995, p. 464). References in subparagraphs (1)
and (2) to the "contingent fund" were eliminated without changing the
committee's jurisdiction over the accounts that the fund comprised. In the
105th Congress subparagraph (1) was amended to effect a technical correc-
tion (H. Res. 5, Jan. 7, 1997, p. 121). In the 106th Congress the committee
was redesignated House Administration, and the House recodified its rules
to effect clerical and stylistic changes, including the deletion of a redundant
undesignated recitation of general and special oversight functions (H. Res.
5, Jan. 6, 1999, p. 47). In the 107th Congress the committee's responsibil-
ities with respect to enrolled bills (which were set forth in former clause
4(d)(1)(A) of rule X) were transferred to the Clerk (see clause 2(d)(2) of
rule II) (sec. 2(b), H. Res. 5, Jan. 3, 2001, p. 25).

[452]


EXHIBIT 2

RULES OF THE HOUSE OF REPRESENTATIVES

Rule X, clause 1                                                    §725-§728

§725. House facilities.

The Committee has jurisdiction over measures relating to the House Restaurant (2 U.S.C. 2041), which was first under the jurisdiction of the former Committee on Accounts, then under the supervision of the Architect of the Capitol (H. Res. 590, 76th Cong., Sept. 5, 1940, p. 11552, as made permanent law by P.L. 76–812), and then the Select Committee on the House Restaurant (H. Res. 472, 91st Cong., July 10, 1969, p. 19080; H. Res. 111, 93d Cong., Feb. 7, 1973, p. 3680), which was not reestablished after the 93d Congress.

By the Committee Reform Amendments of 1974, effective January 3, 1975, the committee obtained jurisdiction over parking facilities of the House, a matter formerly assigned to a select committee (subpara. (13)) (H. Res. 988, 93d Cong., Oct. 8, 1974, p. 34470). In the 94th Congress the committee was given jurisdiction over campaign contributions to candidates for the House, a matter formerly within the jurisdiction of the Committee on Standards of Official Conduct (subpara. (15)), and over compensation, retirement, and other benefits of Members, officers, and employees of Congress (subpara. (16)) (H. Res. 5, Jan. 14, 1975, p. 20).

The Committee has jurisdiction over resolutions authorizing committees to employ additional professional and clerical personnel (Feb. 7, 1966, p. 2373). The Committee has supervisory authority over the House barber shops, beauty shops, and House Information Resources.

§727. Library.

Under the Reorganization Act the committee has jurisdiction over some of the subjects formerly within the jurisdiction of the Joint Committee on the Library, such as matters relating to the Library of Congress and the House Library, statuary and pictures, acceptance or purchase of works of art for the Capitol, the Botanic Gardens, management of the Library of Congress, purchase of books and manuscripts, matters relating to the Smithsonian Institution, and the incorporation of similar institutions. Excepted are measures relating to the construction or reconstruction, maintenance, and care of the buildings and grounds of the Botanic Gardens, the Library of Congress, and the Smithsonian Institution, which fall under the jurisdiction of the Committee on Transportion (now Transportation and Infrastructure). The House Members of the Joint Committee on the Library, provided for by law (2 U.S.C. 132b), are elected by resolution each Congress.

§728. Congressional Record.

The Committee has jurisdiction over matters relating to printing and correction of the Congressional Record, formerly within the jurisdiction of the Committee on Printing. The House Members of the Joint Committee on Printing, provided for by law (44 U.S.C. 101), are elected by resolution each Congress.

The Committee has jurisdiction over measures relating to the election of the President, Vice President, or Members of Congress; corrupt practices; contested elections; credentials and qualifications; Federal elections generally, and the electoral count, which formerly was within the jurisdiction of the Committee on Election of the President, Vice President, and Representatives in Congress (IV, 4303).

[453]



EXHIBIT   2

48