# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SA CV09-0082-DOC(ANx)                                    Date   September 10, 2009

Title   CAPTAIN PAMELA BARNETT, ET. AL., -V- BARACK HUSSEIN OBAMA, ET. AL.,

---

Present: The Honorable    DAVID O. CARTER

| Kristee Hopkins | NONE PRESENT | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

NONE                                                                  NONE

Proceedings:   (In Chambers)   ORDER REFERRING MOTION TO MAGISTRATE JUDGE

   Court orders First Amended Motion for Issuance of Letters Rogatory and Initiation of Discovery, filed by plaintiffs on August 20, 2009 referred to assigned Magistrate Judge Arthur Nakazato. Accordingly, the noticed hearing date of September 14, 2009 at 8:30 a.m. before this Court is vacated.

   The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

                                                                                      :   00

                                                        Initials of Preparer   kh