GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROGER E. WEST (State Bar No. 58609)
Assistant United States Attorney
First Assistant Chief, Civil Division
DAVID A. DeJUTE (State Bar No. 153527)
Assistant United States Attorney
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2461/2574
    Facsimile: (213) 894-7819
    Email: roger.west4@usdoj.gov
        david.dejute@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CAPTAIN PAMELA BARNETT, *et al.*, | No. SACV 09-00082 DOC (ANx) |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER UPON EX PARTE APPLICATION** |
| BARACK H. OBAMA, *et al.* | |
| Defendants. | |

The Ex Parte Application for Limited Stay of Discovery having come before the Court, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that all discovery herein, and proceedings related thereto, be stayed pending the resolution by this Court of Defendants' Motion to Dismiss, now set for hearing on October 5, 2009, except for any discovery as to which Plaintiffs can demonstrate, to the satisfaction of this Court, that they need to counter the grounds set forth in said Motion to Dismiss.

DATED: _____

_____
HON. ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

GEORGE S. CARDONA
Acting United States Attorney
LEON WEIDMAN
Assistant United States Attorney
Chief, Civil Division

*/s/ Roger E. West*
ROGER E. WEST
Assistant United States Attorney
First Assistant Chief, Civil Division

*/s/ David A. DeJute*
DAVID A. DeJUTE
Assistant United States Attorney

Attorneys for Defendants