AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| Captain Pamela Barnett, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   8:09-cv-00082-DOC-AN |
| Barack Hussein Obama, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Markham Robinson and Dr. Wiley S. Drake

Date:     09/11/2009

*Attorney's signature*

Gary G. Kreep (SBN 066482)
*Printed name and bar number*

932 D. St., Suite 2
Ramona, CA 92065

*Address*

usjf@usjf.net
*E-mail address*

(760) 788-6624
*Telephone number*

(760) 788-6414
*FAX number*