**Dr. Orly Taitz, Attorney-at-Law**
**29839 S. Margarita Pkwy**
**Rancho Santa Margarita CA 92688**
**Tel. 949-683-5411**
**Fax 949-766-7036**
**California State Bar No.: 223433**
E-Mail: dr_taitz@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA (SOUTHERN) DIVISION

| | | |
|---|---|---|
| Captain Pamela Barnett, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action: |
| | § | |
| Barack Hussein Obama, | § | **SACV09-00082-DOC (Anx)** |
| Michelle L.R. Obama, | § | |
| Hillary Rodham Clinton, Secretary of State, | § | |
| Robert M. Gates, Secretary of Defense, | § | |
| Joseph R. Biden, Vice-President and | § | |
| President of the Senate, | § | |
| Defendants. | § | |

### NOTICE OF FILING CHANGE OF ADDRESS AND
### Preliminary Letter Regarding Rule 26(f) Conference

**Come now the Plaintiffs** with this Notice of Filing the Preliminary Letter Regarding Rule 26(f) Conference and other matters.

Plaintiffs ask this Court to take notice of the filing of the letter of Plaintiff's Counsel concerning Rule 26(f) Conference and other matters.

Plaintiffs further ask this Court to take notice of the following Change of Address and fax number.  All further correspondence by regular or certified U.S. Post Office mail, courier or special delivery of any kind, including Federal Express or UPS, should be addressed toL

**Dr. Orly Taitz, Attorney-at-Law**
**29839 S. Margarita Pkwy**
**Rancho Santa Margarita CA 92688**
**Tel. 949-683-5411**
**Fax 949-766-7036**

*Notice of Filing Preliminary Letter Regarding Rule 26(f)*
*Conference and Notice of Change of Address & Fax of*
*Plaintiff's Counsel Dr. Orly Taitz, Esq.*

---1–

Dr. Orley Taitz for the Plaintiffs
29839 Santa Margarita Parkway
Rancho Santa Margarita, **CA** 92688

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Sunday, September 13, 2009

Respectfully submitted,


By:_____
Dr. Orly Taitz, Esq. (California Bar 223433)
Attorney for the Plaintiffs
29839 S. Margarita Pkwy
Rancho Santa Margarita CA 92688
ph. 949-683-5411
E-Mail: dr_taitz@yahoo.com

*Notice of Filing Preliminary Letter Regarding Rule 26(f)*
*Conference and Notice of Change of Address & Fax of*
*Plaintiff's Counsel Dr. Orly Taitz, Esq.*

---2--

Dr. Orley Taitz for the Plaintiffs
29839 Santa Margarita Parkway
Rancho Santa Margarita, **CA** 92688

1
2
3

## **PROOF OF SERVICE**

4

I the undersigned Charles Edward Lincoln, being over the age of 18 and not a

5
party to this case, so hereby declare under penalty of perjury that on this, Friday,

6
September 13, 2009, I provided facsimile or electronic copies of the Plaintiffs'

7
above-and-foregoing Notice of Filing of the Preliminary Letter Concerning Rule

8
26(f) Conference to all of the following attorneys who have appeared in this case in

9
accordance with the local rules of the Central District of California, to wit:

THOMAS P. O'BRIEN

10
LEON W. WEIDMAN

11
ROGER E. WEST roger.west4@usdoj.gov (designated as lead counsel for President

12
Barack Hussein Obama on August 7, 2009)

DAVID A. DeJUTE  david.dejute@usdoj.gov

13
FACSIMILE (213) 894-7819

14
**GARY KREEP**

**932 D Street, Suite 3**

15
**Ramona , CA 92065**

16
**760−788−6624**

**Email: usjf@usjf.net**

17
DONE AND EXECUTED ON THIS Sunday the 13th day of September, 2009.

18
19

20
Charles Edward Lincoln, III

Tierra Limpia/Deo Vindice

21
c/o Peyton Yates Freiman

603 Elmwood Place, Suite #6

22
Austin, Texas 78705

23
charles.lincoln@rocketmail.com

24
Tel: (512) 923-1889

25
26
27
28

*Notice of Filing Preliminary Letter Regarding Rule 26(f)*
*Conference and Notice of Change of Address & Fax of*
*Plaintiff's Counsel Dr. Orly Taitz, Esq.*    ---3–

Dr. Orley Taitz for the Plaintiffs
29839 Santa Margarita Parkway
Rancho Santa Margarita, CA 92688



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A:
# Preliminary Rule 26(f)
# Conference Letter
# Regarding Defendants'
# Depositions

*Notice of Filing Preliminary Letter Regarding Rule 26(f)*
*Conference and Notice of Change of Address & Fax of*
*Plaintiff's Counsel Dr. Orly Taitz, Esq.*

---4–

Dr. Orley Taitz for the Plaintiffs
29839 Santa Margarita Parkway
Rancho Santa Margarita, **CA** 92688