*UNITED STATES JUSTICE FOUNDATION*
**GARY G. KREEP; SBN 066482**
**932 "D" Street, Suite 2**
**(Email: usjf@usjf.net)**
**Ramona, California 92065**
**Tel: (760) 788-6624**
**Fax: (760) 788-6414**

Attorney for Plaintiffs, Markham Robinson and Wiley S. Drake

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA (SOUTHERN) DIVISION**

| | |
|---|---|
| CAPTAIN PAMELA BARNETT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BARACK HUSSEIN OBAMA, et al., <br><br> Defendants | CIVIL ACTION NO: SACV09-00082-DOC (Anx) <br><br> **DECLARATION OF GARY G. KREEP IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION FOR LIMITED STAY OF DISCOVERY** |

I, GARY G. KREEP, declare as follows:

1. That I am an attorney at law admitted to practice before all of the courts of the State of California and all Federal District Courts within the State of California, and that I am attorney of record for Plaintiffs herein, DR. WILEY DRAKE and MARKHAM ROBINSON.

2. That, at the hearing on September 8, 2009, United States District Judge, David O. Carter stated that if discovery did not commence until October 5, 2009, that all parties would have limited time to conduct discovery prior to the discovery

1

**DECLARATION OF GARY G. KREEP IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION FOR LIMITED STAY OF DISCOVERY**

1  cut off date, due to the January 26, 2010, trial date herein.

2      If called as a witness, I could and would competently testify to all the
3  foregoing of my own personal knowledge.

4      I declare under penalty of perjury under the laws of the State of California
5  that the foregoing is true and correct and that this declaration was executed on
6  September 14, 2009, at Ramona, California.

        Respectfully submitted,

DATED: September 14, 2009    */s/ Gary G. Kreep*
        GARY G. KREEP
        UNITED STATES JUSTICE FOUNDATION

        Attorney for Plaintiffs Dr. Wiley Drake and
        Markham Robinson

2

**DECLARATION OF GARY G. KREEP IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION FOR
LIMITED STAY OF DISCOVERY**