*UNITED STATES JUSTICE FOUNDATION*
**GARY G. KREEP; SBN 066482**
**932 "D" Street, Suite 2**
**(Email: usjf@usjf.net)**
**Ramona, California 92065**
**Tel: (760) 788-6624**
**Fax: (760) 788-6414**

Attorney for Plaintiffs, Markham Robinson and Wiley S. Drake

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA (SOUTHERN) DIVISION

| | |
|---|---|
| CAPTAIN PAMELA BARNETT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BARACK HUSSEIN OBAMA, et al.,<br><br>Defendants | CIVIL ACTION NO:<br>SACV09-00082-DOC (Anx)<br><br>**PLAINTIFFS' COMPENDIUM OF AUTHORITIES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION FOR LIMITED STAY OF DISCOVERY** |

## COMPENDIUM OF AUTHORITIES

1. Hollander v. McCain (2008) 566 F.Supp.2d 63.
2. In re Lantronix, Inc. Sec. Litig. (C.D. Cal. Sept. 26, 2003) No. 02-03899, 2003 WL 22462393.
3. In re Summers (1945) 65 S.Ct. 1307, rehearing denied 66 S.Ct. 94.
4. Irby v. Barrett (1942) 163 S.W.2d 512.
5. Landis v. North American Co. (1936) 299 U.S. 248.
6. Medhekar v. United States District Court (9th Cir. 1996) 99 F.3d 325.

1

**PLAINTIFFS' COMPENDIUM OF AUTHORITIES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION FOR LIMITED STAY OF DISCOVERY**

7. Medical Imaging Centers of America, Inc. v. Lichtenstein (S.D. Cal. 1996) 917 F. Supp. 717.

8. Powers v. Eichen (S.D. Cal. 1997) 961 F. Supp. 233.

9. State ex rel. Robinson v. Craighead County Bd. of Election Com'rs (Ark. 1989) 300 Ark. 405.

10. Ark. Op. Atty. Gen. No. 2006-153, 2006 WL 2474743 (Ark.A.G.).

Respectfully submitted,

DATED: September 14, 2009

*/s/ Gary G. Kreep*
GARY G. KREEP
UNITED STATES JUSTICE FOUNDATION

Attorney for Plaintiffs Dr. Wiley Drake and Markham Robinson

2

**PLAINTIFFS' COMPENDIUM OF AUTHORITIES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION FOR LIMITED STAY OF DISCOVERY**