*UNITED STATES JUSTICE FOUNDATION*
GARY G. KREEP; SBN 066482
932 "D" Street, Suite 2
(Email: usjf@usjf.net)
Ramona, California 92065
Tel: (760) 788-6624
Fax: (760) 788-6414

Attorney for Plaintiffs, Markham Robinson and Wiley S. Drake

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA (SOUTHERN) DIVISION**

| | |
|---|---|
| CAPTAIN PAMELA BARNETT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BARACK HUSSEIN OBAMA, et al., <br><br> Defendants | CIVIL ACTION NO: SACV09-00082-DOC (Anx) <br><br> **PLAINTIFFS' COMPENDIUM OF AUTHORITIES IN SUPPORT OF PLAINTIFFS' POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** <br><br> DATE: October 5, 2009 <br> TIME:  8:30 a.m. <br> CTRM: 9D <br> Hon. David O. Carter |

**COMPENDIUM OF AUTHORITIES**

1. Ark. Op. Atty. Gen. No. 2006-153, 2006 WL 2474743 (Ark.A.G.).
2. Baker v. Carr, 369 U.S. 186 (1962).
3. Bivens v. Six Unknown Agents, 403 U.S. 388 (1971).
4. Bullfrog Films, Inc. v. Wick, 847 F.2d 502 (9th Cir. 1988).
5. Gladstone Realtors v. Village of Bellwood, 441 U.S. 91 (1979).
6. Hollander v. McCain, 566 F.Supp.2d 63 (D.N.H. 2008).
7. Irby v. Barrett, 163 S.W.2d 512, 514 (Ark. 1942).

1

**PLAINTIFFS' COMPENDIUM OF AUTHORITIES IN SUPPORT OF PLAINTIFFS' POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

8. Japan Whaling Ass'n v. American Cetacean Soc., 478 U.S. 221 (1986).
9. Lujan v. Defenders of Wildlife, 504 U.S. 555.
10. State ex rel. Robinson v. Craighead County Bd. of Election Com'rs, 779 S.W.2d 169, 171 (Ark. 1989).
11. Williams v. Rhodes, 393 U.S. 23 (1968).

Respectfully submitted,

DATED: September 18, 2009

*/s/ Gary G. Kreep*
GARY G. KREEP
UNITED STATES JUSTICE FOUNDATION

Attorney for Plaintiffs Dr. Wiley Drake and Markham Robinson

**PLAINTIFFS' COMPENDIUM OF AUTHORITIES IN SUPPORT OF PLAINTIFFS' POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**