Open letter Dossier #3
03.19.09

Attention Attorney General of the United States Eric Holder
Director of FBI Robert Mueller
Director of Secret Service Mark J. Sullivan

**Regarding Illegal activity in the Supreme Court of the United States, demand for immediate criminal investigation of suspected forgery of court records, tempering with court records, cyber crime, erasing of court records from the docket, fraud, mail fraud, wire fraud and other related crimes.**

Dear Mr. Holder, Mr. Mueller and Mr. Sullivan

As I have reported previously my Case Lightfoot v Bowen was erased from the exterior docket of the Supreme Court on January 21st, one day after Barack Hussein Obama aka Barry Soetoro's (Obama/Soetoro's) inauguration and only two days before the case was supposed to be heard in the full conference of all 9 Justices. After phone calls of hundreds of outraged citizens the case was reentered on the docket in the evening of January 22, right before it was supposed to be heard in the morning of January 23. In my case I stated that Barack Hussein Obama, aka Barry Soetoro is ineligible for presidency due to the fact that the President and Commander in chief has to be a Natural born citizen: born to two US citizen parents on US soil. Obama's father was here on a student visa, never a US citizen and for that reason alone he didn't qualify, aside from that there is no evidence of any birthing file in any hospital in Hawaii, Obama sealed all his vital records and his school registration in Indonesia show him as a citizen of Indonesia.

On March the 9th I saw Associate Justice of the Supreme Court Antonin Scalia at the book signing ceremony and while he was signing two books that I purchased, I asked him, why my case wasn't forwarded to the next step: oral argument on the merits. Justice Scalia had absolutely no knowledge of this case. I proceeded asking him about other similar cases, all claiming the same thing, that Obama is not eligible for presidency: Wrotnowski, Donofrio, Berg. In presence of several attorneys, law students and secret service agents justice Scalia kept saying that he didn't know anything about those cases, even though all of the plaintiffs have received notification that all of these cases were reviewed by all 9 Justices in the conferenced and all of their petitions were denied.
This is particularly troubling due to the fact that according to the docket, Justice Scalia was the one that received Wrotnowski and Berg cases initially (Berg's case was reviewed twice Certiorari and Injunction), he was the one that supposedly read those cases and forwarded them to the conference of all 9 Justices.

Additionally all 9 Justices received a World Net Daily news paper petition signed by around 350,000 American Citizens, 60,000 form letters sent by World Net Daily and estimated 100,000 individual letters, all urging the Justices to review all these cases dealing with Obama's lack of legitimacy for presidency. How could the justices get half a million letters from citizens, read 5 lengthy briefs, sit through 5 conferences where each of 9 justices provides his opinion and vote and not know anything about the cases?
There are only 3 possibilities that I would like investigated:

1. I believe that the most likely reason is that there was tampering with documents and records by employees of the Supreme Court and the Justices never saw those briefs.

I demand immediate investigation of what has happened with the docket. Did somebody

from outside break and enter into the computer system of the Supreme Court or was it done by one of the overzealous employees who wanted to keep Obama in the white House no matter what. Each employee is supposed to have an ID for log in and there is supposed to be a record of log ins. I demand to see a record of log ins in relation to my case Lightfoot v Bowen. When a Justice reads a petition, and decides to forwarded to the conference of the full Supreme court, there has to be a decision, signed by a specific judge, stating that he read the petition, finds merit in it and distributes it to the conference of the Supreme Court. There has to be an immediate forensic analysis of these decisions, to see who signed them, was the signature forged on these decisions/referrals issued 5 times.

When the Justices hear the case in the conference, there has to be a decision signed by all 9 justices. There has to be a forensic analysis of signatures of the Justices in all of the above mentioned cases. I demand to see the decision relating to my case Lightfoot v Bowen and have an opportunity to come to the Supreme Court and analyze the original document with signatures by my forensic document experts.

I demand to see the printout of entries of both internal docket seen by justices and the external docket seen by the public, to verify if those were identical at all times, particularly between January 20th and January 23rd.

2. If the signatures were not forged and the docket was not forged, and the justices have actually signed those decisions, then there is a possibility, that the Justices have not actually read the cases but rubber stamp signed the decisions made by their clerks, which would be a dereliction of duties by the Justices of the Supreme Court and illegal as well.

3. Last option is that the justices signed the documents and read the cases. There are a few problems with this scenario as well.

a. The cases have mentioned that not only Obama, but also Roger Calero, admitted citizen of Nicaragua, currently in US on a green card was allowed as a candidate on the ballot in at least five states. Not providing decision on this issue would be a dereliction of duties by the justices and violation of their oath to uphold the Constitution of the United States.

b. The cases mentioned above have provided ample evidence, showing that Obama/ Soetoro is not eligible for presidency and the refusal to hear the case on the merits is a dereliction of duties and violation of oath by the Justices of the Supreme Court, which is illegal as well.

I have related all this information to Chief Justice of the Supreme Court John Roberts on March13th during a question and answer session after his lecture at the university of Moscow, Idaho, which was recorded on the audio tape and video tape. Justice Roberts has agreed to read the material and I have given the pleadings, the 3200 pages of WorldNetDaily petition and 164 page dossier of suspected criminal activity to the Secret service agent, who identified himself as agent Gilbert Shaw assigned to Justice Roberts.

Due to the above and great urgency of the matter in relation to the National security of the United States, on behalf of my clients in Lightfoot v Bowen and Easterling et al v Obama et al I demand immediate investigation of this matter. I also urge you to expedite your review of my dossier #1 and 2 that describes numerous social security numbers located for Mr. Obama, fraud, perjury, suspected instances of corruption, bribery, treason and criminal activity of the supporters of Obama, such as cyber crime, intimidation, harassment, forgery, fraud, wire fraud, mail fraud,voter fraud, impersonation of US army officer, impersonation of an attorney, identity theft and other related crimes. I demand
the subpoenas to be issued immediately to obtain all of vital records for
Obama/Soetoro to ascertain his legitimacy for Presidency and the position of commander

**in Chief. All of 305 million American citizens need these vital records, need to know whether a foreign national is usurping the position of the President and the Commander in chief.**

**Sincerely**

**Dr. Orly Taitz, Esq**

**Attorney for the petitioners**
**cc 26000 outlets of US and World media**
**US Congress and Senate**
**State Houses of Representatives and Senates**
**State Attorney Generals**
**US district attorney offices**
**Governors of the individual states**