Dr. Orly Taitz, ESQ
26302 La Paz ste 211
Mission Viejo CA 92691
ph 949-683-5411
fax 949-586-2082
dr_taitz@yahoo.com
DefendOurFreedomS.us

04.08.09.

Attorney General Eric Holder;
Solicitor General Elena Kagan;
Director of FBI Robert Mueller;
FBI Cyber Crime division, Orange County CA,
Officer Nathan Le
Director of Secret Service Mark Sullivan;
Chief of Security of the Supreme Court,
Officer Christine Giaccio;
Chief Justice of the Supreme Court John Roberts;
Legal Counsel to the Chairman of Joint
Chiefs of Staff Admiral Mullen, Captain Crawford

 Via Certified mail, return receipt, restricted delivery addressee only

Dossier #5in the form of
open letter posted on the internet and forwarded to 26,000 outlets of US and international media

## Further instances of cyber crimes, follow up information on evidence of forgery of Barack Obama's Selective Service Certificate

As I have previously reported, some party or parties have changed the e-mail address in my foundation pay-pal account in order to prevent me from getting donations and fighting all the suspected criminal activities perpetrated by Barack Obama and his supporters. Similarly, it was reported to me yesterday by the TV Host/ Producer Mr. William Wagoner, that a clock on the stat counter of my lead interview clip on youtube was turned back to show lower number of views. According to Mr. Wagoner after only two days post release, the clip showed some 3,000 views. A day later it showed 1600 views only. Similar activity was seen on my blog counter. Please, see in attachment correspondence with a veteran Mr. Roger Beckham in regards to the change of the e-mail address in my pay pal account and correspondence between producer Mr. Wagoner and Mr. Michael Wandken, that showed similar turning clock on stat counter on youtube.

   While changing an e-mail address in the paypal account is a direct financial attack, turning the clock on stat counters on the blog and youtube is both a psychological attack and an indirect financial attack.  It is designed to discourage and brake the will of dissidents and also to prevent them from getting advertising dollars, as typically advertisers are looking for advertising stat summaries. I demand an immediate investigation and prosecution of individuals involved in such activities. I believe there is a connection between parties involved in these cyber crimes and ones involved in other crimes that I reported before, such as erasing information on my case Lightfoot v Bowen, from the docket of the Supreme Court on January 21, right after the inauguration of Obama; ones that manufactured the decision of a Virginia judge, in order to defraud American voters one day before the election, ones that were involved in posting Microsoft virus  warnings to parties going on my prior blog, that was hosted on Google, ones that were involved in erasing an article about me from Wikipedia and had a banner in Arabic showing hanging of Saddam Hussein.

This dossier also provides a follow up on the matter of reported evidence of forgery of Obama's Selective Service Certificate. Daniel Amon was the person, that sent an e-mail stating that Barack Obama signed for selective service on September 4, 1980 in Hawaii (when Obama was actually at Occidental college in California, thousands of miles away from Hawaii). Please see an attached article by Eric Rosenberg, Hearst Newspapers, Washington. Daniel Amon was a spokesperson for the director of the Selective Service William Chatfield in sexual harassment complaint filed, where the plaintiff was seeking $350,000 in damages and termination of Mr. Chatfield's employment. Mr. Chatfield might be compromised in his position as a director of the Selective Service. See in the attachment evidence by the federal agent Stephen Coffman, that was forwarded to me by the web master on November 25, 2008.

To remind you, I have provided information in dossier #1 in regards to numerous areas of the certificate that show signs of forgery. Notably, the top right corner of the certificate shows a number starting with 08 (signifies the document to be prepared in 2008). Below in explanations another 8 was added before the number to make it look as if the document was prepared in 1980. It is a clear evidence of the document being forged and backdated. Additionally, the document shows a stamp, supposedly used in 1980, while this stamp was discontinued in 1970, wrong form number and numerous other signs of forgery. As of yet no answer was received and no investigation was done. This is extremely important, since not signing up for selective service makes one ineligible for work in executive branch, particularly in the top position of the executive branch- position of the president and Commander in Chief of all US Military.

