**Dossier #6**

Dr. Orly Taitz, ESQ
26302 La Paz ste 211
Mission Viejo CA 92691
ph 949-683-5411
fax 949-586-2082
dr_taitz@yahoo.com
www.repubx.com
04.08.09.

Attorney General Eric Holder;
Solicitor General Elena Kagan;
Director of FBI Robert Mueller;
FBI Cyber Crime division, Orange County CA,
Officer Nathan Le
Director of Secret Service Mark Sullivan;
Chief of Security of the Supreme Court,
Officer Christine Giaccio;
Chief Justice of the Supreme Court John Roberts;
Legal Counsel to the Chairman of Joint
Chiefs of Staff Admiral Mullen, Captain Crawford

 Via Certified mail, return receipt, restricted delivery addressee only

Dossier #6 in the form of
open letter posted on the internet and forwarded to 26,000 outlets of US and international media

## Dossier #6 Further evidence of forgery; more questioned raised in regards to illegal campaign contributions;  efforts to undermine fundraising of dissidents, criminal element used; more cyber crimes, defamation of character, identity theft; false leaders of the dissident constitutional movement.

Please see in attachment affidavit of licensed private investigator Jorge Baro and forensic document examiner Sandra Ramsey  Lines. Both are stating that Certification of Live Birth posted by Obama on internet cannot be viewed as genuine and original birth certificate from the vault in Hawaii needs to be  produced to verify his place of birth and citizenship.

Further you can see a statement by Suzie Murzinski in regards to fundraising by Obama in Senegal, using Western Union. Fundraising abroad for the presidential election is illegal and this statement is consistent with prior reports of  Obama illegally getting campaign contributions from abroad, mostly from Arabic Muslim countries.

Further you can see receipts showing diversion of campaign contributions. I have received e-mails from donors, stating that they had problems with pay-pal. I described these problems in dossier #5, specifically that the e-mail address in my blog for pay-pal was changed, which prevented me from raising funds. My web master Lisa Ostella stated that such a report gives her, as a web master. bad name and demanded that I take the

hacking report back. She stated that she was convinced that the changing of the e-mail address was done by a volunteer moderator Fran, she stated that she locked Fran from the blog and that should solve the problem. I felt that the matter needs to be investigated by the FBI and I felt that they should draw their own conclusions. Ms. Ostella stated that if I do not take back my complaint to FBI, she will no longer host my foundation on her server. When I found a new web master to host my foundation, Ms. Ostella instead of transferring the access codes and the domain, has locked me and another volunteer moderator out of the blog, posted a bizarre defamatory statement, that I supposedly authorized hacking into my own account and further defamatory comments about me were placed under different names and aliases. Moreover, there were comments posted supposedly under my name, even though I was locked out of the account and couldn't respond. I got reports that some defamatory comments were made under alias usually used by Lisa Liberi, assistant for Attorney Phillip Berg, who filed similar legal actions. I started receiving statements and copies of pay –pal receipts, showing instead of my e-mail address, an e-mail address of Lisa Ostella. Originally, I thought that maybe her address showed on the receipt, since she was a web master on the account, however, when I checked the names and dates on the receipts against the names on the roster, that I downloaded earlier, I could see that those were not received by the foundation, those donations were missing.

    A couple of weeks ago I have received a phone call, providing information that Lisa Liberi, a paralegal, assisting Mr. Berg, has an extensive criminal record. I decided to verify that. According to Mr. Neil Sankey, licensed private investigator with 20 years of experience in Scotland Yard and over 12 years of experience in US, those statements were correct. Lisa Liberi aka Lisa Richardson aka Lisa Courville and other aliases had an extensive criminal record going back to 1990s, that included Grand Theft, forgery, forgery of seals "From 2000 to 2004, Liberi engaged in a complex fraud involving falsification of police reports, manipulation of credit bureau reports, loan fraud, and counterfeiting of court documents resulting in hundreds of thousands of dollars in losses to banks and credit unions." (see attachment). Please see the report attached and reports relating to criminal conviction in San Bernardino California. Interesting fact is that Lisa Liberi was convicted recently, in March of 2008, she was supposed to serve 8 years in jail. Miraculously this 8 year jail term was reduced to probation and an order to repay the victims. When I added up all the restitutions in the conviction, it added up to 21,000 per month. Where is this money coming from? Who is paying it? And paying to do what? I have sent an e-mail to Philip Berg, alerting him to this matter, however I did not hear from him back. After I raised my concerns to other parties and they confronted Liberi, she tried to claim that it is not her, but another Liberi, that she lives in PA and the one convicted lives in NM, however several sources confirmed that she indeed lives in NM, they confirmed her date of birth and appearance as matching the ones on file with the San Bernardino, CA district attorney. I tried to analyze the instances when Liberi was the most vicious in her attacks towards me and found two distinct areas:

a. Obama's Natural Born status and definition of it

b. my efforts to conduct investigation of illegal, criminal activity and my efforts to have FBI and attorney generals of different states involved.

In regards to the Natural Born status, she claimed that she has written pleadings for Phil Berg and that the citizenship of Obama's father is of no importance. This was repeated

time and again when she appeared together with Phil Berg at different radio programs. In reality definition of Natural Born citizen is, that it is one, who is born in the country, with **both parents citizens of the country**, one that does not have allegiance to any other sovereignty at birth. It appears that it was an effort to sway the public and redirect attention from the most obvious, the fact that Obama's father was not a citizen of the US and therefore he does not qualify, no matter where he was born. Did someone help Liberi avoid 8 year jail term here in CA in exchange for her efforts to cloud the issue?

Second issue dealt with criminal activities surrounding Obama and his supporters. I have been the only one investigating those issues. Why?

Another interesting fact. Plains radio had a legal action against a blog radio talk show host Evelyn Adams aka momma E. Momma E is represented in this action by attorney Philip Berg. When Lisa Ostella locked me out of my own foundation, due to the fact that she has registered the domain before I had an opportunity to do so; she created several diversionary blogs and posted links to Momma E and a few other parties that are rumored to be plants, meaning false leaders of the movement.

I am not a historian and not a theologist, however this whole situation reminds me of a story of Shabtai Zvi. A few centuries ago there was a false leader in Europe, his name was Shabtai Zvi. He claimed to be a Masaya and thousands followed him until he was summoned by a sultan, who has given Zvi two choices:

First- if you are really a Masaya, you will be executed, but you will be resurrected as a Masaya.

Second – if you are not a Masaya and want to live, you have to convert to Islam.

Within about five minutes Shabtai Zvi put on a Muslim garb and converted and that was the end of the false Masaya, false leader and false movement.

Similarly here, a leader is judged by his willingness to go all the way, regardless of hardships and risks or financial problems. You can't talk only about the birth certificate and not see an elephant in the room, which is Obama'd British citizenship at birth, based on his father's citizenship. You can't talk about his birth certificate only and not demand immediate investigation of his numerous reported social security numbers, reported forgery of the Selective Service Certificate, perjury on the Illinois Bar application, all the evidence of campaign contributions fraud, charitable foundations fraud, tax fraud and numerous reports of his supporters being engaged in cyber crimes, intimidation, harassment, identity theft and all the other related crimes

Due to the above I renew my demand upon all the law enforcement agencies listed in this dossier to conduct immediate criminal investigator, I demand on behalf of my clients Quo Warranto proceedings to resolve those issues once and for all.

Sincerely,

Dr. Orly Taitz, ESQ

Ph 949-683-5411
Fax 949-586-2082
Dr_taitz@yahoo.com
www.repubx.com

## AFFIDAVIT OF JORGE L. BARO'

STATE OF FLORIDA)
          ) ss.
County of Palm Beach )

COMES NOW **Jorge L. Baro'**, being first duly sworn, under oath, and states that the following information is within his personal knowledge and belief:

I, **Jorge L. Baro,** am an in-house Senior Investigator for Elite Legal Services, LLC, located in Royal Palm Beach, Florida. I have served the private sector for 23 years and have served my country as a member of the United States Navy.

