**Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US ATTORNEY TAYLOR
   555 4th ST. NW
   WASHINGTON DC
   20530

COMPLETE THIS SECTION ON DELIVERY

A. Signature: X [signature] — Agent / Addressee
B. Received by (Printed Name): [illegible]
C. Date of Delivery: MAY 07 2009
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7009 0080 0001 6858 2604

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

---

**Receipt 2:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US ATTORNEY TAYLOR
   555 4th ST. NW
   WASHINGTON DC
   20530

COMPLETE THIS SECTION ON DELIVERY

A. Signature: X [signature] — ☐ Agent ☐ Addressee
B. Received by (Printed Name): [illegible]
C. Date of Delivery: MAY 07 2009
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7009 0080 0001 6858 2567

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

---

**Receipt 3:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US ATTORNEY TAYLOR
   555 4th ST NW
   WASHINGTON DC
   20530

COMPLETE THIS SECTION ON DELIVERY

A. Signature: X [signature] — ☐ Agent ☐ Addressee
B. Received by (Printed Name): [illegible]
C. Date of Delivery: MAY 07 2009
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7009 0080 0001 6858 2550

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540