UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA (SOUTHERN) DIVISION

Captain Pamela Barnett, et al.,
Plaintiffs,

v.

Barack Hussein Obama,
Michelle L.R. Obama,
Hillary Rodham Clinton, Secretary of State,
Robert M. Gates, Secretary of Defense,
Joseph R. Biden, Vice-President and President of the Senate,
Defendants.

Civil Action:

SACV09-00082-DOC (Anx)

## 28 U.S.C. §1746 Declaration of Patricia M. Spencer

1. My name is Patricia M. Spencer. I am a citizen of the United States, resident of California, over 18 years old, am of sound mind and free of any mental disease or psychological impairment of any kind or condition, and have never been convicted of any crime of moral turpitude.

2. I have personal knowledge of all the facts and circumstances described herein below in this declaration and will testify in open court to all of the same.

3. I do volunteer courier work occasionally for Dr. Orly Taitz, esq.

4. On Wednesday, September 23, 2009, I hand delivered a courtesy copy of Plaintiffs' September 21, 2009, Preliminary Response to Defendants' Motion to Dismiss filed September 4, 2009 to Judge David O. Carter's chambers in Santa Ana, California.

5. I effected delivery at 2:30 o'clock on Wednesday by delivery to Judge Carter's courtesy copy receptacle on the 9th floor of the Ronald Reagan Federal Courthouse.

11. I declare, certify, verify, state, and affirm under penalty of perjury

28 U.S.C. §1746 Declaration of Patricia M. Spencer,
3—September 23, 2009 Notice of Filing Declaration

DR. ORLEY TAITZ
FOR THE PLAINTIFFS
29839 SANTA MARGARITA PARKWAY
(949) 683-5411
E-MAIL: DR_TAITZ@YAHOO.COM

under the laws of the United States of America that the foregoing statements of facts and events are true and correct.

12. I have not received any compensation for making this affidavit.

Further, Declarant saith naught.

Signed and executed in Mission Viejo, California on this 23rd day of September, 2009.

By: *Patricia M. Spencer*
Patricia M. Spencer
Tel.: 949.586.1040
E-mail: patti@total-health.com

*28 U.S.C. §1746 Declaration of Patricia M. Spencer,*
**4**—*September 23, 2009 Notice of Filing Declaration*

DR. ORLEY TAITZ
FOR THE PLAINTIFFS
29839 SANTA MARGARITA PARKWAY
(949) 683-5411
E-MAIL: DR_TAITZ@YAHOO.COM