UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   SACV09-0082 DOC (ANx)            Date   September 8, 2009

Title   CAPTAIN PAMELA BARNETT, ET AL. V. BARACK HUSSEIN OBAMA, ET AL.

Present: The Honorable   David O. Carter, U.S. District Judge

| Kristee Hopkins | Maria Dellaneve | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Orly Taitz | David DeJute, AUSA |
| Gary Kreep | Roger West, AUSA |

Proceedings:   HEARING RE: DISCOVERY; SERVICE NOTICE AND EX PARTE APPLICATION

       Cause called and counsel state their appearances. Court and counsel confer re service of Defendants. Defense counsel states that service has been effectuated. Court and counsel confer regarding Ex Parte Application to Vacate Dismissal filed by Markham Robinson and Wiley S. Drake. Court grants Ex Parte Application. Attorney Gary Kreep added to the case.

       Court sets Scheduling Conference for October 5, 2009, at 8:30 a.m. Court and counsel confer and set the following tentative case management dates:

| | |
|---|---|
| Trial | January 26, 2010, at 8:30 a.m. |
| Pretrial Conference | January 11, 2010, at 8:30 a.m. |
| Motion for Summary Judgment Hearing | December 7, 2009, at 8:30 a.m. |
|      File Motion for Summary Judgment | November 16, 2009 |
|      Opposition to Motion for Summary Judgment | November 26, 2009 |
|      Reply to Motion for Summary Judgment | November 30, 2009 |

       Court and counsel confer regarding recusal of Magistrate Judge Arthur Nakazato. Court denies, without prejudice, Plaintiff's Motion to Recuse the Magistrate Judge. The Court also denies Plaintiff's Motion for Modification of Magistrate Judge Nakazato's August 6, 2009 Order.

                                                                             1    :    05

Initials of Preparer    kh/nkb