**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. SACV 09-0082 DOC (ANx)  Date: September 28, 2009

Title: CAPTAIN PAMELA BARNETT, ET AL. V. BARACK H. OBAMA, ET AL.

---

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                        Date:_____ Deputy Clerk: _____

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

  Kristee Hopkins                Not Present
  Courtroom Clerk                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                       NONE PRESENT

---

PROCEEDING (IN CHAMBERS): GRANTING PLAINTIFFS' REQUEST FOR LEAVE OF COURT TO FILE SUR-REPLY

Before this Court is Plaintiffs' L-R-7-1- Motion for Leave to File Sur-Reply to Motion to Dismiss filed on September 26, 2009.

The Court GRANTS Plaintiffs' Motion and will give Plaintiffs leave of court to file a sur-reply not to exceed ten (10) pages to be filed by 5 p.m. on October 1, 2009.

Plaintiffs' courtesy copy of the sur-reply shall be delivered to the Court's dropbox on the ninth floor of the Santa Ana courthouse by no later than noon on October 2, 2009.

The Clerk shall serve this minute order on all parties to the action.