JEFF SESSIONS
ALABAMA

COMMITTEES:
ARMED SERVICES
JUDICIARY
ENERGY AND NATURAL RESOURCES
BUDGET

# United States Senate
WASHINGTON, DC 20510-0104

December 16, 2008



Birmingham, Alabama 35213

Dear Ms. ▓▓▓▓▓▓▓:

Thank you for your recent letter regarding President-elect Barack Obama. I appreciate your comments and welcome the opportunity to respond.

The Constitution of the United States requires that all candidates for the office of President must be at least 35 years of age, natural born citizens, and residents in the United States for the previous 14 years. As you know, stories have circulated that call into question President-elect Obama's citizenship. To this end, lawsuits have been filed alleging that Obama is not a natural born citizen of the United States, and therefore is constitutionally ineligible for the office of President.

One of the most highly publicized suits was filed by Philip Berg on August 21, 2008, in the U.S. District Court for the Eastern District of Pennsylvania. This suit was dismissed on October 24, 2008, and Berg subsequently filed an appeal. The decision to hear the case is still pending before the United States Supreme Court. A related suit, filed by Leo Donofrio, was recently submitted to the Supreme Court. On December 8, 2008, the court declined to hear Donofrio's suit.

Senate ethics rules preclude me from becoming personally involved in pending litigation. I sincerely hope this matter can be fully and promptly resolved by the courts. In the meantime, please do not hesitate to contact me in the future should you have a question regarding an issue over which I have jurisdiction.

Thank you again for writing. Your comments and suggestions are always welcome.

Very truly yours,

Jeff Sessions
United States Senator

JS: cd

PRINTED ON RECYCLED PAPER

UNITED STATES SENATE
WASHINGTON, DC 20510-0104
OFFICIAL BUSINESS

*[signature]*
U.S.S.

PRSRT STD

K*7LTPI 35213