Attorney General, Eric H. Holder Jr.
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001 USA

March 1, 2009

Honorable Attorney General Holder
    Re: Request a Special Assistant for the United States to relate Quo Warranto on Barack Hussein Obama, II to Test His Title to President before the Supreme Court

Relators, Major General Carroll Childers, Ret; Lt. Col Dr. David Earl-Graef; Navy and Police officer Mr. Clinton Grimes; Lt. Scott Easterling, currently serving in Iraq; Major James Cannon, US Marine Corps, Ret; New Hampshire State Representative Mr. Timothy Comerford; Tennessee State Representative Mr. Frank Nicely, State of Alabama 2008 electoral college elector Mr. Robert Cusanelli bring information for Quo Warranto on Barack Hussein Obama, II, testing his title to President per attached relation. Relators include:

Robert Cusanelli, Elector for 7th District, State of Alabama, in the 2008 Electoral College;
Frank Nicely, State Representative of Tennessee in his official capacity;
Timothy Comerford, State Representative of New Hampshire in his official capacity;
Major General Carroll Childers, 29th Infantry Div VA retired, lifetime subject to recall; Numerous decorations
1st Lt. Scott R. Easterling OD LG US Army on active duty in Iraq;
Clint Grimes, Sergeant Long Beach Police Officer & CDR/0-5 US Navy (Active Reserve). Numerous decorations, including two National defense medals, two Navy commendation medals
Dr. David Earl-Graef, Lieutenant Colonel Air Force MC, Military Surgeon- Active Reserve. Numerous decorations including Air Force outstanding unit with valor.
James Cannon Major US Marine Corps, Ret, lifetime subject to recall. Numerous awards, including Bronze Star with combat V and two Purple Hearts

Relator's oath of office grants standing. Relators are affected by actions of Respondent Obama and the outcome of this Quo Warranto, and thus have interest above citizens.

Information on Quo Warranto against a Federal Officer is normally related to the Attorney General to sue on behalf of the United States in U.S. District court of the District of Columbia per DC Code 16-3502. However, the Attorney General defends the office of President and is appointed by the President. For the Attorney General to bring Quo Warranto on the President raises an intrinsic conflict of interest. USC 3-2.170 Historically, a Special Prosecutor or Independent Counsel was appointed to eliminate such conflicts of interest, e.g., Attorney General Elliot Richardson appointed Archibald Cox as the Watergate Special Prosecutor over issues touching on President Nixon.

The information on Quo Warranto includes action between the United States ex rel. and the State of Hawaii over original birth records of Barack H. Obama II being withheld per Hawaii's privacy laws. Hawaii's action obstructs the constitutional duties of election officers to validate or evaluate President Elect Obama qualifications to become President under U.S. CONST. art II - 1 and Amend. XX – 3.

As President Elect, Respondent Obama failed to submit prima facie evidence of his qualifications before January 20, 2009. Election officers failed to challenge, validate or evaluate his qualifications. Relators submit that as President Elect, Respondent Obama failed qualify per U.S. CONST. Amend. XX – 3.

http://defendourfreedoms.org/AttorneyGeneralwarranto.htm      3/15/2009

Attorney General, Eric H

Quo Warranto be related to the Supreme Court under its original jurisdiction.

Enclosed is a summary motion for leave to file Quo Warranto on Barack Hussein Obama II aka Barry Soetoro, with the Supreme Court. The list of Questions Presented is attached. A full brief supporting this motion is in preparation.

1) Relators respectfully pray that the Attorney General recuse himself over bringing this Quo Warranto for the United States on Barack H. Obama II, by reason of intrinsic conflict of interest.
2) Relators pray the Attorney General appoint a Special Assistant (prosecutor) of Archibald Cox's reputation and expertise, to relate this Quo Warranto to the Supreme Court per 28 USC 543.
3) Relators request that their attorney, Orly Taitz, ESQ DDS, assist in relating this Quo Warranto, being recognized at bar before the Supreme Court.
4) Relators further request the assistance of Patrick Fitzgerald, United States Attorney General for the Northern District of Illinois, as having familiarity with issues involving Barack H. Obama II while Senator from Illinois and as President Elect.
5) Relators request guidance from the Attorney General, within one week of receipt of this information, regarding his decision on whether to appoint such a Special Assistant.

With respect, in absence of such guidance, Relators will proceed to request leave from the Supreme Court to relate information for this Quo Warranto on Mr. Obama to test his title.

Yours Sincerely,

Orly Taitz, ESQ
Attorney for Relators
26302 La Paz
Mission Viejo, CA 92691
949-683 5411

Encl. Motion to Supreme Court for leave to relate Quo[...] his title to the Federal office of President.

