

TREY GRAYSON
SECRETARY OF STATE

COMMONWEALTH OF KENTUCKY
OFFICE OF THE SECRETARY OF STATE

SUITE 152, STATE CAPITOL
700 CAPITAL AVENUE
FRANKFORT, KY 40601-3493
(502) 564-3490
FAX (502) 564-5687
WEBSITE: WWW.SOS.KY.GOV

April 6, 2009

Dear Attorney General Conway:

    Earlier today, our office received the visitors on the attached list. They presented information to our office concerning questions about President Barack Obama's eligibility to be on the ballot in Kentucky. Because our office does not have investigative powers, we could not be of assistance to these individuals. Therefore, we are referring the matter to your office.

Sincerely,

Leslie A. Fugate
Deputy Assistant Secretary of State



AN EQUAL OPPORTUNITY EMPLOYER M/F/D