Dr. Orly Taitz, Attorney-at-Law
(California SBN 223433)
Orly Taitz Law Offices
26302 La Paz, Suite 211
Mission Viejo, California 92691
Telephone: (949) 683-5411
E-Mail: dr_taitz@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA (SOUTHERN) DIVISION

| | |
|---|---|
| Captain Pamela Barnett, et al., § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> Barack Hussein Obama, § <br> Michelle L.R. Obama, § <br> Hillary Rodham Clinton, Secretary of State, § <br> Robert M. Gates, Secretary of Defense, § <br> Joseph R. Biden, Vice-President and § <br> President of the Senate, § <br> Defendants. § | Civil Action: <br><br> SACV09-00082-DOC (Anx) |

## Affidavit of Susan Daniels

1. My name is Susan Elizabeth Daniels. I am over 18 years old, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2. I am a citizen of the United States of America, I am 68 years old and I was born and raised in the State of Ohio.

3. I am licensed by the State of Ohio as a private investigator; I am president of Daniels and Associates Investigations, Inc., incorporated in March 1995, license number 65199565509.

4. I have personal knowledge of all the facts and circumstances described herein below and will testify in open court to all of the same.

5. I located a social security number for Barack Hussein Obama and found that it was issued between 1977-1979 in the State of Connecticut.

6. I investigated further and verified that the number was issued in Connecticut by running the numbers before and after Barack Obama's and found them also to have been issued in Connecticut between 1977-1979.

7. Further, the number assigned to Barack Obama may have been assigned previously, as it appears to also be associated with someone born in the year 1890.

8. The true and correct copies I personally obtained are attached.

9. I solemnly swear under penalty of perjury that all the facts stated and circumstances described above are true and correct statements.

10. I have not received any compensation for making this affidavit.

Further, Affiant saith naught,
Signed and executed in _Chardon_, _OH_ on this _30_ day of September, 2009.

By: _Susan Elizabeth Daniels_
Susan Elizabeth Daniels

# NOTARY'S JURAT

Susan Elizabeth Daniels appeared before me in person on this _30_ day of September, 2009, in _Chardon_ (city), _OH_ (state), _USA_ (country) and having presented to me her driver's license and having been sworn by me duly under oath and having been admonished that she did so under penalty of perjury, she did then and there depose herself and give the above-listed statements in my presence in the form of his written affidavit.

Specifically but without limitation, Susan Elizabeth Daniels did in my presence authenticate the documents attached here as a true and correct copy of the documents she obtained and described in her affidavit.

_Jerry A. Veneskey_
Notary Public in the State of Ohio

Business Address of Notary: _2737 Fleger Drive, Parma, Ohio 44134_

My Seal Appears Above this line.

My Printed Name is: _Jerry A. Veneskey_ ; my notarial commission or license expires on: _April 24, 2010_