*UNITED STATES JUSTICE FOUNDATION*
**GARY G. KREEP; SBN 066482**
932 "D" Street, Suite 2
(Email: usjf@usjf.net)
Ramona, California 92065
Tel: (760) 788-6624
Fax: (760) 788-6414

Attorney for Plaintiffs,
Dr. Wiley S. Drake and
Markham Robinson

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA (SOUTHERN) DIVISION

| | |
|---|---|
| CAPTAIN PAMELA BARNETT, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>BARACK HUSSEIN OBAMA, et al.,<br><br>  Defendants | CIVIL ACTION NO: SACV09-00082-DOC (Anx)<br><br>**DECLARATION OF DR. WILEY DRAKE IN SUPPORT OF PLAINTIFFS' MOTION FOR SEVERANCE**<br><br>DATE:  October 5, 2009<br>TIME:  8:30 a.m.<br>CTRM:  9D<br><br>Hon. David O. Carter |

I, DR. WILEY DRAKE, hereby testify as follows:

1    That I am a Plaintiff herein, that I was the Vice Presidential candidate of the American Independent Party for the 2008 election, on the California State Ballot, and that, if called upon to do so, I could, and would, competently testify as follows:

2    That, on September 8, 2009, I was present for the meeting that Federal District Court Judge Carter ordered between Dr. Taitz and Gary Kreep in the hallway of the United States District Court, Central District of California, on that date.

3    That, during the meeting, Dr. Taitz said that, if Federal District Court

1

Judge Carter allowed Markham Robinson and I to reenter the case, with Mr. Kreep representing us, she would appeal that decision to the Ninth Circuit Court of Appeals.

I declare under the penalty of perjury under the laws of the State of California that the forgoing declaration is true and correct.

Executed this 30th day of September 2009, at Buena Park, California.

                                                      _____Signature via fax_____
                                                              Dr. Wiley Drake

**DECLARATION OF DR. WILEY DRAKE IN SUPPORT OF PLAINTIFFS'  
MOTION FOR SEVERANCE**

Judge Carter allowed Markham Robinson and I to reenter the case, with Mr. Kreep representing us, she would appeal that decision to the Ninth Circuit Court of Appeals.

I declare under the penalty of perjury under the laws of the State of California that the forgoing declaration is true and correct.

Executed this 30th day of September 2009, at Buena Park, California.

*Wiley S. Drake*
Dr. Wiley Drake