1  *UNITED STATES JUSTICE FOUNDATION*
   **GARY G. KREEP; SBN 066482**
2  **932 "D" Street, Suite 2**
   **(Email: usjf@usjf.net)**
3  **Ramona, California 92065**
   **Tel: (760) 788-6624**
4  **Fax: (760) 788-6414**

5
   Attorney for Plaintiffs,
6  Dr. Wiley S. Drake and
   Markham Robinson
7

8              **UNITED STATES DISTRICT COURT**

9        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10          **SANTA ANA (SOUTHERN) DIVISION**

11

12  CAPTAIN PAMELA BARNETT,      ) CIVIL ACTION NO:
    et al.,                      ) SACV09-00082-DOC (Anx)
13                               )
                      Plaintiffs, ) **DECLARATION OF GARY G. KREEP**
14                               ) **IN SUPPORT OF MOTION FOR**
              v.                 ) **SEVERANCE OR IN THE**
15                               ) **ALTERNATIVE LEAVE TO FILE AN**
    BARACK HUSSEIN OBAMA, et     ) **AMENDED COMPLAINT**
16  al.,                         )
                                 ) DATE:  October 5, 2009
17                    Defendants ) TIME:   8:30 a.m.
                                 ) CTRM:  9D
18  ―――――――――――――――――――――――――     ) Hon. David O. Carter

19  I, GARY G. KREEP, declare as follows:

20

21  1.      That I am an attorney at law admitted to practice before all of the courts of the State of

22  California and all Federal District Courts within the State of California, and that I am attorney of

23  record for Plaintiffs herein, DR. WILEY DRAKE and MARKHAM ROBINSON.

24  2.      That , attached hereto, and made a part hereof, is PLAINTIFFS proposed Second Amended

25          //      //

26          //      //

27          //      //

28
                                    1
    ―――――――――――――――――――――――――――――――――――――――――――――――――
      **DECLARATION OF GARY G. KREEP  IN SUPPORT OF MOTION FOR**
    **SEVERANCE OR IN THE ALTERNATIVE LEAVE TO FILE AN AMENDED**
                              **COMPLAINT**

1  Complaint.

2

3                                    Respectfully submitted,

4  DATED: October 1, 2009          */s/ Gary G. Kreep*
5                                    GARY G. KREEP
                                     UNITED STATES JUSTICE FOUNDATION
6

7                                    Attorney for PLAINTIFFS Dr. Wiley Drake and
                                     Markham Robinson
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          2

**DECLARATION OF GARY G. KREEP IN SUPPORT OF MOTION FOR
SEVERANCE OR IN THE ALTERNATIVE LEAVE TO FILE AN AMENDED
COMPLAINT**