

http://defendourfreedoms.org/

Dr. Orly Taitz, Esq. met with William Austin Chatfield, Director of Selective Service at 10:15am EST, March 25, 2009.

The meeting took place at:  Selective Service System, National Headquarters 1515 Wilson Blvd. Arlington, Virginia 22209.

Dr. Taitz introduced herself as the attorney for 140 Military Plaintiffs, active and retired, subject to recall, who are concerned about the Constitutional authority of Barack Obama to be Commander in Chief.  Major General Carroll D. Childers is among these Plaintiffs. In addition to being attorney for the Military Plaintiffs, Dr. Taitz also represents 10 State Representatives in this matter.  Based on this, Dr. Taitz addressed Mr. Chatfield on some inconsistencies found with Barack Obama's Selective Service Registration records.

Dr. Taitz presented some of the findings (Attachment A) that were delivered to US Department of Justice Eric Holder, Jr., Attorney General.  The findings indicate that Barack Obama's Selective Service Registration document was created in 2008, and backdated to 1980.  Dr. Taitz showed Mr. Chatfield that the Document Location Number, 0897080632, appears to be a 2008 creation.  However on the printout, an extra eight (8) was added in front of the number to make it look like it is from the year 1980.

Dr. Taitz also showed Mr. Chatfield that the postal stamp on the Selective Service Registration Form was incorrect.  The stamp used was an obsolete postmark round dater-stamp (retired almost ten (10) years before 1980) to validate a legal document.  Mr. Chatfield didn't have any comment on these inconsistencies nor did he offer any explanation.

Dr. Taitz provided Mr. Chatfield with a full copy of the dossier sent to the Attorney General, Eric Holder.  A copy can be downloaded here: http://defendourfreedoms.org/letterHolder.doc

She highlighted sections of the dossier to show Mr. Chatfield that Barack Obama has hundreds of Social Security Numbers and properties associated with his name.  One Social Security Number in particular was issued in Connecticut, and lists him as being 118 years old.  (Attachment B)

While addressing the issue of hundreds of Social Security Numbers and properties being associated with Barack Obama's name, Dr. Taitz drew attention to two addresses of interest:  one located in Illinois and another in New Jersey.

The address located in Illinois, 1525 S. Sangamon St. Unit 707, Chicago IL was sold to an Osama Barakat.  The Osama Barakat listed (Attachment F) has connections to a foundation that is listed in the "Golden Chain" as sponsors of al Qaeda.

(Attachment C) shows an address in New Jersey for Kelly J. McCrum, wife of Craig M. Robinson.  Craig Robinson is Michelle Obama's brother, and is listed at 45 Willow Street in South Amboy, NJ.  Not only can this address not be found by mapping the street, but this address had a credit lien on it by a company, Burlow Plumbing.  Burlow Plumbing has a commercial affiliate named Magic Plumbing.

(Attachment D) shows that Magic Plumbing had worked on the sprinkler system at the World Trade Center just days before 9/11.  One of the men that performed this work lived in Brooklyn. He left Brooklyn on 9/11 and went to Tennessee.  A woman that had a court date involving identity theft with the motor vehicle department in Tennessee met a mysterious death.  Mr. Chatfield had no comment or thought in reference to this material being shown to him.

Dr. Taitz then provided Mr. Chatfield with information on Barack Obama's former client, Ahmad Bavarati.  (Attachment E).  Mr. Bavarati ran a non-profit called the Iran Earthquake Relief Fund, which subsequently changed its name to American Care Society, but still supported scientific work in Iran.

Mr. Chatfield promised he would look into these matters.


Lisa Ostella
Assistant to Dr. Orly Taitz, Esq.
Defend Our Freedoms Foundation
http://defendourfreedoms.org/


**Attachment A**

## SELECTIVE SERVICE FORM PROBLEMS:

# FREEDOM OF INFORMATION ACT *(source: Stephen Coffman):*

Stephen Coffman, who is a retired federal agent, contacted Defend Our Freedoms Foundation back on November 16, 2008 and forwarded to us all the documentation he received through a Freedom of Information Act request.

This documentation shows many inconsistencies of Obama's claim that he registered for the draft in June 1979.

The above registration card and print out indicates the Selective Service Form was created in 2008 and then backdated.

The Document Location Number (DLN) on the form shows, 0897080632.  This number indicates it was made in 2008. However, the printout that same number has the number 8 inserted in front, 8089 708 0632. This extra 8 in front of the DLN number lends the appearance of being created in 1980, when it was actually created in 2008.  The first two digits of the DLN number represent the year the form was processed.

Mr. Coffman, retired federal agent, notes:

Having worked for the Federal Government for several decades, I know that the standardization of DLNs have the first two digits of the DLN representing the year of issue. That would mean that this DLN was issued in 2008. The DLN on the computer screen printout is the exact same number, except an 8 has been added to make it look like it is from 1980 and give it a 1980 DLN number. And 1980 is the year Senator/President Elect Obama is said to have timely registered. So, why does the machine-stamped DLN reflect this year (2008) and the DLN in the database (which was manually input) reflect a "corrected" DLN year of 1980? Were all the DLNs issued in 1980 erroneously marked with a 2008 DLN year or does the Selective Service use a different DLN system then the rest of the Federal Government? Or was the SSS Form 1 actually processed in 2008 and not 1980?

Also, Mr. Coffman notes:



The Selective Service Form excerpt above shows a registration date coded for February 1990, but smudged or marked to make it unclear.



But the Selective Service archives confirms there was no new forms issued in 1980.

http://www.reginfo.gov/public/do/PRAViewICR?ref_nbr=198002-3240-001#

Further, Mr. Coffman notes:

Early this year, when I first started questioning whether Obama registered I was told:
Sir: There may be an error in his file or many other reasons why his registration cannot be confirmed on-line. However, I did confirm with our Data Management Center that he is, indeed, registered with the Selective Service System, in compliance with Federal law.

Sincerely,

Janice L. Hughes/SSS

The SSS record was found on September 2008

Mr. Coffman notes that the Selective Service Data Management Center prepared its response to his FOIA request prior to the request having been made:

The last transaction date is 09/04/80, but the date of the printout is 09/09/08. My FOIA was dated October 13 so why did they prepare the printout BEFORE I submitted my FOIA? I gave them no "heads up" that I was sending it. In fact it was not mailed until late October--around the 25th.

Also, notice the printout was page 1 of 2.  Where is the other page, and what's on it?

