

**OFFICE OF THE CHAIRMAN**
**THE JOINT CHIEFS OF STAFF**
WASHINGTON, D.C. 20318-9999

June 29, 2009

Dr. Orly Taitz
26302 La Paz ste 211
Mission Viejo, CA 92691

Dear Dr. Taitz,

    This transmittal is provided in response to your letter of April 21, 2009 in which you question the eligibility of President Obama to serve as Commander in Chief and requested Article 138 relief on behalf of your military clients. Your letter indicates that, "hundreds of US military have filed 138 grievances," and that, "every member of US military is entitled to get a resolution of his grievances under rule 138."

    Article 138 of the Uniform Code of Military Justice is meant to address discretionary acts or omissions by a complainant's Commanding Officer, taken under color of federal military authority, that adversely affect the complainant personally. It is not suited for receiving or resolving complaints of misconduct by third party senior government officials.

    Your letter also indicates you intend to file a **Quo Warranto** complaint, and that you referred your concerns to both the Solicitor General and the Criminal Division of the Department of Justice. Within the Department of Defense, the Office of General Counsel has cognizance over civil complaints. As a consequence, I have forwarded the information you provided to the Office of General Counsel, Litigation Counsel for review.

    If you have additional questions or concerns, please contact the office of Litigation Counsel at (202) 761-0550. Thank you for your interest in this matter.

Sincerely,

J.W. CRAWFORD III
CAPT, JAGC, U.S. Navy
Legal Counsel

HASLER
$0.4
JUN 30 2009
US POSTAGE
FIRST CLASS
MAILED FROM 2031
011A0413002922

OFFICE OF THE CHAIRMAN
THE JOINT CHIEFS OF STAFF
WASHINGTON, D.C. 20318-9999

OFFICIAL BUSINESS

Dr. Orly Taitz
26302 La Paz ste 211
Mission Viejo, CA 92691