**Receipt 1:**

- Article Addressed to: US ATTORNEY TAYLOR, 555 4th ST NW, WASHINGTON DC 20530
- Service Type: ☒ Certified Mail
- Received by: (signature), MAY 07 2009
- Article Number: 7009 0080 0001 6858 2604

**Receipt 2:**

- Article Addressed to: US ATTORNEY TAYLOR, 555 4th ST NW, WASHINGTON DC 20530
- Received by: (signature), MAY 07 2009
- Article Number: 7009 0080 0001 6858 2567

**Receipt 3:**

- Article Addressed to: US ATTORNEY TAYLOR, 555 4th ST NW, WASHINGTON DC 20530
- Received by: (signature), MAY 07 2009
- Article Number: 7009 0080 0001 6858 2550

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540