26302 La Paz Ste 211
Mission Viejo Ca 92691
Ph (949) 683-5411 Fax (949) 586-2082

---

Eric H. Holder Jr., Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Main (202) 514-2000
Attorney General (202) 353-1555
http://www.usdoj.gov/ag/

**USPS Certified Mail, Return Receipt Requested**

February 27, 2009

Dear Attorney General Eric H. Holder Jr.,

# OPEN LETTER
## Demanded investigation and immediate action of criminal activity/crimes:

**COUNT ONE:** cyberspace crimes;
**COUNT TWO:** impersonation of a military officer;
**COUNT THREE:** identity theft of U.S. Army Officer Scott Easterling
**COUNT FOUR:** libel
**COUNT FIVE:** defamation of character
**COUNT SIX:** intimidation
**COUNT SEVEN:** harassment
**COUNT EIGHT:** interference with judicial proceedings
**COUNT NINE:** breaking into the computer system of the Supreme court of the United States
**COUNT TEN:** voter fraud
**COUNT ELEVEN:** using cyberspace for voter fraud
**COUNT TWELVE:** fraud
**COUNT THIRTEEN:** forgery
**COUNT FOURTEEN:** and other related crimes

### Summary of the complaint

Recently an active US army officer, who is risking his life in defending our country in Iraq has joined my upcoming legal action aimed at unsealing Barack Hussein Obama's aka Barry Soetoro's (Obama/Soetoro) legal status and eligibility/legitimacy for the presidency of the US. I have brought a number of actions, that are now in different stages of litigation, stating that Obama/Soetoro is illegitimate for presidency, as the president needs to be a 'natural born' citizen- one who is born in this country to **parents (plural, both)** who are citizens of this country.

This definition was recently unanimously confirmed by the US senate in Senate resolution 511, presented by Senator Leahy in April 2008, as Senator McCain sought his legitimacy for the presidency to be verified and as Mr. McCain therefore presented his **long version original birth certificate.**

Mr. Obama's father was never a US citizen, he was a citizen of Kenya (a British colony at a time)  here in the U.S. on a student visa, which **by itself made Obama ineligible for presidency**, regardless of whether he was born in this

country or Kenya or whether he later lost his US citizenship, while immigrating to Indonesia and obtaining Indonesian citizenship (by being adopted and naturalized), and later **reaffirming his Indonesian citizenship** while traveling on an Indonesian passport as an adult and also most likely obtaining taxpayer funded financial aid as a Foreign Exchange student from Indonesia. (Indonesia did not allow dual citizenship and any US citizenship would therefore have to be relinquished). Additionally Obama/Soetoro's paternal grandmother, Sarah Obama and Ambassador from Kenya Peter Ogego made statements that he was born in Kenya and there is no record of him being born in any hospital in HI. **HI Statute #338** allows **foreign born** children of Hawaiian residents to obtain Hawaiian Certifications of Live Birth (COLB), and those can be obtained based on a statement of one relative only.

Additionally, statements by Ron Polarik and private investigator Jose Barro showed numerous signs of forgery even on the short version COLB, posted by Obama and Forensic Document expert Sandra Line has issued an affidavit, that Obama's place of birth cannot be ascertained without seeing the original birth certificate. Dr. Fukimo, director of Health department for the State of Hawaii, obviously colluded with Obama/Soetoro and  issued a statement, that Obama has a birth certificate on file, but intentionally refused to provide clarification, whether it is a birth certificate for a foreign born child of a Hawaiian resident, whether it was prepared based on hospital records or statement of one relative only or whether it is an amended birth certificate, created upon Obama/Soetoro's adoption by Lolo Soetoro, his Indonesian stepfather and showing him a citizen of Indonesia. You can see in the exhibits a copy of a short-form birth c**ertificate supplied by FactCheck (exhibited), changed from Barack Hussein Obama to Barack Hussein Obama Bin Ladin within 15 minutes and based on that 'garbage' (using Obama's own words) this foreigner was sworn in to be the President, Commander in Chief of all Armed Forces, in charge of our Nuclear weapons.**

Based on these facts the **short version** Certification of Life Birth posted by Obama/Soetoro on his website (exhibited) is totally worthless in proving that he indeed was born in HI, and there is still a need to unseal his long version (vault) birth certificate that is supposed to have corroborating evidence such as a name of the hospital, name of the doctor, three signatures and a seal on the front of the document.

It is my understanding that 42 legal actions were filed in federal courts and probably more in different state courts, seeking proof of Obama/Soetoro's eligibility, Obama/Soetoro has spent hundreds of thousands of dollars on attorney's fees seeking to keep his vital records concealed, attorneys for plaintiffs were harassed and intimidated and the logical question is why? If he was an honest person and had nothing to hide, if he is really legitimate for the presidency, why not show those vital records and move on?

Recently you, Mr. Holder, made a speech, stating that the U.S. is a Nation of 'cowards', as far as the issue of race goes. You might be right on that, as Obama/Soetoro's campaign and administration shamelessly harassed and called everybody, standing up and questioning his legitimacy 'racists', and  many of our politicians acted as cowards and backed off. I hope that **you, Mr. Holder, don't act as a coward** and instead verify the above facts, brought forward by me, and **demand Obama/Soetoro's immediate resignation or removal from office due to fraud and Constitutional ineligibility. N**ational security and national survival depends on your expedient actions, as Obama/Soetoro releases violent terrorists from GITMO, allocates 900 million dollars to Gaza, ruled by radical Hamas terrorists, and signs an Executive Order, that would provide expedient U.S. citizenship and bring hundreds of thousands of Hamas terrorists to this country.

Until now, none of the cases challenging Obama/Soetoro was heard on the merits, as plaintiffs were told that they have no standing. This is the reason, why Officer Easterling is so significant, since he, as an active duty officer, risking his life in Iraq he surely has standing. A campaign of terror, intimidation, defamation and assassination of character of officer Easterling, my character and the character of other plaintiffs has followed. I have received an e-mail from a well-known reporter and writer Devvy Kidd (exhibited), wherein it stated that Officer Easterling created a blog that was very vulgar, that used numerous profanities and racial slurs, and which puts him in a bad appearance in the eyes of the public. This looked very much out of character as he was very respectful in prior conversations with me, so I e-mailed him and received a response that he never had any blogs, and he knew nothing about this blog. I looked at the e-mail address attached and saw that the e-mail address on the blog was not his. He later called and stated that he couldn't even reach this blog from his computer in Iraq and that his sister called from the US equally appalled and upset about this blog. I got a call from Mr. Fred Smart telling me that officer Easterling opened

a Twitter account. I then got information that on this blog the imposter is also "quoting" me, twisting my statements, while defaming my character as well. An article about another plaintiff, Officer Clint Grimes, currently a police officer and previously serving in the Navy, was also twisted, hyperlinks were added.  1st Lt. Scott Easterling responded that he never had any blogs, Twitter, FaceBook, or MySpace accounts.  It was clear that someone, supporting Obama/Soetoro, is putting forward a concerted effort to discredit and assassinate the character of officers and other plaintiffs, that are about to testify at trial, and an attorney representing them.

The webmaster for our site, Ms. Lisa Ostella, has posted a warning that impersonating an officer is a crime, punishable by fine and three years in jail and people engaged in this will be found and prosecuted. After this warning, the perpetrators have changed the title name of the Scott Easterling BlogSpot from Scott Easterling to Jaimie Jamison and tried to turn it into a farce.  However the crime was already committed and screenshots and witness statements prove it. When this blog was created, it was not created as a satire, and even a reporter with 20 years of experience, such as Devvy Kidd, believed it to be a real blog created by Officer Easterling. I therefore demand that your office investigate and prosecute this matter immediately.

Similarly, Obama/Soetoro supporters have used Cyber space previously, in order to misinform and defraud American citizens and commit voter fraud. On November 3rd, a day before the National elections, when numerous voters questioned Obama/Soetoro's Natural Born status and his refusal to provide his long version birth certificate, an article appeared on the Internet, stating that a Virginia Judge has reviewed Obama/Soetoro's original birth certificate and found it to be valid, Obama/Soetoro to be a Natural Born citizen and all legal actions to be frivolous (exhibited).  This whole case was manufactured and cyber space was used to defraud American citizens and dampen the enthusiasm of McCain voters and somebody has paid a huge amount of money to do so, as this article appeared in the top position with each and every search engine, as voters were entering the search words of "Obama birth certificate" This article was copied, posted and reposted, but we have traced this article to one person going by the name of 'Wild Bill'. Significant is the fact that a Mr. Bill Burkett, known to have provided allegedly forged documents to Dan Rather was reportedly hired by the Obama/Soetoro campaign a few months earlier. It was not clear if Mr. Burkett was involved or was hired as a fall guy, in case the whole issue of reportedly forged documents blows up.  It is imperative that the Justice department investigate this matter expeditiously, and ascertains if this matter of cyber crimes can be traced to the Obama/Soetoro campaign and Mr. Obama/Soetoro himself.

One day after the inauguration somebody erased from the exterior docket of the Supreme Court all mention of my case Lightfoot v. Bowen (attached), even though it was scheduled to be heard in 2 days in a conference of the full Supreme Court (exhibited). Dozens of people then called the Supreme Court and the case was re-entered. Nobody in the Supreme Court could provide an explanation to this event.

Similarly, an article about me and my case before SCOTUS was deleted from Wikipedia (attached). A source of deletion was traced to a person, claiming to be a tax lawyer, who had a site for lawyer referral service. As I clicked on the link, it showed a flashing sign in Arabic. I posted it on my blogsite, and asked if someone can translate. The translation stated that it was a banner link showing the hanging of Saddam Hussein.

At the same time I was driving to pick up one of my children from school and a tire suddenly blew out on my car. Luckily, my children, my family was not in the car, but I have ended up with persistent back pain.

When around the same time one gets her case erased from the docket of the Supreme Court and Wikipedia, a tire blows out on her in a car, and a link with a sign in Arabic about somebody's hanging appears, one begins to feel threatened. I believe all of the occurrences have to do with my investigation not only in the area of Obama/Soetoro's ineligibility for the Presidency, but also in the financial dealings of Barack and Michelle Obama. Please see attached a list of over a 100 addresses for Barack Obama and 100 business addresses for Michelle Obama. These are addresses obtained from a private investigator and an intelligence service. Obama/Soetoro's addresses are connected to numerous different social security numbers. Michelle Obama's addresses are from numerous media organizations that show her being employed by many major media outlets, including CBS and CNN, and some peculiar ones such as Gay News, Muslim World Today in CA, and even the FCC. These financial dealings have to be investigated

immediately, since most main-stream media outlets refused to provide any honest account of Obama/Soetoro's lack of eligibility for presidency.

As a private citizen I cannot complete this investigation. However you, as the Attorney General, together with FBI, the IRS, the Secret Service, and local law enforcement, can, and have an obligation to, complete it. I would be willing to complete this investigation, if you are willing to grant me a status of a relator-special prosecutor. None of these 130 positions listed for Michelle and Barry or Barack H. Obama were listed on their disclosed tax returns. There has to be a corresponding search for each and every employer that is listed. If those were salaried positions, then there is massive tax fraud. And if those were campaign contributions over the allowed limits, then there is massive campaign contributions fraud, especially in light of over $300 million in contributions that are unaccounted for. Which is it? What social security numbers were used? As you have stated in your speech on Martin Luther King Day, Americans should not be 'cowards', particularly when matters of race are concerned. I was not a coward and prepared this documented dossier, so I hope you will not be a coward and instead order an expeditious completion of this investigation and its subsequent prosecutions.

Sincerely,


*Electronic signature*


**Dr. Orly Taitz, ESQ**


**cc:**                                    **Certified Mail, Return Receipt Request**

**Stephen A. Whitlock**, Director of IRS Whistleblower Office
**Robert Mueller**, Director of F.B.I.
**Congressional Judiciary Committee**
**Senatorial Judiciary Committee**
**IL Attorney General**
**TX Attorney General**
**TN Attorney General**
**CA Attorney General**

**Electronic Copy To:**
United States Senate
United States Congress
All 50 State Governors
Domestic and International Media



Thank you Lance,

I used the one from Fact Check and did a few simple modifications. Anyone can do it. Took only about 15 minutes. I have been a graphic artist all of my adult life. It's a great way to make a living. I consider myself blessed to ba able to earn a living doing what I like to do.

Nice demonstration. I'm a graphic artist or was too. :) all physical art thou. :)



**Attachment**
**My post about officer Grimes (if you go to Scotteasterling.blogspot.com you will find this article altered with different hyperlinks included)**

### OFFICER GRIMES JOINS THE MILITARY ACTION

Officer Grimes served in the Navy and currently is a police officer. As many of my readers know, I have a dual degree, being both a dentist and an attorney. Mr. Grimes and his family have been patients of mine. I was accused of being a racist and filing this case because I have an ax to grind, which is a total defamation of my character. Many of my patients are of different racial and ethnic background. I speak Spanish and many of my patients are Hispanic. A number of my legal clients  in this action are of different ethnic background. One of them, Ambassador Dr. Keyes was seen on TV recently and he is African-American. This has nothing to do with race. It has to do with concealment of vital records, with massive fraud of American citizens, with Mr. Obama/Soetoro spiting in the face of each and every law abiding US citizen and arrogantly refusing to provide his vital records. It has to do with my deep concern in regards to our National security, when a foreign National, citizen of Indonesia and Kenya is siting in the White House and making extremely dangerous decisions, releasing known terrorists from GITMO, giving 900 million to Gaza, when we are in the midst of depression, owing 85 trillion dollars, and while Gaza is run by the most violent, radical organization Hamas, whom Obama decided to bring to this country through expedited immigration procedures. Orly



Dr. Taitz,
My consent form is attached.  Thank you for allowing me to be a part of this lawsuit.  I was dismayed from the beginning at the attitude of Barack Obama towards us who wear the uniform.  He accused me and my brothers and sisters in arms of "air raiding villages and terrorizing civilians" in Iraq.

I have commented many times that he (Barack Obama) would not be able to pass the background check to be a Naval Officer or a Police Officer.  Additionally he does not support HR 218 which allows me t be able to protect myself and my family.  I could go on and on.  For the last 25 yearsI have painstakingly presented numerous documents over my police and Navy careers.  If he a US citizen, presenting his birth certificate should be no problem.  I believe that knowing that the person at the top of the military and law enforcement chains of command is eligible to hold the office is a reasonable request.

Very Respectfully,


Clint Grimes
Life, liberty, and the pursuit of all who threaten it!



CONSENT FORM

DATE:  2/26/09

Attn. Orly Taitz, Esq.
26302 La Paz, Ste. 211
Mission Viejo, CA 92691

I agree to be a plaintiff in the legal action to be filed by Orly Taitz, Esq. in a PETITION FOR A DECLARATORY JUDGEMENT whether Barry Soetoro, citizen of Indonesia and possibly still citizen of Kenya, aka  BARACK HUSSEIN OBAMA IS  QUALIFIED TO BE PRESIDENT of the U.S or TO BE  COMMANDER IN CHIEF of the U.S. ARMED FORCES, in that I am or was a sworn member of the U.S. military (subject to recall) and I could conceivably be given unlawful orders  by a Constitutionally unqualified Commander In Chief, and by following such orders I can be subject to court martial.

TYPED NAME or Signature:



FULL NAME:  Clinton Alan Grimes

POSITION IN THE MILITARY/RANK/DATES SERVED/STATUS:  CDR/0-5 US Navy (Reserve)
1 OCTOBER 1984 - Present
OCCUPATION:  N-5 Mentor, NCAGS DELTA, Silverdale, WA
Civilian Occupation: Sergeant, Long Beach Police Department
ACHIEVEMENTS:  Navy Commendation Medal (2), Army Commendation Medal, National Defense Medal(2), Armed Forces Expeditionary Medal, Global War on Terror Expeditionary Medal, , Global War on Terror Service Medal, Korean Defense Service Medal, Outstanding Volunteer Service Medal, Navy/Marine Overseas Service Ribbon, Armed Forces Reserve Medal w/"M" device and Bronze Hourglass, Rifleman Expert Medal, Pistol Expert Medal, Surface Warfare Breast Insignia.
Police Awards:  Police Awards:  Employee of the Year 1999, Meritorious Class A
As Attorney Orly Taitz is performing this service for her country Pro Bono, any amount that you can contribute will be most helpful.  (Orly has already done two RT 'redeye's' to Washington DC this week alone: National Press Club on December 8th (WTP Obama Citizenship Challenge – National Press Club, DC Dec 8 2008, and to file another 'BHO is Ineligible' case before the SCOTUS

# DEFEND OUR FREEDOMS FOUNDATION

### To defend the rights and freedoms that exist for all citizens in the United States

To Any and All Interested Parties,

As an active-duty Officer in the United States Army, I have grave concerns about the constitutional eligibilty of Barack Hussein Obama to hold the Office of President of The United States. He has absolutely refused to provide to the American public his original birth certificate, as well as other documents which may prove or disprove his eligibility. In fact, he has fought every attempt made by concerned citizens in their effort to force him to do so.

Until **Mr**. Obama releases a "vault copy" of his original birth certificate for public review, I will consider him neither my Commander in Chief nor my President, but rather, a usurper to the Office - an impostor.

