UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV09-0082 DOC (ANx)                                    Date   October 5, 2009

Title   CAPTAIN PAMELA BARNETT, ET AL. V. BARACK HUSSEIN OBAMA, ET AL.

Present: The Honorable   David O. Carter, U.S. District Judge

| Kristee Hopkins | Debbie Gale | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                           Attorneys Present for Defendants:

    Orly Taitz                                                                  David DeJute, AUSA
    Gary Kreep                                                               Roger West, AUSA

Proceedings:   1.   MOTION BY DEFENDANTS TO DISMISS CASE
                           2.   SCHEDULING CONFERENCE

     Cause called and counsel state their appearances.  Argument by counsel.  Motion taken under submission.

     On September 8, 2009, the Court previously set tentative case management dates.  The Court now orders those dates be made final.

     Case Management dates are as follows:

| | |
|---|---|
| Motion for Summary Judgment Hearing | December 7, 2009, at 8:30 a.m. |
|     File Motion for Summary Judgment | November 16, 2009 |
|     Opposition to Motion for Summary Judgment | November 26, 2009 |
|     Reply to Motion for Summary Judgment | November 30, 2009 |
| Final Pretrial Conference | January 11, 2010, at 8:30 a.m. |
| Jury Trial | January 26, 2010, at 8:30 a.m. |

                                                                                          3   :   21
                                                                                                               01

                                                             Initials of Preparer    kh