**Von:** West, Roger (USACAC) (Roger.West4@usdoj.gov)
**An:** Charles Lincoln
**Datum:** Mittwoch, den 7. Oktober 2009, 11:31:18 Uhr
**Betreff:** RE: Dr. Taitz seeks stipulation re: Discovery.

Nuts.

---

**From:** Charles Lincoln [mailto:charles.lincoln@rocketmail.com]
**Sent:** Wednesday, October 07, 2009 11:11 AM
**To:** Dejute, David (USACAC); West, Roger (USACAC)
**Subject:** Dr. Taitz seeks stipulation re: Discovery.

Dear Messers DeJute & West:

    Dr. Taitz has asked me to ask you whether you are willing to stipulate that, now that the Scheduling Order has been made final, rather than moot, that it is now time for us to begin discovery. We need to start sending out notices of deposition duces tecum to parties and subpoenas duces tecum to non-parties. The Judge specifically said that the Scheduling order would only be important if the case were going to go forward, and he seems to have spoken on this point.

    Charles E. Lincoln, Research Associate & Law Clerk for Dr. Taitz, Esq., Attorney for the Plaintiffs.

*Deo Vindice*
*"May the Lord God be with you,*
                        *and with thy spirit!"*
*Charles E. Lincoln, III*
    *Spiritual Patriot*
    *Tierra Limpia*

*Tel: 512.968.2500*
*eFax: 419.844.9142*

---

Do You Yahoo!?
Sie sind Spam leid? Yahoo! Mail verfügt über einen herausragenden Schutz gegen Massenmails.
http://mail.yahoo.com