**Von:** West, Roger (USACAC) (Roger.West4@usdoj.gov)
**An:** Charles Lincoln
**Datum:** Mittwoch, den 7. Oktober 2009, 12:17:38 Uhr
**Betreff:** RE: Dr. Taitz seeks stipulation re: Discovery.

You are obviously not a student of military history. Because you appear confused, let me be clear. Per Judge Carter's order, discovery is stayed in this case. We will not agree to any discovery in this case at this time.

---

**From:** Charles Lincoln [mailto:charles.lincoln@rocketmail.com]
**Sent:** Wednesday, October 07, 2009 12:11 PM
**To:** West, Roger (USACAC)
**Cc:** Dr. Orly Taitz
**Subject:** AW: Dr. Taitz seeks stipulation re: Discovery.

Dear Mr. West:
    Unless you can provide us with a more thoughtful answer and analysis of the situation, or can you ask Mr. DeJute to do so, We will report your Laconic response below to Judge Carter as the full and final statement of the United States' well-considered position in this case.

*Deo Vindice*
*"May the Lord God be with you,*
                *and with thy spirit!"*
*Charles E. Lincoln, III*
    *Spiritual Patriot*
    *Tierra Limpia*

 *Tel: 512.968.2500*
 *eFax: 419.844.9142*

---

**Von:** "West, Roger (USACAC)" <Roger.West4@usdoj.gov>
**An:** Charles Lincoln <charles.lincoln@rocketmail.com>
**Gesendet:** Mittwoch, den 7. Oktober 2009, 11:31:18 Uhr
**Betreff:** RE: Dr. Taitz seeks stipulation re: Discovery.

Nuts.

---

**From:** Charles Lincoln [mailto:charles.lincoln@rocketmail.com]
**Sent:** Wednesday, October 07, 2009 11:11 AM
**To:** Dejute, David (USACAC); West, Roger (USACAC)
**Subject:** Dr. Taitz seeks stipulation re: Discovery.

Dear Messers DeJute & West:
    Dr. Taitz has asked me to ask you whether you are willing to stipulate that, now that the Scheduling Order has been made final, rather than moot, that it is now time for us to begin discovery. We need to start sending out notices of deposition duces tecum to parties

and subpoenas duces tecum to non-parties.  The Judge specifically said that the Scheduling order would only be important if the case were going to go forward, and he seems to have spoken on this point.

     Charles E. Lincoln, Research Associate & Law Clerk for Dr. Taitz, Esq., Attorney for the Plaintiffs.

*Deo Vindice*
"*May the Lord God be with you,*
               *and with thy spirit!*"
*Charles E. Lincoln, III*
   *Spiritual Patriot*
   *Tierra Limpia*

*Tel: 512.968.2500*
*eFax: 419.844.9142*

_____
Do You Yahoo!?
Sie sind Spam leid? Yahoo! Mail verfügt über einen herausragenden Schutz gegen Massenmails.
http://mail.yahoo.com