# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SACV 09-0082 DOC (ANx)                          Date: October 8, 2009

Title: Captain Pamela Barnett, et al. v. Barack H. Obama, et al.

---

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                                                       Date:_____ Deputy Clerk: _____

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kristee Hopkins | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                         NONE PRESENT

---

PROCEEDING (IN CHAMBERS): DENYING EX PARTE MOTION FOR RELIEF FROM STAY OF DISCOVERY

       The Court is in receipt of Plaintiffs' *Ex Parte* Motion for Relief from Stay of Discovery. Pending resolution of Defendants' Motion to Dismiss, the stay of discovery shall remain in place. *See* Dkt. 66. Should the discovery period be insufficient given the scheduling order in place, the parties may file for an extension of the discovery period.

       The *Ex Parte* Motion is hereby DENIED.

       The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                                                      Initials of Deputy Clerk _kh_
CIVIL - GEN                                                                                            Page 1 of 1