Dr. Orly Taitz, Attorney-at-Law
(California SBN 223433)
Orly Taitz Law Offices
26302 La Paz, Suite 211
Mission Viejo, California 92691
Telephone: (949) 683-5411
E-Mail: dr_taitz@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA (SOUTHERN) DIVISION

| | |
|---|---|
| Captain Pamela Barnett, et al., § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> Barack Hussein Obama, § <br> Michelle L.R. Obama, § <br> Hillary Rodham Clinton, Secretary of State, § <br> Robert M. Gates, Secretary of Defense, § <br> Joseph R. Biden, Vice-President and § <br> President of the Senate, § <br> Defendants. § | Civil Action: <br><br> SACV09-00082-DOC (Anx) |

## Affidavit of Susan Daniels

1.  My name is Susan Elizabeth Daniels. I am over 18 years old, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2.  I am a citizen of the United States of America, I am 68 years old and I was born and raised in the State of Ohio.

3.  I am licensed by the State of Ohio as a private investigator; I am president of Daniels and Associates Investigations, Inc., incorporated in March 1995, license number 65199565509.

4.  I have personal knowledge of all the facts and circumstances described herein below and will testify in open court to all of the same.

5.  I located the social security number for Barrack Hussein Obama and found that it was issued between 1977-1979 in the State of Connecticut.

6.  The social security number was used by Barrack Obama for numerous addresses in Chicago and it was the only social security number he used.

7.  I investigated further and verified that the number was issued in Connecticut by running the numbers before and after Barrack Obama's and found them also to have been issued in Connecticut between 1977-1979.

8.  Further, the number assigned to Barrack Obama may have been assigned previously, as it appears to also be associated with someone born in the year 1890.

9.  The true and correct copies I personally obtained are attached.

10. I solemnly swear under penalty of perjury that all the facts stated and circumstances described above are true and correct statements.

11. I have not received any compensation for making this affidavit.

Further, Affiant saith naught.
Signed and executed in _Kirtland_ , _OH_ on this _30_ day of September, 2009.

By: _[signature]_
Susan Elizabeth Daniels

# NOTARY'S JURAT

Susan Elizabeth Daniels appeared before me in person on this 30th day of September, 2009, in Kirtland (city), Ohio (state), US (country) and having presented to me her driver's license and having been sworn by me duly under oath and having been admonished that she did so under penalty of perjury, she did then and there depose herself and give the above-listed statements in my presence in the form of his written affidavit.

Specifically but without limitation, Susan Elizabeth Daniels did in my presence authenticate the documents attached here as a true and correct copy of the documents she obtained and described in her affidavit.

*Mary A. Reed*
Notary Public in the State of Ohio

Business Address of Notary: 9231 Chillicothe Rd, Kirtland, OH 44094

```
MARY A. REED
Notary Public, State of Ohio
My Commission Expires Feb. 28, 2014
Recorded in Lake County
```

My Seal Appears Above this line.

My Printed Name is: Mary A. Reed ; my notarial commission or license expires on: Feb. 28, 2014

# SSN Verifier Plus

SSN: ▓▓▓-▓▓-4424

| Year(s) and State Issued | |
|---|---|
| Year(s) Issued: | 1977-1979 |
| State Issued: | Connecticut |

| Social Security Death Index | | | | | |
|---|---|---|---|---|---|
| Name | State | Date of Birth | Date of Death | ZIP of Last Residence | ZIP of Lump Sum Payment |
| WOOD, THOMAS | CONNECTICUT | 1962-07-15 | 1981-07-00 | 06111 | |

| Names Associated With SSN |
|---|
| No names found associated with this SSN |

| Dates of Birth Associated With SSN |
|---|
| No dates of birth associated with this SSN |

