**Dr. Orly Taitz, Attorney-at-Law**
**29839 Santa Margarita Parkway**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7036**
**California State Bar No.: 223433**
E-Mail: dr_taitz@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Captain Pamela Barnett, et al., <br> Plaintiffs, <br><br> v. <br><br> Barack Hussein Obama, <br> Michelle L.R. Obama, <br> Hillary Rodham Clinton, Secretary of State, <br> Robert M. Gates, Secretary of Defense, <br> Joseph R. Biden, Vice-President and President of the Senate, <br> Defendants. | Civil Action: <br><br> **SACV09-00082-DOC-AN** <br><br> 18 U.S.C. §1346: Intangible Rights Fraud-Request for Judicial Notice that Individual Damages Not Required in Public Sector Mail & Wire Political Corruption |

**18 U.S.C. §1346: Intangible Rights Fraud---**
**Request for Judicial Notice that Individual Damages**
**Are not Required in Public Sector Mail & Wire Political Corruption**

**Come now the Plaintiffs** with this Request for Judicial Notice that Individual Damages are not required in public sector mail & wire fraud relating to political corruption under 18 U.S.C. §1346, together with notice of filing expanded report by Susan Daniels.

During this Court's hearing on October 5, 2009, the Court searchingly examined counsel for the Plaintiffs and Defendants regarding the sole threshold question of "standing." Plaintiffs' provided arguments of *Flast v. Cohen* **taxpayer standing** or else 9th Amendment reserved rights to Petition for Redress of Grievances concerning a clear violation of the Constitution's clearly demarcated qualifications for the Presidency, as well as **Oath taker standing per *Allen v Board of Education and USA v Clark* .** 1

*Plaintiffs' Request for Judicial Notice of* **18 U.S.C. § 1346**     **--1--**
*Public Sector Fraud as Denial of the Intangible Right to Honest Services:*
*Expanded Report from Susan Daniels*

Dr. ORLY TAITZ, Attorney-at-Law
29839 Santa Margarita Parkway
Rancho Santa Margarita, Ca 92688
(949) 683-5411; e-mail: dr_taitz@yahoo.com

Plaintiffs have, in the course of their investigations during the past year, accumulated a substantial amount of evidence concerning the Mr. Obama's fraudulent manipulation of his own identity, and the legal identity of others. To this end Plaintiffs have previously submitted the Affidavit and Independent Investigative Report of Former Scotland Yard Inspector Neal Sankey and now submit the expanded Report of Ohio Private Investigator Susan Daniels.

These two private investigation reports, although slightly duplicative, show beyond reasonable doubt a pattern of manipulation of Barack Hussein Obama's identity, employment, and residence information. The use of a multitude of social security numbers alone is indicative that Mr. Obama appears to have committed a substantial number of felony violations, including but not limited to violations of 42 U.S.C. §408(a)(7)(B). which shows dishonest political advantage during 2008 election. Plaintiffs submit again that "the American People Reserve the Right to know". Furthermore, the examination and decipherment of the trail of deception so casually left by this successful candidate will (1) lead ultimately to discovery of the truth about his origins and citizenship, (2) reveal the nature of the scheme to defraud by which this Mr. Barack Hussein Obama became President, and (3) show the degree and nature of the collusion of other people and parties in the scheme of defraud leading to his election, including but not limited to the other Defendants.

The Plaintiffs have repeatedly alleged that the election of 2008 was procured by fraud. Acquisition of high public office by and through implementation of a scheme to defraud regarding material facts regarding a candidate's qualifications and identity is a species of public sector fraud. Such a scheme to defraud is actionable by private parties under 18 U.S.C. §1346, in that each instance of the use of interstate wires or mail delivery facilities counts as an individual predicate act under Civil R.I.C.O., 18 U.S.C. §§1961, 1962(a)-(d), and 1964(c).

*Plaintiffs' Request for Judicial Notice of* 18 U.S.C. § 1346   --2--
*Public Sector Fraud as Denial of the Intangible Right to Honest Services:*
*Expanded Report from Susan Daniels*

Dr. ORLY TAITZ, Attorney-at-Law
29839 Santa Margarita Parkway
Rancho Santa Margarita, Ca 92688
(949) 683-5411; e-mail: dr_taitz@yahoo.com

Plaintiffs request the Court to take note that the United States Congress' express purpose in enacting 18 U.S.C. §1346 was to ensure that corruption by both (even paired) public and private sector defendants (such as Defendants Barack and Michelle Obama were from the Illinois Senatorial Election 2004-up-through January 20, 2009 individualized damages were not required to obtain convictions under 18 U.S.C. §1346. It logically follows that Civil RICO actions relating to public and private sector corruption which would utilize predicate acts of criminal violations of 18 U.S.C. §1346 could likewise be brought without proof of individualized damages or "standing" in the civil sense. Plaintiffs accordingly submit that the principles of prosecutions of public corruption based on 18 U.S.C. §1346 be applied to evaluate the standing of the Plaintiffs in the present above-entitled-and-numbered case *Barnett v. Obama*.

