GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROGER E. WEST (State Bar No. 58609)
Assistant United States Attorney
First Assistant Chief, Civil Division
DAVID A. DeJUTE (State Bar No. 153527)
Assistant United States Attorney
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2461/2574
    Facsimile:  (213) 894-7819
    Email: roger.west4@usdoj.gov
        david.dejute@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| CAPTAIN PAMELA BARNETT, *et al.*, | ) | No. SACV 09-00082 DOC (Anx) |
| Plaintiffs, | ) | |
| v. | ) | **REQUEST FOR JUDICIAL NOTICE** |
| BARACK H. OBAMA, *et al.* | ) | |
| Defendants. | ) | Hon. David O. Carter |

Defendants, by and through their undersigned attorneys, hereby request the Court to take Judicial Notice, pursuant to Federal Rule of Evidence 201, of the recently issued Order and Opinion in <u>Kerchner v. Obama</u>, CV 09-253 (United States District Court for the District of New Jersey 2009). True and correct copies of that Order and Opinion are attached to this Request as Exhibits A and B.

                                      Respectfully submitted,

DATED: October 22, 2009        GEORGE S. CARDONA
                                      Acting United States Attorney
                                      LEON WEIDMAN
                                      Assistant United States Attorney
                                      Chief, Civil Division

                                      /s/ Roger E. West
                                      ROGER E. WEST
                                      Assistant United States Attorney
                                      First Assistant Chief, Civil Division

                                      /s/ David A. DeJute
                                      DAVID A. DeJUTE
                                      Assistant United States Attorney

                                      Attorneys for Defendants