IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES F. KERCHNER, JR., et al. | HONORABLE JEROME B. SIMANDLE |
| Plaintiffs, | Civil No. 09-253 (JBS/JS) |
| v. | **ORDER** |
| BARACK HUSSEIN OBAMA, II, et al. | |
| Defendants. | |

This matter having come before the Court upon Defendants'

motion to dismiss [Docket Item 27]; the Court having considered

the submissions in support thereof and opposition thereto; for

the reasons discussed in the Opinion of today's day; and for good

cause shown;

IT IS this ___**20th**___ day of **October, 2009** hereby

ORDERED that Defendants' motion to dismiss shall be, and

hereby is, **GRANTED**; and it is further

ORDERED that the Clerk of Court shall close this docket.



**s/ Jerome B. Simandle**
Jerome B. Simandle
United States District Judge

**2**                                                                                       **EXHIBIT A**