1  GEORGE S. CARDONA
   Acting United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   ROGER E. WEST (State Bar No. 58609)
4  Assistant United States Attorney
   First Assistant Chief, Civil Division
5  DAVID A. DeJUTE (State Bar No. 153527)
   Assistant United States Attorney
6       Room 7516, Federal Building
        300 North Los Angeles Street
7       Los Angeles, California 90012
        Telephone:  (213) 894-2461/2574
8       Facsimile:  (213) 894-7819
        Email: roger.west4@usdoj.gov
9              david.dejute@usdoj.gov

10 Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CAPTAIN PAMELA BARNETT, et al., ) | No. SACV 09-00082 DOC (ANx) |
| Plaintiffs, ) | |
| ) | **OPPOSITION TO MOTION FOR** |
| v. ) | **RECONSIDERATION** |
| ) | |
| BARACK H. OBAMA, et al. ) | |
| Defendants. ) | [NO HEARING DATE YET NOTICED BY PLAINTIFF] |

Defendants, by and through their undersigned counsel, hereby set forth their opposition to Plaintiffs' "Motion for Reconsideration of Order to Dismiss Under Rule 59E and Rule 60."

Rule 7-18 of the Local Rules of the Central District of California provides as follows:

> "Motion for Reconsideration. A motion for reconsideration of the decision on any motion may be made only on the grounds of (a) a material difference in fact or law from that presented to the Court before such decision that in the exercise of reasonable diligence could not have been known to the party moving for reconsideration at the time of such decision, or (b) the emergence of new material facts or a change of law occurring after the time of such decision, or (c) a manifest showing of a failure to consider material facts presented to the Court before such decision. No motion for reconsideration shall in any manner repeat any oral or written argument made in support of or in opposition to the original motion."

Plaintiffs' Motion for Reconsideration completely violates, both procedurally and substantively, the above-quoted Local Rule, and, accordingly, should be summarily denied.

Additionally, the Motion should be denied because it violates Local Rule 6-1, which requires that a Notice of Motion be filed, setting the matter for hearing no earlier than 21 days after

filing.  No such Notice of Motion has been served upon undersigned counsel, and no such hearing date has been noticed.

Finally, the Motion should be denied because it violates Local Rule 7-3, which requires that a conference of counsel take place prior to the filing of the Motion.  No such conference took place in this case.

For all of the foregoing reasons, the Motion should be denied.

Respectfully submitted,

DATED: November 13, 2009

GEORGE S. CARDONA
Acting United States Attorney
LEON WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/ Roger E. West
ROGER E. WEST
Assistant United States Attorney
First Assistant Chief, Civil Division

/s/ David A. DeJute
DAVID A. DeJUTE
Assistant United States Attorney

Attorneys for Defendants

2