UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Captain Pamela Barnett, et al.,<br>  Plaintiffs,<br><br>v.<br><br>Barack Hussein Obama,<br>Michelle L.R. Obama,<br>Hillary Rodham Clinton, Secretary of State,<br>Robert M. Gates, Secretary of Defense,<br>Joseph R. Biden, Vice-President and<br>President of the Senate,<br>  Defendants. | § § § § § § § § § § § § | Civil Action:<br><br>**SACV09-00082-DOC-AN** |

## Declaration of Orly Taitz

I solemnly swear under penalty of perjury that the following are true and correct statements:

On November the 13th, 2009 I have contacted the attorneys of record on the case via e-mail, requesting to schedule a meet and confer conference on November 16, 2009. On November the 16th I have called twice and left two messages for the assistant US attorney David DeJute, asking him to call me back as soon as possible in order to schedule a meet and confer conference. I was not able to schedule such conference with the US attorney's office.

NOVEMBER 16, 2009

Respectfully submitted,

/s/ ORLY TAITZ, ESQ.

By:_____

Dr. Orly Taitz, Attorney-at-Law
29839 Santa Margarita Parkway
Rancho Santa Margarita CA 92688
Tel: (949) 683-5411; Fax (949) 766-7603
California State Bar No.: 223433
E-Mail: dr_taitz@yahoo.com

Declaration of Orly Taitz

Declaration of Orly Taitz