Original Dossier #1 was sent in the beginning of March, over a month ago, together with the Quo Warranto demand. As of yet no response was received, Quo Warranto proceedings were not instituted, criminal investigation was not commenced yet. Refusal by law enforcement officials to prosecute criminal activities, makes such officials complicit of such activities, makes them accessories after the fact, aiding and abetting such crimes and being culpable of Misprison of Felony. (Title 18, USC)

Sincerely

Dr. Orly Taitz ESQ
electronic signature




--- On **Sun, 3/8/09, Roger Beckham redacted** wrote:

From: Roger Beckham redacted
Subject: RE: Unclaimed Paypal Payment
To: "'Orly Taitz'" redacted
Date: Sunday, March 8, 2009, 3:05 PM

Orly:


I suspected something was being tampered with; hence, my questions to you concerning this. I want you to get all the donations coming to you including my small one. I will be sending you more later.

I am a retired Federal Government employee (US Fish & Wildlife Service) and a disabled U.S. Navy veteran in addition to being a 12th generation American on my fathers side, and maybe more on my Grandmother Penn's line. John Penn from NC and one of the Signers of the Declaration of Independence is in her/my line as well as William the Quaker Penn. George Walton from GA and another Signer is in my wife's line.

I really appreciate you persistence in this important matter, and am willing to help you in any way that I can. I realize how extremely busy you must be, and I appreciate your taking time out of you schedule to correspond with me!

God bless you!

Roger Beckham

12th Generation AMERICAN

---

**From:** Orly Taitz [mailto: dr_taitz@yahoo.com ]
**Sent:** Sunday, March 08, 2009 5:35 PM
**To:** Roger Beckham
**Subject:** RE: Unclaimed Paypal Payment

Roger

I finally figured, what happened. Somebody tempered with my pay pal account, actually went into account and changed it from orly.taitz@gmail.com to orly.taitz@gmail.org - a non-existant account for paypal. I guess it was done intermittently, so I got some donations, but very little. Lisa Ostella, my web master will report it to her carrier "go daddy", she will see if this e-mail is not taken, we will add it. I will send an additional report to Attorney General-Eric Holder, though he is Obama's appointee... We are dealing with dirty mafia, running the country. Please, see the letter to Attorney General, that I posted, you will see the nightmare I had to go through so far

Orly Taitz DDS Esq

26302 La Paz ste 211
Mission Viejo Ca 92691

29839 S. Margarita Pkwy
Rancho Santa Margarita Ca 92688

ph. w 949-586-8110 c-949-683-5411
fax 949-586-2082

--- On **Sun, 3/8/09, Roger Beckham redacted** wrote:

From: Roger Beckham redacted
Subject: RE: Unclaimed Paypal Payment
To: dr_taitz@yahoo.com
Date: Sunday, March 8, 2009, 1:50 PM

I clicked on the "Donate" icon on your webpage. It automatically sends the payment to orly.taitz@gmail.org . RB

---

**From:** Orly Taitz [mailto: dr_taitz@yahoo.com ]
**Sent:** Sunday, March 08, 2009 4:45 PM
**To:** Roger Beckham
**Subject:** RE: Unclaimed Paypal Payment

---

Mr. Beckham,

pay-pal needs to know, which e-mail address did you use to send the donation? did you use this one  dr_taitz@yahoo.com ?

Orly Taitz DDS Esq

26302 La Paz ste 211
Mission Viejo Ca 92691

29839 S. Margarita Pkwy
Rancho Santa Margarita Ca 92688

ph. w 949-586-8110 c-949-683-5411
fax 949-586-2082

--- On **Sun, 3/8/09, Roger Beckham redacted** wrote:

From: Roger Beckham redacted

Subject: RE: Unclaimed Paypal Payment
To: dr_taitz@yahoo.com
Date: Sunday, March 8, 2009, 1:22 PM

I cancelled the Feb. 25 Paypal donation that remained "unclaimed". I resubmitted it today and it is "unclaimed as of this message.