Elite Legal Services, LLC was contracted to determine whether or not Stanley Ann Dunham gave birth to Barack Hussein Obama, Jr. in Honolulu, Hawaii on or about August 4, 1961. Beginning my investigation on the web, I downloaded a copy of the "Certification of Live Birth" located on Barack Obama's official web site, as well as the "high resolution" photographs taken by the Annenberg Center's Fact Check organization's Joe Miller and Jess Henig located at         . The site alleges that Miller and Henig visited Obama headquarters and took the "high resolution" pictures and inspected the document.

I was first struck with the fact that the Annenberg Foundation funds factcheck.org, which is widely used by the press to corroborate statements made by candidates for elected office. After each Presidential debate of 2008, I clearly recall a reporter for MSNBC's Chris Matthews referring to factcheck.org as to the truthfulness of the candidates' answers. The Annenberg Foundation is at the center of the ongoing Obama-Bill Ayers controversy - hardly an unbiased source for information in my view.

On October 31st, 2008, officials in Hawaii released a statement that they had examined the birth certificate, but failed to declare whether it was a Live Birth Certificate generated by a hospital with signatures of the attending physician or a "Late Birth" Certificate of Hawaiian Birth that could have been obtained who is one year old or older after birth by a simple affirmation of a family member. Only the "Long Form" original certificate will answer all questions about the date and location of birth and confirm that it occurred in Hawaii.

The controversy surrounding the birth certificate began with a posting of a copy on the internet on June 12, 2008 and a series of investigative articles by the Israel insider in the summer of July 2008:

Israel Insider has followed the story in five previous
articles (the previous one        ) and uncovered evidence, most
recently, of admitted forgery among Daily Kos bloggers, tolerance of
electronic forgeries on the blog site, as well as efforts by a blog
administrator to conceal the admission of forgery.

Upon further examination of the documents examined by Miller and Henig, I immediately noted that the Certification of Live Birth they photographed had creases consistent with a document that has been folded for mailing and or storing. The original appearing on the official Obama web site does not depict the same creases. While easily explained, I am suspicious that the document was photographed at Obama headquarters. The pictures taken by Miller and Henig suggest that the document was produced on June 6th, 2007. Since Hawaii law provides that only the individual, a relative or a court can obtain a copy of this document, we can then assume that either Senator Obama visited the Department of Health in Honolulu personally, or the document had to have been mailed to him. I ask myself how the document that Miller and Henig examined well after it was scanned and posted on Senator Obama's web site has the aforementioned creases and the original on Senator Obama's web site does not.

Additionally, upon closer examination, the following photograph taken by Miller and Henig would appear to be lacking the so called "bleed through" of the date which is plainly visible on the Obama's web site scanned document despite the fact that the angle from which the photograph was taken should clearly show the "bleed through" of the date presumably stamped on the rear of the document.



I have read the conflicting statements of Senator Obama's sister, Dr. Maya Soetero-Ng, in the two published stories identifying two separate birthplaces where Senator Obama was born, Queens Medical Center and Kapiolani Medical Center. I hired local investigators to determine whether Senator Obama was born at either. Investigators visited both medical facilities and were told that no records confirming same would be released due to hospital policy.

The following image is a widely circulated clip on the internet, among other sources, of "The Sunday Advertiser" presumably published August 13th, 1961 in Honolulu, showing Senator Obama was born to Mr. and Mrs. Barack H. Obama of 6085 Kalanianaole Highway. Investigators were dispatched to the newspapers offices. They could not confirm who actually placed the ad in the paper.



I dispatched investigators to determine who owned the residence listed above in 1961, along with neighboring residences, in the hopes that we could locate someone that would corroborate the arrival of a newly born African-American male born to a Caucasian family.

Investigators contacted Beatrice Arakaki, who lived at 6075 Kalanianaole Highway in Honolulu, Hawaii. Ms. Arakaki's residence is next door to the alleged residence of Stanley Ann Dunham and Barack H. Obama Sr. at 6085 Kalanianaole Highway at the time the Senator was born in 1961. Ms. Arakaki said she has lived at her current residence on Kalanianaole since before 1961 to the present day. Ms. Arakaki said she had knowledge of the family living in Waikiki and not on Kalanianaole Highway.

The owner of the residence located at 6085 Kalanianaole Hwy, the alleged address of Senator Obama's parents when he was born, was Orland S. and Thelma S. (Young) Lefforge, both of whom are deceased.

**Department of Health**

Investigators learned that of particular note, according to the official Hawaiian government web site, anyone born in Hawaii who is 1 year old or older and whose birth has not been previously registered in Hawaii could apply for the issuance of a LATE BIRTH CERTIFICATE called a CERTIFICATE OF HAWAIIAN BIRTH. The "Certificate of Hawaiian Birth Program" was established in 1911 during the territorial era and was terminated in 1972 during the statehood era.

Investigators learned that any individual having given birth other than in a medical facility that would normally produce what is commonly known as the "long form" or "vault copy" containing critical information such as time of birth, signatures of attending physician, etc., could simply visit the Department of Health and request a Late Birth Certificate also known as a "Hawaiian Birth Certificate". This program was instituted to accommodate children born in rural areas of Hawaii.

Sample of a 1963 "Long Form"



This raised the question in my mind as to whether the "Certification of Live Birth" which is the only document that has been produced and as previously stated solely handled by representatives of factcheck.org outside Obama's campaign is a certification of a live birth or a late birth.

I learned that on August 21st, 2008, Attorney Philip J Berg, former Deputy Attorney General of Pennsylvania; former candidate for Governor and U.S. Senate in Democratic Primaries; former Chair of the Democratic Party in Montgomery County and former member of Democratic State Committee filed a complaint in the United States District

Court for the Eastern District of Pennsylvania against Senator Obama questioning his birthplace.

Since then, there have been several attempts to obtain a copy of the "long form" and a number of lawsuits filed to that end. I am left with the conclusion that a simple request from Senator Barrack Obama to produce the "long form" (redacted if necessary) would end any speculation or question as to his birthplace. His continual denial to do so is suspect in my professional opinion.

According to author Michael Patrick Leahy, in his memoirs, Obama claims to have seen a copy of his birth certificate in the 1970s, but he has been either unwilling or unable to produce a copy of that document. Obama spoke of how he found a 1962 newspaper article about his father:

Obama stated:

> "I discovered this article, folded away among my birth certificate and old vaccination forms, when I was in high school."

When asked to produce his birth certificate in 2008, he was unable to discover this birth certificate and offer it as proof. Instead, he posted a digital image that purports to be Senator Obama's "Certification of Live Birth" which was first posted on the Obama Campaign's Fight the Smears website in June of 2008. A valid copy of "Certification of Live Birth" document issued by the State of Hawaii looks very much like this digital image.

The internet is replete with theories and timelines that would call into question whether Stanley Ann Dunham could have been in Honolulu in August of 1961. Among them, there is a videotape interview with Barrack Obama's paternal grandmother, apparently indicating that he was born there and that she held him shortly after birth. I have personally viewed this video on the popular video web site youtube.com, but cannot attest to the translation of the Luo dialect on the video.

Added to the question of the validity of Senator Obama's birth certificate is the issue of his dual citizenship in Kenya and Indonesia because of his father's nationality. Even if he were born Hawaii, the dual citizenship could impact his status as a U.S. citizen. He was alleged to have traveled during his college years on an Indonesian passport to Pakistan because no U.S. Citizens were permitted to travel there. His dual citizenship in both nations has been admitted by the Obama campaign, and that alone is contrary to the undivided loyalty that is a part of being "natural born." Naturalized citizens cannot be President for this reason.

My inquiry about this serious question was limited to a review of the press accounts about the unauthorized access into State Department files of Senator Obama and Senator McCain. The attached article reports that someone who was a consultant to the Obama campaign was responsible for the security breach. I never heard a denial, and I have no

independent knowledge of its accuracy. But the importance of the information is clear, and if true, the person having this access could know much more about this serious question than American voters, the electors, and the Congress will ever know. Only a Court order to allow officials to access this information will resolve these questions.