Mr. Stephen Coffman retired last year from the position of Resident Agent, Immigration and Customs Enforcement's (ICE), Texas office. He has held a Secret or higher security clearance.

He can be reached via email at retirediceagent@sbcglobal.net



**Attachment B**

---

# SANKEY INVESTIGATIONS, INC.

January 2, 2009

Dr. Orly Taitz, Esquire

RE:      Research - BARACK H. OBAMA

Dear Doctor Taitz,

I am a Private Investigator, duly licensed in the State of California and have been so licensed for the past twenty five years. I am a Naturalized American Citizen.

I am experienced in all types of Investigation, both Criminal and Civil, having spent twenty years in the British Police, serving as a Detective at New Scotland Yard for many years. In the interest of our Country and in defense of our Constitution I have been assisting with Research and Investigation wherever necessary.

During the course of the work I have been doing in the past six months, regarding the activities and qualifications of Mr. Obama, I have kept a record of all of the addresses in regards to which I have seen the use of his name. The records and databases I use are many and varied being accumulated for many different reasons but all are of Public Record and the documents I have used are available to the General Public, with, or without the payment of fees.

I have compiled the below list which I have previously forwarded to you:

********************************************************************************************
********

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address - **1617 S BERETANIA ST APT 100**
City, State, Zip - **HONOLULU HI 96826-1106**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **514-03-xxxx**
Age - **73**
Date of Birth - **Mar 23, 1918**
Deceased - **Yes**
Date Record Verified - **Jan 95 - Jan 96**

```
************************************************************************
                              *********
```

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address -
City, State, Zip - **96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **514-03-xxxx**
Age - **73**
Date of Birth - **Mar 23, 1918**
Deceased - **Yes**
Date Record Verified - **Feb 92**

```
************************************************************************
                              *********
```

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address - **111 S KING ST**
City, State, Zip - **HONOLULU HI 96813-3504**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **514-03-xxxx**
Age - **73**
Date of Birth - **Mar 23, 1918**
Deceased - **Yes**
Date Record Verified - **Jan 90**

```
************************************************************************
                              *********
```

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address - **1617 S BERETANIA ST APT 1008**
City, State, Zip - **HONOLULU HI 96826-1112**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **514-03-xxxx**
Age - **73**
Date of Birth - **Mar 23, 1918**
Deceased - **Yes**
Date Record Verified -
```
                              ******
```

```
************************************************************************
                              *********
```

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**

Street Address - **1617 S BERETANIA ST APT 1008**
City, State, Zip - **HONOLULU HI 96826-1112**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Mar 87 - Dec 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **1617 S BERETANIA ST APT 1008**
City, State, Zip - **HONOLULU HI 96826-1112**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **67**
Date of Birth - **1942**
Deceased - **No**
Date Record Verified - **Mar 87 - Aug 07**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address -
City, State, Zip - **96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Nov 95**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **C O MADELYN DUNHAM**
City, State, Zip - **HONOLULU HI 96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**

Date Record Verified - **Oct 95**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**\*\*\*\*\*\*\*\*\***

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **C O MADELYN DUNHAM**
City, State, Zip - **HONOLULU HI 96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **67**
Date of Birth - **1942**
Deceased - **No**
Date Record Verified - **Oct 95**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**\*\*\*\*\*\*\*\*\***

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **8 WEST ST APT 4**
City, State, Zip - **NEW YORK NY 10004-1001**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Oct 94 - Jan 95**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**\*\*\*\*\*\*\*\*\***

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **8 WEST ST APT 4**
City, State, Zip - **NEW YORK NY 10004-1001**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **67**
Date of Birth - **1942**
Deceased - **No**
Date Record Verified - **Oct 94 - Jan 95**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**\*\*\*\*\*\*\*\*\***

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **235 E 40TH ST**
City, State, Zip - **NEW YORK NY 10016-1744**
Probable Current Address - **No**

Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **67**
Date of Birth - **1942**
Deceased - **No**
Date Record Verified - **Apr 93**
*************************************************************************************
*********

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **1512 SPRECKELS ST STE E402**
City, State, Zip - **HONOLULU HI 96822-4658**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 92**
*************************************************************************************
*********

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **1512 S**
City, State, Zip - **HONOLULU HI 96822**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 90 - Dec 91**
*************************************************************************************
*********

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **1512 SPRECKELS ST APT 402**
City, State, Zip - **HONOLULU HI 96822-4660**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Jan 87**
*************************************************************************************
*********

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **235 E 40TH ST APT 8F**
City, State, Zip - **NEW YORK NY 10016-1747**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified -
*******************************************************************************
*********

Name - **ALBRIKTSEN, PHYLISS**
Gender - **Female**
Street Address - **4424 156TH ST SE**
City, State, Zip - **BOTHELL WA 98012-4718**
Probable Current Address - **No**
Telephone - **425-485-8815 - PST**
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified –

*******************************************************************************
*********

Name - **OBAMA, BARAC**
Street Address - **3 MULTIPLE ST**
City, State, Zip - **DENVER CO 80207**
Probable Current Address - **No**
Telephone - **303-451-8454 - MST**
Telephone Accountholder -
Social Security - **156-42-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08**
*******************************************************************************
*********

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **355 POMELO AVE**
City, State, Zip - **BREA CA 92821-4129**
Probable Current Address - **No**

Telephone -
Telephone Accountholder -
Social Security - **537-36-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Dec 08**
*************************************************************************************

*********

Name - **OBAMA, BARACK**
Street Address - **123 WHITE HOUSE**
City, State, Zip - **IRVINE CA 92618**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Jun 08**
*************************************************************************************

*********

Name - **OBAMA, BARACK**
Street Address - **3535 OLIVE ST**
City, State, Zip - **DENVER CO 80207-1523**
Probable Current Address - **No**
Telephone - **720-336-7722 - MST**
Telephone Accountholder -
Social Security - **456-73-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 08**
*************************************************************************************

*********

Name - **OBAMA, BARACK**
Street Address - **40 TRANSFER ST**
City, State, Zip - **DENVER CO 80207**
Probable Current Address - **No**
Telephone - **303-545-0199 - MST**
Telephone Accountholder -
Social Security - **011-23-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 07 - Mar 08**
*************************************************************************************