My conviction is such that I am compelled to join Dr. Orly Taitz's lawsuit, as a plaintiff, against Mr. Obama. As a citizen, it pains me to do this, but as an Offficer, my sworn oath to support and defend our Constitution requires this action.

I joined the Army at age 40, after working in Iraq as a contractor with KBR in '05/'06. I chose to work with KBR to support my troops and then left that lucrative position when the Army raised it's maximum enlistment age to 40. Upon completion of Basic Training, I entered Officer Candidate School and commissioned as a 2LT in August 2007. After completing the subsequent Basic

Officer Leadership courses, I was assigned to Ft. Knox and shortly thereafter deployed to Balad, Iraq. I was promoted to 1LT on Feb. 2, 2009 and I have approximately five months remaining of our fifteen month deployment.

I implore all Service-members and citizens to contact their Senators and Representatives and demand that they require Mr. Obama prove his eligibility. Our Constitution and our great nation must not be allowed to be disgraced.

Very Respectfully
Scott R. Easterling
1LT  OD/LG
United States Army

*DR. TAITZ'S MILITARY ACTION WELCOMES' OFFICER EASTERLING*



# CONSENT FORM

DATE: February 14, 2009

Attn. Orly Taitz, Esq.
26302 La Paz, Ste. 211
Mission Viejo, CA 92691

I agree to be a plaintiff in the legal action to be filed by Orly Taitz, Esq. in a PETITION FOR A DECLARATORY JUDGEMENT whether Barry Soetoro, citizen of Indonesia and possibly still citizen of Kenya, aka  BARACK HUSSEIN OBAMA IS  QUALIFIED TO BE PRESIDENT of the U.S or TO BE  COMMANDER IN CHIEF of the U.S. ARMED FORCES, in that I am or was a sworn member of the U.S. military (subject to recall) and I could conceivably be given unlawful orders  by a Constitutionally unqualified Commander In Chief, and by following such orders I can be subject to court martial.

TYPED NAME or Signature: *Scott Richard Easterling*

FULL NAME:  Scott Richard Easterling

BIRTHDATE:  August 16, 1966

POSITION IN THE MILITARY/RANK/DATES SERVED/STATUS:  1LT; Active Duty Army; Logistics; Feb 2007-Present

OCCUPATION: Operations Officer, 3d Expeditionary Sustainment Command

Posted by Defend Our Freedoms Foundation at **2/23/2009 9:54 AM**

Categories: **Cases**

 Flag this message

**Orly: Scott Easterling is putting his foot in his mouth**

Wednesday, February 25, 2009 5:07 PM

From:

This sender is DomainKeys verified

"Devvy Kidd" <devvyk@earthlink.net>

View contact details

To:

"dr_taitz" <dr_taitz@yahoo.com>

Orly:

Someone needs to talk to Scott Easterling about his public image.

He is coming off more like a loose cannon every day on his web site and that is bad.

It's okay for machesmo, but his postings are a very poor reflection on him as an officer, even a junior grade one. Free speech I defend to the end, but his language and comments are a big turn off and it will turn off potential allies who could be very important down the line.

Example:

"And to you CLOWNS out there spewing the hate mail: Get a life. I have the right to "throw my career away," just as you have the right to lick the balls of the new black Santa. Have it your way. This world is winding up for a whipping. You know it, so do I."

"...lick the balls of the new black Santa"? My, God.

I wish I could recommend his web site, but I won't. Not until he cleans up all the profanity and terrible statements like the one above. The media will grab that kind of grossness as fodder to  make him out to be an idiot.

"The militias are gearing up now. Smarter. Quieter. Should be interesting."

We (as in people like Dr. Edwin Vieira) trying to get a few of the state legilsatures to reconstitute the organized militia as mandated by the Second Amendment. Scott's rhetoric is just the kind of stuff DHS, the FBI and ATF love. Then they start trying to entrap people.

I went over Sen. Shelby on my radio show the last two nights. Contact him, etc. It appears he's trying to distance himself what what he said. Typical gutless politician.

A couple of people I know are in his part of the state and they're also conducting a polite campaign to get Shelby to go rent a bucket of guts and get with the program.

You are doing a wonderful job for our country, Orly. Thank you.

Devvy

From:

This sender is DomainKeys verified

"Devvy Kidd" redacted

View contact details

To:

"Orly Taitz" <dr_taitz@yahoo.com>

Oh, dear.

Here is the site. If it's not his, someone has certainly done an amazing amount of work on it.

Scott needs to run this down and sue who ever it is because like I said, the language and inflammatory speech is pretty bad.

http://www.scotteasterling.blogspot.com/

**Second page of posts:**

http://scotteasterling.blogspot.com/search?updated-max=2009-02-24T16%3A36%3A00-08%3A00&max-results=7

Devvt
----- Original Message -----
**From:** Orly Taitz
**To:** Devvy Kydd
**Sent:** 2/26/2009 9:48:30 AM
**Subject:** Scott doesn't have a blog

Devvy
i sent your comments to Scott, he said he doesn't have a blog, he didn't know what you are talking about. Somebody might be impersonating him in order to defame him.

Orly Taitz DDS Esq

26302 La Paz ste 211
Mission Viejo Ca 92691

29839 S. Margarita Pkwy
Rancho Santa Margarita Ca 92688

ph. w 949-586-8110 c-949-683-5411
fax 949-586

After we found out that somebody is impersonating Officer Easterling, following warning was posted by my associate Mrs. Lisa Ostella

1st Lt. Scott R. Easterling Does NOT Have a Blog

And whoever made this disgusting blog will be found.

You made it on a Google hosted blog.  Which also means you have a Google Account.

Impersonating a Military Officer

Impersonating a military officer is a crime under 18 U.S.C. § 912, which states that is illegal for a person to falsely assumes or pretend to be an officer of any department of the United States and while doing so, either act as an officer or obtain any money because of it.

Violating section 912 can be punished with a fine, imprisonment for up to three years, or both.

-------------------------------------------------------------

UCMJ - Article 134 - Impersonating a commissioned, warrant, noncommissioned, or petty officer, or an agent or official

(1) That the accused impersonated a commissioned, warrant, noncommissioned, or petty officer, or an agent of superior authority of one of the armed forces of the United States, or an official of a certain government, in a certain manner;

(2) That the impersonation was wrongful and willful; and

(3) That, under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces.

Note 1: If intent to defraud is in issue, add the following additional element after (2), above: That the accused did so with the intent to defraud a certain person or organization in a certain manner;.

Note 2: If the accused is charged with impersonating an official of a certain government without an intent to defraud, use the following additional element after (2) above: That the accused committed one or more acts which exercised or asserted the authority of the office the accused claimed to have;.

Posted by Defend Our Freedoms Foundation at **2/26/2009 9:53 AM**
Categories: uncategorized

Screen shot of impersonator blog.

**COUNT ONE:** cyberspace crimes;
**COUNT TWO:** impersonation of a military officer;
**COUNT THREE:** identity theft of U.S. Army Officer Scott Easterling
**COUNT FOUR:** libel
**COUNT FIVE:** defamation of character
**COUNT SIX:** intimidation
**COUNT SEVEN:** harassment
**COUNT EIGHT:** interference with judicial proceedings
**COUNT FOURTEEN:** and other related crimes

Reference to remarks of Deputy Attorney General Eric H. Holder, Jr. High-Tech Crime Summit Hyatt Regency Capitol Hill 400 New Jersey Avenue, NW Washington, DC, January 12, 2000 (http://www.justice.gov/archive/dag/speeches/2000/hightechspeech.htm)

> Under the second prong of the Initiative…companies bring IP violations to the attention of law enforcement. We have developed an "industry referral form" that identifies the key types of information we need to investigate and prosecute criminal IP cases. By providing law enforcement, at the earliest stages, with key information that goes to each element of the criminal IP statutes, we can streamline the referral process and use the limited resources of law enforcement and industry in the most effective manner possible.

My client, 1st Lt. Scott R. Easterling, appears to be a victim of an individual(s) who are "Impersonating a Military Officer" by use of his name and picture and posted on the worldwide web; libeling his reputation and identity in the following url's and email account:

> http://scotteasterling.blogspot.com/
> scotteasterling@rocketmail.com
> http://obamabowelmovement.blogspot.com/

Impersonating a military officer is a crime under 18 U.S.C. § 912, which states that it is illegal for a person to falsely assumes or pretend to be an officer of any department of the United States and while doing so, either act as an officer or obtain any money because of it. Violating section 912 can be punished with a fine, imprisonment for up to three years, or both.

On Thursday, February 26, 2009 a Google search provided the following Uniform Resource Locator, also known as Universal Resource Locator, (hereinafter identified as "url"). The first listed url listed used the name, photo, occupation and location identity of my client: (http://www.google.com/search?hl=en&rls=com.microsoft%3A*%3AIE-Address&rlz=1I7ADBF_en&q=scotteasterling.blogspot.com) (http://scotteasterling.blogspot.com/).

**1**.Google search return the following url: (http://scotteasterling.blogspot.com/) and web pages were published on the world wide web, identifying the site to belong to my client, stating postings by "**Lt Easterling**" with time stamps.

**2.** On Thursday, February 26, 2009 this same published site stated, "***About Me – Scott Easterling***" "***View My Complete Profile***" and linked users to a url with the photograph of my client. (http://www.blogger.com/profile/08842224876234151332)

**3.** On Thursday, February 26, 2009 this same published site cited "Email" as (scotteasterling@rocketmail.com) with a photograph of my client.

**4.** On Thursday, February 26, 2009 this same published site stated, "Blogger" with name, occupation, location and photograph of my client.

**SCOTT EASTERLING**
**Occupation: Soldier**
**Location: Iraq**

**5.** On Thursday, February 26, 2009 this same published site stated, "**My Web Page**" with photograph of my client and linked users to url (http://obamabowelmovement.blogspot.com/).

**6.** On Thursday, February 26, 2009 url (http://obamabowelmovement.blogspot.com/) web pages were published on the world wide web, identifying the site to belong to "**Maria Bohica**", stating postings by "**Maria Bohica**" with time stamps. My client, 1st Lt.Scott Easterling, was pictured with following text:

**Tuesday, February 24, 2009**
**Lt. Scott Easterling**



**How do you feel about this man?**
**Posted by Maria Bohica at 7:35 AM**

The url (http://obamabowelmovement.blogspot.com/) web pages published the **Title** and **Image** from two separate sources as follows:

**Image of my client Easterling from:**
http://3.bp.blogspot.com/_K-
82d8TkXH4/SaQUXhoqp0I/AAAAAAAAAZw/MdlNqFa
W3ao/s400/Easterling.jpg

**Title "Lt. Scott Easterling" from:**
http://www.worldnetdaily.com/index.php?fa=PAGE.
view&pageId=89837
Posted by Maria Bohica at 7:35 AM

Thorough and official investigation is hereby requested in the matter of identity theft of my client, his name, rank, location, photograph, reputation, standing, in matters related to his personal identity, and legal rights and freedoms.

Attached to this request are Exhibits of screen shots of internet publications dated on February 26, 2009.

Attachments:

**Exhibit A:** Google search "scotteasterling.blogspot.com"

**Exhibit B:** http://scotteasterling.blogspot.com/

**Exhibit C: "ABOUT ME…SCOTT EASTERLING"**

**Exhibit D:** http://www.blogger.com/profile/08842224876234151332 (EMAIL ADDRESS lower left corner)

**Exhibit E:** http://www.blogger.com/profile/08842224876234151332 (WEB ADDRESS lower left corner)

**Exhibit F:** http://obamabowelmovement.blogspot.com/ (Linked from Exhibit E)

**Exhibit G:** http://obamabowelmovement.blogspot.com/ (Bottom of page to Exhibit F)

**Exhibit H:** http://obamabowelmovement.blogspot.com/ (Links blog ownership to Maria Bohica)

**Exhibit I:** http://obamabowelmovement.blogspot.com/ (Bottom of page Exhibit H) (see url lower left corner)

**Exhibit J:** http://obamabowelmovement.blogspot.com/ (Bottom of page Exhibit H) (see url lower left corner)

**Exhibit K:** http://obamabowelmovement.blogspot.com/ (Personal data on Exhibit H)

**Exhibit L:** http://obamaspassport.blogspot.com/

**Exhibit M:** Display from Exhibit L

**Exhibit A:** Google search "scotteasterling.blogspot.com"

http://www.google.com/search?hl=en&rls=com.microsoft%3A*%3AIE-
Address&rlz=1I7ADBF_en&q=scotteasterling.blogspot.com



**Exhibit B:** http://scotteasterling.blogspot.com/

**Exhibit C: "ABOUT ME…SCOTT EASTERLING"**



**Exhibit D:** http://www.blogger.com/profile/08842224876234151332 (EMAIL ADDRESS lower left corner)



**Exhibit E:** http://www.blogger.com/profile/08842224876234151332 (WEB ADDRESS lower left corner)



scotteasterling@rocketmail.com AND http://obamabowelmovement.blogspot.com/

**Exhibit F:** http://obamabowelmovement.blogspot.com/ (Linked from Exhibit E)



**Exhibit G:** http://obamabowelmovement.blogspot.com/ (Bottom of page to Exhibit F)

**Exhibit H:** http://obamabowelmovement.blogspot.com/ (Links blog ownership to Maria Bohica)
http://www.blogger.com/profile/06303707540190128605



**Exhibit I:** http://obamabowelmovement.blogspot.com/ (Bottom of page Exhibit H) (see url lower left corner)

Scroll over "My Blogs" displays http://obamaspassport.blogspot.com/



**Exhibit J:** http://obamabowelmovement.blogspot.com/ (Bottom of page Exhibit H) (see url lower left corner)

Scroll over "My Blogs" displays http://obamabowelmovement.blogspot.com



**Exhibit K:** http://obamabowelmovement.blogspot.com/ (Personal data on Exhibit H)

**Maria Bohica**
**Age: 26**
**Gender: Female**
**Astrological Sign: Leo**
**Zodiac Year: Dog**
**Industry: Religion**
**Occupation: Guerilla Prophetess**
**Location: Rio de Janiero : Brazil**
**Audio Clip**
**SOURCE:**
**http://www.blogger.com/profile/06303707540190128605**

**Exhibit L:** http://obamaspassport.blogspot.com/
Scroll over "connect the dots" displays
http://www.washingtontimes.com/news/2008/apr/19/key-witness-in-passport-fraud-case-fatally-shot/



**Exhibit M:** Display from Exhibit L

http://www.washingtontimes.com/news/2008/apr/19/key-witness-in-passport-fraud-case-fatally-shot/



# ALTERED WEBPAGES EVENING OF FEBRUARY 26, 2009

Changes to cited web pages occurred in the evening FEBRUARY 26, 2009 SCREEN SHOTS AS FOLLOWS:

http://scotteasterling.blogspot.com/



http://scotteasterling.blogspot.com/?zx=91fd38562473982d



Scott Easterling - Windows Internet Explorer

http://scotteasterling.blogspot.com/

Scott Easterling

**THURSDAY, FEBRUARY 26, 2009**

### Clinton Joins Easterling Suit

The snowball is growing.

Officer Clinton Grimes served in the Navy and currently is a police officer. As many of my readers know, I have a dual degree, being both a dentist and an attorney. Mr. Grimes and his family have been patients of mine. I was accused of being a racist and filing this case because I have an ax to grind, which is a total defamation of my character. Many of my patients are of different racial and ethnic background. I speak Spanish and many of my patients are Hispanic. A number of my legal clients in this action are of different ethnic background.

One of them, Ambassador Dr. Keyes was seen on TV recently and he is African-American. This has nothing to do with race. It has to do with concealment of vital records, with massive fraud of American citizens, with Mr. Obama/Soetoro spiting in the face of each and

**MY BLOG LIST**

**Daily Kos**
Open Thread and Diary Rescue - "This evening's Rescue Rangers are Louisiana 1976, noddem, grog, ItsJessMe, Got a Grip and dadanation, with ItsJessMe and dadanation editing." Please vis...
*1 hour ago*

**Lame Cherry**
Saving of the liberal Newspaper Industry - Many years ago in watching a Star Trek episode about an attorney who was defending Capt. Kirk, the attorney there just loved books and had piles of them. ...
*1 hour ago*

**DEFENDOURFREEDOMS.US**
Officer Grimes Joins the Military Action - Officer Grimes served in the Navy and currently is a police officer. As many of my readers know, I have a dual degree, being both a dentist and an attorne...
*7 hours ago*

**Foundation for Economic Education**
Cato: Policy Perspectives 2009 - [ March 24, 2009; 10:30 am to 2:00 pm. ] Featuring David Boaz, Executive Vice President, Cato Institute, Lawrence W. Reed, President,

Done    Internet | Protected Mode: On    100%

---

Scott Easterling - Windows Internet Explorer

http://scotteasterling.blogspot.com/?zx=91fd38562473982d

Scott Easterling

SEARCH BLOG    FLAG BLOG    Next Blog»    Create Blog | Sign In

# SCOTT EASTERLING

MISERY STALKS THE UNPREPARED - LAO TZU

**THURSDAY, FEBRUARY 26, 2009**

### 127 Tank Commanders Join Easterling

Army Times - It's a great day for Scott Easterling. As he awoke this morning, he saw no fewer than 127 Iraqi tanks outside his desert barracks. "We're here to defend Lieutenant Easterling against the upcoming inquisition," said Major General Abdul Gohed an Tryatt, chief of the carefully aligned array, "Scott's courage and example show us all how to respond to the Kenyan invasion of the White House." The Iraqi soldiers are hoping to obtain bowel samples from the alleged-American President.