# SSN Verifier Plus

SSN ███-██-4425

| Year(s) and State Issued | |
|---|---|
| Year(s) Issued: | 1977-1979 |
| State Issued: | Connecticut |

| Social Security Death Index |
|---|
| **SSN not found in Social Security Death Index** |

| Names Associated With SSN |
|---|
| OBAMA, BARACK |
| OBAMA, BARACK HUSSEIN |

| Dates of Birth Associated With SSN |
|---|
| 1890 |
| 08/04/1961 |
| 04/08/1961 |

# SSN Verifier Plus

SSN: ███-██-4426

| Year(s) and State Issued | |
|---|---|
| Year(s) Issued: | 1977-1979 |
| State Issued: | Connecticut |

| Social Security Death Index |
|---|
| **SSN not found in Social Security Death Index** |

| Names Associated With SSN |
|---|
| GAROFALO, MICHAEL |
| GAROFALO, MICHAEL MATT |

| Dates of Birth Associated With SSN |
|---|
| 10/1971 |
| 10/30/1971 |

# Ohio Department of Public Safety
## Division of Homeland Security

**DANIELS AND ASSOCIATES INVESTIGATIONS**

9754 THWING RD
CHARDON, OH 44024-0000

License Number: 6519956S509

Is hereby granted a "Class B License" to operate as a Private Investigator provider in accordance with the provisions of Chapter 4749 of the Ohio Revised Code, subject to all the provisions thereof and to the regulations of this division.

Valid from March 01, 2009 through March 01, 2010

_Henry Guzmán_, Director
Ohio Department of Public Safety

_William F. Vedra, Jr._, Executive Director
Homeland Security



# Standard People Search

## 53 Records

**Search Criteria**
Name: OBAMA, BARACK
City: CHICAGO
State: IL

| Reports | Name | Address | Maps | SSN / DOB | Phone |
|---|---|---|---|---|---|
| | OBAMA BARACK LWYR | 14 W ERIE ST  1x<br>CHICAGO IL 60654<br>(POSSIBLE HIGH RISK)<br>Reported: 08/20/2008 - 08/20/2008<br>County: Cook | Map It | | Cell: (312)310-0069 |
| E-mail: bobama@lawmbg.com | | (No IP Address Reported) | | Phone: (312)751-1170 | DOB: 1961 |
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK PK  1x<br>CHICAGO IL 60615<br>Reported: 08/20/2008 - 08/20/2008<br>County: Cook | Map It | ####-4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 |
| | OBAMA BARACK | NO ADDRESS REPORTED<br>CHICAGO IL 60615<br>Reported: 08/18/2008 - 08/18/2008<br>County: Cook | | | |
| | OBAMA BARACK | 180 N LASALLE  1x<br>CHICAGO IL 60601<br>(POSSIBLE HIGH RISK)<br>Reported: 08/18/2008 - 08/18/2008<br>County: Cook | Map It | | |
| | OBAMA BARACK HUSSEIN | 180 N LA SALLE ST 2200  4x<br>CHICAGO IL 60601-2610<br>(POSSIBLE HIGH RISK)<br>Reported: 06/01/2007 - 06/01/2008<br>County: Cook | Map It | ####-4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 |
| | OBAMA BARACK HUSSEIN | 5046 S GREENWOOD AVE  5x<br>CHICAGO IL 60615-2806<br>(POSSIBLE HIGH RISK)<br>Reported: 12/01/2007 - 04/01/2008<br>County: Cook | Map It | ####-4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 |
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1  4x<br>CHICAGO IL 60615-5916<br>Reported: 07/2006 - 03/25/2008<br>County: Cook | Map It | ####-4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 |
| | OBAMA BARACK | NO ADDRESS REPORTED<br>CHICAGO IL 0<br>Reported: 03/03/2008 - 03/03/2008 | | | |
| | OBAMA BARACK LWYR | 14 W ERIE ST  1x<br>CHICAGO IL 60610<br>(POSSIBLE HIGH RISK)<br>Reported: 01/02/2008 - 01/02/2008<br>County: Cook | Map It | | Cell: (312)310-0069 |
| E-mail: bobama@lawmbg.com | | (No IP Address Reported) | | Phone: (312)751-1170 | DOB: 1961 |
| | MR OBAMA BARACK H | 5046 S GREENWOOD AVE  4x<br>CHICAGO IL 60615-2806<br>(POSSIBLE HIGH RISK)<br>Reported: 07/2005 - 11/15/2007<br>County: Cook | Map It | ####-4425<br>Issued: 1977-1979 in CT<br>DOB: 08/01/1961 Age: 48 | |
| Reports | Name | Address | Maps | SSN / DOB | Phone |
| | OBAMA BARACK H | 180 N LA SALLE ST 2200N  2x<br>CHICAGO IL 60601-2501<br>(POSSIBLE HIGH RISK)<br>Reported: 02/2007 - 06/2007<br>County: Cook | Map It | ####-4425<br>Issued: 1977-1979 in CT | |
| | OBAMA BARACK | 14 W ERIE ST  2x<br>CHICAGO IL 60610-5397<br>(POSSIBLE HIGH RISK)<br>Reported: 12/21/2004 - 01/2006 | Map It | | Landline: (312)751-1170 |