WHEREFORE, Plaintiffs request that this Honorable Court take Judicial Notice of the doctrine of the people's intangible right to honest services based on 18 U.S.C. §1346, and consider the significance for the standing of the people to bring suit under Civil RICO (18 U.S.C. §1964(c)), that the criminal predicate acts for RICO which may be substantiated under this title do not require specific personalized injury to business or property interests. Accordingly, the people of the United States may sue for Civil RICO for the fraudulent denial of their intangible right to honest services without showing individualized specific injury, and this case should be allowed to go forward, albeit with Plaintiffs' Second Amended Complaint allowed to be filed, and considered as a fundamental (complementary) element of citizen standing.

Sunday, October 11, 2009

Respectfully submitted,

/s/ ORLY TAITZ, ESQ.
By:_____
Dr. Orly Taitz, Esq. (California Bar 223433)

*Plaintiffs' Request for Judicial Notice of* **18 U.S.C. § 1346**   --3--
*Public Sector Fraud as Denial of the Intangible Right to Honest Services:*
*Expanded Report from Susan Daniels*

Dr. ORLY TAITZ, Attorney-at-Law
29839 Santa Margarita Parkway
Rancho Santa Margarita, Ca 92688
(949) 683-5411; e-mail: dr_taitz@yahoo.com



Attorney for the Plaintiffs
29839 Santa Margarita Parkway
Rancho Santa Margarita CA 92688
Tel.: 949-683-5411; Fax: 949-766-7036
E-Mail: dr_taitz@yahoo.com

*Plaintiffs' Request for Judicial Notice of* **18 U.S.C. § 1346**    **--4--**
*Public Sector Fraud as Denial of the Intangible Right to Honest Services:*
*Expanded Report from Susan Daniels*

Dr. ORLY TAITZ, Attorney-at-Law
29839 Santa Margarita Parkway
Rancho Santa Margarita, Ca 92688
(949) 683-5411; e-mail: dr_taitz@yahoo.com

## PROOF OF SERVICE

I the undersigned Charles Edward Lincoln, being over the age of 18 and not a party to this case, so hereby declare under penalty of perjury that on this, Sunday, October 11, 2009, I provided electronic copies of the Plaintiffs' above-and-foregoing Request for Judicial Notice of Scheme to Defraud by Denial of the Intangible Right to Honest Services under 18 U.S.C. §1346 was served on all of the following non-party attorneys whose names were affixed to the "STATEMENT OF INTEREST" who have appeared in this case in accordance with the local rules of the Central District of California, to wit:

THOMAS P. O'BRIEN

LEON W. WEIDMAN

ROGER E. WEST roger.west4@usdoj.gov (designated as lead counsel for President Barack Hussein Obama on August 7, 2009)

DAVID A. DeJUTE David.Dejute@usdoj.gov

GARY KREEP usjf@usjf.net

FACSIMILE (213) 894-7819

DONE AND EXECUTED ON THIS Sunday the 11th day of October, 2009.


/s/Charles Edward Lincoln, III

Charles Edward Lincoln, III
Tierra Limpia/Deo Vindice
c/o Peyton Yates Freiman
603 Elmwood Place, Suite #6
Austin, Texas 78705

charles.lincoln@rocketmail.com
Tel: (512) 923-1889

---

*Plaintiffs' Request for Judicial Notice of* **18** *U.S.C.* § **1346**   --5--
*Public Sector Fraud as Denial of the Intangible Right to Honest Services:*
*Expanded Report from Susan Daniels*

Dr. ORLY TAITZ, Attorney-at-Law
29839 Santa Margarita Parkway
Rancho Santa Margarita, Ca 92688
(949) 683-5411; e-mail: dr_taitz@yahoo.com

# Exhibit A:
# Susan Daniels
# Expanded Report

Submitted in Support of Plaintiffs Request for
Judicial Notice relating to
"Probable Cause" to allege a
Private Sector Scheme to defraud and pattern of
racketeering underlay
The election of
Barack Hussein Obama to
Highest Office in the Public Sector;
I.E.: The Presidency in 2008
Was Taken by Fraud and
Assumed by an Unqualified Person.

*Plaintiffs' Request for Judicial Notice of* 18 U.S.C. § 1346   --6--
*Public Sector Fraud as Denial of the Intangible Right to Honest Services:*
*Expanded Report from Susan Daniels*

Dr. ORLY TAITZ, Attorney-at-Law
29839 Santa Margarita Parkway
Rancho Santa Margarita, Ca 92688
(949) 683-5411; e-mail: dr_taitz@yahoo.com