Roger Beckham

12th Generation AMERICAN


Tuesday, November 25, 2008 7:19:34 AM
To:orly taitz <dr_taitz@yahoo.com>
 **Download All**  |  SelectiveServiceLtr.JPG (261KB); Obama'sDraftRegistration.jpg (1537KB); Obama'sSelectiveServicePrintout.jpg (400KB); selectiveserviceenvelope2.JPG (118KB)
Orly, I do not know if this material can be folded into a lawsuit or useful to anyone, but here is the detective work done by Lisa Ostella on this issue:

http://blog.barofintegrity.us/2008/11/14/barack-obama--daniel-amon--sssgov--many-questions.aspx

Below are some scans by the person who did the FOIA request. Be careful who you send these to since the people who signed the cover letter etc could go to prison for falsifying government documents, or for releasing Selective Service Administration registration records (which a court ruling a while back indicated was illegal).

Can these be of use?

Bob


Note: forwarded message attached.



-----Inline Message Follows-----

Attached, if I did it correctly, is a jpg file image of the letter I received from the Selective Service when I received the copy of the registration form. I also attached copies of the files I sent to www.debbieschlussel.com. And finally, I attached a copy of the envelope with my address and the postal optical code for my address removed. Otherwise the documents are in their orginal condition. They were scanned in using a HP 1300 printer/scanner. The address information on the letter was first blacked out with a felt tip pen on a copy of the letter. However, when scanned it still showed through so I removed my personal information from the envelope and the letter using Microsoft's paint program.

Please let me know if you need anything else. Also please keep me posted if you wouldn't mind.

Stephen


**4 Images** | View Slideshow | Download Selected | Download All



SelectiveServiceLtr.JPG (261KB)
Obama'sDraftRegistration.jpg (1537KB)
Obama'sSelectiveServicePrintout.jpg (400KB)
selectiveserviceenvelope2.JPG (118KB)

CHIEF OF SELECTIVE SERVICE ACCUSED OF HARASSMENT, RETALIATION
Submitted by davidswanson on Fri, 2007-05-11 04:08. Media
By ERIC ROSENBERG, Hearst Newspapers
WASHINGTON _ William Chatfield, the chief of the U.S. Selective Service System, is under fire from two agency employees _ one who alleges that he sexually harassed her and another who claims that Chatfield retaliated against him for corroborating the female employee's account.
Delores Spencer-Jefferies, 46, claims that Chatfield, a Bush administration appointee from Dallas, made sexually suggestive comments to her on Feb. 22, 2006, in an exchange witnessed by Willie Blanding, 59, a senior official at the agency.
Both Blanding, a 10-year agency employee, and Spencer-Jefferies, a seven-year employee, have filed federal Equal Employment Opportunity complaints with the agency.
Spencer-Jefferies' complaint is scheduled to be decided by an administrative judge at the Equal Employment Opportunity Commission in Washington by mid-June. Blanding's complaint is under investigation by the Selective Service System's Equal Employment Opportunity office; Blanding has requested that his case also be heard by an EEOC judge.
Spencer-Jefferies says she resorted to the complaint after Chatfield refused to apologize for him remark. She is asking for Chatfield's removal as director and monetary damages of $350,000. Blanding is seeking $35,000 in damages.
Blanding has held a number of top positions at the agency, serving at various times as the deputy director _ the second highest

official _ as well as the chief operating officer, executive director and the agency's equal employment opportunity director. Spencer-Jefferies works as an accountant technician in the agency's office of financial management.

Dan Amon, an agency spokesman, confirmed that the two employees have filed sexual harassment and retaliation charges against Chatfield. Amon said that Chatfield, who has led the agency since November 2004, denies the allegations.

Chatfield declined an interview request to discuss the charges.

Prior to his appointment, Chatfield was a government affairs consultant in business with former Rep. Tom Kindness, R-Ohio. He also served in the Reagan administration in the Department of Defense, Civil Aeronautics Board, Office of Personnel Management, Consumer Product Safety Commission, Department of Interior and Interstate Commerce Commission, according to the Selective Service System's website.