In conclusion, while all of these facts can be explained, it is my opinion that there is more than enough evidence to question a Candidate's eligibility to occupy the most powerful office in the world. It is also my conclusion that in the absence of a Federal Court Order asking for this information under seal, it cannot be obtained and will not be available for the voters on November 4, 2008, for the Electoral College vote on December 15, 2008 or the Congress when it receives that electoral vote on January 9, 2009. It is inconceivable to me that requiring documentation that most citizens must produce to get a drivers license should not be required to prove whether the next leader of the free world is qualified under the Constitution to hold the office. .

Further affiant sayeth not.

_____

**Jorge L. Baro', P.I.**


SUBSCRIBED AND SWORN TO before me, a Notary Public in and for said state and county, this _____ day of _____, 2008.


_____

NOTARY PUBLIC

My Commission Expires: _____

NO. 29473

IN

THE SUPREME COURT OF THE STATE OF HAWAII

| | |
|---|---|
| CONSTITUTION PARTY; ALAN L. KEYES; ) | ORIGINAL PROCEEDING |
| Plaintiffs, ) | |
| ) | DECLARATION OF SANDRA |
| vs. ) | RAMSEY LINES; EXHIBIT C |
| ) | |
| LINDA LINGLE in her official capacity as ) | |
| Governor of the State of Hawaii; KEVIN B. ) | |
| CRONIN in his official capacity as the Chief ) | |
| Election Officer for the State of Hawaii; JOHN ) | |
| DOES 1-50; JANE DOES 1-50; DOE ) | |
| PARTNERSHIPS 1-50; DOE ) | |
| CORPORATIONS 1-50; AND DOE ) | |
| ENTITIES 1-50 ) | |
| ) | |
| Defendants. ) | |

C:\Users\Owner\Desktop\MYFILES\JohnMcCain\FederalCase\Pleadings\Hawaii\
Declaration of Sandra Lines.wpd

## DECLARATION OF SANDRA RAMSEY LINES

I, Sandra Ramsey Lines, declare as follows:

1.      I am Sandra Ramsey Lines, with an address at 6200 East Cholla Lane, Paradise Valley, Arizona 85253. I am a former federal examiner and law enforcement officer. I began training as a forensic document examiner in 1991. I am a Certified Dilomate with the American Board of Forensic Document Examiners, a Fellow in the American Academy of Forensic Sciences, a member of the American Society of Questioned Document Examiners, a member of the Southwestern Association of Forensic Document Examiners, and a member of the Questioned Document Subcommittee of the American Society of Testing and Materials. My background and credentials are set forth in Exhibit I attached hereto.

2.      I have reviewed the attached affidavit posted on the internet from "Ron Polarik," who has declined to provide his name because of a number of death threats he has received. After my review and based upon my years of experience, I can state with certainty that the COLB presented on the internet by the various groups, which include the "Daily Kos," the Obama Campaign, "Factcheck.org" and others cannot be relied upon as genuine. Mr. Polarik raises issues concerning the COLB that I can affirm. Software such as Adobe Photoshop can produce

complete images or alter images that appear to be genuine; therefore, any image offered on the internet cannot be relied upon as being a copy of the authentic document.

3.    Upon a cursory inspection of the internet COLB, one aspect of the image that is clearly questionable is the obliteration of the Certificate No. That number is a tracking number that would allow anyone to ask the question, "Does this number refer to the Certification of Live Birth for the child Barack Hussein Obama II?" It would not reveal any further personal information; therefore, there would be no justifiable reason for obliterating it.

4.  In my experience as a forensic document examiner, if an original of any document exists, that is the document that must be examined to obtain a definitive finding of genuineness or non-genuineness. In this case, examination of the vault birth certificate for President-Elect Obama would lay this issue to rest once and for all.


Further, affiant sayeth not.

        DATED: December 4, 2008.


                                        Sandra Ramsey Lines


State of Arizona            )
                            ) ss.
County of Maricopa          )


        Before me, Connie S. Ringger , a Notary Public in and for the aforesaid State and County, comes Sandra Ramsey Lines, to me known to be the person who executed the aforesaid Affidavit, and who acknowledged same to be true to the best of his knowledge, information and belief.

                                        Connie S. Ringger
                                        NOTARY PUBLIC

My Commission Expires:
  Dec 4, 2012



OFFICIAL SEAL
CONNIE S. RINGGER
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Dec. 4, 2012


presented on the internet by the various groups, which include the Daily Kos, the Obama Campaign, "Factcheck.org" and others cannot be relied upon as genuine. Mr. Polarik raises issues concerning the COLB that I can affirm. Software such as Adobe Photoshop can produce

**EXHIBIT I**
**SANDRA RAMSEY LINES**

**Forensic Document Examiner**
**6200 East Cholla Lane**
**Paradise Valley, Arizona 85253**
**Business: (480) 429-3999 - Facsimile: (480) 429-4677**
**E-Mail: SRLines@cox.net**
**http://www.asqde.org/**



## CURRICULUM VITAE
EXPERIENCE

1999 – Present **Private Practice**, **Forensic Document Examiner -** Conduct examination of questioned documents, which consists of the analysis and comparison of handwriting, hand printing, typewriting, commercial printing processes, photocopies, paper, inks, and other documentary evidence to determine identity, source, authenticity, alterations, additions, deletions, or other germane issues. Examinations include business and/or medical records. Expert testimony experience in state and federal courts, and regulatory hearings.

1999 – 2003 **Intelligence Specialist –** Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms,
Phoenix Field Division, Phoenix, AZ. Served as the intelligence coordinator and the Division's intelligence expert (5 states). Responsible for ascertaining the Division's intelligence needs; developing and implementing the means to satisfy such requirements. Served as Bureau representative and liaison to outside intelligence related organizations; performed analyses of major complex investigations; and provided analytical reports of such activities. In addition, acted as forensic document examiner consultant and expert witness in ATF related cases. Top secret clearance.

1996 - 1999 **Senior Document Analyst -** Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms, San Francisco Forensic Science Laboratory, Walnut Creek, CA. Conducted examinations of questioned documents, which consisted of the analysis and comparison of handwriting, hand printing, typewriting, commercial printing processes, paper, inks, and other documentary evidence. Testified in state and federal courts. Secret clearance.

1991 - 1996 **Forensic Document Examiner -** Office of the Attorney General, Phoenix, AZ. Established questioned document laboratory utilized by Medicaid Fraud Units throughout the United States and developed AZ Police Officer Standards and Training approved lesson plan for training on the "Techniques of Questioned Document Investigation." Depositions and testimony in state courts, civil and regulatory proceedings.

1985 - 1996 **Special Agent/AZ Certified Peace Officer -** Office of the Attorney General, Special Investigations Section, Phoenix, AZ. Identified, planned, and developed strategies for complex
2
felony investigations, which included: consumer, medical, financial frauds; environmental crimes; political corruption, and other matters.

1987 - 1988 **Assistant Director -** Western States Hazardous Waste Project, Office of the Attorney General, Phoenix, AZ. Maintained coordination and cooperation between members in multi-state program. Developed and implemented training; collected, stored, and disseminated information; prepared bi-monthly newsletter.

1984 - 1985 **Investigator/AZ Certified Peace Officer -** Maricopa County Attorney's Office, Phoenix, AZ.

Conducted major felony investigations involving violent crimes and frauds.
1983 - 1984 **Investigator -** AZ Board of Medical Examiners, Phoenix, AZ. Investigated criminal and civil complaints pertaining to physicians, physician assistants, unlicensed medical practitioners; coordinated complex investigations with law enforcement and regulatory agencies
1973 - 1982 **Sergeant/Ohio Certified Peace Officer -** Cleveland Police Department, Cleveland, OH. Supervised platoon of 40 officers in all phases of police work; as a detective assignments included vice, general duty, strike force, and homicide; and as an evidence technician/patrol officer responsible for crime scene photographs, latent prints, and trace evidence as well as all other radio calls.