*********

Name - **OBAMA, BARACK**
Street Address - **713 HART SENATE**

City, State, Zip - **WASHINGTON DC 20510-0001**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **282-80-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Nov 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **15 A 1A**
City, State, Zip - **MANALAPAN FL 33462**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 08 - May 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **APPLE ST**
City, State, Zip - **MELBOURNE FL 32940**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **762-41-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Dec 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **1603 RUCKER RD**
City, State, Zip - **ALPHARETTA GA 30004-1435**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **579-02-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **505 FARR RD APT C**
City, State, Zip - **COLUMBUS GA 31907-6275**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **420-67-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 08 - Mar 08**
*********************************************************************************************
*********

Name - **OBAMA, BARACK**
Street Address - **505 FARR RD APT C**
City, State, Zip - **COLUMBUS GA 31907-6275**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **423-29-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Aug 08**
*********************************************************************************************
*********

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **559 W GOLF RD**
City, State, Zip - **ARLINGTON HEIGHTS IL 60005-3904**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 08**
*********************************************************************************************
*********

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **14 W ERIE ST**
City, State, Zip - **CHICAGO IL 60610-5397**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Feb 05 - Jan 06**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **10131 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **217-782-5338 - CST**
Telephone Accountholder -
Social Security - **364-03-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **10131 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **773-363-1996 - CST**
Telephone Accountholder -
Social Security - **364-03-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **10131/2 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **217-782-5338 - CST**
Telephone Accountholder -
Social Security - **364-03-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **10131/2 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **773-363-1996 - CST**
Telephone Accountholder -
Social Security - **364-03-xxxx**

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **5450 S EAST VIEW PARK APT 1**
City, State, Zip - **CHICAGO IL 60615-5916**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 02 - May 05**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **5046 S GREENWOOD AVE**
City, State, Zip - **CHICAGO IL 60615-2806**
Probable Current Address - **Yes**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 05 - Nov 05**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **5046 S GREENWOOD AVE**
City, State, Zip - **CHICAGO IL 60615-2806**
Probable Current Address - **No**
Telephone - **773-684-4809 - CST**
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 05 - Nov 05**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**

Street Address - **7436 S EUCLID AVE**
City, State, Zip - **CHICAGO IL 60649-3626**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 93**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **567 WESTLY N**
City, State, Zip - **MOUNT PROSPECT IL 60056**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Nov 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **610 E OLD WILLOW RD**
City, State, Zip - **PROSPECT HEIGHTS IL 60070-1913**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 06 - Apr 07**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **56 THORNTON RD**
City, State, Zip - **NEEDHAM MA 02492-4330**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **123 MAIN ST**
City, State, Zip - **LANSING MI 48910**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 07 - Jul 07**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **83775 BATES RD**
City, State, Zip - **JACKSON NJ 08527**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **485-40-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **810 E 13TH AVE**
City, State, Zip - **EUGENE OR 97401-3742**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **918 BAINBRIDGE ST**
City, State, Zip - **PHILADELPHIA PA 19147**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Apr 07 - Aug 07**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **505 CATHARINE ST**
City, State, Zip - **PHILADELPHIA PA 19147-3009**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 07**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **123 MAIN ST**
City, State, Zip - **CHARLESTON SC 29464**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **4034 BRICK CHURCH PIKE**
City, State, Zip - **NASHVILLE TN 37207-1515**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **427-45-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Dec 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **1000 NW 33 AVE**
City, State, Zip - **FORT WORTH TX 76180**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -

Social Security - **675-54-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Oct 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **1000 33RD AVE NW**
City, State, Zip - **FORT WORTH TX 76180**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **2129 LEMART ST**
City, State, Zip - **GRAND PRAIRIE TX 75051-4034**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Jan 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **435 DALLAS AVE**
City, State, Zip - **LANCASTER TX 75146**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **110 N UNIVERSITY AVE**

City, State, Zip - **LUBBOCK TX 79415-2845**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **1464 CARRINGTON LN**
City, State, Zip - **CENTERVILLE UT 84014-1282**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Jan 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **PO BOX 1236**
City, State, Zip - **PROVO UT 84603-1236**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **901-09-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 07 - Jan 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **111 PENNSYLVANIA AVE**
City, State, Zip - **WASHINGTON UT 84780**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **799-89-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 07 - Feb 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **8521 MIRANDA LN**
City, State, Zip - **WOODBRIDGE VA 22191**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Jan 09**
********************************************************************************
*********

Name - **OBAMA, BARACK**
Street Address - **OBAMA LN**
City, State, Zip - **FRANKLIN WI 53132**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Jun 08**
********************************************************************************
*********

Name - **OBAMA, BARACK H**
Street Address - **1034 S BROAD ST**
City, State, Zip - **CARLINVILLE IL 62626-2122**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Jan 09**
********************************************************************************
*********

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **180 N LA SALLE ST APT 2200N**
City, State, Zip - **CHICAGO IL 60601-2501**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 07 - Jun 07**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **1440 E 52ND ST**
City, State, Zip - **CHICAGO IL 60615-4131**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age - **47**
Date of Birth - **Aug, 1961**
Deceased - **No**
Date Record Verified - **Apr 86**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5450 S EAST VIEW PARK APT 1**
City, State, Zip - **CHICAGO IL 60615-5916**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug, 1961**
Deceased - **No**
Date Record Verified -

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5450 EASTVIEW PARK S APT 1**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug, 1961**
Deceased - **No**
Date Record Verified -

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5429 S HARPER AVE APT 1N**
City, State, Zip - **CHICAGO IL 60615-5548**
Probable Current Address - **No**
Telephone -

Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified - **Oct 86**

**********************************************************************************
*********

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5324 S KIMBARK AVE**
City, State, Zip - **CHICAGO IL 60615-5287**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified - **Jun 88 - Dec 90**

**********************************************************************************
*********

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **N 1N**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified - **Jan 88**

**********************************************************************************
*********

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **54501 SE VW**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **000-684-4809**
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased – **No**


**********************************************************************************

*********

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5450 E VIEW PARK APT 1**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified -
**********************************************************************************

*********

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **54501 SE VIEW PARK**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified -
**********************************************************************************

*********

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **7436 S EUCLID**
City, State, Zip - **CHICAGO IL 60649**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug, 1961**
Deceased - **No**
Date Record Verified -
**********************************************************************************

*********

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **365 BROADWAY APT B1**
City, State, Zip - **SOMERVILLE MA 02145-2440**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -

Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **4085 JACOBS LNDG**
City, State, Zip - **SAINT CHARLES MO 63304-7495**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **999-88-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Dec 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **300 MASSACHUSETTS AVE NW**
City, State, Zip - **WASHINGTON DC 20001-2629**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 05**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **180 N LA SALLE ST STE 2200**
City, State, Zip - **CHICAGO IL 60601-2610**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 07 - Jun 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**