**MY BLOG LIST**

**My perspective -- What Constance thinks**
.

**DEFENDOURFREEDOMS.US**
.

**Smartbandwidth: The Connectivity of Light and Love**
.

**Gabriel Coeli**
.

**The Micro Effect**
.

**Foundation for Economic Education**
.

**Facing The Sharks**
.

**DRUDGE REPORT 2009®**
.

**Lame Cherry**
.

**Daily Kos**
.

http://3.bp.blogspot.com/_R82xP65Nc_E/SaV_oSue47I/AAAAAAAAACI/8TkeQJxWc9U/s1600-h/ChuckBaldwin3.JPG    Internet | Protected Mode: On    100%

http://scotteasterling.blogspot.com/?zx=91fd38562473982d



http://www.blogger.com/profile/08842224876234151332

http://www.blogger.com/profile/08842224876234151332



IDENTITY THEFT OF U.S. Army Officer Lt .SCOTT EASTERLING



# RESEARCH WEBPAGES ON FEBRUARY 26, 2009





To:

dr_taitz@yahoo.com

Dr. Taitz,

I came up with a possible ID of the person who either set up the Easterling blog or knew who did. This is how I arrived at it.

The earliest post on the blog is dated Feb 24, 2:27 PM which suggests that is when it was set up. I did a Google search on  scotteasterling.blogspot.com/
and came up with the following site:

http://www.exmormon.org/boards/w-agora/download_thread.php?site=exmobb&bn=exmobb_recovery&thread=1235590329#N1235601464

There is a post on there:

| | |
|---|---|
| *Subject*: | **I don't think there's an imposter under every rock...** |
| *Date*: | **Feb 25 17:37** |
| *Author*: | **shadowdoubt** |
| *Mail Address*: | cecil.jacobson@ymail.com |

Be positive. The world isn't as shallow as you perceive. There are fine people everywhere, if you have but eyes to see with. http://scotteasterling.blogspot.com/ Try to look deeper.

------

Now you notice this was posted on Feb 25.  at 5:37 PM.  That means that the site was only up for a little over 24 hours. That isn't even long enough to get it listed in the search engines. Therefore, in order to reference that site on a blog, you must have either created it yourself, or known the person who did.

Thus,  the email cecil.jacobson@ymail.com  is a start. The name could be Cecil Jacobson or Celcilia ( Celcila )  Jacobson.  I habve not researched any of these names yet but will let you know if I come up with anything.

Mike

---

To:

dr_taitz@yahoo.com

I have a feeling that the Cecil Jacobson is a fake name. However, he is using a ymail account which is owned by Yahoo. Also, if you look at all the posters on his page , it is one person, so it has to be the creator of the page. He calls himself Pope Benedict XVI. If you look at the profile of "him", you see the e,mail adress he uses is  scotteasterling@rocketmail.com. You can view it here:

http://www.blogger.com/profile/08842224876234151332

Now rocketmail is also owned by Yahoo. Now as an attorney, you should be able to send a letter to Yahoo requesting the IP address and other such info of the person who set up those email accounts. I am sure what he is using them for is a violation of their terms of service which they agreed to when signing up.. The same holds true of Google ( owners of Blogspot ).

Part of Yahoos Terms of Service:

*We believe it is necessary to share information in order to investigate, prevent, or take action regarding illegal activities,*
*suspected fraud, situations involving potential threats to the physical safety of any person, violations of Yahoo!'s terms of use,*
*or as otherwise required by law.*

Mike

From:

This sender is DomainKeys verified

"Mike" redacted

View contact details

**To:**

dr_taitz@yahoo.com

This is who he is "claiming" to be. It has nothing to do with the ederly man in Utah ( just a name coincidence )

http://en.wikipedia.org/wiki/Cecil_Jacobson

Here are the rest of the posts from that board (where he refers to the blog site before anyone knew about it)

http://www.exmormon.org/boards/w-agora/view.php?bn=exmobb_recovery&key=1235432894&newest=1235489793

This guy is a raving lunatic.

**Dr. Orly,**

**I reported it as Hate Speech to "BLOGGER", and they claim it will be investigated...**

Zak/USMC/redacted

**From:**

"Lisa Ostella" <lisaostella@hotmail.com>

View contact details

**To:**

security@yahoo-inc.com

**Cc:**

"Orly Taitz" <dr_taitz@yahoo.com>

Yahoo Security Team,

Our Attorney at Defend Our Freedoms Foundation, Dr. Orly Taitz, has a client who is currently a soldier in Iraq, an Officer, who is being impersonated on the web.

He is our Plaintiff in a legal action. I work for his attorney. On behalf of his attorney I'm trying to report this incident.

Our client is:

1LT. Scott R. Easterling
1LT  OD/LG
United States Army

On the internet, an unknown person launched a website and email impersonating him:

http://**scotteasterling**.**blogspot**.com

scotteasterling@rocketmail.com

Rocketmail.com is a Yahoo product.

I've reported this to FBI's Internet Crime Bureau already, IC3.gov as well as to the U.S. Army.

This Rocketmail account is a violation of Military Code and Federal Law.  Dr. Orly Taitz requires your assistance in obtaining the identity of this RocketMail account holder.

Thank you.

Lisa Ostella
Defend Our Freedoms Foundation
http://defendourfreedoms.org
Peace through Strength
http://www.barofintegrity.com
1-866-954-5625

**From:**
"Fran redacted
View contact details

**To:**
dr_taitz@yahoo.com

I have reported the impersonation to Google and asked them to contact you if they have any questions.  My request was to have the blog removed.

**From:**
"Lisa Ostella" <lisaostella@hotmail.com>

View contact details

**To:**
"Orly Taitz" <dr_taitz@yahoo.com>

http://citizenwells.wordpress.com/2008/11/19/obama-is-not-eligible-virginia-petition-for-writ-of-mandamus-circuit-court-richmond-virginia-judge-walter-w-stout-iii-court-ruling-wild-bill-va-board-of-elections-obama-camp-fraud-breaking/

### *Obama is not eligible, Virginia Petition for Writ of Mandamus, Circuit Court, Richmond Virginia, Judge Walter W. Stout III, Court ruling, Wild Bill, VA Board of Elections, Obama camp fraud?, Breaking News ***

November 19, 2008 · **21 Comments**

## *Another Obama Camp scam?*

When I first read about the Virginia lawsuit claiming Obama is ineligible and the subsequent ruling by
the judge, it did not smell right. I have reread the excerpts placed on the internet and after much thought
and deciding that I had to read the Petition and the judges ruling, I searched for a record of the filing
and hearing on the official Virginia Courts website. I did extensive searching by names and dates and
found nothing. After much searching, I called the clerk of court's office. I was told that several people
had called inquiring about the case and they could find no record of any case.

**Internet accounts of alleged Petition and judge ruling**

**So, who is Wild Bill?**

"Great News

written by Wild Bill, October 22, 2008

The Virginia lawsuit (actually a Petition for Writ of Mandamus) was filed today. Ironically, we
almost missed filing and serving due to the thousands of people downtown today to see Obama
speak. In even better news, the Honorable Walter W. Stout III, the chief judge, granted our motion
for an emergency hearing and set a briefing schedule. We were required to serve the Board of
Elections a copy of the schedule today (which we did). We must file our brief and all supporting
evidence on Friday. The Board of Elections has until the 28th to file a response.

We may file a reply on the 29th and the hearing will be held on the 30th at 1:30p.m.

We did send copies of the suit and orders to the local media, but unlike some people, we are
more interested in pursuing the legal battle, not whoring ourselves out to the media. For that
same reason we are not setting up a website or soliciting donations.

We will let you know how things progress."

**Found here:**

http://peoplespassions.org/peoplesvoice

**So, where did this come from?**

"Virginia State Court Dismisses Action Challenging Obama's Eligibility to be President

The November 03, 2008 regarding the Virginia State Court Dismissal Action Challenging
Obama's Eligibility to be President is not the result of a conspiracy, nor is it the result of a biased
or unprincipled judge. I would hope all patriotic Americans would feel the same way and avoid
making unfounded scurrilous remarks about the judge or the judicial system.

(ObamaCrimes.com)

Review:

There are two parts – first the response on the State's argument that the Board of Elections is not responsible for vetting candidates for president, second the issues we raised regarding Mr. Obama's citizenship.

[Part 1: State's argument that the Board of Elections is not responsible for vetting candidates for president] With respect to the first part, the judge noted that in a presidential election, unlike any other election, the electorate votes for a slate of electors, not directly for the presidential candidates. The judge noted that there is no question that all of the proposed VA electors are qualified to hold that position (a position we never contested). The judge recognized the problem with this is that perhaps there is no entity that is responsible for vetting the presidential candidates. Some on this site have argued that the DNC is responsible for vetting their candidates. There is no legal support for that argument. The judge held that the Constitutional requirements for a presidential candidate are to be determined solely by the congress in session when the electoral votes are cast.

The court cited Federal legislation further details the process for counting electoral votes in Congress. 3 U.S.C. 15. Section 15, which directs that Congress shall be in session on the appropriate day to count the electoral votes, with the President of the Senate presiding. It directs that designated individuals shall open, count and record the electoral votes, and then present the results to the President of the Senate, who shall then "announce the state of the vote." The statute provides a mechanism for objections then to be registered and resolved:

"[e]very objection shall be made in writing, and shall state clearly and concisely, and without argument, the ground thereof, and shall be signed by at least one Senator and one Member of the House of Representatives before the same shall be received. When all objections so made . . . shall have been received and read, the Senate shall thereupon withdraw, and such objections shall be submitted to the Senate for its decision; and the Speaker of the House of Representatives shall, in like manner, submit such objections to the House of Representatives for its decision."

Thus the court denied the motion for a writ of mandamaus and dismissed the petition.

As I mentioned earlier, this was the argument that I think the State had the best chance on and it strikes me as correct. Much as the membership of the Senate is controlled by the senate (see, e.g. the senator Stevens discussion), the constitution places the power to determine presidential eligibility on the congress.

Based on this, our real battle should be to contact our representatives and senators and make certain that an objection is brought at the time of the counting of the electoral votes. Remember, this will be the new congress, so wait until Wednesday when you know who your new representatives and senators are.

The Court could have ended there, but it went beyond this initial holding and addressed our other arguments (this is not uncommon – just as lawyers often make alternate arguments, courts regularly provide alternate holdings in case one is rejected).

[Part 2: issues we raised regarding Mr. Obama's citizenship]

The Court made the following findings:

1. The Certification of Live Birth presented to the court is unquestionably authentic. The court noted that the certification had a raised seal from the state of Hawaii, had a stamp bearing the signature of the registrar of vital statistics. The court found "wholly unpersuasive" any of the internet claims that the birth certificate was altered in any way. Furthermore, the document itself

was accompanied by an affidavit from the State Health Director (of Hawaii) verifying that the document is an authentic certification of live birth.

The court held that there could be no doubt that the document was authentic unless one believed that the state of Hawaii's health department were in on an elaborate and complex conspiracy – and that there is not a shred of evidence that this is the case.

2. The Certification of Live Birth establishes that Mr. Obama is a natural born citizen. The affidavit of the State Health Director states that the information on the CLOB is identical to the information on the "vault" copy of the birth certificate, and that both documents establish that Mr. Obama was born in Honolulu. The Court noted that the CLOB is valid for all citizenship purposes. The court noted our argument that the COLB is not valid for determining citizenship, but referred us to Hawaiian law that states otherwise. "There is no difference between a certificate and a certification of live birth in the eyes of the state. For instance, either can be used to confirm U.S. citizenship to obtain a passport or state ID." The court found that Hawaiian law makes the COLB valid for all purposes with the exception of determining native Hawaiian heritage for certain state and federal benefits. The court held that if Mr. Obama were born elsewhere and the birth registered in Hawaii, the "place of birth" line on the COLB would reflect that fact. The court stated that there could be no doubt that Mr. Obama was born in Hawaii and that any argument to the contrary was fanciful and relied on completely unsubstantiated internet rumors.

3. For that reason, 8 U.S.C. §1401(g), which at the relevant time provided as follows: "The following shall be nationals and citizens of the United States at birth: ***(g) a person born outside the geographical limits of the United States and its outlying possessions of parents one of whom is an alien, and the other a citizen of the United States who, prior to the birth of such person, was physically present in the United States or its outlying possessions for a period or periods totaling not less than ten years, at least five of which were after attaining the age of fourteen years:…..is irrelevant to this matter, as Mr. Obama was conclusively born in Hawaii.

4. Mr. Obama did hold dual citizenship in the U.S. and Kenya until he became an adult. When Barack Obama Jr. was born Kenya was a British colony. As a Kenyan native, Barack Obama Sr. was a British subject whose citizenship status was governed by The British Nationality Act of 1948. That same act governed the status of Obama Sr.'s children: "British Nationality Act of 1948 (Part II, Section 5): Subject to the provisions of this section, a person born after the commencement of this Act shall be a citizen of the United Kingdom and Colonies by descent if his father is a citizen of the United Kingdom and Colonies at the time of the birth." In other words, at the time of his birth, Barack Obama Jr. was both a U.S. citizen (by virtue of being born in Hawaii) and a citizen of the United Kingdom by virtue of being born to a father who was a citizen of the UK. Obama's UK citizenship became an Kenyan citizenship on Dec. 12, 1963, when Kenya formally gained its independence from the United Kingdom. The court noted that Chapter VI, Section 87 of the Kenyan Constitution specifies that:

1. Every person who, having been born in Kenya, is on 11th December, 1963 a citizen of the United Kingdom and Colonies or a British protected person shall become a citizen of Kenya on 12th December, 1963…

2. Every person who, having been born outside Kenya, is on 11th December, 1963 a citizen of the United Kingdom and Colonies or a British protected person shall, if his father becomes, or would but for his death have become, a citizen of Kenya by virtue of subsection (1), become a citizen of Kenya on 12th December, 1963.

Thus the court held that as a citizen of the UK who was born in Kenya, Obama's father

automatically received Kenyan citizenship via subsection (1). So given that Obama qualified for citizen of the UK status at birth and given that Obama's father became a Kenyan citizen via subsection (1), thus Obama did in fact have Kenyan citizenship in 1963.

However, the court further held that the Kenyan Constitution prohibits dual citizenship for adults. Kenya recognizes dual citizenship for children, but Kenya's Constitution specifies that at age 21, Kenyan citizens who possesses citizenship in more than one country automatically lose their Kenyan citizenship unless they formally renounce any non-Kenyan citizenship and swear an oath of allegiance to Kenya. The court held that there was no evidence that Mr. Obama has ever renounced his U.S. citizenship or sworn an oath of allegiance to Kenya, his Kenyan citizenship automatically expired on Aug. 4, 1982.

The court held that there was no legal requirement that Mr. Obama renounce his Kenyan citizenship or affirm his U.S. citizenship in order to maintain his status as a natural born citizen.

5. Mr. Obama did not lose his U.S. Citizenship based on the acts of his parents, including adoption by an Indonesian citizen. The Court held that no action taken by the parents of an American child can strip that child of his citizenship. The court cited to the 1952 Immigration & Nationality Act, Title III, Chapter 3, Sections 349 and 355, which was in effect in the late 1960s when Obama went to Indonesia, and which stated that a minor does not lose his US citizenship upon the naturalization of his parents or any other actions of his parents, so long as the minor returns to the US and establishes permanent US residency before the age of 21. Thus the adoption of Obama did not serve to strip him of his U.S. citizenship. The fact that Indonesian law does not allow dual citizenship is irrelevant, as U.S. law controls. Furthermore, the Court held that traveling on a foreign passport does not strip an American of his citizenship. The Court noted first that there was no evidence that Mr. Obama traveled on an Indonesian passport (Mr. Berg and others we reached out to for evidence never provided any evidence of this claim or any other of the claims we could have used some proof of.) Nonetheless, the court held that such travel does not divest an American of his citizenship.

The Court makes other holdings and findings that I won't bother you with here. Needless to say, the decision is wholly against us. The court finds the claims against Mr. Obama's citizenship "wholly unpersuasive and bordering on the frivolous, especially in light of the complete absence of any first-hand evidence on any critical issue" and further classifies it as "conspiracy theory of the lowest sort, fueled by nothing than internet rumor and those who truly want to believe egging each other on.""