| Reports | Name | Address | Maps | SSN / DOB | Phone |
|---|---|---|---|---|---|
| E-mail: bobama@lawmbg.com | | (No IP Address Reported) | | Phone: (312)751-1170 | DOB: 1961 |
| | OBAMA BARACK | 5046 S GREENWOOD AVE  2x<br>CHICAGO IL 60615-2806<br>(POSSIBLE HIGH RISK)<br>Reported: 07/2005 - 11/2005<br>County: Cook | Map It | -4425<br>Issued: 1977-1979 in CT | Landline: (773)684-4809 |
| | OBAMA BARACK HUSSEIN | 7436 S EUCLID AVE 2  1x<br>CHICAGO IL 60649<br>Reported: 05/26/2005 - 05/26/2005<br>County: Cook | Map It | -4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 |
| | OBAMA BARACK HUSSEIN | 54501 SE VW  1x<br>CHICAGO IL 60615<br>Reported: 05/26/2005 - 05/26/2005<br>County: Cook | Map It | -4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 |
| | OBAMA BARACK HUSSEIN | 54501 E VIEW PARK  6x<br>CHICAGO IL 60615<br>Reported: 06/01/1997 - 05/26/2005<br>County: Cook | Map It | -4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 |
| | OBAMA BARACK HUSSEIN | 5450 E VIEW PARK 1  1x<br>CHICAGO IL 60615<br>Reported: 05/26/2005 - 05/26/2005<br>County: Cook | Map It | -4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 |
| | OBAMA BARACK | 5450 S EAST VIEW PARK 1  1x<br>CHICAGO IL 60615-5916<br>Reported: 05/2005 - 05/2005<br>County: Cook | Map It | | |
| | OBAMA BARACK | 1013 E 53RD ST  3x<br>CHICAGO IL 60615-4311<br>Reported: 12/21/2004 - 01/14/2005<br>County: Cook | Map It | | Landline: (773)363-1996 |
| | OBAMA BARACK | 14 W ERIE ST  1x<br>CHICAGO IL 60654-5397<br>(POSSIBLE HIGH RISK)<br>Reported: 12/21/2004 - 01/06/2005<br>County: Cook | Map It | | Landline: (312)751-1170 |
| E-mail: bobama@lawmbg.com | | (No IP Address Reported) | | Phone: (312)751-1170 | DOB: 1961 |
| Reports | Name | Address | Maps | SSN / DOB | Phone |
| | OBAMA BARACK | 10131/ 53RD ST  1x<br>CHICAGO IL 60615<br>Reported: 07/2003 - 07/2003<br>County: Cook | Map It | | Landline: (773)363-1996 |
| | OBAMA BARACK | 10131 53RD ST  1x<br>CHICAGO IL 60615<br>Reported: 07/2003 - 07/2003<br>County: Cook | Map It | | Landline: (773)363-1996 |
| | OBAMA BARACK SEN | 1741 E 71ST ST  1x<br>CHICAGO IL 60649<br>Reported: 02/01/2003 - 02/01/2003<br>County: Cook | Map It | | Landline: (773)363-1996 |
| E-mail: jenmasondist13@prodigy.net | | IP address: 192.100.76.133 | | Reported: 10/02/2008 | |
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1  4x<br>CHICAGO IL 60615-5916<br>Reported: 10/1997 - 10/2002<br>County: Cook | Map It | -4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | |
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1  1x<br>CHICAGO IL 60615<br>Reported: 07/2002 - 07/2002<br>County: Cook | Map It | Issued: 1975-1976 in IL | |
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1  1x<br>CHICAGO IL 60615<br>Reported: 07/2002 - 07/2002<br>County: Cook | Map It | -4425<br>Issued: 1977-1979 in CT | |
| | OBAMA BARACK H | 7436 S EUCLID AV  8x<br>CHICAGO IL 60649-3626<br>Reported: 06/01/1986 - 11/13/2000<br>County: Cook | Map It | -4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | 684-4809 |
| | OBAMA BARACK HUSSEIN | 5450 VIEW PA  1x<br>CHICAGO IL 60615<br>Reported: 10/01/1999 - 10/01/1999<br>County: Cook | Map It | -4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 |
| | OBAMA BARACK HUSSEIN | 54501 SE VIEW PK  1x<br>CHICAGO IL 60615 | Map It | -4425<br>Issued: 1977-1979 in CT | Landline: (773)684-4809 |