Richard Flahavan, the chief spokesman at agency, added that ``the status of Spencer-Jefferies and Blanding complaints is that they both are being worked in EEO channels, the facts are being determined, and, therefore, it is too early for any resolution.''

The Selective Service System, a household name among young American men of draft age, is a small agency by federal government standards, with an annual budget of about $23 million and a staff of 61 people at its headquarters in suburban Arlington, Va. Its peacetime mission is centered on registering men for the draft and ensuring that the government has the infrastructure in place to conduct a military draft if required.

In her complaint, Spencer-Jefferies says Chatfield and his chief of staff, Ernest Garcia, encountered Blanding and Spencer-Jefferies in the hallway at agency headquarters and that Chatfield ``looked me up and down . . . lustfully and stated, `Hey, you know, Ernie and I don't think that Willie appreciates you.'''

Spencer-Jefferies said she responded: ``No, I think that Mr. Blanding appreciates my friendship.''

Chatfield replied, ``No. We don't think so. But Ernie and I sure would appreciate you,'' Spencer-Jefferies says.

Spencer-Jefferies said she sought an apology from Chatfield within a month of the incident, but when she didn't receive one she subsequently filed her complaint on June 15, 2006, according to her charging documents.

In her complaint, Spencer-Jefferies says: ``I was humiliated and embarrassed by his comment. My thought was, `Am I supposed to be the agency whore?'''

``After looking at the shock on my face, Mr. Chatfield immediately retreated to his office,'' she said.

In his affidavit, Blanding supports her version of the events, calling Chatfield's comments to her ``inappropriate.''

Chatfield, in his affidavit, says that Spencer-Jefferies misunderstood his comments that she took for sexual harassment. Chatfield claims that he only told her, ``I hope you appreciate Mr. Blanding as we do.''

Garcia's recollection of the events has changed over time. At first, ``Garcia stated that he had no recollection of the incident," according to the investigation into her charge. But later, in a sworn affidavit last October, Garcia said he supported Chatfield's version of events.

Ever since he corroborated Spencer-Jeffries account, Blanding says in his own April 4, 2007, complaint claiming retaliation, ``My work environment has been a living hell." Blanding says that Chatfield has edged him out of his position as associate director for mobilization, one of the agency's top posts responsible for overseeing the creation of draft boards, field offices and state headquarters if a draft is ever reestablished.

``I have been reassigned from all my duties," Blanding said in an April 9 letter to Sen. Barbara Mikulski, D-Md., seeking her help.

Despite the fact that he has a salary of over $155,000 that puts him on the top salary rung for senior federal employees, Blanding says that he has been ``parked" and ``given zero to do" and that he has been stripped of all of his subordinates.

Amon, Chatfield's spokesman, acknowledges that Blanding has been reassigned, but maintains that he receives the same salary as before and given the title of ``senior adviser to the director." Blanding ``was not demoted," Amon said in a statement.

(E-mail: eric(at)[hearstdc.com](hearstdc.com))

---- Original Message -----
**From:** Michael Warnken
**To:** William J. Wagener
**ent:** Monday, April 06, 2009 04:29
**Subject:** Re: Number of hits

Bill,

On the attached document I have the true number of hits on the videos you ran on my case. It is in the tens of thousands which is much more than U-Tube shows. It was wonderful seeing that. It bothers me that U-Tube is actively discounting the true number of views.

That means my case is being watched by far more people!

Michael

On Mon, Apr 6, 2009 at 2:55 AM, Michael Warnken redacted wrote:
Bill,

I am not sure if you post on this website, but you and I have discussed the problem with UTube and its tally's. Well, this website shows that I have hits in the tens of thousands on my clips!

http://www.vnseopro.com/tag/warnken.aspx

Two of them have over 70,000 hits! UTube is holding the number count back on purpose it seems, but this site is showing the actual number of hits!

Wow!!!! I thought you'd like to know this. This means people are watching what I am doing and they are considering what I am saying. All of a sudden, I don't fee; so alone!

Michael