CERTIFICATION
1996 American Board of Forensic Document Examiners, Diplomate. Advertising Editor for the *ABFDE News* 1997-1999
PROFESSIONAL ORGANIZATIONS
1998-Present American Academy of Forensic Sciences, Questioned Document Section, Fellow. Member 1996-1997, Provisional Member 1994-1995. Elected Questioned Document Section Secretary for 2004-2005, Section Chair 2005-2006.
1999-Present American Society of Questioned Document Examiners, Member. Provisional Member 1995-1999. Member of the Editorial Board of the *Journal of the American Society of Questioned Document Examiners*, 1997 to 2004. Editor 2004-2007.
1995-Present Southwestern Association of Forensic Document Examiners, Member. Provisional Member 1993-1994.
2000-Present American Society of Testing and Materials, Member E-30 Forensic Sciences Committee, Member
E30.02 Questioned Document Subcommittee.

EDUCATION
Arizona State University, School of Public Affairs/Advanced Public Executive Program and the State of Arizona, Phoenix, AZ - Certified Public Manager 1993
University of Phoenix, Phoenix, AZ - Bachelor of Arts, Management, 1989
Scottsdale Community College, Scottsdale, AZ - Associate of Arts, Major - Administration of Justice, Honors, 1987

EXPERT TESTIMONY INCLUDES
Federal courts in Alaska, Arizona, California, Idaho, Texas, and Washington.
State courts in Arizona, California, Nevada, and Texas.
3

PUBLICATIONS/PRESENTATIONS
2008 **Speaker:** "The Work of the Forensic Document Examiner." Phoenix North Rotary Club, Phoenix, AZ
(June 12).
2007 **Presenter:** "A Thumbnail Sketch of Islam and Judaism as They Relate to Forensic Document Examination
and the Courts." Paper presented at the 65th Annual Conference of the American Society of Questioned Document Examiners, Boulder. CO (August 16).
2006 **Presenter:** "Legal Terms for Expressing Conclusions in Court." Paper presented at the 64th Annual Conference of the American Society of Questioned Document Examiners, Portland, OR (August 22).
2006 **Publication:** "Examination of a 'Velasco' Signature on an Oil Painting." Published in the *Journal of the Forensics Sciences*, July 2006, Vol. 51, No. 4, pp. 929-933
2005 **Publication:** "A Study of Business Letter Features." *Lines and Randy B. Carodine. *Research presented
at the 57th Annual Meeting of the American Academy of Forensic Sciences, New Orleans, LA (February)

2005, and at the Southwestern Association of Forensic Document Examiners, Monterey, CA (March) 2003. Published in the *Journal of Forensic Sciences*, Vol. 50, No. 4, July, 2005, pp. 924-927.

2005 **Speaker:** "Forensic Document Examination." Tempe Rotary Club. Tempe, AZ (June 14).

2005 **Presenter:** "Publish or Perish." Paper presented at the Southwestern Association of Forensic Document Examiners Spring Meeting, Palm Springs, CA (May).

2005 **Speaker:** "What is a Forensic Document Examiner?" The P.E.O. Sisterhood Luncheon Meeting, Scottsdale, AZ (January).

2003 **Publication:** "Identifying Manufacturer and Date of Manufacture of CD-R or CD-RW." *Lines and Jared Annes. *Research presented at the 61st Annual Meeting of the American Society of Questioned Document Examiners, Baltimore, MD (August). Published in the *Journal of the American Society of Questioned Document Examiners*, Vol. 6, Number 2, December 2003.

2002 **Book Review:** *Writing and Defending Your Expert Report, The Step-by-Step Guide with Models*, Steven
Babitsky and James Mangraviti, Seak, 2002. Review published in *The Southwestern Examiner* (September).

2002 **Publication:** "Triplet & Sibling Handwriting Study to Determine Degree of Individuality and Natural Variation." *Lines and Frankie E Franck. *Research presented at the 60th Annual Meeting of the American Society of Questioned Document Examiners, San Diego, CA (August). Published in the *Journal of the American Society of Questioned Document Examiners*, Vol. 6, Number 1, June 2003, pp. 48-55.

2002 **Book Review:** *Opportunities in Forensic Science Careers*, Blythe Camenson, McGraw Hill, 2001. Review
published in the *ABFDE News*, Vol. XIII, Number 1 (January).

2001 **Publication:** "Yoeme: The Yaqui Alphabet," Research presented at the 20th Anniversary Meeting, Southwestern Association of Forensic Document Examiners, Tempe, AZ (September). Published *The International Journal of Forensic Document Examiners*, Vol. 6, No. 1, April 2003 (on-line).

2001 **Publication:** "Dinè Bizaad: The Navajo Alphabet," Research presented 59th Annual Meeting of the American Society of Questioned Document Examiners, Des Moines, IA (August). Published *The International Journal of Forensic Document Examiners,* Vol. 6, No. 1, April 2003 (on-line).

4

1999 **Publication:** "Normal Course-of-Business Records v. Manufactured Records." *Sandra Ramsey Lines,
Jan Seaman Kelly, and Diane K. Tolliver. *Research presented at the 57th Annual Meeting of the American Society of Questioned Document Examiners jointly held with the International Association of Forensic Sciences in Los Angeles, CA (August). Published *Journal of the American Society of Questioned Document Examiners*, Vol. 2, No. 1, June. Translated into Spanish by Julia E. de la Peña, published *Indagaciones documentales*, Ediciones La Rocca:Buenos Aires 2008.

1998 **Book Review:** "Review of the *Modern Scientific Evidence: The Law and Science of Expert Testimony*,"
Faigman, D., et al., West, 1997. Review published in *The California Identification Digest*, Vol. 98, Issue 3, (March).

1997 **Publication:** "A Study of the Evolution of Handwriting from Grades Three to Six." Published in the *Journal of the American Society of Questioned Document Examiners*, Vol. 1, No. 1, June. Research presented at the 55th Annual Conference of the American Society of Questioned Document Examiners in Scottsdale, AZ (August).

1997 **Paper:** "Microsoft□ Encarta□: A Resource for Forensic Document Examiners," 48th Annual Meeting of
the American Academy of Forensic Sciences, New York, NY (February).

1997 **Speaker:** "Forensic Document Examination: Past and Present," Bay Counties Identification Officer's Association, Concord, CA (January).

1997 **Book Review:** *The Casebook of Forensic Detection,* Colin Evans, John Wiley & Sons, NY, 310 pages.
Review published in *The Southwestern Examiner*, Vol. XVI, Issue 1.

1996 **Publication**: "Indenture." Historical and legal research of a 1729 document. Published in the *International Journal of Forensic Document Examiners*, Vol. 3, No. 3, July/Sept 1997. Presented at the 48th Annual Meeting of the American Academy of Forensic Sciences, Nashville, TN (February).

1995 **Documentary:** "Learning to Write in the 1990's." Co-producer (w/Leslie K. Rogers) and co-writer

(w/Rada Tierney) of this minidocumentary film presented with a paper at the 53rd Annual Conference of the American Society of Questioned Document Examiners, Chicago, IL (September) and the Fall Conference of the Southwestern Association of Forensic Document Examiners, Las Vegas, NV (October).

1995 **Speaker:** "Fundamentals of Forensic Document Examination." Arizona Women's Accounting Society,
Phoenix, AZ (April).

1995 **Publication:** "The Effect of Computers on Forensic Document Examiners." Research published in the
*International Journal of Forensic Document Examiners*, Vol. 2, No. 3, July/Sept 1996. Presented at the 47th Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA (February) and the Spring Conference of the Southwestern Association of Forensic Document Examiners, San Diego, CA (April).

1994 **Speaker:** "Computer Technology and the Forensic Document Examiner," Annual Meeting of the Computer Users Group, Security Division, Internal Revenue Service, Scottsdale, AZ (September).

1994 **Speaker:** "Forensics and Fraud," Kiwanis Club, Carefree, AZ (July).

1994 **Publication:** "The Cherokee Syllabary." Research involving a Native American alphabet still in use today.
Published in the *Journal of Forensic Sciences,* Vol. 39, No. 4, July. Presented at the 46th Annual Meeting of the American Academy of Forensic Sciences, San Antonio, TX (February) and the Spring Conference of the Southwestern Association of Forensic Document Examiners, Avalon, CA (April).

1992 **Speaker:** "The Science of Examining Documentary Evidence," Arizona Chapter of the Association of
Certified Fraud Examiners, Phoenix, AZ (September).