Gender - **Male**
Street Address - **5450 S EAST VIEW PARK # 1**
City, State, Zip - **CHICAGO IL 60615-5916**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 02 - Jul 06**
*********************************************************************************
*********

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **5046 S GREENWOOD AVE**
City, State, Zip - **CHICAGO IL 60615-2806**
Probable Current Address - **Yes**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 05 - Apr 08**
*********************************************************************************
*********

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **5046 S GREENWOOD AVE**
City, State, Zip - **CHICAGO IL 60615-2806**
Probable Current Address - **No**
Telephone - **773-684-4809 - CST**
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 05 - Apr 08**
*********************************************************************************
*********

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **54501 E VIEW PARK S**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Jun 97 - Aug 04**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **PO BOX 49798**
City, State, Zip - **CHICAGO IL 60649**
Probable Current Address - **No**
Telephone - **773-684-4809 - CST**
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified - **Sep 99**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **365 BROADWAY APT B1**
City, State, Zip - **SOMERVILLE MA 02145-2440**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **119**
Date of Birth - **1890**
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **1619 S BENTLEY AVE**
City, State, Zip - **LOS ANGELES CA 90025-3586**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Jan 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **1009 DIGITAL HWY**
City, State, Zip - **LOS ANGELES CA 90045**
Probable Current Address - **No**
Telephone -

Telephone Accountholder -
Social Security - **999-61-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 05 - Apr 06**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **1680 VIDEO DR**
City, State, Zip - **LOS ANGELES CA 90045**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **999-99-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 05 - Mar 06**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **40 TRANSFER ST**
City, State, Zip - **DENVER CO 80207**
Probable Current Address - **No**
Telephone - **303-231-4876 - MST**
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 07 - Mar 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Gender - **Male**
Street Address - **22 SCOTT RD**
City, State, Zip - **SOUTHINGTON CT 06489**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Gender - **Male**

Street Address - **123 SOUTH DR**
City, State, Zip - **MIAMI SPRINGS FL 33166-5921**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **606-34-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08 - Dec 08**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **1234 HAPPY ST SE**
City, State, Zip - **COVINGTON WA 98042**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-22-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK QUINCY**
Street Address - **523 S EDGEWOOD AVE**
City, State, Zip - **LA GRANGE IL 60525-6132**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 04 - Dec 04**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAKE**
Street Address - **1313 LANE**
City, State, Zip - **BOCA RATON FL 33433**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **123-45-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Aug 08**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAQ H**
Street Address - **14300 NE 18TH ST**
City, State, Zip - **VANCOUVER WA 98684-7807**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 08 - Jul 08**
*********************************************************************************************
*********

Name - **OBAMA, BARAQ H**
Street Address - **143NE 18TH ST**
City, State, Zip - **VANCOUVER WA 98684**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 08**
*********************************************************************************************
*********

Name - **OBAMA, BARBARA**
Street Address - **506 605TH AVE**
City, State, Zip - **AURORA IL 60506**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 04 - Jan 05**
*********************************************************************************************
*********

Name - **OBAMA, BAROK**
Street Address - **5290 BARRINGTON RD**
City, State, Zip - **BARRINGTON IL 60192**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 06 - Aug 06**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BAROK E**
Street Address - **535 WISCONSIN**
City, State, Zip - **CHEVY CHASE MD 20815**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 06 - Feb 07**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRACK**
Street Address - **123 VILLAGE DR**
City, State, Zip - **SHELTON CT 06484-1732**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRACK**
Gender - **Male**
Street Address - **916 EATON CT**
City, State, Zip - **LAKE VILLA IL 60046-5040**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 08**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRACK**
Gender - **Male**
Street Address - **1234 MAIN**
City, State, Zip - **ATTICA NY 14011**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRACK**
Gender - **Male**
Street Address - **123 MAIN ST**
City, State, Zip - **COLUMBUS OH 43207**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **245-85-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08 - Dec 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRACK**
Street Address - **2323 ARISTOTLE CT**
City, State, Zip - **FAIRFAX VA 22030**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **703-59-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Dec 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRAK**
Street Address - **611 N CAPITOL AVE**
City, State, Zip - **INDIANAPOLIS IN 46204-1205**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **264-87-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Dec 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRAK W JR**
Street Address - **1001 SE 135TH AVE**
City, State, Zip - **PORTLAND OR 97233-1924**
Probable Current Address - **No**

Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARROK**
Street Address - **363 NOTLEM ST**
City, State, Zip - **FORT PIERCE FL 34982-7358**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08 - Nov 08**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARROK O**
Street Address - **123 EAST LN**
City, State, Zip - **LAKE BARRINGTON IL 60010-1939**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 06 - Aug 06**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRY**
Gender - **Male**
Street Address - **5003 OAK HILL DR**
City, State, Zip - **WINTER PARK FL 32792-9253**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 08**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BATOCK**

Street Address - **123 MAIN ST**
City, State, Zip - **NORTH CHICAGO IL 60064**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08**
*******************************************************************************************
*********

Name - **OBAMA, BERTRAND H**
Gender - **Male**
Street Address - **11235 OAK LEAF DR APT 1720**
City, State, Zip - **SILVER SPRING MD 20901-1318**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **578-11-xxxx**
Age - **44**
Date of Birth - **Jan, 1965**
Deceased - **No**
Date Record Verified - **Dec 95 - Feb 06**
*******************************************************************************************
*********

Name - **OBAMA, BERTRAND H OBANG**
Gender - **Male**
Street Address - **11235 OAK LEAF 1720 DR**
City, State, Zip - **SILVER SPRING MD 20901**
Probable Current Address - **No**
Telephone - **301-345-0961 - EST**
Telephone Accountholder -
Social Security - **578-11-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 97 - May 04**
*******************************************************************************************
*********

Name - **OBAMA, BERTRAND O**
Gender - **Male**
Street Address - **11235 OAK LEAF DR APT 1720**
City, State, Zip - **SILVER SPRING MD 20901-1306**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **578-11-xxxx**
Age - **45**
Date of Birth - **1964**
Deceased - **No**

Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BETTY**
Street Address - **123 MOHEGAN AVE**
City, State, Zip - **NORTH BRANFORD CT 06471**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - May 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BOB**
Street Address - **4258 FAIRMONT DR**
City, State, Zip - **NAPERVILLE IL 60564**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BOB A**
Gender - **Male**
Street Address - **5719 N CANAL # 4**
City, State, Zip - **SPOKANE WA 99216**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **468-31-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Dec 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BORACK**
Street Address - **222 20TH ST**
City, State, Zip - **SAN DIEGO CA 92102-3812**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **560-11-xxxx**

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 08 - May 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BORACK**
Street Address - **1966 BROADWAY ST NE**
City, State, Zip - **SALEM OR 97301-8336**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BORAK**
Street Address - **3112 1 2 ST**
City, State, Zip - **SAINT AUGUSTINE FL 32080**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **213-47-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 08 - Dec 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BORAK**
Street Address - **1213 W MAIN ST**
City, State, Zip - **FORT WAYNE IN 46808-3334**
Probable Current Address - **No**
Telephone - **260-456-9874 - EST**
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Nov 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BRACK**
Street Address - **WHITE HOUSE**
City, State, Zip - **BALTIMORE MD 21454**
Probable Current Address - **No**
Telephone -

Telephone Accountholder -
Social Security - **410-67-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Dec 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BRIANNA**
Gender - **Female**
Street Address - **2612 MALDEN DR**
City, State, Zip - **NASHVILLE TN 37210-5434**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*


## Attachment C

Kelly J. McCrum/Kelly J. Robinson, Wife of Craig M. Robinson, President Barack Obama sister-in-law

Property:
Parcel Number - 17-20-232-050-1168
Name Owner : BARAKAT, OSAMA (WOD Note: This is the correct name of buyer)
Property Address: - 1525 S SANGAMON ST UNIT 707, CHICAGO IL 60608-2248, COOK COUNTY
Owner Address: 1525 S SANGAMON ST UNIT 707, CHICAGO IL 60608-2248, COOK COUNTY
Sale Date - 09/20/2006
Sale Price - $376,500
Name of Seller : ROBINSON, KELLY J
Name of Seller 2: MCCRUM, KELLY J
The Chicago property she sold in 2006 for $376,500.00 was listed to...GET THIS...OSAMA BARAKAT
.
White pages Yahoo search on OSAMA BARAKAT:

1–6 of 6 results for Osama Barakat, United States
http://www.whitepages.com
1. Barakat , Osama
1525 S Sangamon St
Chicago, IL 60608-1069
(312) 265-0707

2. Barakat , Osama F

7930 Mead St
Dearborn, MI 48126-1067
(313) 945-1815

3. Barakat , Osama I
112 Kava Kava St
Henderson, NV 89015-2405

4. Barakat , Osama M
6632 W 95th St, Apt 1B
Oak Lawn, IL 60453-2113

5. Barakat , Osamah
Chicago, IL
(773) 585-7178

6. Barakat , Osamah A
17661 Vintage Oak Dr
Glencoe, MO 63038-1485

Kelly J. Robinson aka Kelly J. McCrum.

**Debtor Information**
**Name: MCCRUM, KELLY**
**SSN: 138-62-XXXX**
**Address: 45 WILLOW ST**
**SOUTH AMBOY, NJ 08879-2516**
**MIDDLESEX COUNTY**

**Creditor Information**
**Name: BURLEW PLUMBING & HEATING**

Filing Information
Filing State: NEW JERSEY
Original Filing Date: 2/4/2003
Case Number: JC-00002691-2002-SC
Amount: $1,700.89
Filing 1
Filing Number: 002691-2002
Filing Type: JUDGMENT
Filing Court: NEW JERSEY SUPERIOR COURT LAW DIVISION SPECIAL CIVIL PART
Filing County: MIDDLESEX
Filing Office: NJ

Attorney Information: Pro Se
Registrant Information
Name: ROBINSON, KELLY J
Residential Address: 52 BARNES ST
PROVIDENCE, RI 02906-1502
PROVIDENCE COUNTY
SSN: 138-62-XXXX
Date of Birth: 2/1972
Gender: Female

Voter Information
Registration Date: 11/9/2006
Last Vote Date: 3/4/2008
Party Affiliation: DEMOCRAT
Active Status: ACTIVE
Precinct 1: 28020
Ward: 3
State House District: 003
State Senate District: 003
U.S. House District: 001
Presidential Primary 2008: VOTED

## Attachment D

### *THE ODDITIES OF PLUMBERS AND LAND DEALS*

In September of 2006, Kelly J. McCrum sold 1525 S Sangamon St. Unit 707, Chicago IL to a person named Osama Barakat.

Kelly J. McCrum is the wife of Craig M. Robinson.  Craig Robinson is Michelle Obama's brother.

The part of the transaction that I found odd was the creditor.  Burlew Plumbing & Heating of New Jersey issued credit for the transaction.

Burlew also owns Magic Touch Construction Company Inc.  This contractor does nonresidential construction, plumbing, heating, and air-conditioning.

Knowing how New York and New Jersey share contracts for Port Authority work, I can't help but wonder if this is the same Magic Plumbing and Heating that had contract work at the World Trade Center on September 5th, 2001.

Excerpts of stories:

Magic Plumbing and Heating who messed up the sprinkler systems in the WTC that failed on 9/11.

SEPTEMBER 5, 2001 : (WTC : HAMMAD DOES WORK ON WTC SPRINKLER SYSTEM --- See MAGIC PLUMBING & HEATING, 9/11 INVESTIGATION, TN LICENSE CASE -- BROOKLYN CELL) Sakher "Rocky" Hammad, who works for Magic Plumbing and Heating on 93rd Street in Brooklyn, is known to have done work on the sprinkler system in the World Trade Center, and when arrested he has a photo ID WTC visitor's pass for this date. The identity of the tenant who hired him is not known. On 2/5/02, Hammad is one of five Arab men arrested in connection with the fiery murder of Tennessee drivers' license examiner Katherine Smith several days earlier. Hammad also spent time in the Bay Ridge section of Brooklyn in 2000. ------Link: http://www.freerepublic.com/focus/news/629113/posts

SEPTEMBER 11, 2001 : (WTC CENTER ----- See SAKHER "ROCKY" HAMMAD , MAGIC PLUMBING & HEATING, BROOKLYN CELL) "The sprinkler system had turned on and had started to do something, but it wasn't doing its job as it should, so there was water sloshing down the stairways." --------- http://www.freerepublic.com/focus/news/674846/posts 132 posted on 01/26/2007 4:39:14 PM PST by Calpernia | To 128