**And what prompted Lan Lamphere to state the following?**

"There is no need to file a lawsuit against Barack Obama. No court will ever hear it and no committee will ever act on it even if it was won." - Lan Lamphere

**Found here:**

http://www.lanlamphere.com/public/2008/11/14/virginia-state-court-dismisses-action-challenging-obamas-eligibility-to-be-president/

**If this is not another attempt by the Obama camp to shore up credibility and discredit those such as Philip J Berg, please respond with proof to the contrary.**

**Also, anyone affiliated with Circuit Court Judge Walter W. Stout III in Richmond Virginia, we would love to get a response from you.**

**\*\* UPDATE \*\***

I Just found this on

[http://americamustknow.com/virginiacase.aspx](http://americamustknow.com/virginiacase.aspx)

"Message:

RE: WILD BILL CASE

I too believe that this case is a "fake case" based on the following:

1. I conducted multiple searches for the case at http://wasdmz2.courts.state.va.us/CJISWeb/circuit.html — Using a variety of names, including Board of Elections, Elections, Election, etc. — and no case was reported.

2. I contacted Judge Stout's Office (the judge in the case, per Wild Bill. (Info at http://www.courts.state.va.us/courts/circuit/Richmond/home.html). The clerk there could find no record of the case in the docket.

3. I contacted two local Richmond newspapers, with all the info available. There was no subsequent report on the case. Given that at least local news has reported on all similar cases, I find it very hard to believe that local Richmond news would not report on such a substantial opinion.

============

While you and I may have drawn different conclusions about the "facts," I believe that we both seek the truth and, therefore, provide this research - which you can verify yourself - for your consideration."


USSC dockets - pending cases against Obama disappear from the calender; Donofrio, Wrotnowski, Schneller, Berg applications and Lightfoot all removed. The other 2008 cases having nothing to do with Obama were still there.


January 23rd scheduled as a briefing day.  This was gone too.


Cache showing calender/docket a few days prior:


Google's cache of http://origin.www.supremecourtus.gov/docket/08a524.htm. It is a snapshot of the page as it appeared on Jan 17, 2009 23:15:20 GMT. The current page could have changed in the meantime. Learn more

Full version

These search terms are highlighted: lightfoot bowen These terms only appear in links pointing to this page: docket

No. 08A524

Title:

Gail Lightfoot, et al., Applicants

v.

Debra Bowen, California Secretary of State

Docketed:

Lower Ct: Supreme Court of California

Case Nos.: (S168690)

~~~Date~~~ ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~~

Dec 12 2008 Application (08A524) for a stay pending the filing and disposition of a petition for a

writ of certiorari, submitted to Justice Kennedy.

Dec 17 2008 Application (08A524) denied by Justice Kennedy.

Dec 29 2008 Application (08A524) refiled and submitted to The Chief Justice.

Jan 7 2009 DISTRIBUTED for Conference of January 23, 2009.

Jan 7 2009 Application (08A524) referred to the Court.

Jan 13 2009 Suggestion for recusal received from applicant.

~~Name~~~~~~~~~~~~~~~~~~~~ ~~~~~~~Address~~~~~~~~~~~~~~~~~~ ~~Phone~~~

Attorneys for Petitioners

Orly Taitz 26302 La Paz (949) 683-5411

Counsel of Record Mission Viejo, CA 92691

Party name: Gail Lightfoot, et al.

http://www.supremecourtus.gov/casedistribution/casedistributionschedule2008.pdf

---------------------------------------------------

This is what you got when trying to search for her case January 21: "**Not Found** The requested URL /docket/08a524.htm was not found on this server."

Lisa Ostella

Defend Our Freedoms Foundation

http://defendourfreedoms.org

Peace through Strength

http://www.barofintegrity.com

Lisa Ostella

Defend Our Freedoms Foundation

http://defendourfreedoms.org

Peace through Strength

http://www.barofintegrity.com

## SELECTIVE SERVICE FORM PROBLEMS:

## FREEDOM OF INFORMATION ACT (source:  Debbie Schlussel):

Did President-elect Barack Hussein Obama commit a federal crime in September of this year? Or did he never actually register and, instead, did friends of his in the Chicago federal records center, which maintains the official copy of his alleged Selective Service registration commit the crime for him?

It's either one or the other, as indicated by the release of Barack Obama's official Selective Service registration for the draft. A friend of mine, who is a retired federal agent, spent almost a year trying to obtain this document through a Freedom of Information Act request, and, after much stonewalling, finally received it and released it to me.

But the release of Obama's draft registration and an accompanying document, posted below, raises more questions than it answers. And it shows many signs of fraud, not to mention putting the lie to Obama's claim that he registered for the draft in June 1979, before it was required by law.



The official campaign for President may be over. But Barack Obama's Selective Service registration card and accompanying documents show that questions about him are not only NOT over, but if the signature on the document is in fact his, our next Commander-in-Chief may have committed a federal crime in 2008, well within the statute of limitations on the matter. If it is not his, then it's proof positive that our next Commander-in-Chief never registered with the Selective Service as required by law. By law, he was required to register and was legally able to do so until the age of 26.

But the Selective Service System registration ("SSS Form 1") and accompanying computer print-out ("SSS Print-out), released by the Selective Service show the following oddities and irregularities, all of which indicate the document was created in 2008 and backdated:

### * Document Location Number Indicates Obama Selective Service Form was Created in 2008

First, there is the Document Location Number (DLN) on the form. In the upper right hand corner of the Selective Service form SSS Form 1, there is the standard Bates-stamped DLN, in this case "0897080632," which I've labeled as "A" on both the SSS Form and the computer printout document. On the form, it reflects a 2008 creation, but on the printout, an extra eight was added in front of the number to make it look like it is from 1980, when it was actually created in 2008.

As the retired federal agent notes:

Having worked for the Federal Government for several decades, I know that the standardization of DLNs have the first two digits of the DLN representing the year of issue. That would mean that this DLN was issued in 2008. The DLN on the computer screen printout is the exact same number, except an 8 has been added to make it look like it is from 1980 and give it a 1980 DLN number. And 1980 is the year Senator/President Elect Obama is said to have timely registered. So, why does the machine-stamped DLN reflect this year (2008) and the DLN in the database (which was manually input) reflect a "corrected" DLN year of 1980? Were all the DLNs issued in 1980 erroneously marked with a 2008 DLN year or does the Selective Service use a different DLN system then the rest of the Federal Government? Or was the SSS Form 1 actually processed in 2008 and not 1980?

It's quite a "coincidence" . . . that is, if you believe in coincidences, especially in this case.

Far more likely is that someone made up a fake Selective Service registration to cover Obama's lack of having done so, and that the person stamping the form forgot (or was unable to) change the year to "80" instead of the current "08". They either forgot to fake the DLN number or couldn't do so.

And guess where the Selective Service registrations are marked and recorded? Lucky for Obama, it's his native Chicago. From an article entitled, "Post Office Registration Process", on the Selective Service website:

When a young man reaches 18 he can go to any of the 35,000 post offices nationwide to register with Selective Service. There he completes a simple registration card and mails it to the Selective Service System. This begins a multi-step process which results in the man's registration.

Each week approximately 6,000 completed registration cards are sent to the **Selective Service System's Data Management System (DMC) near Chicago, Ill.** At the DMC these cards are grouped into manageable quantities. **Each card is then microfilmed and stamped with a sequential document locator number.** The processed microfilm is reviewed to account for all documents and to ensure that the film quality is within strict standards. After microfilming, the cards are keyed and then verified by a different data transcriber.

The Document Locator Number (DLN) is an automatic function (Selective Service record-keeping, specifically the DLN is described on pages 7-8 of this Federal Register document), with the first two digits comprising the year, and it was not changed to "08" in error. So if the form was filed and processed in 1980, how did it get a 2008 DLN?!

**\* Obama's Selective Service Registration Form is Apparently 1990 Form Altered to Appear Like 1980 Form**

On the SSS Form 1, in the lower left hand corner is the form number (SSS Form 1) and the month and year version of the form, labeled as "**B**". On this particular Form 1, it clearly shows the month as "FEB" (February), and the year is either "80" or "90". The retired federal agent investigated further:

Magnification of the form both physically (with a 10x glass) or with different image software does not reflect a clear cut result of either a "80" or a "90".

But, checking the history of SSS Form 1 (see http://www.reginfo.gov/public/do/PRAViewICR?ref_nbr=198002-3240-001#), it's apparent that in February 1980, the Selective Service agency **withdrew a "Request for a new OMB control number" for SSS Form 1** (see also, **here**)--meaning the agency canceled its previous request for a new form, and one was never issued in "FEB 1980".

Since under the Paperwork Reduction Act of 1980, Pub. L. No. 96-511, 94 Stat. 2812 (Dec. 11, 1980), codified in part at Subchapter I of Chapter 35 of Title 44 a federal agency can not use a form not approved by OMB (Office of Management and Budget), it's nearly impossible for Senator/President-Elect Obama's SSS Form 1 to be dated "Feb 1980." And since that makes it almost certainly dated "Feb 1990," then how could Barack Obama sign it and the postal clerk stamp it almost ten (10) years before its issue?! Simply not possible.

The lower right hand corner reflects that the Obama SSS form 1 was approved by OMB with an approval number of 19??0002, labeled as "**C**". The double question marks (??) reflect digits that are not completely clear.

**\* Barack Obama's Signature is Dated After Postal Stamp Certifying His Signature**

Barack H. Obama signed the SSS Form 1's "Today's date" as **July 30, 1980**, labeled "**D**". But the **Postal Stamp** reflects the PREVIOUS day's date of **July 29, 1980**, labeled "**E**". Yes, Obama could have mistakenly written the wrong date, but it is rare and much more unlikely for someone to put a future date than a past date. (Also note how Barry made such a "cute" peace sign with the "b" inside the "O" of his signature. Touching.)

**\* Postal Stamp is Incorrect, Discontinued in 1970**

Then, there is the question as to whether the Postal Stamp is real. The "postmark" stamp--labeled "**E**"--is hard to read, but it is clear that at the bottom is "USPO" which stands typically for United States Post Office. However, current "postmark" validator, registry, or round dater stamps (item 570 per the Postal Operations Manual) shows "USPS" for United States Postal Service. The change from Post Office to Postal Service occurred on August 12, 1970, when President Nixon signed into law the most comprehensive postal legislation since the founding of the Republic--Public Law 91-375. The new Postal Service officially began operations on July 1, 1971.

Why was an old, obsolete postmark round dater stamp used almost ten (10) years after the fact to validate a legal document . . . that just happened to be Barack Obama's suspicious Selective Service registration form?

**\* Form Shows Barack Obama didn't have ID**

The SSS Form 1 states "NO ID", labeled "**F**". Since that's the case, then how did the Hawaiian postal clerk know that the submitter was really Barack H. Obama, who may have been on summer break from attending Occidental College in California. How would they determine whether the registrant was truly registering and not a relative, friend, or other imposter?

**\* The Selective Service Data Mgt. Center Stonewalled for Almost a Year on Obama Registration, Until Right Before the Election.**

The retired federal agent who FOIA'd Barack Obama's Selective Service Registration Form notes:

Early this year, when I first started questioning whether Obama registered I was told: Sir: There may be an error in his file or many other reasons why his registration cannot be confirmed on-line. However, I did confirm with our Data Management Center that he is, indeed, registered with the Selective Service System, in compliance with Federal law.

Sincerely,

Janice L. Hughes/SSS

Then, they suddenly found the record on September 9, 2008 (prior to my October 13, 2008 request), and stated that his record was filed on September 4, 1980. Did they temporarily change the date on the computer database?

On the previous FOIA response, they stated that it was filed on September 4, 1980. In my second request I mentioned that Obama could not have filed it in Hawaii on September 4, 1980 as he was attending Occidental College in California, the classes of which commenced August 24, 1980.

**\* Other Questions: Missing Selective Service Number, FOIA Response Dated Prior to FOIA Request, Missing Printout Page**

Where is Obama's Selective Service number (61-1125539-1) on the card?

And the retired federal agent notes that the Selective Service Data Management Center prepared its response to his FOIA request prior to the request having been made:

The last transaction date is 09/04/80 [DS: labeled "**G**"], but the date of the printout is 09/09/08 [DS: labeled "**H**"]. My FOIA was dated October 13 so why did they prepare the printout BEFORE I submitted my FOIA? I gave them no "heads up" that I was sending it. In fact it was not mailed until late October--around the 25th.

Also, notice the printout was page 1 of 2 [DS: labeled "**I**"].  Where is the other page, and what's on it?

A lot of questions here. And a lot of huge hints that this government-released, official Barack Obama Selective Service registration was faked. Either he signed the fake backdated document, or someone else faked his signature and he never registered for the draft (and lied about it).

Which is it?

It's incredible that our impending Commander-in-Chief either didn't register for the draft or did so belatedly and fraudulently.

The documents indicate it's one or the other.

**UPDATE 11/14/08**: Retired Federal Agent Source Reveals Himself:

The recently retired federal agent has requested that I disclose his identity so that there is no question as to the source of the information.

His name is Stephen Coffman. He retired last year from the position of the Resident Agent in Charge of Immigration and Customs Enforcement's (ICE) Galveston, Texas office. He has over 32 years of government service and has held a Secret or higher security clearance for the majority of those years.

He filed the FOIA with Selective Service and has the original letter and the attachments. He first notified the Selective Service of his findings and they ignored the questions.

He can be reached via email at retirediceagent@sbcglobal.net.

---

**FW: Wikipedia Deletion**

Friday, February 27, 2009 6:10 PM

Lisa Ostella

Defend Our Freedoms Foundation

http://defendourfreedoms.org

Peace through Strength

http://www.barofintegrity.com

---

From: lisaostella@hotmail.com

To: michaelangelorum@gmail.com

Subject: FW: Wikipedia Deletion

Date: Thu, 26 Feb 2009 22:24:08 -0500

Email 2 of wikipedia

Laura's response below explaining what the banner was.

Lisa Ostella

Defend Our Freedoms Foundation

http://defendourfreedoms.org

Peace through Strength

http://www.barofintegrity.com

---

From: laura@
To: lisaostella dr_taitz@yahoo.com
Subject: re: FW: Wikipedia Deletion
Date: Fri, 6 Feb 2009 16:25:40 -0700

The banner is for a link to a movie showing the hanging of Saddam Hussein.

---

**From**: "Lisa Ostella"
**Sent**: Friday, February 06, 2009 5:28 PM
**To**: laura@

"Orly Taitz" <dr_taitz@yahoo.com>
**Subject**: FW: Wikipedia Deletion

Hi Laura,

I'm introducing you here to Dr. Orly Taitz.  She is the lead attorney for Keyes v. Bowen and Keyes v. Obama.

Can you do me a favor?  In a wiki article that references a partial list of attorneys pertaining to these cases on Natural Born Citizen, the attorneys' link goes to an odd site:

http://www.dirking.net/dirking-1470.html

At the top of that site is a banner with arabic.  Is this an innocent ad or does it insinuate anything?

Thank you!

Lisa Ostella
Defend Our Freedoms Foundation
http://defendourfreedoms.org
Peace through Strength
http://www.barofintegrity.com

---

Date: Fri, 6 Feb 2009 13:59:18 -0800
From: dr_taitz@yahoo.com
Subject: Fw: Wikipedia Deletion

To:


Can smbd help me get to the bottom of this. When I go to the link "partial list of lawyers", there is a flashing sign in Arabic. Do you know anybody who speaks Arabic? What does this sign mean?

Orly

Orly Taitz DDS Esq

26302 La Paz ste 211
Mission Viejo Ca 92691

29839 S. Margarita Pkwy
Rancho Santa Margarita Ca 92688

ph. w 949-586-8110 c-949-683-5411
fax 949-586-2082

--- On **Fri, 2/6/09, Michael**  wrote:
From: Michael redacted
Subject: Wikipedia Deletion
To: dr_taitz@yahoo.com
Date: Friday, February 6, 2009, 1:26 PM

Hi Orly.

I have been looking into why your article on Wiki was deleted.

It seems a user going by the name of Bali ultimate started the discussion .. (see bottom of this page) seems to have Arab/Islamic connections

http://en.wikipedia.org/w/index.php?title=Wikipedia:Articles_for_deletion/Orly_taitz&action=history

It seems Bali ultimate has an interest in ACORN (click on 'contribs' beside the Bali ultimate listing at the very bottom of the above page)    Then click on 'Earlest' (bottom left corner) to get this with a lot of input on the topic of ACORN ....

http://en.wikipedia.org/w/index.php?title=Special:Contributions&dir=prev&target=Bali+ultimate

I then did a Google search on 'Bal ultimate' and found this ....

http://www.google.com.au/search?hl=en&client=firefox-a&rls=org.mozilla.en-US:official&hs=vOs&q=Bali+ultimate&start=20&sa=N

and went to this (4 down on the google list)   http://www.dirking.net/

 The forum on this site . http://www.dirking.net/vb/   about 'Dirking' the administrator of the forum (a Tax lawyer)   http://dirking.net/page-you.html   The only other member of this forum is 'Basam' the 'Super Moderator'  Here's a partial list of lawyers on the dirking site.  http://www.dirking.net/dirking-1470.html

regards,

 Michael.

        -----Original Message-----
        **From:** Orly Taitz [mailto:dr_taitz@yahoo.com]
        **Sent:** Sunday, February 01, 2009 12:31 PM
        **To:** Michael
        **Subject:** Re: Proof jus sanguinis was embraced in US Constitution using the term 'natural born'



        thank you Michael

        Orly


        Orly Taitz DDS Esq

        26302 La Paz ste 211
        Mission Viejo Ca 92691

        29839 S. Margarita Pkwy
        Rancho Santa Margarita Ca 92688

        ph. w 949-586-8110 c-949-683-5411
        fax 949-586-2082

        --- On **Sat, 1/31/09, Michael (redacted)** wrote:

        From: Michael (redacted)

        Subject: Proof jus sanguinis was embraced in US Constitution using the term 'natural born'


        To: dr_taitz@yahoo.com

Date: Saturday, January 31, 2009 , 5:29 PM

Hi Orly.

Here's another point that might be useful.

It is in my debate here ..... note in particular the reference made to British common law, and my response regarding eligibility for monarch of Britain is by 'born of the parents' aka jus sanguinis.

Goes like this ......

*redacted* shouldn't need to repeat the <u>FACT that jus sanguinis was the principle that was embraced by the framers of US Constitution</u>, the intention being for 'natural born' citizen to mean one born of parents (at least the father) who themselves were US citizens.

What do YOU THINK ' natural born' was supposed to mean to the framers, in the context of the adoption of the US Constitution and eligibility for POTUS?

It might be reasonable to consider that to the framers, those born in the newly established nation, could claim to be citizens (not 'natural born') and most likely would be recognized as such, given they and/or their parents were not British-Loyalists. .............. but this has nothing to do with the Constitutional Article that is specific to qualification for POTUS.

The article of the Constitution which addresses qualification for POTUS, establishes a clear distinction between 'citizen' and 'natural-born citizen' by virtue of being mentioned.

So we have it, that at the time of the framing an adoption of the US Constitution .............. a 'citizen' (ordinary not 'natural-born') is one born to parents loyal to the new nation of USA .............. this could include parents who priorly were British Subjects.

**<u>'Citizen' could NOT have meant one born in the land</u>**, due to the FACT that there were many British-Loyalists and their CHILDREN still inhabiting the new found nation of USA ............ these British-Loyalists certainly did NOT consider themselves as 'citizens' of USA, they certainly did NOT consider their CHILDREN as 'citizens' of USA and they were obviously NOT considered as 'citizens' by the framers and those others who were loyal to the new born nation of USA.

<u>IT WAS THE LOYALTY OF THE PARENTS WHICH WAS TO BE THE CRITERIA FOR ONE TO HAVE A CLAIM OF US CITIZENSHIP TO AND BE RECOGNIZED A(ordinary)US CITIZEN.</u>

Therefore the common-sense principle that **was adopted and intended to determine (ordinary 'citizen')US citizenship was <u>WITHOUT DOUBT ................ JUS SANGUINIS.</u>**

So you ask .......... what then did 'natural-born citizen' mean?

It certainly <u>DID **NOT** MEAN born in the land</u>, as the only criteria. (aka jus soli)

It certainly <u>DID NOT MEAN born to residents of the land</u> as the only criteria.

It certainly <u>DID NOT MEAN born in the land and to residents</u> in the land.

It **DID MEAN <u>born to parents</u>** who were loyal to the new-found nation, who claimed to be and were recognized by their fellow revolutionaries as 'citizens' and intended for their children to be the inheritors and future of the nation's body populous.

## It was <u>WITHOUT DOUBT jus sanguinis</u> that was the principle which was used to qualify 'natural-born citizen'.

**UPDATE 11/17/08**: Below are scans of the letter and envelope that accompanied Barack Obama's fraudulent registration for the draft (I've cropped the blank white space):



## Selective Service System

**National Headquarters / Arlington, Virginia 22209-2425**

http://www.sss.gov

October 29, 2008

Mr. J. Stephen Coffman



Dear Mr. Coffman:

This is in reply to your Freedom of Information Act request dated October 13 and received October 27, 2008, requesting Barack H. Obama's registration form. A copy is enclosed.

Also, the enclosed computer inquiry screen indicates that his registration number is 61-1125539-1, as previously provided to you.

Thank you for your inquiry. If we may be of further assistance, please do not hesitate to contact the Office of Public and Intergovernmental Affairs at the above address. Our telephone number is (703) 605-4100.

Sincerely,

Richard S. Flahavan
Associate Director for Public &
Intergovernmental Affairs

Enclosures

**Barry Soetoro**

Barry Soetoro was registered in a public school as an Indonesian citizen by the name of Barry Soetoro and his father was listed as Lolo Soetoro, M.A. Indonesia did not allow foreign students to attend their public schools in the late 1960's or 1970's, and any time a child was registered for a public school, the child's name and citizenship status were verified through the Indonesian Government. It appears that Soetoro became an Indonesian citizen.

These 2 screenshots of the Indonesian school registration pages show Barry Soetoro.