| Reports | Name | Address | Maps | SSN / DOB | Phone |
|---|---|---|---|---|---|
| | OBAMA BARACK H | 54501 SE VIEW PK  1x<br>CHICAGO IL 60615<br>Reported: 06/01/1986 - 10/01/1999<br>County: Cook | Map It | ███-4425<br>Issued: 1977-1979 in CT<br>DOB: 08/1961 Age: 48 | 684-4809 |
| Reports | Name | Address | Maps | SSN / DOB | Phone |
| | OBAMA BARACK H | 5450 S EAST VIEW PA 1  5x<br>CHICAGO IL 60615-5916<br>Reported: 06/01/1986 - 10/01/1999<br>County: Cook | Map It | ███-4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | 684-4809<br>Landline: (773)684-4809 |
| | OBAMA BARACK HUSSEIN | B49798 PO  1x<br>CHICAGO IL 60649<br>Reported: 09/01/1999 - 09/01/1999<br>County: Cook | Map It | ███-4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 |
| | OBAMA BARACK HUSSEIN | 49798 PO BOX  1x<br>CHICAGO IL 60649<br>Reported: 09/01/1999 - 09/01/1999<br>County: Cook | Map It | ███-4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 |
| | OBAMA BARACK H | B49798 PO  2x<br>CHICAGO IL 60649<br>Reported: 09/1999 - 09/1999<br>County: Cook | Map It | ███-4425<br>Issued: 1977-1979 in CT | |
| | OBAMA BARACK HUSSEIN | PO BOX 49798  2x<br>CHICAGO IL 60649<br>Reported: 09/1999 - 09/1999<br>County: Cook | | ███-4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 |
| | OBAMA BARACK SEN | 2152 E 71ST ST  1x<br>CHICAGO IL 60649<br>Reported: 05/01/1999 - 05/01/1999<br>County: Cook | Map It | | Landline: (773)363-1996 |
| | OBAMA BARACK HUSSEIN | 1440 E 52ND ST  1x<br>CHICAGO IL 60615<br>Reported: 01/01/1999 - 01/01/1999<br>County: Cook | Map It | ███-4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 |
| | OBAMA BARACK H | 54501 E VIEW PARK  4x<br>CHICAGO IL 60615<br>Reported: 06/1997 - 06/1997<br>County: Cook | Map It | ███-4425<br>Issued: 1977-1979 in CT | |
| | OBAMA BARACK H | 54501 SE VIEW PA  5x<br>CHICAGO IL 60615-5942<br>Reported: 06/01/1986 - 10/01/1994<br>County: Cook | Map It | ███-4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | 684-4809 |
| | OBAMA BARACK HUSSEIN | 54501 SE VIEW PA  2x<br>CHICAGO IL 60615<br>Reported: 10/01/1994 - 10/01/1994<br>County: Cook | Map It | ███-4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 |
| Reports | Name | Address | Maps | SSN / DOB | Phone |
| | OBAMA BARACK H | 5450 S EAST VIEW PK 1  1x<br>CHICAGO IL 60615<br>Reported: 06/01/1986 - 10/01/1994<br>County: Cook | Map It | ███-4425<br>Issued: 1977-1979 in CT<br>DOB: 08/1961 Age: 48 | |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE  1x<br>CHICAGO IL 60615<br>Reported: 12/01/1993 - 12/01/1993<br>County: Cook | Map It | ███-4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 |
| | OBAMA BARACK | 5450 EASTVIEW PK 1  1x<br>CHICAGO IL 60615<br>Reported: 08/01/1993 - 09/01/1993<br>County: Cook | Map It | ███-4425<br>Issued: 1977-1979 in CT | |
| | OBAMA BARACK | 7436 S EUCLID AVE  2x<br>CHICAGO IL 60649-3626<br>Reported: 08/1993 - 08/1993<br>County: Cook | Map It | ███-4425<br>Issued: 1977-1979 in CT | |
| | OBAMA BARACK H | 5324 S KIMBARK AVE  3x<br>CHICAGO IL 60615-5287<br>Reported: 06/01/1986 - 12/1990<br>County: Cook | Map It | ███-4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | |
| | OBAMA BARACK HUSSEIN | 1N N  1x<br>CHICAGO IL 60615<br>Reported: 01/01/1988 - 01/01/1988<br>County: Cook | Map It | ███-4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 |
| | OBAMA BARACK H | N 1N  2x<br>CHICAGO IL 60615 | Map It | ███-4425<br>Issued: 1977-1979 in CT | |