5

1989 **Research Paper:** "To What Extent Have Computers and Computer-Generated Documents Impacted on
the Role of the Questioned Document Examiner in Law Enforcement," Southwestern
Association of Forensic Document Examiners, Tucson, AZ (April).

TEACHING/MISCELLANEOUS

2008 Instructor: "Handwriting, Forensic Records, and the New Age of Computer-Based Fraudulent Documents,"
Arizona Association of Criminal Justice, Tempe, AZ (March 13).

2006 Instructor: "Forensic Document Examination." Forensic Medical Investigation (by National Faculty Member Dr. Mary Dudley, MD, Chief Medical Examiner, Forensic Pathologist and District Coroner, Sedgwick County Regional Forensic Science Center, Wichita, KA) Phoenix, AZ (November 9).

2005 Instructor: "Forensic Document Examination Overview." Forensic Medical Investigation Seminar (by National Faculty Member Dr. Mary Dudley, MD, Chief Medical Examiner, Forensic Pathologist and District Coroner, Sedgwick County Regional Forensic Science Center, Wichita, KA) Phoenix, AZ (November 3).

2005 Instructor: "Questioned Documents – Including the 'true story' behind the Dan Rather/CBS debacle involving the examination of the alleged 'Bush' National Guard memos." Arizona Public Defender's Association, Tempe, AZ (June 22).

2005 Grand Awards Judge: Intel International Science and Engineering Fair, Behavioral and Social Sciences,
Phoenix, AZ (May 10, 11).

2005 Moderator: "21st Century Crime – Forensic Science," American Academy of Forensic Sciences, 57th Annual Meeting, New Orleans, LA (February).

2004 Instructor: "Forensic Document Examination Overview." Forensic Medical Investigation Seminar (by National Faculty Member Dr. Mary Dudley, MD, Chief Medical Examiner, Forensic Pathologist and District Coroner, Sedgwick County Regional Forensic Science Center, Wichita, KA) Phoenix, AZ (November 11).

2004 Instructor: "Forensic Documents Issues in the Computer Age." Continuing legal education State Bar of
Arizona, San Diego, CA (July 16).

2001 Acknowledged for contribution to the Book *Opportunities in Forensic Science Careers*, Blythe Camenson,

published by VGM, division of McGraw-Hill Companies, Lincolnwood, IL.

2000 Meeting participant and sub-committee member (since 1998) with the Scientific Working Group for Document Examiners (SWGDOC) at the Federal Bureau of Investigation Academy in Quantico, VA. SWGDOC is responsible for establishing and publishing written procedures and guidelines for questioned document examination (January).

1998 Instructor: ATF Agent Training Conference, Oxnard, CA, "The Forensic Document Examiner and the Agent" (June 8).

1998 Instructor: Provided 36 hours of training at ATF Laboratory to a document examiner trainee with the San
Mateo County Sheriff's Office, CA (April).

1998 Moderator: "Dating Document by Ink Analysis and Other Examinations," American Academy of Forensic
Sciences, 50th Anniversary Meeting, San Francisco, CA (February).

1997 Document Examiners of Northern California, organized. Planned and hosted quarterly study group meetings 1997 through 1999.

6

1997 Instructor: Provided 36 hours of training at ATF Laboratory to two document examiner trainees from Houston, TX Police Department (June).

1997 Instructor: Provided "Overview of Forensic Document Examination" to the Northern California Forensic
Identification Unit Study Group, Concord Police Department, Concord, CA (January).

1997 Judge: Multiple District Four Lions 60th Annual Student Speakers Program, "Today's Legal System – Is it
Justice?" Concord, CA.

1995 Instructor: "Curriculum Development Course," Medicaid Fraud Training Program, Federal Law Enforcement Training Center, sponsored by the National Association of Attorneys General, Glynco, GA (September).

1995 Training Committee Member: Arizona Law Enforcement Coordinating Committee Conference, "Officer
Safety: Surviving in Troubled Times" (June).

1995 Instructor: "Techniques of Questioned Document Investigation," National Association of Medicaid Fraud
Control Units Training Conference, Memphis, TN (May).

1992 Instructor: "Questioned Documents Collection and Submission Guidelines," two training presentations to
Arizona Attorney General staff, Phoenix, AZ (January).


PROFESSIONAL TRAINING AND CONTINUED EDUCATION

Arizona Department of Public Safety, Scientific Analysis Division/Central Regional Crime Laboratory, Questioned
Document Unit, Phoenix, AZ, two-year apprenticeship program in the field of forensic document examination,
1991-1993 (Lockard).

United States Secret Service, Federal Law Enforcement Training Academy, Glynco, GA, Questioned Document
Course, June 1991, 80 hours.

Scottsdale Community College, Scottsdale, AZ, Photography I, II, and III, 1991-1992, 9 credit hours.

Paper Knowledge Workshop, The Meade Corporation, sponsored by the Southwestern Association of Forensic
Document Examiners, Denver, CO, October 1992, 8 hours.

Federal Bureau of Investigation, Quantico, VA, Fundamentals of Questioned Documents Course, 80 hours, University of Virginia, November 1992, 4 credit hours.

United States Postal Crime Laboratory, San Bruno, CA, 160 hours of forensic document training, January 1993
(Lewis, Morton, et al.).

San Diego Police Department, Crime Laboratory, Questioned Document Section, San Diego, CA, 160 hours
forensic document training, March 1993 (Oleksow).
Bureau of Alcohol, Tobacco and Firearms, Western States Regional Laboratory, Walnut Creek, CA, 40 hours
forensic document training, June 1993 (Riker, Blanco).
Cleveland Police Department, Crime Laboratory, Cleveland, OH, 40 hours forensic document training, May 1993
(Wenderoth-Kelly).
Questioned Documents Reference Database and Typewriter Classification Database Workshop, American Academy
of Forensic Sciences, San Antonio, TX, February 1994 (Bouffard), 4 hours.
7
Physical Match Workshop for Forensic Document Examiners, American Academy of Forensic Sciences, San
Antonio, TX, February 1994 (McKasson), 20 hours.
Forensic Examination of Counterfeit Documents, American Society of Questioned Document Examiners, Long
Beach, CA, August 1994 (Larner), 4 hours.
Instructor Development Course, AZ Police Officers Standards and Training, Phoenix, AZ, sponsored by the Phoenix
Police Department, January 1995, 40 hours.
Case Documentation and Note Taking Workshop for ASCLD Lab Accreditation Requirements, Southwestern
Association of Forensic Document Examiners, Reno, NV, April 1996 (Blake, Cunningham), 4 hours.
Private Practice Workshop, American Society of Questioned Document Examiners, Washington, D.C., August 1996
(Hart, Miller), 4 hours.
Ink-Jet Printers, Hewlett Packard (Drago-R&D), Southwestern Association of Forensic Document Examiners,
Tucson, AZ, October 1996, 3 hours.
Laser Printer Re-Insertion Problems Workshop, Southwestern Association of Forensic Document Examiners,
Tucson, AZ, October 1996 (Flynn), 4 hours.
Difficult and Complex Handwriting Examinations Seminar, sponsored by the American Board of Forensic
Document Examiners, Burlingame, CA, January 1997 (Conway, Cunningham), 24 hours.
How to be a Better Expert Witness Workshop (Moseley JD, Dedrick JD), American Academy of Forensic Sciences,
New York, NY, February 1997, 4 hours.
Courtroom Testimony, Laboratory Personnel, Bureau of Alcohol, Tobacco and Firearms, Rockville, MD, March
1997, 32 hours.
Questioned Documents Examination Proficiency Tests, Crime Laboratory Proficiency Testing Program: 1996, 1997,
1998.
Advanced Handwriting Identification: Handwriting Theory, Mechanics and Analysis, and the Fundamentals of
Disguised Writing, University of New Haven Graduate School, School of Public Safety and Professional Studies,
San Francisco, CA, February 1998 (Sang, Richards, Horan), 3 credit hours.
Computer Software Training: Windows 95, Outlook, Word, Excel, PowerPoint, Access, and Netscape. Sponsored
by ATF, April 1-3, 1998, 24 hours.
Microscopy Workshop (Kline) sponsored by the Southwestern Association of Forensic Document Examiners,
Breckenridge, CO, October 9, 1998, 4 hours.