SEPTEMBER 11, 2001 : ( NY TO MEMPHIS, TN - See : TN LICENSE FRAUD CASE, ?MAGIC PLUMBING?, 9/11 SCOUTS) One of the men, authorities say, drove from New York to Memphis on September 11 -- the day of the terrorist attack on the World Trade Center. And one of them, at the time of his [Sakher A Hammad's] arrest, was carrying in his wallet a pass to the trade center dated September 5. -------? http://www.freerepublic.com/focus/news/655625/posts?page=61

FEBRUARY 5, 2002 : (SAKHER "ROCKY" HAMMAD IS ARRESTED-- See MAGIC PLUMBING & HEATING, TN DMV CASE, BROOKLYN CELL) On 2/5/02, Hammad is one of five Arab men arrested in connection with the fiery murder of Tennessee drivers' license examiner Katherine Smith several

days earlier. Hammad also spent time in the Bay Ridge section of Brooklyn in 2000. ------Link: http://www.freerepublic.com/focus/news/629113/posts

I have often wondered if that was the Brooklyn terror cell that was being tracked in Able Danger.

The Congressional Record:

77 . ABLE DANGER FAILURE -- (House of Representatives - October 19, 2005)

Excerpt of Curt Weldon:

What I did not know, Mr. Speaker, up until June of this year, was that that secret program called Able Danger actually identified the Brooklyn cell of al Qaeda in January and February of 2000, over 1 year before 9/11 every happened. In addition, I learned that not only did we identify the Brooklyn cell of al Qaeda, but we identified Mohamed Atta as one of the members of that Brooklyn cell along with three other terrorists who were the leadership of the 9/11 attack.

I have also learned, Mr. Speaker, that in September of 2000, again, over 1 year before 9/11, that Able Danger team attempted on three separate occasions to provide information to the FBI about the Brooklyn cell of al Qaeda, and on three separate occasions they were denied by lawyers in the previous administration to transfer that information.

Mr. Speaker, this past Sunday on ``Meet the Press,'' Louis Freeh, FBI Director at the time, was interviewed by Tim Russert. The first question to Louis Freeh was in regard to the FBI's ability to ferret out the terrorists. Louis Freeh's response, which can be obtained by anyone in this country as a part of the official record, was, Well, Tim, we are now finding out that a top-secret program of the military called Able Danger actually identified the Brooklyn cell of al Qaeda and Mohammed Atta over a year before 9/11.

And what Louis Freeh said, Mr. Speaker, is that that kind of actionable data could have allowed us to prevent the hijackings that occurred on September 11.

/Excerpt

I have seen a lot of actionable data over the past year.  What lawyers are preventing our FBI from acting this time?  I heard of many threats.  I hope I have heard wrong.

## Attachment E

Obama, while in Illinois, had a client-Ahmad Bavarati. Chicago, IL.

Former client:
http://www.lawschooldiscussion.org/prelaw/index.php?topic=67616.1450

http://blogs.wsj.com/law/2008/01/04/barack-obama-was-once-a-lowly-law-firm-associate/

Ahmad Bavarati started a NON PROFIT called IRAN EARTHQUAKE RELIEF FUND up until 1/20/2005.

He then changed the name to American Care Society;

From Web of Deception:

>>>AHMAD P BARAVATI  DOB: 10/12/1944 Age: 63
Company Name - AMERICAN CARE SOCIETY
Address - 1544 OAKWOOD AVE, HIGHLAND PARK IL 60035
FEIN - 562426044
Last Updated -02/25/2008

Company Name - IRAN EARTHQUAKE RELIEF FUND
Address - 1544 OAKWOOD AVE, HIGHLAND PARK IL 60035

FEIN - 562426044
Entity Name AMERICAN CARE SOCIETY  File Number 63284572
Status NOT GOOD STANDING
Entity Type CORPORATION Type of Corp NOT-FOR-PROFIT
Incorporation Date (Domestic) 01/05/2004  State ILLINOIS
Agent Name AHMAD P BARAVATI  Agent Change Date 01/05/2004
Agent Street Address 1544 OAKWOOD AVE  President Name & Address
Agent City HIGHLAND PARK  Secretary Name & Address
Agent Zip 60035  Duration Date PERPETUAL
Annual Report Filing Date 00/00/0000  For Year 2008
Old Corp Name 01/20/2005 - IRAN EARTHQUAKE RELIEF FUND NFP
Business Name: IRAN EARTHQUAKE RELIEF FUND NFP
Address: 1544 OAKWOOD AVE
HIGHLAND PARK, IL  60035
Tax ID (FEIN): 562426044
Duns Number: 14-827-6954
Reference Name: DEPARTMENT OF TREASURY - TAX EXEMPT
Date Provided: 08-24-2004
Business Name: AMERICAN CARE SOCIETY
Address: 1544 OAKWOOD AVE
HIGHLAND PARK, IL  60035
Tax ID (FEIN): 562426044
Duns Number: 08-204-3084
Reference Name: DEPARTMENT OF TREASURY - TAX EXEMPT
Date Provided: 04-02-2007
Company Name: AMERICAN CARE SOCIETY
Type: NOT-FOR-PROFIT CORPORATION
Duration: PERPETUAL
Date of Incorporation/Qualification: 1/5/2004 (Anniversary Month: JANUARY)
State or Country of Incorporation: ILLINOIS
Purpose: NOT FOR PROFIT
Registered Agent:
AHMAD P BARAVATI
Agent Appointed: 1/5/2004
Registered Office:
1544 OAKWOOD AVE
HIGHLAND PARK, IL 60035
County: LAKE
Other Name Information:
IRAN EARTHQUAKE RELIEF FUND NFP
Type: OLD NAME
Creation Date: 1/20/2005
Additional Information: NOT REGULATED BY ILLINOIS COMMERCE COMMISSION
Corporation Number: 63284572
Annual Report:
Date Mailed: 11/9/2007
Date Filed: 4/22/2008
Delinquency Statement Date: 2/8/2008
Date Mailed: 11/9/2006
Date Filed: 1/9/2007
Tax Amount Paid: $ 5.00
Name: AHMAD P BARAVATI
Company: IRAN EARTHQUAKE RELIEF FUND NFP
Address: 1544 OAKWOOD AVE, HIGHLAND PARK IL 60035
Phone: (847) 926-8624
FEIN: 562426044