```
REGISTRATION or GRADEBOOK

NO. 203.

1. The name of the pupil: Barry Soetoro

2. The place and date of birth: Honolulu 4-8-1961

3. The nation
        a. of Citizenship: Indonesia
        b. The foreign descendants:
        c. The ethnic group:

4. The religion: Islam

5. Address of the pupil: Menteng Dalam R001/R003

6. From which school (moved from) and what class: ???

7.      a. Date accepted: 1-1-1968 (January 1, 1968)
        b. Grade: I (First grade)

8.      a. The name of the parents Mr./Ms.: L. Soetoro M A (Lolo Soetoro)
        b. Occupation/Job: (???? Geography ????)
        (name of the mother will only be used if father is deceased)
        c. Address: Menteng Dalam R001/R003

9. The name of the guardian:
        (??? was filled up, ??? parents of the pupil were not available, already ???? ????
        because another thing )
        b. Occupation/Job:
        c. The address: Menteng Dalam R001/R003

10. Left this school:
        a. ?? was finished. Outside from the class:      The date:
        b. ?? recieved ?? the date:      No.
        c. ?? the school to:

11. Other information:
```

**This item along should be investigated.   When Barry Soetoro registered as an attorney, he entered NONE for former names.  Yet he registered by Barack Hussein Obama.**



ARDC ATTORNEY REGISTRATION & DISCIPLINARY COMMISSION
OF THE SUPREME COURT OF ILLINOIS

WEBSITE INFORMATION | SEARCH SITE | HOME

Lawyer Search

Lawyer Registration

How to Submit a Request For Investigation

Rules and Decisions

Ethics Inquiry Program

Publications

New Filings, Hearing Schedules and Clerk's Office

Client Protection Program

Resources & Links

ARDC Organizational Information

### LAWYER SEARCH: ATTORNEY'S REGISTRATION AND PUBLIC DISCIPLINARY RECORD

ARDC Individual Attorney Record of Public Registration and Public Disciplinary and Disability Information as of April 25, 2008 at 11:50:44 AM:

| | |
|---|---|
| **Full Licensed Name:** | Barack Hussein Obama |
| **Full Former name(s):** | None |
| **Date of Admission as Lawyer by Illinois Supreme Court:** | December 17, 1991 |
| **Registered Business Address:** | Not available online |

Unknown Zone

# SANKEY INVESTIGATIONS, INC.

January 2, 2009

Dr. Orly Taitz, Esquire

**RE:       Research - BARACK H. OBAMA**

Dear Doctor Taitz,

I am a Private Investigator, duly licensed in the State of California and have been so licensed for the past twenty five years. I am a Naturalized American Citizen.

I am experienced in all types of Investigation, both Criminal and Civil, having spent twenty years in the British Police, serving as a Detective at New Scotland Yard for many years. In the interest of our Country and in defense of our Constitution I have been assisting with Research and Investigation wherever necessary.

During the course of the work I have been doing in the past six months, regarding the activities and qualifications of Mr. Obama, I have kept a record of all of the addresses in regards to which I have seen the use of his name. The records and databases I use are many and varied being accumulated for many different reasons but all are of Public Record and the documents I have used are available to the General Public, with, or without the payment of fees.

I have compiled the below list which I have previously forwarded to you:

*********************************************************************************************
*********

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address - **1617 S BERETANIA ST APT 100**
City, State, Zip - **HONOLULU HI 96826-1106**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age - **73**
Date of Birth - **Mar 23, 1918**
Deceased - **Yes**
Date Record Verified - **Jan 95 - Jan 96**
*********************************************************************************************
*********

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address -
City, State, Zip - **96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security --**xxxx**
Age - **73**
Date of Birth - **Mar 23, 1918**
Deceased - **Yes**
Date Record Verified - **Feb 92**
*********************************************************************************
*********

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address - **111 S KING ST**
City, State, Zip - **HONOLULU HI 96813-3504**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **xxxx**
Age - **73**
Date of Birth - **Mar 23, 1918**
Deceased - **Yes**
Date Record Verified - **Jan 90**
*********************************************************************************
*********

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address - **1617 S BERETANIA ST APT 1008**
City, State, Zip - **HONOLULU HI 96826-1112**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - -**xxxx**
Age - **73**
Date of Birth - **Mar 23, 1918**
Deceased - **Yes**
Date Record Verified -
******


*********************************************************************************
*********

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **1617 S BERETANIA ST APT 1008**
City, State, Zip - **HONOLULU HI 96826-1112**

Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security --**xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Mar 87 - Dec 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **1617 S BERETANIA ST APT 1008**
City, State, Zip - **HONOLULU HI 96826-1112**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - -**xxxx**
Age - **67**
Date of Birth - **1942**
Deceased - **No**
Date Record Verified - **Mar 87 - Aug 07**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address -
City, State, Zip - **96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - -**xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Nov 95**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **C O MADELYN DUNHAM**
City, State, Zip - **HONOLULU HI 96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Oct 95**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **C O MADELYN DUNHAM**
City, State, Zip - **HONOLULU HI 96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - -**xxxx**
Age - **67**
Date of Birth - **1942**
Deceased - **No**
Date Record Verified - **Oct 95**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **8 WEST ST APT 4**
City, State, Zip - **NEW YORK NY 10004-1001**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security --**xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Oct 94 - Jan 95**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **8 WEST ST APT 4**
City, State, Zip - **NEW YORK NY 10004-1001**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - -**xxxx**
Age - **67**
Date of Birth - **1942**
Deceased - **No**
Date Record Verified - **Oct 94 - Jan 95**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **235 E 40TH ST**
City, State, Zip - **NEW YORK NY 10016-1744**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -

Social Security - -**xxxx**
Age - **67**
Date of Birth - **1942**
Deceased - **No**
Date Record Verified - **Apr 93**

*********************************************************************************
*********

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **1512 SPRECKELS ST STE E402**
City, State, Zip - **HONOLULU HI 96822-4658**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - -**xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 92**

*********************************************************************************
*********

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **1512 S**
City, State, Zip - **HONOLULU HI 96822**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - -**xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 90 - Dec 91**

*********************************************************************************
*********

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **1512 SPRECKELS ST APT 402**
City, State, Zip - **HONOLULU HI 96822-4660**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - -**xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Jan 87**

*********************************************************************************
*********

Name - **DUNHAM, STANLEY ANN**

Gender - **Male**
Street Address - **235 E 40TH ST APT 8F**
City, State, Zip - **NEW YORK NY 10016-1747**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified -
******************************************************************************************
*********

Name - **ALBRIKTSEN, PHYLISS**
Gender - **Female**
Street Address - **4424 156TH ST SE**
City, State, Zip - **BOTHELL WA 98012-4718**
Probable Current Address - **No**
Telephone - **425-485-8815 - PST**
Telephone Accountholder -
Social Security - **-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified –

******************************************************************************************
*********

Name - **OBAMA, BARAC**
Street Address - **3 MULTIPLE ST**
City, State, Zip - **DENVER CO 80207**
Probable Current Address - **No**
Telephone - **303-451-8454 - MST**
Telephone Accountholder -
Social Security - **-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08**
******************************************************************************************
*********

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **355 POMELO AVE**
City, State, Zip - **BREA CA 92821-4129**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -

Social Security - **-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Dec 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **123 WHITE HOUSE**
City, State, Zip - **IRVINE CA 92618**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Jun 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **3535 OLIVE ST**
City, State, Zip - **DENVER CO 80207-1523**
Probable Current Address - **No**
Telephone - **720-336-7722 - MST**
Telephone Accountholder -
Social Security - **-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **40 TRANSFER ST**
City, State, Zip - **DENVER CO 80207**
Probable Current Address - **No**
Telephone - **303-545-0199 - MST**
Telephone Accountholder -
Social Security - **-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 07 - Mar 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **713 HART SENATE**
City, State, Zip - **WASHINGTON DC 20510-0001**
Probable Current Address - **No**

Telephone -
Telephone Accountholder -
Social Security - -**xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Nov 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **15 A 1A**
City, State, Zip - **MANALAPAN FL 33462**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 08 - May 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **APPLE ST**
City, State, Zip - **MELBOURNE FL 32940**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security --**xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Dec 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **1603 RUCKER RD**
City, State, Zip - **ALPHARETTA GA 30004-1435**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -**xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**

Street Address - **505 FARR RD APT C**
City, State, Zip - **COLUMBUS GA 31907-6275**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 08 - Mar 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **505 FARR RD APT C**
City, State, Zip - **COLUMBUS GA 31907-6275**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **559 W GOLF RD**
City, State, Zip - **ARLINGTON HEIGHTS IL 60005-3904**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **14 W ERIE ST**
City, State, Zip - **CHICAGO IL 60610-5397**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 05 - Jan 06**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **10131 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **217-782-5338 - CST**
Telephone Accountholder -
Social Security - -**xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **10131 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **773-363-1996 - CST**
Telephone Accountholder -
Social Security - -**xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **10131/2 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **217-782-5338 - CST**
Telephone Accountholder -
Social Security - -**xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **10131/2 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **773-363-1996 - CST**
Telephone Accountholder -
Social Security - -**xxxx**
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **5450 S EAST VIEW PARK APT 1**
City, State, Zip - **CHICAGO IL 60615-5916**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 02 - May 05**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **5046 S GREENWOOD AVE**
City, State, Zip - **CHICAGO IL 60615-2806**
Probable Current Address - **Yes**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 05 - Nov 05**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **5046 S GREENWOOD AVE**
City, State, Zip - **CHICAGO IL 60615-2806**
Probable Current Address - **No**
Telephone - **773-684-4809 - CST**
Telephone Accountholder -
Social Security - **-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 05 - Nov 05**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **7436 S EUCLID AVE**
City, State, Zip - **CHICAGO IL 60649-3626**

Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 93**
*************************************************************************************
*********

Name - **OBAMA, BARACK**
Street Address - **567 WESTLY N**
City, State, Zip - **MOUNT PROSPECT IL 60056**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Nov 08**
*************************************************************************************
*********

Name - **OBAMA, BARACK**
Street Address - **610 E OLD WILLOW RD**
City, State, Zip - **PROSPECT HEIGHTS IL 60070-1913**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 06 - Apr 07**
*************************************************************************************
*********

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **56 THORNTON RD**
City, State, Zip - **NEEDHAM MA 02492-4330**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 08**
*************************************************************************************
*********

Name - **OBAMA, BARACK**
Street Address - **123 MAIN ST**
City, State, Zip - **LANSING MI 48910**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 07 - Jul 07**
*********************************************************************************************
*********

Name - **OBAMA, BARACK**
Street Address - **83775 BATES RD**
City, State, Zip - **JACKSON NJ 08527**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Aug 08**
*********************************************************************************************
*********

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **810 E 13TH AVE**
City, State, Zip - **EUGENE OR 97401-3742**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08**
*********************************************************************************************
*********

Name - **OBAMA, BARACK**
Street Address - **918 BAINBRIDGE ST**
City, State, Zip - **PHILADELPHIA PA 19147**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 07 - Aug 07**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **505 CATHARINE ST**
City, State, Zip - **PHILADELPHIA PA 19147-3009**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 07**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **123 MAIN ST**
City, State, Zip - **CHARLESTON SC 29464**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **4034 BRICK CHURCH PIKE**
City, State, Zip - **NASHVILLE TN 37207-1515**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security --**xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Dec 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **1000 NW 33 AVE**
City, State, Zip - **FORT WORTH TX 76180**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - -**xxxx**
Age -

Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Oct 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **1000 33RD AVE NW**
City, State, Zip - **FORT WORTH TX 76180**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **2129 LEMART ST**
City, State, Zip - **GRAND PRAIRIE TX 75051-4034**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Jan 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **435 DALLAS AVE**
City, State, Zip - **LANCASTER TX 75146**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **110 N UNIVERSITY AVE**
City, State, Zip - **LUBBOCK TX 79415-2845**
Probable Current Address - **No**

Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08**

*******************************************************************************
*********

Name - **OBAMA, BARACK**
Street Address - **1464 CARRINGTON LN**
City, State, Zip - **CENTERVILLE UT 84014-1282**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Jan 09**

*******************************************************************************
*********

Name - **OBAMA, BARACK**
Street Address - **PO BOX 1236**
City, State, Zip - **PROVO UT 84603-1236**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 07 - Jan 08**

*******************************************************************************
*********

Name - **OBAMA, BARACK**
Street Address - **111 PENNSYLVANIA AVE**
City, State, Zip - **WASHINGTON UT 84780**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 07 - Feb 08**

*******************************************************************************
*********

Name - **OBAMA, BARACK**
Street Address - **8521 MIRANDA LN**

City, State, Zip - **WOODBRIDGE VA 22191**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Jan 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **OBAMA LN**
City, State, Zip - **FRANKLIN WI 53132**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Jun 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Street Address - **1034 S BROAD ST**
City, State, Zip - **CARLINVILLE IL 62626-2122**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Jan 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **180 N LA SALLE ST APT 2200N**
City, State, Zip - **CHICAGO IL 60601-2501**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - -**xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 07 - Jun 07**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **1440 E 52ND ST**
City, State, Zip - **CHICAGO IL 60615-4131**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age - **47**
Date of Birth - **Aug, 1961**
Deceased - **No**
Date Record Verified - **Apr 86**

*********************************************************************************
*********

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5450 S EAST VIEW PARK APT 1**
City, State, Zip - **CHICAGO IL 60615-5916**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age - **47**
Date of Birth - **Aug, 1961**
Deceased - **No**
Date Record Verified -

*********************************************************************************
*********

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5450 EASTVIEW PARK S APT 1**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age - **47**
Date of Birth - **Aug, 1961**
Deceased - **No**
Date Record Verified -

*********************************************************************************
*********

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5429 S HARPER AVE APT 1N**
City, State, Zip - **CHICAGO IL 60615-5548**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**

Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified - **Oct 86**
*****************************************************************************************
*********

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5324 S KIMBARK AVE**
City, State, Zip - **CHICAGO IL 60615-5287**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - -**xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified - **Jun 88 - Dec 90**
*****************************************************************************************
*********

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **N 1N**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - -**xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified - **Jan 88**
*****************************************************************************************
*********

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **54501 SE VW**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **000-684-4809**
Telephone Accountholder -
Social Security - -**xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased – **No**

*****************************************************************************************
*********

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5450 E VIEW PARK APT 1**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **54501 SE VIEW PARK**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **7436 S EUCLID**
City, State, Zip - **CHICAGO IL 60649**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age - **47**
Date of Birth - **Aug, 1961**
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **365 BROADWAY APT B1**
City, State, Zip - **SOMERVILLE MA 02145-2440**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age - **47**

Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **4085 JACOBS LNDG**
City, State, Zip - **SAINT CHARLES MO 63304-7495**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Dec 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **300 MASSACHUSETTS AVE NW**
City, State, Zip - **WASHINGTON DC 20001-2629**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 05**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **180 N LA SALLE ST STE 2200**
City, State, Zip - **CHICAGO IL 60601-2610**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 07 - Jun 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **5450 S EAST VIEW PARK # 1**

City, State, Zip - **CHICAGO IL 60615-5916**

Probable Current Address - **No**

Telephone -

Telephone Accountholder -

Social Security - **-xxxx**

Age -

Date of Birth -

Deceased - **No**

Date Record Verified - **Jul 02 - Jul 06**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**

Gender - **Male**

Street Address - **5046 S GREENWOOD AVE**

City, State, Zip - **CHICAGO IL 60615-2806**

Probable Current Address - **Yes**

Telephone -

Telephone Accountholder -

Social Security - **-xxxx**

Age -

Date of Birth -

Deceased - **No**

Date Record Verified - **Jun 05 - Apr 08**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**

Gender - **Male**

Street Address - **5046 S GREENWOOD AVE**

City, State, Zip - **CHICAGO IL 60615-2806**

Probable Current Address - **No**

Telephone - **773-684-4809 - CST**

Telephone Accountholder -

Social Security - **-xxxx**

Age -

Date of Birth -

Deceased - **No**

Date Record Verified - **Jun 05 - Apr 08**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**

Gender - **Male**

Street Address - **54501 E VIEW PARK S**

City, State, Zip - **CHICAGO IL 60615**

Probable Current Address - **No**

Telephone -

Telephone Accountholder -

Social Security - **-xxxx**

Age -

Date of Birth -

Deceased - **No**

Date Record Verified - **Jun 97 - Aug 04**