| Reports | Name | Address | Maps | SSN / DOB | Phone |
|---|---|---|---|---|---|
|  |  |  |  | DOB: 08/04/1961 Age: 48 |  |
|  | OBAMA BARACK HUSSEIN | 5429 S HARPER AVE 1N  1x<br>CHICAGO IL 60615<br>Reported: 10/01/1986 - 10/01/1986<br>County: Cook | Map It | 4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 |
|  | OBAMA BARACK H | 5429 S HARPER AVE 1N  3x<br>CHICAGO IL 60615-5548<br>Reported: 06/01/1986 - 10/1986<br>County: Cook | Map It | 425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 |  |
|  | OBAMA BARACK H | 1440 E 52ND ST  1x<br>CHICAGO IL 60615-4131<br>Reported: 04/1986 - 04/1986<br>County: Cook | Map It | DOB: 08/1961 Age: 48 |  |
| Reports | Name | Address | Maps | SSN / DOB | Phone |
|  | OBAMA BARACK H | 54501 SE VW  2x<br>CHICAGO IL 60615<br>County: Cook | Map It | -4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | 684-4809 |
|  | OBAMA BARACK H | 5450 E VIEW PARK 1  2x<br>CHICAGO IL 60615<br>County: Cook | Map It | 4425<br>Issued: 1977-1979 in CT |  |
|  | OBAMA BARACK H | 5450 EASTVIEW PARK 1  2x<br>CHICAGO IL 60615<br>County: Cook | Map It | -4425<br>Issued: 1977-1979 in CT<br>DOB: 08/1961 Age: 48 |  |