Check Writer Workshop (Tierney), sponsored by the Southwestern Association of Forensic Document Examiners,
Breckenridge, CO, October 10, 1998, 4 hours.
Seminar on Paper Fiber Analysis (Walter J. Rantanen, Integrated Paper Services, Inc.), sponsored by the
Southwestern Association of Forensic Document Examiners, Marina Del Rey, CA, April 7-9, 2000, 12
hours.
Printing Process Identification and Image Analysis for Forensic Document Examiners, Rochester Institute of
Technology, Rochester, NY, June 5-8, 2001, 28 hours.
Detection of Counterfeit Documents (Rick Outland of U.S. Secret Service), sponsored by the Southwestern
Association of Forensic Document Examiners, Tempe, AZ, September 7, 2001, 6 hours.
8
Forensic Examination of Typographic Documents Workshop (Flynn) sponsored by the Southwestern Association of
Forensic Document Examiners, Tempe, AZ, September 8, 2001, 6 hours.
Additional software courses offered through the Bureau of Alcohol, Tobacco and Firearms during 1999, 2000, and
2001.
Teaching the Forensic Document Examiner How to Teach (Tarver PhD w/California State University, Fresno),
sponsored by the Southwestern Association of Forensic Document Examiners, Anaheim, CA, April 6, 2003, 3.5
hours.
Twenty-First Century Document Examinations Workshop – Part I & II (Gottesman, Belcastro, Mokrzycki of FBI),
sponsored by the American Society of Questioned Document Examiners, Baltimore, MD, August 28, 2003,
4 hours.
State of the Art Infrared and Ultraviolet Examinations of Documents by the Video Spectral Comparator Workshop
(Richards, Kovarik, Sang), sponsored by the American Academy of Forensic Sciences, New Orleans, LA, 4
hours.
Signature Disguise or Signature Forgery Workshop (Found PhD) sponsored by the American Society of Questioned
Document Examiners, August 22, 2006, Portland, OR, 7 hours.
Fine and Subtle Features of Handwriting (Cunningham, Morton, Flynn), sponsored by the American Society of
Questioned Document Examiners, Portland, OR, August 23, 2006, 7 hours. Appointed Group Leader.
Signature Workshop (Rile, Hicks), sponsored by the American Society of Questioned Document Examiners,
Portland, OR, August 24, 2006, 4 hours. Appointed Group Leader.
Scientific Research: A Guide to Designing, Conducting, Writing, Presenting, Publishing, and Analyzing Scientific
Research (Grusezecki PhD, Davis MD, Pinckard MD). Workshop sponsored by the American Academy of Forensic
Sciences, San Antonio, TX, February 20, 2007, 3.25 CE hours.
Technical Writing. Workshop sponsored by the Southwestern Association of Forensic Document Examiners,
Monterey, CA, April 21-22, 2007, 6 hours.
Authenticating Questioned Documents (LaPorte/Secret Service). Workshop sponsored by the American Society of
Questioned Document Examiners, Boulder, CO, August 13, 2007, 3.0 CE points.
Examination of Documents by Analyzing the Paper (Rantanen). Workshop sponsored by the American Society of
Questioned Document Examiners, Boulder, CO, August 13, 2007, 1.0 CE points.

RECOGNITION

1996 Initially selected for *Who's Who in Science and Engineering*, Marquis, 4th Edition, 1998-1999
1997 Initially selected for *Who's Who in American Women*, Marquis, 21st Edition, 1999-2000
1998 Initially selected for *Who's Who in America*, Marquis, 53rd Edition, 2000-2001

RECENT AWARDS
2005 American Society of Questioned Document Examiners Certificate of Appreciation for contributions to the
forensic document examination profession.
2007 American Society of Questioned Document Examiners Certificate of Appreciation for contributions to the
forensic document examination profession.
2008 The Volunteer Lawyers Program Pro Bono Award for Outstanding Litigation Support.
(Revised 8/10/08)

Dear Orly,

I am back in Senegal and today was talking with someone who helped raise votes for Obama.  We didn't go into too much as I didn't want him to become suspicious, but he said foreign money was sent through Western Union.  Perhaps this would be an area to have investigated.  He did say that he, like many others, is very disappointed in O.

Hope this helps.  I'm praying for all of you on the forefront of this.  May God give us a true breakthrough.

Susie Murzynski

Mail Plus | Contacts | Calendar | Notepad                              What's New? | Mobile Mail | Options

Check Mail | Compose ↴                                    [                ] Search Mail | Search the Web

**Mail Accounts**
- drtaitz.com
- taitzofficesuites.com
- yahoo.com

**Folders**
- Inbox (23773)
- Drafts (1)
- Sent
- Spam (143)          [Empty]
- Trash               [Empty]

**Chat & Mobile Text**
I am      Offline

My Folders   [Add - Edit]

**Search Shortcuts**
- My Photos
- My Attachments

Previous | Next | Back to Messages                                    Mark as Unread | Print

Delete | Reply ↴ | Forward | Spam | Move... ↴

FW: Receipt for your donation to Defend Our Freedoms          Tuesday, April 14, 2009 7:27 PM
From: "It 6" <atfh7199@hotmail.com>
To: dr_taitz@yahoo.com

Date: Tue, 14 Apr 2009 00:10:18 -0400
Subject: Fwd: Receipt for your donation to Defend Our Freedoms
To: ATFH7199@hotmail.com

From: service@paypal.com
To: IGDes@aol.com
Sent: 1/16/2009 12:39:39 P.M. Eastern Standard Time
Subj: Receipt for your donation to Defend Our Freedoms

Dear Phylis Snyder,

This email confirms that you have donated $50.00 USD to Defend Our Freedoms using PayPal.

---------------------------
Donation Details
---------------------------

Confirmation number: 9H7146696P2086611H
Donation amount: $50.00 USD
Total: $50.00 USD
Purpose: From a Plains Radio listener. Thanks Dr Taitz!!!
Contributor: Phylis Snyder

---------------------------------------------------------------

---------------------------
Recipient information
---------------------------

Donations coordinator: Defend Our Freedoms
Contact email: lisacstella@hotmail.com
Contact Phone Number: 866-964-5625

---------------------------
Your CONFIRMED Address
---------------------------

Phylis Snyder
850 W. White Lake Dr.
Twin Lake, MI 49457
United States

Sincerely,
PayPal

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to your PayPal account and click the Help link in the top right corner of any PayPal page.

PayPal Email ID PP1303

Why pay full price? Check out this month's deals on the new AOL Shopping.

Rediscover Hotmail®: Now available on your iPhone or BlackBerry Check it out.

Rediscover Hotmail®: Get e-mail storage that grows with you. Check it out.

Windows Live™: Keep your life in sync. Check it out.

Delete | Reply ↴ | Forward | Spam | Move... ↴
Previous | Next | Back to Messages                                    [Select Message Encoding ▾] | Full Headers

Check Mail | Compose ↴                                    [                ] Search Mail | Search the Web

> From: nsankey@thesankeyfirm.com
> To: lisaostella@hotmail.com; dr_taitz@yahoo.com
> Subject: FW: >>>>>>>>>Urgent IMPORTANT INFO SAME SUBJECT<<<<<
> Date: Mon, 16 Mar 2009 14:57:13 -0700
>
>
>
> PLEASE NOTE THE LAST LINE!
>
> Thursday, April 10, 2008
>
>
> New Mexico Woman Sentenced in Identity Theft and Real Estate Fraud
>
>
> Lisa Liberi, aka Lisa Richardson, 42, New Mexico, was sentenced in
> connection with felony charges involving identity theft and forged
> documents. Liberi appeared in San Bernardino County, Rancho Cucamonga,
> Superior Court, on March 21, 2008. She was sentenced to a state prison term
> of 8 years, imposed but stayed, and placed on supervised probation for 3
> years as part of a plea agreement. Liberi was sentenced on ten felony
> counts ranging from Grand Theft, Forgery, and Filing False Documents.
>
> From 2000 to 2004, Liberi engaged in a complex fraud involving falsification
> of police reports, manipulation of credit bureau reports, loan fraud, and
> counterfeiting of court documents resulting in hundreds of thousands of
> dollars in losses to banks and credit unions.
>
> In 2002, San Bernardino County Sheriff's Department personnel arrested
> Liberi on theft by false pretense charges. In July 2004, Investigators from
> the San Bernardino County District Attorney's Real Estate Fraud Unit
> arrested Liberi at the Ontario International Airport for additional felony
> charges while she was out on bail.
>
> She has an extensive criminal record going back to the 90's.