AHMAD P BARAVATI - 1118 BLOOMFIELD RD, CAPE GIRARDEAU MO 63703
AHMAD P BARAVATI - 2001 ROSE DR, COLUMBIA MO 65202
AHMAD P BARAVATI - 435 W DIVERSEY PKWY, CHICAGO IL 60614
AHMAD P BARAVATI - 1544 OAKWOOD OAKWOOD AVE, HIGHLAND PARK IL 60035

AHMAD P BARAVATI - 2086 SAINT JOHNS AVE APT 106, HIGHLAND PARK IL 60035
AHMAD P BARAVATI - 555 W STRATFORD PL APT 505, CHICAGO IL 60657
AHMAD P BARAVATI - 3620 N PINE GROVE AVE, CHICAGO IL 60613
HOSSEIN P BARAVATI - 474 N LAKE SHORE DR APT 3301, CHICAGO IL 60611
HOSSEIN P BARAVATI - 1130 S MICHIGAN AVE APT 3312, CHICAGO IL 60605
HOSSEIN P BARAVATI - 7513 ROOSEVELT RD, FOREST PARK IL 60130
HOSSEIN P BARAVATI - 7507 N ROCKWELL ST APT 2C, CHICAGO IL 60645
HOSSEIN P BARAVATI - 721 W BRIAR PL APT 302, CHICAGO IL 60657
HOSSEIN P BARAVATI - 3725 N WILTON AVE APT 2C, CHICAGO IL 60613
HOSSEIN P BARAVATI - 555 W STRATFORD PL APT 505, CHICAGO IL 60657
HOSSEIN BARAVATTI - 42 FATIMI, CINCINNATI OH 45136

ILLINOIS SECRETARY OF STATE
Company Name: A. BARAVATI INTERNATIONAL, INC.
Type: DOMESTIC CORPORATION
Status: GOOD STANDING (provided that (a) the franchise taxes/annual reports have been filed on a timely basis and (b) the entity has a valid registered agent.

Duration: PERPETUAL
Date of Incorporation/Qualification: 8/15/2000 (Anniversary Month: AUGUST)
State or Country of Incorporation: ILLINOIS
Purpose: ALL INCLUSIVE PURPOSE
Registered Agent:
AHMAD P BARVATI
Agent Appointed: 7/19/2004
Registered Office:
4118 W LAWRENCE AVE
CHICAGO, IL 60630
County: COOK
Additional Information: NOT REGULATED BY ILLINOIS COMMERCE COMMISSION
Corporation Number: 61198776
Annual Report:
Date Mailed: 6/13/2008
Date Filed: 7/29/2008
Tax Factor: 1.000000
Tax Amount Paid: $ 25.00
Date Mailed: 6/8/2007
Date Filed: 7/27/2007
Tax Factor: 1.000000
Tax Amount Paid: $ 25.00
Stock Information:
Change in Capital: 8/15/2000
Tax Capital: $ 1,000
Total Capital: $ 1,000
Type of Stock: COMMON
Shares Issued: 10,000,000.00
Authorized Quantity: 20,000,000
Voting Rights: YES
Officers, Directors:
AHMAD P BARAVITI
CONTACT
1544 OAKWOOD AVE HIGHLAND PK 60035
DEBORAH S BARAVATI
CONTACT>>>>

**American Care Society NONProfit info. *( Formed by Obama's former chicago client Ahmad Bavarati. Formerly, Iran Earthquake Fund**

AMERICAN CARE SOCIETY
In Care of Name AHMAD P BARAVATI
Address 1544 OAKWOOD AVE

**HIGHLAND PARK, IL 60035-3679**

**IRS Subsection 501(c)(3) - A religious, educational, charitable, <u>scientific</u> or literary organization.**

**Type of Foundation Organization which receives a substantial part of its support from a governmental unit or the general public**

**Type of Organization Corporation**
**Deductibility Contributions are deductible**
**Tax I.D. Number 562426044**
**Exempt Since 02-2004**
**Nonprofit Status Expires 12-2008**
**Form 990 Requirement Not required to file (income less than $25,000)**
**Last 990 Form Filed 12-2007**
**Form 990 Amount $0**
**Classification Fund Raising and/or Fund Distribution**
**Share with others information about this Nonprofit - like the web site, e-mail address, how to donate or any corrections to the data shown.**
http://www.melissadata.com/lookups/np.asp?ein=562426044

**Obama was successful with his client. They managed to ensure that this charity was able to issue the necessary grants for Iran's scientific needs without the regulation of the ILLINOIS COMMERCE COMMISSION. Now Iran can enjoy status in the space club.**



## Attachment F

Welcome to BARAKAT World

This has been forwarded onto the FBI and US Attorney Patrick Fitzgerald's office for further investigation. We are not law enforcement, we are just posting what we receive.

White pages People search for OSAMA BARAKAT turned up these addresses with different variations of the first name or middle initial.

Osama Barakat at 125 S. Sangamon St. Chicago, IL
Osama F. Barakat at7930 Mead St Dearborn, MI 48126-1067
Osama I. Barakat 112 Kava Kava St Henderson, NV 89015-2405
Osama M. Barakat 6632 W 95th St, Apt 1B Oak Lawn, IL 60453-2113
Osamah Barakat Chicago, IL
Osama A. Barakat 17661 Vintage Oak Dr Glencoe, MO 63038-1485

I am wondering if this is a way to funnel money eventually into the BARAKAT NON Profit Foundation (see email below). This BARAKAT FOUNDATION has ties to AL QUEDA.

The name variations could keep track of money.

The property, land, real estate transaction etc is SOLD to fictitious person OSAMA BARAKAT. The last name helps them to remember what NON PROFIT FUND to allocate the money.

This would work just like a pyramid scheme. Real Estate is set up in the multi level marketing format. BARAKAT Foundation would be the top level. Real estate brokers would be the first level. Agents the third. Monies go up the levels.

BARAKAT FOUNDATION (USA) NONPROFIT ORGANIZATION...conduit to an Al Queda Sponsor

WHAT IS A MEDICAL DOCTOR IN CHARGE OF THIS BARAKAT NON PROFIT ORGANIZATION ...THE BARAKAT NON PROFIT THAT IS ASSOCIATED WITH Khalid Alireza, who is the liasion to Saleh al-Din Abdel Jawad who is associated with THE GOLDEN CHAIN>

[link to en.wikipedia.org]
The "Golden Chain" or a list purported sponsors of al Qaeda that was seized in March of 2002 raid by Bosnian police authorities of the premises of the Benevolence International Foundation in Sarajevo. The list includes at least 20 top Saudi and Gulf State financial sponsors including bankers, businessmen, and former ministers. Part of the list included computer file titles "Tarekh Osama" or "Osama History", but the appellation "Golden Chain" itself is due to al Qaeda defector Jamal al-Fadl, who vouched for its authenticity; the FBI later also pronounced the document as genuine.[citation needed]

Most accounts are vague on what year the Golden Chain document was written; some say 1988.[1] but US government counterterrorism advisor Richard Clarke says it dates from 1989. The "Golden Chain" was presented by the United States Government case USA v.