```
*****************************************************************************
                                  *********
```

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **PO BOX 49798**
City, State, Zip - **CHICAGO IL 60649**
Probable Current Address - **No**
Telephone - **773-684-4809 - CST**
Telephone Accountholder -
Social Security - **-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified - **Sep 99**

```
*****************************************************************************
                                  *********
```

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **365 BROADWAY APT B1**
City, State, Zip - **SOMERVILLE MA 02145-2440**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age - **119**
Date of Birth - **1890**
Deceased - **No**
Date Record Verified -

```
*****************************************************************************
                                  *********
```

Name - **OBAMA, BARAK**
Street Address - **1619 S BENTLEY AVE**
City, State, Zip - **LOS ANGELES CA 90025-3586**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Jan 09**

```
*****************************************************************************
                                  *********
```

Name - **OBAMA, BARAK**
Street Address - **1009 DIGITAL HWY**
City, State, Zip - **LOS ANGELES CA 90045**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 05 - Apr 06**
*************************************************************************

*********

Name - **OBAMA, BARAK**
Street Address - **1680 VIDEO DR**
City, State, Zip - **LOS ANGELES CA 90045**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security --**xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 05 - Mar 06**
*************************************************************************

*********

Name - **OBAMA, BARAK**
Street Address - **40 TRANSFER ST**
City, State, Zip - **DENVER CO 80207**
Probable Current Address - **No**
Telephone - **303-231-4876 - MST**
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 07 - Mar 08**
*************************************************************************

*********

Name - **OBAMA, BARAK**
Gender - **Male**
Street Address - **22 SCOTT RD**
City, State, Zip - **SOUTHINGTON CT 06489**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08**
*************************************************************************

*********

Name - **OBAMA, BARAK**
Gender - **Male**
Street Address - **123 SOUTH DR**
City, State, Zip - **MIAMI SPRINGS FL 33166-5921**

Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08 - Dec 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **1234 HAPPY ST SE**
City, State, Zip - **COVINGTON WA 98042**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK QUINCY**
Street Address - **523 S EDGEWOOD AVE**
City, State, Zip - **LA GRANGE IL 60525-6132**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 04 - Dec 04**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAKE**
Street Address - **1313 LANE**
City, State, Zip - **BOCA RATON FL 33433**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAQ H**

Street Address - **14300 NE 18TH ST**
City, State, Zip - **VANCOUVER WA 98684-7807**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 08 - Jul 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAQ H**
Street Address - **143NE 18TH ST**
City, State, Zip - **VANCOUVER WA 98684**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARBARA**
Street Address - **506 605TH AVE**
City, State, Zip - **AURORA IL 60506**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 04 - Jan 05**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BAROK**
Street Address - **5290 BARRINGTON RD**
City, State, Zip - **BARRINGTON IL 60192**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 06 - Aug 06**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BAROK E**
Street Address - **535 WISCONSIN**
City, State, Zip - **CHEVY CHASE MD 20815**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 06 - Feb 07**
*************************************************************************************************
*********

Name - **OBAMA, BARRACK**
Street Address - **123 VILLAGE DR**
City, State, Zip - **SHELTON CT 06484-1732**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08**
*************************************************************************************************
*********

Name - **OBAMA, BARRACK**
Gender - **Male**
Street Address - **916 EATON CT**
City, State, Zip - **LAKE VILLA IL 60046-5040**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 08**
*************************************************************************************************
*********

Name - **OBAMA, BARRACK**
Gender - **Male**
Street Address - **1234 MAIN**
City, State, Zip - **ATTICA NY 14011**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Nov 08**
*****************************************************************************************
*********

Name - **OBAMA, BARRACK**
Gender - **Male**
Street Address - **123 MAIN ST**
City, State, Zip - **COLUMBUS OH 43207**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08 - Dec 08**
*****************************************************************************************
*********

Name - **OBAMA, BARRACK**
Street Address - **2323 ARISTOTLE CT**
City, State, Zip - **FAIRFAX VA 22030**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Dec 08**
*****************************************************************************************
*********

Name - **OBAMA, BARRAK**
Street Address - **611 N CAPITOL AVE**
City, State, Zip - **INDIANAPOLIS IN 46204-1205**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Dec 08**
*****************************************************************************************
*********

Name - **OBAMA, BARRAK W JR**
Street Address - **1001 SE 135TH AVE**
City, State, Zip - **PORTLAND OR 97233-1924**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -

Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARROK**
Street Address - **363 NOTLEM ST**
City, State, Zip - **FORT PIERCE FL 34982-7358**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08 - Nov 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARROK O**
Street Address - **123 EAST LN**
City, State, Zip - **LAKE BARRINGTON IL 60010-1939**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 06 - Aug 06**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRY**
Gender - **Male**
Street Address - **5003 OAK HILL DR**
City, State, Zip - **WINTER PARK FL 32792-9253**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BATOCK**
Street Address - **123 MAIN ST**
City, State, Zip - **NORTH CHICAGO IL 60064**

Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BERTRAND H**
Gender - **Male**
Street Address - **11235 OAK LEAF DR APT 1720**
City, State, Zip - **SILVER SPRING MD 20901-1318**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age - **44**
Date of Birth - **Jan, 1965**
Deceased - **No**
Date Record Verified - **Dec 95 - Feb 06**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BERTRAND H OBANG**
Gender - **Male**
Street Address - **11235 OAK LEAF 1720 DR**
City, State, Zip - **SILVER SPRING MD 20901**
Probable Current Address - **No**
Telephone - **301-345-0961 - EST**
Telephone Accountholder -
Social Security -**xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 97 - May 04**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BERTRAND O**
Gender - **Male**
Street Address - **11235 OAK LEAF DR APT 1720**
City, State, Zip - **SILVER SPRING MD 20901-1306**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security --**xxxx**
Age - **45**
Date of Birth - **1964**
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*********

Name - **OBAMA, BETTY**
Street Address - **123 MOHEGAN AVE**
City, State, Zip - **NORTH BRANFORD CT 06471**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - May 08**

*************************************************************************************

*********

Name - **OBAMA, BOB**
Street Address - **4258 FAIRMONT DR**
City, State, Zip - **NAPERVILLE IL 60564**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 08**

*************************************************************************************

*********

Name - **OBAMA, BOB A**
Gender - **Male**
Street Address - **5719 N CANAL # 4**
City, State, Zip - **SPOKANE WA 99216**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Dec 08**

*************************************************************************************

*********

Name - **OBAMA, BORACK**
Street Address - **222 20TH ST**
City, State, Zip - **SAN DIEGO CA 92102-3812**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Jan 08 - May 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*

Name - **OBAMA, BORACK**
Street Address - **1966 BROADWAY ST NE**
City, State, Zip - **SALEM OR 97301-8336**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*

Name - **OBAMA, BORAK**
Street Address - **3112 1 2 ST**
City, State, Zip - **SAINT AUGUSTINE FL 32080**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 08 - Dec 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*

Name - **OBAMA, BORAK**
Street Address - **1213 W MAIN ST**
City, State, Zip - **FORT WAYNE IN 46808-3334**
Probable Current Address - **No**
Telephone - **260-456-9874 - EST**
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Nov 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*

Name - **OBAMA, BRACK**
Street Address - **WHITE HOUSE**
City, State, Zip - **BALTIMORE MD 21454**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **-xxxx**

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Dec 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BRIANNA**
Gender - **Female**
Street Address - **2612 MALDEN DR**
City, State, Zip - **NASHVILLE TN 37210-5434**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Very truly yours,

**SANKEY INVESTIGATIONS**


_____
Neil Sankey, Investigator

Over 100! results found for Michelle Obama nationwide;
including professional results.  Amazing; they are all to
similar entities as Barack Obama...broadcasting,
major companies, some positions as "contributor"...
all seems very questionable.



People Search

First Name        Last Name              State



HomeWhite PagesYellow PagesReverse PhoneZip Codes

FIRST: Michelle    LAST: Obama    CITY:    STATE: All States

**Current & Verified Phone Number & Address found for Michelle Obama.**

Find any unlisted number or address. Search by Maiden Name, Phone Number or SSN.

www.intelius.com

We found over **100+ results** matching **Michelle Obama**. Please provide any additional information above and search again to refine your search results.

Professional Listings Residential Listings Prev 1  2  3  4  5

Found **100+** Results for **Michelle Obama Nationwide**

Residential Listing



Michelle Obama
5046 S Greenwood Ave
Chicago, IL 60615
Phone Unpublished
Add to Address Book | Map

Find More Info for Michelle Obama
Email and Unlisted Phone Lookup
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

Residential Listing



Michelle L Obama
5046 S Greenwood Ave
Chicago, IL 60615
Phone Unpublished
Add to Address Book | Map

Find More Info for Michelle L Obama
Email and Unlisted Phone Lookup
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

Professional Listing



Michelle Obama
One Broadcast Ctr
Amarillo, TX 79101
Phone Unpublished
Add to Address Book |
Map

**Job Title:**
Contributor
**Company:**
KVII

Find More Info for Michelle Obama
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

Professional Listing



Michelle Obama
1045 N Armando St Ave G
Anaheim, CA 92806
Phone Unpublished
Add to Address Book |
Map

**Company:**
Campusbug

Find More Info for Michelle Obama
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

Professional Listing



Michelle Obama
1815 The Exchange Se
Atlanta, GA 30339
Phone Unpublished
Add to Address Book |
Map

**Company:**
Hooters

Find More Info for Michelle Obama
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

Professional Listing



Michelle Obama
501 N Calvert St P 1377
Baltimore, MD 21202
Phone Unpublished
Add to Address Book |
Map

**Company:**
Baltimore Sun

Find More Info for Michelle Obama
Email and Unlisted Phone Lookup
Get Professional Background Info

Get Detailed Background
Report
View Property & Area Info
View Social Network Profile

Professional
Listing



Michelle Obama
2513 N Charles St
Baltimore, MD 21218
Phone Unpublished
Add to Address Book |
Map

**Company:**
Baltimore Times

Find More Info for Michelle
Obama
Email and Unlisted Phone
Lookup
Get Professional Background
Info
Get Detailed Background
Report
View Property & Area Info
View Social Network Profile

Professional
Listing



Michelle Obama
Box 3411
Bloomington, IL 61702
Phone Unpublished
Add to Address Book |
Map

**Company:**
McLean County Democratic
Central Committee

Find More Info for Michelle
Obama
Email and Unlisted Phone
Lookup
Get Professional
Background Info
Get Detailed Background
Report
View Property & Area Info
View Social Network Profile

Professional
Listing



Michelle Obama
500 S Buena Vista St
Burbank, CA 91521
Phone Unpublished
Add to Address Book |
Map

**Company:**
The Walt Disney Co.

Find More Info for Michelle
Obama
Email and Unlisted Phone
Lookup
Get Professional Background
Info
Get Detailed Background
Report
View Property & Area Info
View Social Network Profile

Professional
Listing

Michelle Obama
1303 Cedar Brook Dr

**Company:**
AUSTIN TODAY

Find More Info for Michelle

Cedar Park, TX 78613
Phone Unpublished
Add to Address Book |
Map

Obama
Email and Unlisted Phone
Lookup
Get Professional Background
Info
Get Detailed Background
Report
View Property & Area Info
View Social Network Profile

Found **100+** Results for **Michelle Obama Nationwide** Prev 1  2  3  4  5  Next > (1-10 of 100)

Found **100+** Results for **Michelle Obama Nationwide**

| Professional Listing |  | **Michelle Obama**  2700 E Independence Blvd Charlotte, NC 28205 *Phone Unpublished* Add to Address Book | Map | **Company:** Ovens Auditorium | **Find More Info for Michelle Obama** Email and Unlisted Phone Lookup Get Professional Background Info Get Detailed Background Report View Property & Area Info View Social Network Profile |

| Professional Listing |  | **Michelle Obama**  One University Pl Chester, PA 19013 *Phone Unpublished* Add to Address Book | Map | **Job Title:** Adjunct Law Professor **Company:** Widener University | **Find More Info for Michelle Obama** Email and Unlisted Phone Lookup Get Professional Background Info Get Detailed Background Report View Property & Area Info View Social Network Profile |

| Professional Listing | **Michelle C Obama** Box 8102 Chicago, IL 60680 | **Job Title:** Closest Advisor **Company:** Barack Obama | **Find More Info for Michelle C Obama** Email and Unlisted Phone Lookup |



*Phone Unpublished*
Add to Address Book |
Map

Get Professional
Background Info
Get Detailed Background
Report
View Property & Area Info
View Social Network Profile

---

Professional Listing



**Michelle Obama** 💼
930 E 50th St
Chicago, IL 60615
*Phone Unpublished*
Add to Address Book |
Map

**Company:**
Rainbow/PUSH Coalition

**Find More Info for Michelle Obama**
Email and Unlisted Phone
Lookup
Get Professional
Background Info
Get Detailed Background
Report
View Property & Area Info
View Social Network Profile

---

Professional Listing



**Michelle Obama** 💼
2211 N Elston Ave
Chicago, IL 60614
*Phone Unpublished*
Add to Address Book |
Map

**Company:**
Maria Pinto

**Find More Info for Michelle Obama**
Email and Unlisted Phone
Lookup
Get Professional
Background Info
Get Detailed Background
Report
View Property & Area Info
View Social Network Profile

---

Professional Listing



**Michelle Obama** 💼
401 N Wabash Ave
Chicago, IL 60611
*Phone Unpublished*
Add to Address Book |
Map

**Company:**
Chicago Sun-Times

**Find More Info for Michelle Obama**
Email and Unlisted Phone
Lookup
Get Professional
Background Info
Get Detailed Background
Report
View Property & Area Info