 From: Neil SANKEY <nsankey@thesankeyfirm.com>
Subject: FW: LISA LIBERI etc
To: dr_taitz@yahoo.com
Date: Monday, April 13, 2009, 7:04 PM

Here is the Liberi stuff you requested. This is also what I sent to Bob Unruh

---

**From:** Neil SANKEY [mailto:nsankey@thesankeyfirm.com]
**Sent:** Friday, April 10, 2009 10:01 AM

**To:** Bob Unruh
**Subject:** LISA LIBERI etc

Bob here are some bare facts about Berg's assistant. See below and attachments
I don't know how much of the story you have already, but is essentially about WHO she really is and the questions that unfortunately brings up about Berg. Call, if you need to, at your convenience.

Neil Sankey
Investigator & Consultant.

THE SANKEY FIRM

Simi Valley, California 93063

nsankey@thesankeyfirm.com

805 520 3151
818 212 7615 cell


(Addendum)

LISA RENEE LIBERI. Bn 5/28/1965. 462-45-xxxx,  622-19-xxxx (& others)


According to the Police she was born COURVILLE and married a Richardson (Possible Alan Douglas Richardson, currently residing in Las Vegas .) IF it was the other way around, then the Courville is Bill Marshall Courville 11/10/61 of Houston , Tx. 457-71-x I have several SS#'s for her and a LOT of AKA's. Her real SS# is probably 462-45-xxxx. Most prominent otherwise are 563-60-xxxx, 572-17-x, 622-19-x She went BK in 2002 Her brother is probably Lawrence E Morris of Fontana and Rancho Cuc , CA . He was born 1/16/64 Her Husband, Brent J, a Parolee, I have not researched that. Is probably Brent J McCormack 563-77, also uses 331-02-x

There is also a Jerry HELLER and Douglas Cramer look interesting, but where do you stop?.
 From: Neil SANKEY <nsankey@thesankeyfirm.com>
Subject: Bergs Paypal
To: dr_taitz@yahoo.com
Date: Monday, April 13, 2009, 7:15 PM

It comes as no surprise to learn that the link to a Visa donation to Berg, (as opposed to Paypal) has been removed

Neil

This report came from volunteer Sarah redacted

## Case FWV028000 - Defendants

| Seq | Defendant | Next Court Date | Status | Agency / DR Number | Arrest Date | Count 1 Charge | Violation Date |
|-----|-----------|-----------------|--------|--------------------|-------------|----------------|----------------|
| 1 | LIBERI , LISA R | | | RA 110013759 | 05/18/2001 | PC 115(A) | 05/18/2001 |
| | ALIAS: LIBERI, LISA R | | | | | | |
| | ALIAS: COURVILLERICHARDSON, LISA | | | | | | |
| | ALIAS: LIBERI, LISA A | | | | | | |
| | ALIAS: RICHARDSON, LISA C | | | | | | |
| | ALIAS: COURVILLERICH, LISA | | | | | | |
| | ALIAS: LIBERI, LISA RENEE | | | | | | |
| | ALIAS: LIBERI, LISA | | | | | | |
| | ALIAS: RICHARDSON, LISA RENEE | | | | | | |

## Case FWV028000 Defendant 1608112 LIBERI, LISA RENEE - Status

|  |  |  |  |
|--|--|--|--|
| | | Custody | N/A |
| Filing Type | Held to Answer | Filing Date | 05/09/2003 |
| Ordered Bail | $0.00 | Posted Bail | $0.00 |
| D.A. | James R. Secord | Defense | Dean Pitcl (Court Appointed) |
| Next Action: | | Deputy Report #: | RA-RC 110013759 |

| Warrant | Type | Status | Issued | Affidavit |
|---------|------|--------|--------|-----------|
| | | NONE | N/A | N/A |
| Probation | Type | | Granted | Expiration |
| | Formal | | 03/21/2008 | 03/21/2011 |
| Sentence | Convicted Date | | County Jail | CTS |
| | 01/25/2008 | | 26 Days | 26 Days |
| | State Prison | | Max Sentence | |
| | N/A | | N/A | |
| | Fine and Penalty | | Restitution Fine | Restitution to Victim |
| | | | 0 | N/A |

# Case FWV028000 Defendant 1608112 LIBERI, LISA RENEE - Charges

**Arrest Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| | | | | | | |
| 1 | PC 459 | F | BURGLARY | 05/18/2001 | | |

**Filed Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| | | | | | | |
| 1 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 2 | PC 470(D) | F | FORGERY | 05/18/2001 | | HTA |
| 3 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | HTA |
| 4 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | | HTA |
| 5 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 6 | PC 470(D) | F | FORGERY | 05/18/2001 | | HTA |
| 7 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | HTA |
| 8 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | | HTA |
| 9 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 10 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 11 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | HTA |
| 12 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 13 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | HTA |
| 14 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 15 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | HTA |
| 16 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |

| 17 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |

**Infor Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|-------|--------|----------|-------------|----------------|------|--------|
| | | | | | | |
| 1 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 2 | PC 476A(A) | F | NONSUFFICIENT FUNDS: CHECKS | 05/18/2001 | GUILTY | CONVICTED |
| 3 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 4 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | DISMISSED |
| 5 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | GUILTY | CONVICTED |
| 6 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 7 | PC 476 | F | MAKING, POSSESSING, UTTERING FICTIOUS INSTRS | 05/18/2001 | | DISMISSED |
| 8 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 9 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | GUILTY | CONVICTED |
| 10 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | | DISMISSED |
| 11 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 12 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 13 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |
| 14 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | DISMISSED |
| 15 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |
| 16 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | DISMISSED |
| 17 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |
| 18 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 19 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 20 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | GUILTY | CONVICTED |
| 21 | PC | F | FORGERY | 05/18/2001 | | DISMISSED |

| | 470(D) | | | | | |
|----|--------|---|--------------------|------------|---|-----------|
| 22 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 23 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | DISMISSED |

### Case FWV028000 Defendant 1608112 LIBERI, LISA RENEE - Probation

*Probation Type:* FORMAL    *Granted:* 03/21/2008    *Expire:* 03/21/2011

SUPERVISED PROBATION GRANTED FOR A PERIOD OF 36 MONTHS ON FOLLOWING TERMS AND CONDITIONS:

1) SERVE 26 DAYS IN A SAN BERNARDINO COUNTY JAIL FACILITY, WITH CREDIT FOR TIME SERVED, A MATTER OF 26 DAYS, PLUS CONDUCT CREDIT PURSUANT TO 1-PC4019 ND ABIDE BY ALL RULES AND REGULATIONS OF THE FACILITY WITHOUT THE POSSIBILITY OF COUNTY PAROLE.

2) VIOLATE NO LAW.

3) REPORT TO THE PROB OFFICER IN PERSON IMMEDIATELY 0- ND THEREAFTER ONCE EVERY FOURTEEN (14) DAYS OR AS DIRECTED. REPORT TO THE PROB OFFICER IN PERSON IMMEDIATELY 0- ND THEREAFTER ONCE EVERY FOURTEEN (14) DAYS OR AS DIRECTED.

4) COOPERATE WITH THE PROBATION OFFICER IN A PLAN OF REHABILITATION AND FOLLOW ALL REASONABLE DIRECTIVES OF THE PROBATION OFFICER.

5) SEEK AND MAINTAIN GAINFUL EMPLOYMENT, OR ATTEND SCHOOL, AND KEEP THE PROBATION OFFICER INFORMED OF STATUS OF EMPLOYMENT, OR SCHOOL.