Arnaout filed on January 29, 2003 and in other legal filings, which would cause its veracity and meaning to be brought under further scrutiny.

_____

[link to www.taxexemptworld.com]
BARAKAT FOUNDATION INC
Tax Exempt/NonProfit Organization Information

Organization Information

Address BARAKAT FOUNDATION INC
2815 MICHIGAN ST NE STE A
GRAND RAPIDS, MI
49506-1266
Asset Amount (available with data download)
Income Amount 0
Form 990 Revenue Amount n/r
Employer Identification Number
(nine digit number assigned by the IRS to identify a company) (available with data download)
In Care Of Name
(the officer, director, etc. to whose attention any correspondence should be directed)
FAROOK J KIDWAI MD
Classification
(category under which an organization may be tax exempt) Charitable Organization
Filing Requirement
(the primary return(s) the organization is required to file) Form 990 - Not required to file(all other)
Taxonomy
(classifies an exempt Internal Revenue Code 501 (c)(3) organization) Private Independent Foundations
Secondary Name
(another name under which this nonprofit organization does business. Also used for trade names, chapter names, or local numbers for subordinate organizations of group rulings) n/r
Affiliation
(defines the organizational grouping) This organization is an independent organization or an independent auxiliary (i.e., not affiliated with a National, Regional, or Geographic grouping of organizations).
Deductibility Status Contributions are deductible
Principal Activity n/r
Foundation Type Private non-operating foundation
Tax Period
(the date of the latest return filed) 12/2004
Accounting Period
(accounting month end date of organization) 12

_____ ___

[link to en.wikipedia.org]
Saleh al-Din Abdel Jawad

(Sallahuddin Abduljawad, etc). Affiliations include:
CEO, General Machinery Agencies (Jeddah)
Agent for General Motors, Wacker Corp, Mannesmann, Renault (RVI), Opel
Board member, United Gulf Industries Corp, Manama, Bahrain (with [[Khalil Bin Laden)
Partner, Savola Snack Food Co. Ltd (with Saleh Bin Mahfouz, Abdullah Taha Bakhsh,
Prince Mishail Bin Abdullah Bin Turki, Abdulrahman Sharbatly)
Founder of several scholarship funds (Berkeley, Oxford -including the Salahuddin
Abduljawad Fellowship in Islamic Art History) through two al-Barakat companies,
Barakat Trust (UK) and Barakat Foundation (USA) with Xenel Industries Ltd and Khalid
Alireza

_____ _____

BARAKAT NON PROFIT FOUNDATION
[link to www.barakat.org]
_____

MORE BARAKAT FOUNDATION:
[link to www.almoultaqa.com]
_____

[link to www.barakatworld.org]
BARAKAT INC.

Barakat Inc.
Location: 300 Broadway, Cambridge, Massachusetts, 02139, United States
Website: [link to www.barakatworld.org]
Contact person: Damon Luloff
Last updated: January 16, 2009
Phone: 617-876-3830

Mission:
Barakat is a tax-exempt nonprofit organization working to improve the well-being of
marginalized groups in South and Central Asia by increasing access to quality education
and a healthy environment.

See us in:
Boston
Barakat Staff
Our Staff make Barakat

1 Damon Luloff Executive Director damon@barakatworld.org
2 Arti Pandey Program Director arti@barakatworld.org
3 Chris Walter Founder and Consultant
4 Rachel Strom Volunteer and Intern Coordinator rachel@barakatworld.org
5 Ghazala Mehmood Board Member

Thank you for you interest in Barakat. Please contact us at any time.
552 Massachusetts Avenue, Suite 215 Cambridge, MA 02139
(617) 876-3830

CHECK OUT SPONSORS:
**Note: THE MAGIC CARPET, ROTHCHILD, HENRY AND RUTH WALTER
(FREDDIE MAC OR FANNIE MAE OWNERS??)

In-Kind Donors
Harvard University
Simmons College
The Writers' Express
<$50
Andrew Cornell
Christy Deroche
Leonard Eisenberg
Katharyn Alexandra Textile Art
Deborah Lamoureux
Joanne McCrea
Deirdre O'Reilly
Richard Walsh
$50-$99
Patricia Bailey
Ajit Jhangiani
Mainescape
Salt Bay Trading Co.
Muriel Walker
$100-$249
Marion Amber
Sheffield and Virginia Halsey
The Magic Carpet
Christopher Noonan
Ronald O'Callaghan
Joan and Philip Ritchie
Cathy and Morgan Woodruff
$250-$499
Karen Boatman
Terry Chen Rothchild and Joseph Rothchild
Victor and Priscilla Claman

Ian Crowley
Hassan Oriental Rug Gallery
Janet and Jeff Murray
Patrick Webb Oriental and Navajo Rug Co.
Salim Valimahomed
Silver Donors $2,500-$4,999
Landry & Arcari Oriental Rugs & Carpeting
William Mor
Henry and Ruth Walter
Gold Donors $5,000-$9,999
Chris Walter
Partners
Partners
Operational Partners
Help-Kids-India, Inc. <<<<Found Related to previous land purchases and Obama's
Hopefund PAC
Care and Fair
Solutions Benefiting Life
Subsidiary Organizations
Barakat Afghanistan
Barakat Pakistan
Barakat Society (India)
Collaborative Partners
American Islamic Congress (AIC)
Boston University
Jolkona
Machik
Network of South Asian Professionals, Boston (NETSAP)
Pierce Elementary School
Springstep
Unitarian Universalist Service Committee (UUSC)
Financial Statements (THEY CAN'T BE FOUND!! A non profit's have to be visible)
Form 990s
2006
2005
2004
_____
_____

[link to www.scholarships.com]
Copyright © 2008 Barakat. All Rights Reserved.
Barakat, Inc. is a tax-exempt 501(c)(3) nonprofit organization registered in the
Commonwealth of Massachusetts.
552 Massachusetts Ave., Suite 215 Cambridge, MA 02139