View Social Network Profile

---

Professional Listing

**Michelle Obama** 💼
1616 N Wells St

**Company:**
Second City Training Center

**Find More Info for Michelle Obama**
Email and Unlisted Phone





Chicago, IL 60614
*Phone Unpublished*
Add to Address Book |
Map

Lookup
Get Professional
Background Info
Get Detailed Background
Report
View Property & Area Info
View Social Network Profile

---

Professional Listing



**Michelle Obama** 💼
211 S Laflin St
Chicago, IL 60607
*Phone Unpublished*
Add to Address Book |
Map

**Company:**
Whitney M. Young Magnet High School

**Find More Info for Michelle Obama**
Email and Unlisted Phone
Lookup
Get Professional
Background Info
Get Detailed Background
Report
View Property & Area Info
View Social Network Profile

---

Professional Listing



**Michelle R Obama** 💼
5841 S Maryland Ave
Chicago, IL 60637
*Phone Unpublished*
Add to Address Book |
Map

**Job Title:**
Board Member
**Company:**
University of Chicago Hospitals

**Find More Info for Michelle R Obama**
Email and Unlisted Phone
Lookup
Get Professional
Background Info
Get Detailed Background
Report
View Property & Area Info
View Social Network Profile

---

Professional Listing



**Michelle B Obama** 💼
400 W 95th St
Chicago, IL 60628
*Phone Unpublished*
Add to Address Book |
Map

**Job Title:**
Member
**Company:**
Trinity United Church of Christ

**Find More Info for Michelle B Obama**
Email and Unlisted Phone
Lookup
Get Professional
Background Info
Get Detailed Background
Report
View Property & Area Info
View Social Network Profile

---

Found **100+** Results for **Michelle Obama Nationwide**

---

Professional Listing



**Michelle Obama** 
220 W Kinzie St
Chicago, IL 60610
*Phone Unpublished*
Add to Address
Book | Map

**Job Title:**
Organizer
**Company:**
Industrial Areas Foundation

**Find More Info for Michelle Obama**
Email and Unlisted
Phone Lookup
Get Professional
Background Info
Get Detailed
Background Report
View Property & Area
Info
View Social Network
Profile

---

Professional Listing



**Michelle Obama**
312 Elm St
Cincinnati, OH
45202
*Phone Unpublished*
Add to Address
Book | Map

**Company:**
The Enquirer

**Find More Info for Michelle Obama**
Email and Unlisted
Phone Lookup
Get Professional
Background Info
Get Detailed
Background Report
View Property & Area
Info
View Social Network
Profile

---

Professional Listing

**Michelle Obama**
37414 Stonegate
Cir
Clinton Township,
MI 48036
*Phone Unpublished*
Add to Address
Book | Map

**Company:**
MyDD

**Find More Info for Michelle Obama**
Email and Unlisted
Phone Lookup
Get Professional
Background Info
Get Detailed
Background Report
View Property & Area
Info
View Social Network
Profile

Professional Listing

**Michelle Obama** 



Columbia Sc 29209
Columbia, SC
29209
*Phone Unpublished*
Add to Address
Book | Map

**Company:**
Bible Way Church of Atlas
Road

**Find More Info for
Michelle Obama**
Email and Unlisted
Phone Lookup
Get Professional
Background Info
Get Detailed
Background Report
View Property & Area
Info
View Social Network
Profile

---

Professional Listing

**Michelle Obama** 

400 Pickens St
Columbia, SC
29201
*Phone Unpublished*
Add to Address
Book | Map

**Job Title:**
Contributor
**Company:**
WACH

**Find More Info for
Michelle Obama**
Email and Unlisted
Phone Lookup
Get Professional
Background Info
Get Detailed
Background Report
View Property & Area
Info
View Social Network
Profile

---

Professional Listing

**Michelle Obama** 

154 N Oval Mall
Columbus, OH
43210
*Phone Unpublished*
Add to Address
Book | Map

**Company:**
Ohio State University

**Find More Info for
Michelle Obama**
Email and Unlisted
Phone Lookup
Get Professional
Background Info
Get Detailed
Background Report
View Property & Area
Info
View Social Network
Profile

---

Professional Listing

**Michelle Obama** 

1 Infinite Loop
Cupertino, CA
95014
*Phone Unpublished*

**Job Title:**
Cobbler
**Company:**
Apple Computer Inc.

**Find More Info for
Michelle Obama**
Email and Unlisted
Phone Lookup
Get Professional



Add to Address
Book | Map

Background Info
Get Detailed
Background Report
View Property & Area
Info
View Social Network
Profile

---

Professional Listing

**Michelle Obama** 

564 E Market St
705
Daly City, CA
94014
*Phone Unpublished*
Add to Address
Book | Map

**Job Title:**
Board Member
**Company:**
Yuku

**Find More Info for
Michelle Obama**
Email and Unlisted
Phone Lookup
Get Professional
Background Info
Get Detailed
Background Report
View Property & Area
Info
View Social Network
Profile

---

Professional Listing

**Michelle Obama** 

700 Locust St 100
Des Moines, IA
50309
*Phone Unpublished*
Add to Address
Book | Map

**Company:**
Young Professionals
Connection

**Find More Info for
Michelle Obama**
Email and Unlisted
Phone Lookup
Get Professional
Background Info
Get Detailed
Background Report
View Property & Area
Info
View Social Network
Profile

---

Professional Listing

**Michelle Obama** 

1200 N Dupont
Hwy
Dover, DE 19901
*Phone Unpublished*
Add to Address
Book | Map

**Company:**
Delaware State University

**Find More Info for
Michelle Obama**
Email and Unlisted
Phone Lookup
Get Professional
Background Info
Get Detailed
Background Report
View Property & Area
Info
View Social Network

Profile

Found **100+** Results for **Michelle Obama Nationwide** Prev 1 **2 3** 4 5 Next > (21-30 of 100)

*data by* ACXIOM

| **Public Record Search** |
| --- |

PUBLIC RECORDS FOUND FOR <span style="color:red">MICHELLE OBAMA</span> WITH CURRENT & VERIFIED PHONE & ADDRESS

| FIRST NAME | LAST NAME | CITY | STATE |
| --- | --- | --- | --- |
| Michelle | Obama | | All States ▾ |


Sponsored by:
INTELIUS

Found **100+** Results for **Michelle Obama Nationwide**

---

Professional Listing      **Michelle Obama** 
3500 Lacey Rd
Downers Grove, IL
60515
*Phone Unpublished*
Add to Address Book | Map

**Job Title:**
Secretary
**Company:**
Spiegel Inc.

**Find More Info for Michelle Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

---

Professional Listing    **Michelle Obama**

Box 333

**Company:**
PR Web

**Find More Info for Michelle Obama**
Email and Unlisted



Ferndale, WA
98248
*Phone Unpublished*
Add to Address
Book | Map

Phone Lookup
Get Professional
Background Info
Get Detailed
Background Report
View Property & Area
Info
View Social Network
Profile

---

Professional Listing



**Michelle Obama**
200 E Las Olas Blvd
Fort Lauderdale, FL
33301
*Phone Unpublished*
Add to Address
Book | Map

**Job Title:**
Contributor
**Company:**
Sun-Sentinel Co.

**Find More Info for
Michelle Obama**
Email and Unlisted
Phone Lookup
Get Professional
Background Info
Get Detailed
Background Report
View Property & Area
Info
View Social Network
Profile

---

Professional Listing



**Michelle Obama**
5399 NE 14th Ave #1
Fort Lauderdale, FL
33334
*Phone Unpublished*
Add to Address
Book | Map

**Company:**
Express Gay News

**Find More Info for
Michelle Obama**
Email and Unlisted
Phone Lookup
Get Professional
Background Info
Get Detailed
Background Report
View Property & Area
Info
View Social Network
Profile

---

Professional Listing



**Michelle Obama**
1200 Quince
Orchard Blvd
Gaithersburg, MD
20878
*Phone Unpublished*
Add to Address
Book | Map

**Company:**
The Gazette

**Find More Info for
Michelle Obama**
Email and Unlisted
Phone Lookup
Get Professional
Background Info
Get Detailed
Background Report

View Property & Area Info
View Social Network Profile

---

Professional Listing

**Michelle Obama** 



835 W Warner Rd 101 #133
Gilbert, AZ 85233
*Phone Unpublished*
Add to Address Book | Map

**Company:**
WebSeth Gallery

**Find More Info for Michelle Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

---

Professional Listing

**Michelle Obama**
209 Montana Ave
Holton, KS 66436
*Phone Unpublished*
Add to Address Book | Map

**Company:**
The Farmers State Bank

**Find More Info for Michelle Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

---

Professional Listing

**Michelle Obama**



5000 Kahala Ave
Honolulu, HI 96816
*Phone Unpublished*
Add to Address Book | Map

**Company:**
The Kahala Hotel & Resort

**Find More Info for Michelle Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

---

Professional Listing

**Michelle**

**Job Title:**



**Obama** 💼
415 S Stephenson Ave
Iron Mountain, MI 49801
*Phone Unpublished*
Add to Address
Book | Map

Contributor
**Company:**
WLUC TV 6

**Find More Info for Michelle Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

Professional Listing



**Michelle Obama** 💼
Box 2047
Jackson, MS 39225
*Phone Unpublished*
Add to Address
Book | Map

**Company:**
Jackson Free Press Inc.

**Find More Info for Michelle Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

Found **100+** Results for **Michelle Obama Nationwide** Prev 2 **3** **4** **5** **6** Next > (31-40 of 100)

*data by* ACXIOM

**Public Record Search**

**PUBLIC RECORDS FOUND FOR MICHELLE OBAMA WITH CURRENT & VERIFIED PHONE & ADDRESS**

| FIRST NAME | LAST NAME | CITY | STATE |
|---|---|---|---|
| Michelle | Obama | | All States |

Sponsored by:

INTELIUS

 Professional Listings  Residential Listings Prev 3  4  5  6  7  Next >  (41-50 of 100)

Found **100+** Results for **Michelle Obama Nationwide**

---

fessional Listing



**Michelle Obama**
Box 659
Jefferson City, MO
65102
*Phone Unpublished*
Add to Address Book |
Map

**Job Title:**
Contributor
**Company:**
KRCG

**Find More Info for Michelle Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

---

fessional Listing



**Michelle Obama**
The Nurturing Ctr 146
Third Ave
Kalispell, MT 59901
*Phone Unpublished*
Add to Address Book |
Map

**Company:**
The Nurturing Center Inc

**Find More Info for Michelle Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

---

fessional Listing



**Michelle B Obama**
53 State Hwy 4
Lexington, MA 02421
*Phone Unpublished*
Add to Address Book |
Map

**Job Title:**
Chair, Delegate Service Day
**Company:**
Democratic National Convention

**Find More Info for Michelle B Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

---

fessional Listing

**Michelle B Obama**
53 State Hwy 4

**Job Title:**
President
**Company:**
Democratic National Convention

**Find More Info for Michelle B Obama**
Email and Unlisted Phone



Lexington, MA 02421
*Phone Unpublished*
Add to Address Book |
Map

Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

---

fessional Listing



**Michelle Obama** 
3654 Barham Blvd
Q301
Los Angeles, CA
90068
*Phone Unpublished*
Add to Address Book |
Map

**Company:**
ForGen Productions

**Find More Info for Michelle Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

---

fessional Listing



**Michelle Obama**
1818 N Vermont Ave
Los Angeles, CA
90027
*Phone Unpublished*
Add to Address Book |
Map

**Job Title:**
President
**Company:**
Radio Free Mike

**Find More Info for Michelle Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

---

fessional Listing



**Michelle B Obama**
202 W 1st St
Los Angeles, CA
90012
*Phone Unpublished*
Add to Address Book |
Map

**Company:**
Los Angeles Times

**Find More Info for Michelle B Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

---

fessional Listing

**Michelle Obama** 

**Job Title:**
Contributor
**Company:**

**Find More Info for Michelle Obama**



Box 740031
Louisville, KY 40201
*Phone Unpublished*
Add to Address Book |
Map

The Courier-Journal

Email and Unlisted Phone
Lookup
Get Professional Background
Info
Get Detailed Background
Report
View Property & Area Info
View Social Network Profile

---



Professional Listing

**Michelle
Obama** 
525 W Broadway
Louisville, KY 40202
*Phone Unpublished*
Add to Address Book |
Map

**Company:**
Louisville Courier-Journal

**Find More Info for Michelle
Obama**
Email and Unlisted Phone
Lookup
Get Professional Background
Info
Get Detailed Background
Report
View Property & Area Info
View Social Network Profile

---



Professional Listing

**Michelle
Obama**
Box 2378
Lynn, MA 01903
*Phone Unpublished*
Add to Address Book |
Map

**Company:**
Boston Globe

**Find More Info for Michelle
Obama**
Email and Unlisted Phone
Lookup
Get Professional Background
Info
Get Detailed Background
Report
View Property & Area Info
View Social Network Profile

---

**Current & Verified Phone Number & Address found for Michelle Obama.**

Find any unlisted number or address. Search by Maiden Name, Phone Number or SSN.

www.intelius.com

...e found over **100+ results** matching **Michelle Obama**. Please provide any additional information above and search again to refine your search
results.

 

Found **100+** Results for **Michelle Obama Nationwide**

---

Professional Listing

**Michelle Obama** 
Address 326 W Gorham St
Madison, WI 53703
*Phone*
*Unpublished*
Add to Address Book
| Map

**Company:**
The Badger Herald

**Find More Info for Michelle Obama**
Email and Unlisted
Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

---

Professional Listing

**Michelle Obama** 
1680 Michigan Ave 2
Miami Beach, FL 33139
*Phone*
*Unpublished*
Add to Address Book
| Map

**Company:**
WireImage.com

**Find More Info for Michelle Obama**
Email and Unlisted
Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

---

Professional Listing

**Michelle Obama** 
146 Katahdin Ave
Millinocket, ME 04462
*Phone*
*Unpublished*
Add to Address Book
| Map

**Company:**
Magic City Morning Star

**Find More Info for Michelle Obama**
Email and Unlisted
Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

Professional Listing



**Michelle Obama**
1504 E N Ave
Milwaukee, WI
53202
*Phone*
*Unpublished*
Add to Address Book
| Map

**Company:**
eCommandos Inc

**Find More Info for
Michelle Obama**
Email and Unlisted
Phone Lookup
Get Professional
Background Info
Get Detailed Background
Report
View Property & Area
Info
View Social Network
Profile

---

Professional Listing



**Michelle Obama**
1000 Nicollet Mall
Minneapolis, MN
55403
*Phone*
*Unpublished*
Add to Address Book
| Map

**Company:**
Target Corp.

**Find More Info for
Michelle Obama**
Email and Unlisted
Phone Lookup
Get Professional
Background Info
Get Detailed Background
Report
View Property & Area
Info
View Social Network
Profile

---

Professional Listing

**Michelle Obama**
317 George St 420
New Brunswick, NJ
08901
*Phone*
*Unpublished*
Add to Address Book
| Map

**Company:**
Diversity Inc

**Find More Info for
Michelle Obama**
Email and Unlisted
Phone Lookup
Get Professional
Background Info
Get Detailed Background
Report
View Property & Area
Info
View Social Network
Profile

---

Professional Listing

**Michelle Obama**
6823 St Charles
Ave
New Orleans, LA
70118
*Phone*

**Company:**
Tulane University

**Find More Info for
Michelle Obama**
Email and Unlisted
Phone Lookup
Get Professional



*Unpublished*
Add to Address Book
| Map

Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

---

*Professional Listing*



**Michelle Obama**
555 8 Ave #24TH
New York, NY
10018
*Phone Unpublished*
Add to Address Book
| Map

**Job Title:**
Senior Editor
**Company:**
The New Republic

**Find More Info for Michelle Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

---

*Professional Listing*



**Michelle Obama**
1211 Ave Of The Americas
New York, NY
10036
*Phone Unpublished*
Add to Address Book
| Map

**Company:**
New York Post

**Find More Info for Michelle Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

---

*Professional Listing*



**Michelle R Obama**
1211 Ave Of The Americas 18th
New York, NY
10036
*Phone Unpublished*
Add to Address Book
| Map

**Job Title:**
President
**Company:**
Fox News

**Find More Info for Michelle R Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area

Info
View Social Network
Profile

Found **100+** Results for **Michelle Obama Nationwide** Prev 4 **5** 6 **7 8** Next > (51-60 of 100)

data by ACXIOM



## Public Record Search

PUBLIC RECORDS FOUND FOR MICHELLE OBAMA WITH CURRENT & VERIFIED PHONE & ADDRESS

| FIRST NAME | LAST NAME | CITY | STATE |
|---|---|---|---|
| Michelle | Obama | | All States |

Sponsored by:
**INTELIUS**

©
Copyright
2003-2009
Intelius.com

**Current & Verified Phone Number & Address found for Michelle Obama.**

Find any unlisted number or address. Search by Maiden Name, Phone Number or SSN.