6) KEEP THE PROBATION OFFICER INFORMED OF PLACE OF RESIDENCE AND COHABITANTS AND GIVE WRITTEN NOTICE TO THE PROBATION OFFICER TWENTY-FOUR (24) HOURS PRIOR TO ANY CHANGES. PRIOR TO ANY MOVE PROVIDE WRITTEN AUTHORIZATION TO THE POST OFFICE TO FORWARD MAIL TO THE NEW ADDRESS. PERMIT VISITS AND SEARCHES OF PLACES OF RESIDENCE BY AGENTS OF THE PROBATION DEPT. AND/OR LAW ENFORCEMENT FOR THE PURPOSE OF ENSURING COMPLIANCE WITH PERMIT VISITS AND SEARCHES OF PLACES OF RESIDENCE BY AGENTS OF THE PROBATION DEPT. AND/OR LAW ENFORCEMENT FOR THE PURPOSE OF ENSURING COMPLIANCE WITH PERMIT VISITS AND SEARCHES OF PLACES OF RESIDENCE BY AGENTS OF THE PROBATION DEPT. AND/OR LAW ENFORCEMENT FOR THE PURPOSE OF ENSURING COMPLIANCE WITH THE TERMS AND CONDITIONS OF PROBATION; NOT DO ANYTHING TO INTERFERE WITH THIS REQUIREMENT, OR DETER OFFICERS FROM FULFILLING THIS REQUIREMENT, SUCH AS THE TERMS AND CONDITIONS OF PROBATION; NOT DO ANYTHING TO INTERFERE WITH THIS REQUIREMENT, OR DETER OFFICERS FROM FULFILLING THIS REQUIREMENT, SUCH AS ERECTING ANY LOCKED FENCES/GATES THAT WOULD DENY ACCESS TO PROBATION OFFICERS, OR HAVE ANY ANIMALS ON THE PREMISES THAT WOULD REASONABLY DETER, ERECTING ANY LOCKED FENCES/GATES THAT WOULD DENY ACCESS TO PROBATION OFFICERS, OR HAVE ANY ANIMALS ON THE PREMISES THAT WOULD REASONABLY DETER, THREAT THREATEN THE SAFETY OF, OR INTERFERE WITH, OFFICERS ENFORCING THIS TERM. EN

THE SAFETY OF, OR INTERFERE WITH, OFFICERS ENFORCING THIS TERM.

7) NEITHER POSSESS NOR HAVE UNDER YOUR CONTROL ANY DANGEROUS OR DEADLY WEAPONS OR EXPLOSIVE DEVICES OR MATERIALS TO MAKE EXPLOSIVE DEVICES.

8) SUBMIT TO A SEARCH AND SEIZURE OF YOUR PERSON, RESIDENCE AND/OR PROPERTY UNDER YOUR CONTROL AT ANY TIME OF THE DAY OR NIGHT BY ANY LAW-ENFORCEMENT OFFICER, WITH OR WITHOUT A SEARCH WARRANT, AND WITH OR WITHOUT CAUSE (PEOPLE -V- BRAVO).

9) NEITHER USE NOR POSSESS ANY CONTROLLED SUBSTANCE WITHOUT MEDICAL PRESCRIPTION. A PHYSICIANS'S WRITTEN NOTICE IS TO BE GIVEN TO THE PROBATION OFFICER.

10) SUBMIT TO A CONTROLLED SUBSTANCE TEST AT DIRECTION OF PROBATION OFFICER. EACH TEST IS SUBJECT TO AN $11.00 FEE, TO BE COLLECTED BY CENTRAL COLLECTIONS

11) NOT POSSESS ANY TYPE OF DRUG PARAPHERNALIA, AS DEFINED IN H&S11364.5(D)

12) PARTICIPATE IN A COUNSELING PROGRAM AS DIRECTED BY THE PROBATION OFFICER, SUBMIT MONTHLY PROOF OF ATTENDANCE AND/OR SUCCESSFUL COMPLETION TO THE PROBATION OFFICER AS DIRECTED AND BE RESPONSIBLE FOR PAYMENT OF ALL PROGRAM FEE(S).

13) NOT ASSOCIATE WITH KNOWN CONVICTED FELONS OR ANYONE ACTIVELY ENGAGED IN CRIMINAL ACTIVITY B-OR CODEFENDANT(S) OR VICTIM(S).

14) NOT ASSOCIATE WITH KNOWN ILLEGAL USERS OR SELLERS OF CONTROLLED SUBSTANCES,

15) NOT MAINTAIN A CHECKING ACCOUNT OR COMPLETE OR ENDORSE ANY CHECKS UNLESS MADE PAYABLE TO YOU AND NOT HAVE ANY BLANK CHECKS IN YOUR POSSESSION WITHOUT PERMISSION OF THE PROBATION OFFICER.

16) SUBMIT A RECORD OF INCOME AND EXPENDITURES TO THE PROBATION OFFICER QUARTERLY.

17) NEITHER POSSESS NOR USE ANY CREDIT CARD WITHOUT PERMISSION OF THE PROBATION OFFICER.

18) NOT DRIVE OR POSSESS KEYS OR DOCUMENTATION TO ANY MOTOR VEHICLE UNLESS LEGALLY REGISTERED TO YOU OR AN IMMEDIATE FAMILY MEMBER, EXCEPT IN THE COURSE OF EMPLOYMENT.

19) REPORT ALL MOTOR VEHICLES REGISTERED TO YOU TO THE PROBATION OFFICER WITHIN SEVEN (7) DAYS OF ACQUISITION.

20) SUBMIT TO AND COOPERATE IN A FIELD INTERROGATION BY ANY PEACE OFFICER AT ANY TIME OF THE DAY OR NIGHT.

21) CARRY AT ALL TIMES A VALID DRIVERS LICENSE OR DEPARTMENT OF MOTOR VEHICLES IDENTIFICATION CARD AND DISPLAY SUCH IDENTIFICATION UPON REQUEST BY ANY PURPOSE WITHOUT FIRST NOTIFYING THE PO. CONTAINING YOUR TRUE NAME AGE AND CURRENT ADDRESS

22) ENROLL IN THE DRUG TREATMENT PROGRAM AT THE DIRECTION OF THE PROBATION OFFICER, AND SHOW PROOF OF ENROLLMENT TO THE PROBATION OFFICER WITHIN SEVEN (7) DAYS.

23) MAKE RESTITUTION TO THE VICTIM(S) (SEE PROBATION REPORT) IN THE AMOUNT OF $9223.77 PLUS A 10% ADMINISTRATIVE FEE, TO BE PAID THROUGH CENTRAL COLLECTIONS

24) MAKE RESTITUTION TO THE VICTIM (SEE PROBATION REPORT) IN THE AM

OUNT OF $35000.00 PLUS A 10% ADMINISTRATIVE FEE, TO BEPAID THROUGH
CENTRAL COLLECTIONS

25) MAKE RESTITUTION TO THE VICTIM (SEE PROBATION REPORT) IN THE AMO
UNT OF $66951.08 PLUS A 10% ADMINISTRATIVE FEE, TO BE PAID THROUGH
CENTRAL COLLECTIONS

26) PAY A RESTITUTION FINE IN THE AMOUNT OF $200.00, PLUS A TEN PERCENT
(10%) ADMINISTRATIVE FEE THROUGH CENTRAL COLLECTIONS.

27) THE DEFENDANT IS NOT TO FILE ANY LAWSUIT/LEGAL ACTION WITHOUT
PRIOR CONTACT WITH PROBATION OFFICER.

28) DO NOT APPLY FOR CREDIT OR A LOAN WITHOUT PRIOR CONTACT WITH
PROBATION OFFICER.

29) COMPLY WITH ANY COURT-ORDERED PAYMENT SCHEDULE.

30) MAKE RESTITUTION TO VICTIM (SEE PROBATION REPORT) IN AN AMOUNT TO
BE DETERMINED BY PROBATION.

31) MAKE RESTITUTION TO VICTIM (SEE PROBATION REPORT) IN AN AMOUNT TO
BE DETERMINED BY PROBATION.

32) PROBATION MAY BE SERVED THROUGH INTER STATE COMPACT
AGREEMENT IN THE STATE OF NEW MEXICO UPON APPROVAL FROM
PROBATION.