www.intelius.com

We found over **100+ results** matching **Michelle Obama**. Please provide any additional information above and search again to refine your search results.

 Professional Listings  Residential Listings Prev 5 **6 7** 8 9 Next > (61-70 of 100)

Found **100+** Results for **Michelle Obama Nationwide**



| Professional Listing | **Michelle Obama** 1700 Broadway 37th Fl | **Company:** Harper's Bazaar | **Find More Info for Michelle Obama** Email and Unlisted |
|---|---|---|---|



New York, NY
10019
*Phone*
*Unpublished*
Add to Address Book
| Map

Phone Lookup
Get Professional
Background Info
Get Detailed Background
Report
View Property & Area
Info
View Social Network
Profile

---

Professional Listing



**Michelle**

**Obama**
76 Crosby St
New York, NY
10012
*Phone*
*Unpublished*
Add to Address Book
| Map

**Company:**
Gawker

**Find More Info for**
**Michelle Obama**
Email and Unlisted
Phone Lookup
Get Professional
Background Info
Get Detailed Background
Report
View Property & Area
Info
View Social Network
Profile

---

Professional Listing



**Michelle**

**Obama**
2340 Frederick
Douglass Blvd
New York, NY
10027
*Phone*
*Unpublished*
Add to Address Book
| Map

**Company:**
Amsterdam News

**Find More Info for**
**Michelle Obama**
Email and Unlisted
Phone Lookup
Get Professional
Background Info
Get Detailed Background
Report
View Property & Area
Info
View Social Network
Profile

---

Professional Listing



**Michelle**

**Obama**
215 Lexington Ave
New York, NY
10016
*Phone*
*Unpublished*
Add to Address Book
| Map

**Company:**
Vibe

**Find More Info for**
**Michelle Obama**
Email and Unlisted
Phone Lookup
Get Professional
Background Info
Get Detailed Background
Report

View Property & Area Info

View Social Network Profile

---

Professional Listing

**Michelle Obama** 
Ste 3729
New York, NY 10048
*Phone Unpublished*
Add to Address Book
| Map

**Company:**
World Trade Center

**Find More Info for Michelle Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

---

Professional Listing

**Michelle Obama** 
4 Times Square Plz
New York, NY 10036
*Phone Unpublished*
Add to Address Book
| Map

**Company:**
Vanity Fair

**Find More Info for Michelle Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

---

Professional Listing

**Michelle Obama**
U S News World Report 450 W #33RD
New York, NY 10001
*Phone Unpublished*
Add to Address Book |
Map

**Company:**
U.S. News

**Find More Info for Michelle Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

---

Professional Listing

**Michelle**

**Company:**
The Hillary Project

**Find More Info for**



106 W 145th St
New York, NY
10039
*Phone*
*Unpublished*
Add to Address Book
| Map

**Obama** 💼

**Michelle Obama**
Email and Unlisted
Phone Lookup
Get Professional
Background Info
Get Detailed Background
Report
View Property & Area
Info
View Social Network
Profile

---

Professional Listing



**Michelle**

**Obama** 💼
28 W 23rd St
#12TH
New York, NY
10010
*Phone*
*Unpublished*
Add to Address Book
| Map

**Company:**
Radar Magazine

**Find More Info for
Michelle Obama**
Email and Unlisted
Phone Lookup
Get Professional
Background Info
Get Detailed Background
Report
View Property & Area
Info
View Social Network
Profile

---

Professional Listing



**Michelle**

**Obama** 💼
135 W 50th St
#4TH
New York, NY
10020
*Phone*
*Unpublished*
Add to Address Book
| Map

**Job Title:**
Contributor
**Company:**
Essence

**Find More Info for
Michelle Obama**
Email and Unlisted
Phone Lookup
Get Professional
Background Info
Get Detailed Background
Report
View Property & Area
Info
View Social Network
Profile

---

Found **100+** Results for **Michelle Obama Nationwide** Prev 5   6   **7**   8   9   Next > (61-70 of 100)

*data by* ACXIOM

**Public Record Search**

**PUBLIC RECORDS FOUND FOR MICHELLE OBAMA WITH CURRENT & VERIFIED PHONE & ADDRESS**

| FIRST NAME | LAST NAME | CITY | STATE |
|---|---|---|---|
| Michelle | Obama | | All States |

Sponsored by:



Found **100+** Results for **Michelle Obama Nationwide**

---

Professional Listing



**Michelle Obama**
51 W 52nd St
New York, NY
10019
*Phone Unpublished*
Add to Address Book
| Map

**Company:**
CBS Corporation

**Find More Info for Michelle Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

---

Professional Listing



**Michelle Obama**
251 W 57th St
#19TH
New York, NY
10019
*Phone Unpublished*
Add to Address Book
| Map

**Company:**
Slate

**Find More Info for Michelle Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report

View Property & Area Info

View Social Network Profile

---

Professional Listing

**Michelle R Obama** 

Box 5900
North Little Rock,
AR 72119
*Phone Unpublished*
Add to Address Book
| Map

**Job Title:**
Director
**Company:**

Bay Valley Foods LLC

**Find More Info for
Michelle R Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

---

Professional Listing

**Michelle Obama** 

Gold Wing Rd
Riders Association
Phoenix, AZ 85080
*Phone Unpublished*
Add to Address Book
| Map

**Company:**
Gold Wing Road Riders Association

**Find More Info for
Michelle Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

---

Professional Listing

**Michelle Obama** 

5000 Forbes Ave
Pittsburgh, PA
15213
*Phone Unpublished*
Add to Address Book
| Map

**Company:**
Carnegie Mellon University

**Find More Info for
Michelle Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

Professional Listing

**Michelle Obama** 



Box 230269
Portland, OR
97281
*Phone Unpublished*
Add to Address Book
| Map

**Job Title:**
Contributor
**Company:**
Binder Bulletin Forums

**Find More Info for Michelle Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

---

Professional Listing

**Michelle Obama** 



45 Prospect St
Providence, RI
02912
*Phone Unpublished*
Add to Address Book
| Map

**Job Title:**
Head Basketball Coach
**Company:**
Brown University

**Find More Info for Michelle Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

---

Professional Listing

**Michelle Obama**

301 S 36th St
Quincy, IL 62301
*Phone Unpublished*
Add to Address Book |
Map

**Job Title:**
Contributor
**Company:**
KHQA

**Find More Info for Michelle Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

---

Professional Listing

**Michelle Obama**



7035 Palm Dr
Rancho Cucamonga, CA
91701
*Phone Unpublished*
Add to Address Book

**Company:**
Muslim World Today

**Find More Info for Michelle Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info

| Map

Get Detailed Background
Report

View Property & Area
Info

View Social Network
Profile

Professional Listing



**Michelle Obama**

Art Department Ms
224
Reno, NV 89557
*Phone Unpublished*
Add to Address Book
| Map

**Company:**
University of Nevada Reno

**Find More Info for
Michelle Obama**

Email and Unlisted Phone
Lookup

Get Professional
Background Info

Get Detailed Background
Report

View Property & Area
Info

View Social Network
Profile

Found **100+** Results for **Michelle Obama Nationwide** Prev 6 7 **8** 9 10 Next > (71-80 of 100)

*data by* ACXIOM



**Public Record Search**

PUBLIC RECORDS FOUND FOR MICHELLE OBAMA WITH CURRENT & VERIFIED PHONE & ADDRESS

| FIRST NAME | LAST NAME | CITY | STATE |
|---|---|---|---|
| Michelle | Obama | | All States |

Sponsored by:

INTELIUS

© Copyright 2003-2009
Intelius.com

Results for **Michelle Obama Nationwide**

---

Professional Listing



**Michelle Obama** 💼
1790 S Brentwood Blvd
Saint Louis, MO 63144
*Phone Unpublished*
Add to Address Book | Map

**Company:**
SBTV

**Find More Info for Michelle Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

---

Professional Listing

**Michelle Obama** 💼
Box 1257
Salt Lake City, UT 84110
*Phone Unpublished*
Add to Address Book | Map

**Company:**
Deseret News

**Find More Info for Michelle Obama**
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

---

Professional Listing



**Michelle Obama** 💼
90 S 400 W #700
Salt Lake City, UT 84101
*Phone Unpublished*

**Company:**
Salt Lake Tribune

**Find More Info for Michelle Obama**
Email and Unlisted Phone Lookup
Get Professional

Add to Address Book | Map

Background Info

Get Detailed Background Report

View Property & Area Info

View Social Network Profile

---

Professional Listing

**Michelle Obama** 

901 Mission St
San Francisco, CA 94103
*Phone Unpublished*

Add to Address Book | Map

**Company:**
San Francisco Chronicle

**Find More Info for Michelle Obama**

Email and Unlisted Phone Lookup

Get Professional Background Info

Get Detailed Background Report

View Property & Area Info

View Social Network Profile

---

Professional Listing



**Michelle Obama**

101 Spear St 203
San Francisco, CA 94105
*Phone Unpublished*

Add to Address Book | Map

**Company:**
Wonkette

**Find More Info for Michelle Obama**

Email and Unlisted Phone Lookup

Get Professional Background Info

Get Detailed Background Report

View Property & Area Info

View Social Network Profile

---

Professional Listing

**Michelle Obama**

One Washington

**Company:**
San Jose State University

**Find More Info for Michelle Obama**



Sq
San Jose, CA
95192
*Phone
Unpublished*
Add to Address
Book | Map

Email and
Unlisted Phone
Lookup
Get Professional
Background Info
Get Detailed
Background
Report
View Property &
Area Info
View Social
Network Profile

---

Professional Listing



**Michelle
Obama** 💼
71 E 3rd Ave
San Mateo,
CA 94401
*Phone
Unpublished*
Add to Address
Book | Map

**Company:**
YouTube Inc.

**Find More Info
for Michelle
Obama**
Email and
Unlisted Phone
Lookup
Get Professional
Background Info
Get Detailed
Background
Report
View Property &
Area Info
View Social
Network Profile

---

Professional Listing



**Michelle
Obama** 💼
369 B 3rd St
#BOX 194
San Rafael,
CA 94901
*Phone
Unpublished*
Add to Address
Book | Map

**Company:**
Metallica

**Find More Info
for Michelle
Obama**
Email and
Unlisted Phone
Lookup
Get Professional
Background Info
Get Detailed
Background
Report
View Property &
Area Info
View Social
Network Profile

---

Professional Listing     **Michelle**     **Company:**



Bank Independent

Box
Sheffield, AL
35660
*Phone*
*Unpublished*
Add to Address
Book | Map

**Obama** 💼

**Find More Info
for Michelle
Obama**
Email and
Unlisted Phone
Lookup
Get Professional
Background Info
Get Detailed
Background
Report
View Property &
Area Info
View Social
Network Profile

---

Professional Listing



**Michelle** 💼

**Obama**
One Memorial
Dr
St Louis, MO
63102
*Phone*
*Unpublished*
Add to Address
Book | Map

**Company:**
KMOX

**Find More Info
for Michelle
Obama**
Email and
Unlisted Phone
Lookup
Get Professional
Background Info
Get Detailed
Background
Report
View Property &
Area Info
View Social
Network Profile

Found **100+** Results for **Michelle Obama Nationwide** Prev 6  7  8  **9**  10  Next > (81-90 of 100)



**Barry**

**Obama** 💼

**Company:**
Gawker

76 Crosby
St
New York,
NY 10012
*Phone
Unpublished*
[Add to
Address Book](#)
| [Map](#)

[Find More Info for
Barry Obama](#)
[Email and Unlisted
Phone Lookup](#)
[Get Professional
Background Info](#)
[Get Detailed
Background Report](#)
[View Property & Area
Info](#)
[View Social Network
Profile](#)

**Barry H**

Professional Listing

9 Murray St 3rd
New York, NY 10007
*Phone Unpublished*
Add to Address Book
| Map

Obama

**Job Title:** Activist

**Company:** NYPIRG SA

Find More Info for Barry H Obama
Email and Unlisted Phone Lookup
Get Professional Background Info
Get Detailed Background Report
View Property & Area Info
View Social Network Profile

[Barry](#)

Professional Listing

50 Rockefeller Plz
New York, NY 10020
*Phone Unpublished*

[Add to Address Book](#)
| [Map](#)

[Obama](#) 💼

**Job Title:**
Writer
**Company:**
The Associated Press

Find More Info for
Barry Obama
Email and Unlisted
Phone Lookup
Get Professional
Background Info
Get Detailed
Background Report
View Property & Area
Info
View Social Network
Profile

Barry

Professional
Listing

1019 Pacific
Ave
Tacoma,
WA 98402
*Phone
Unpublished*
Add to
Address Book
| Map

Obama

**Company:**
Hagel & Company

Find More Info for
Barry Obama
Email and Unlisted
Phone Lookup
Get Professional
Background Info
Get Detailed
Background Report
View Property & Area
Info
View Social Network
Profile

Found **4** Results for **Barry Obama Nationwide** Prev **1**  Next  > (1-4 of 4)



| Public Record Search |
| --- |

**PUBLIC RECORDS FOUND FOR BARRY OBAMA WITH CURRENT & VERIFIED PHONE & ADDRESS**

| FIRST NAME | LAST NAME | CITY | STATE |
| --- | --- | --- | --- |
| Barry | Obama | | All States |

Sponsored by:



-----Inline Attachment Follows-----



| People Search | | |
| --- | --- | --- |
| **First Name** | **Last Name** | **State** |
| Bh | Obama | Select a State |

Google

HomeWhite PagesYellow PagesReverse PhoneZip Codes

FIRST: Bh   LAST: Obama   CITY:    STATE: All States

**Current & Verified Phone Number & Address found for Bh Obama.**

Find any unlisted number or address. Search by Maiden Name, Phone Number or SSN.

www.intelius.com

Found **8** Results for **Bh Obama Nationwide**

Professional
Listing



100 Cnn Ctr Nw
Atlanta, GA 30303
*Phone Unpublished*
Add to Address Book |
Map

B H Obama

**Company:**
CNN

Find More Info for B H Obama

Email and Unlisted Phone
Lookup

Get Professional Background
Info

Get Detailed Background
Report

View Property & Area Info

View Social Network Profile

Professional
Listing



University Hall
Cambridge, MA 02138
*Phone Unpublished*
[Add to Address Book]() |
[Map]()

[B H Obama]() 💼

**Job Title:**

Editor of the Law Review

**Company:**

Harvard University

[Find More Info for B H Obama]()
[Email and Unlisted Phone]()
[Lookup]()
[Get Professional Background]()
[Info]()
[Get Detailed Background]()
[Report]()
[View Property & Area Info]()
[View Social Network Profile]()

Professional
Listing



**B H Obama**
Box 8102
Chicago, IL 60680
*Phone Unpublished*
Add to Address Book |
Map

**Job Title:**
Next President
**Company:**
Barack Obama

Find More Info for B H Obama

Email and Unlisted Phone
Lookup

Get Professional Background
Info

Get Detailed Background
Report

View Property & Area Info

View Social Network Profile

Professional
Listing



6000 S Central Ave 8
Chicago, IL 60638
*Phone Unpublished*
Add to Address Book |
Map

B H Obama

**Job Title:**
Next President
**Company:**
American Patriots for True
Equality

Find More Info for B H Obama
Email and Unlisted Phone
Lookup
Get Professional Background
Info
Get Detailed Background
Report
View Property & Area Info
View Social Network Profile

Professional
Listing



2801 S Bryant Ave
Edmond, OK 73013
*Phone Unpublished*
[Add to Address Book](#) |
[Map](#)

[B H Obama](#)

**Job Title:**
Next President
**Company:**
HIGHERGROUND

Find More Info for B H Obama

Email and Unlisted Phone
Lookup

Get Professional Background
Info

Get Detailed Background
Report

View Property & Area Info

View Social Network Profile

Professional Listing



112 Elden St P
Herndon, VA 20170
*Phone Unpublished*
[Add to Address Book](#) | [Map](#)

[B H Obama](#)

**Job Title:**
Next President
**Company:**
Clare Boothe Luce Policy Institute

[Find More Info for B H Obama](#)
[Email and Unlisted Phone Lookup](#)
[Get Professional Background Info](#)
[Get Detailed Background Report](#)
[View Property & Area Info](#)
[View Social Network Profile](#)

Professional
Listing



4520 Main St
Kansas City, MO 64111
*Phone Unpublished*
Add to Address Book |
Map

B H Obama

**Job Title:**
Next President
**Company:**
Ann Coulter

Find More Info for B H Obama

Email and Unlisted Phone
Lookup

Get Professional Background
Info

Get Detailed Background
Report

View Property & Area Info

View Social Network Profile

Professional
Listing



Box 67398
Los Angeles, CA 90067
*Phone Unpublished*
Add to Address Book |
Map

B H Obama

**Job Title:**
Next President
**Company:**
FrontPage magazine.com

Find More Info for B H Obama
Email and Unlisted Phone
Lookup
Get Professional Background
Info
Get Detailed Background
Report
View Property & Area Info
View Social Network Profile

Found **8** Results for **Bh Obama Nationwide** Prev **1**  Next  > (1-8 of 8)