# Medical Examiner's – Coroner's Certificate of Death

- [X] PERMANENT CERTIFICATE
- [ ] TEMPORARY CERTIFICATE

**Registration District No.:** 16.10
**Registered Number:** 358 Dec 07
**Number:** 617144

## Deceased

- **1. Deceased Name:** Donald (First) Young (Last)
- **2. Sex:** Male
- **3. Date of Death:** Dec 23, 2007
- **4. County of Death:** Cook
- **5a. Age – Last Birthday (Yrs):** 47
- **5d. Date of Birth:** April 5, 1960
- **6a. City, Town, Twp., or Road District Number:** Chicago
- **6b. Hospital or Other Institution – Name (if not in either give street and number):** 2330 East 69th Street
- **6c. If Hosp. or Inst. Indicate D.O.A. or Emer. Rm. Inpatient (Specify):** DOA
- **7. Birthplace:** Chicago, IL
- **8a. Married, Never Married, Widowed, Divorced:** Never Married
- **8b. Name of Surviving Spouse:** —
- **9. Was Deceased Ever in U.S. Armed Forces?** No
- **10. Social Security Number:** 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
- **11a. Usual Occupation:** Educator
- **11b. Kind of Business or Industry:** Education
- **12. Education (Highest Grade Completed):** Master's
- **13a. Residence (Street and Number):** 2330 East 69th Street
- **13b. City, Town, Twp., or Road District No.:** Chicago
- **13c. Inside City:** Yes
- **13d. County:** Cook
- **13e. State:** IL
- **13f. Zip Code:** 60649
- **14a. Race:** Black
- **14b. Of Hispanic Origin?:** No

## Parents

- **15. Father – Name:** Paul Berry
- **16. Mother – Name (Maiden):** Norma Jean Kendrick

## Informant

- **17a. Informant's Name:** Lorraine Young
- **17b. Relationship:** Sister
- **17c. Mailing Address:** 7840 South Stewart 60620

## Cause of Death

**18. Part I.**
- (a) Immediate Cause: MULTIPLE GUNSHOT WOUNDS
- (b) Due to, or as a consequence of:
- (c) Due to, or as a consequence of:

**Part II.** Other significant conditions contributing to death but not resulting in the underlying cause given in Part I:

- **19a. Autopsy:** Yes
- **19b. Were autopsy findings available prior to completion of cause of death:** Yes
- **20a. Natural, Accident, Homicide, Suicide, Undetermined:** Homicide
- **20b. Date of Injury:** 12-23-07
- **20c. Hour:** 7:30 A.M.
- **20d. How Injury Occurred:** Found shot
- **20e. Injury at Work:** No
- **20f. Place of Injury:** Residence
- **20g. Location:** Chicago
- **20h. If Female, Was there a pregnancy in past three months:** —

## Certifier

- **21a.** I certify that in my opinion based upon my investigation and/or the inquisition, this death occurred on the date, at the place and due to the cause(s) stated, and that...
- **21b. The decedent was pronounced dead on:** Dec 23, 2007 at 12:10 P.M.
- **22a. Coroner's – Medical Examiner's Signature:** Nancy L. Jones, M.D. / Mitra Kalelkar, M.D.
- **22b. Date Signed:** Dec 24, 2007
- **23a. Coroner's Physician's Name:** MITRA B. KALELKAR, M.D.

## Disposition

- **24a. Burial, Cremation, Removal:** Burial
- **24b. Cemetery or Crematory – Name:** Oak Woods Cemetery
- **24c. Location, City or Town, State:** Chicago, IL
- **24d. Date:** 12/29/2007
- **25a. Funeral Home:** Brookins Funeral Home, 9315 South Ashland, Chicago, 60620
- **25b. Funeral Director's Signature:** (signed)
- **25c. Funeral Director's Illinois License Number:** 034-012145
- **26a. Local Registrar's Signature:** (signed)
- **26b. Date Filed by Local Registrar:** Dec 27, 2007

This is to certify that this is a true and correct copy of the official death record filed with the Illinois Department of Public Health.

STATE OF ILLINOIS
COUNTY OF COOK
CITY OF CHICAGO

JUL 11 2008

I, TERRY MASON, M.D., LOCAL REGISTRAR OF VITAL STATISTICS OF THE CITY OF CHICAGO, CERTIFY THAT I AM THE KEEPER OF THE RECORDS OF BIRTHS, STILLBIRTHS AND DEATHS FOR THE CITY OF CHICAGO BY VIRTUE OF THE LAWS OF THE STATE OF ILLINOIS AND THE ORDINANCES OF THE CITY OF CHICAGO; THAT THE ACCOMPANYING CERTIFICATE ON THIS SHEET IS A TRUE COPY OF A RECORD KEPT BY ME IN ORDINANCE OF SAID LAWS AND ORDINANCES.

Terry Mason MD

THIS CERTIFICATE COPY VALID WHEN EMBOSSED SEAL IS AFFIXED OVER REGISTRAR'S SIGNATURE.

CITY OF CHICAGO
DEPARTMENT OF PUBLIC HEALTH

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Lawrence Sinclair
600 W Superior St #604
Duluth, MN 55802

218-464-1113

Email lws022737@hotmail.com

FAX TRANSMITTAL FORM

| To: CHICAGO POLICE DEPARTMENT | From: Lawrence Sinclair |
| Name: JODY WEIS, Superintendent | Date Sent: April 1, 2008 |
| CC: Montgomery Sibley, Esq. | |
| Phone: 312-745-6100 | Number of Pages: 4 |
| Fax: 312-745-6963 | |

Message:

**Please find the affidavit provided had a typo on the date of notary attached hereto is corrected Affidavit notarized by the same Notary.**

**I do hope that your dept has every intention of investigating this information. Further more this Affidavit does not include all details of conversations and communications as that is something that should not be made public until your dept has had the opportunity to investigate.**

**I maybe contacted through my Attorney Montgomery B. Sibley.**

**Thank you.**

# AFFIDAVIT OF LAWRENCE W. SINCLAIR

I, Lawrence W. Sinclair do hereby affirm under the penalty of perjury that the following statements are true to the best of my personal knowledge, and ability and are provided freely to the Chicago IL Police Department.

I, Lawrence W. Sinclair, do state:

1. In September 2007 I contacted the Presidential Campaign of Barack H. Obama, US Senator of IL, to request that Senator Obama publicly correct his stated drug use record to reflect his use of crack cocaine in November 1999.

2. That in making contact I did leave with the Presidential Campaign of Senator Barack H. Obama a contact number for the campaign to return my call. The first number provided was a Texas cell phone.

3. That from the period of Labor day weekend 2007 through November 18, 2007 I did provide a total of four (4) different call back numbers to the Obama campaign, as I had moved and had changed the numbers to reflect locally my place of residence at the time.

4. In late September to early October 2007, I received a call from a male who identified himself as a "Mr. Young" stating he was calling in regards to calls I had made to the Obama campaign. This first call was in fact an attempt by said "Mr. Young " to obtained from me the identities of anyone I had contacted concerning my 1999 allegations against Senator Obama. This first called shocked me in that this "Mr. Young" asked me why I had not asked Senator Obama to disclose sexual encounters I had with Mr. Obama in 1999. I was shocked as I had never mentioned to the campaign or anyone working for the campaign any sexual encounters. The call ended with "Mr. Young stating I would hear from someone in a few days.

5. In mid to late October 2007,I received a second call from this "Mr. Young" at which time I clearly became aware that this individual was personally involved with Senator Obama rather than an employee of his campaign. The tone of the conversation and the sexual nature of said conversation. While "Mr. Young" did not once advise me how he obtained my phone number which by this time had now changed to a Delaware number.

6. In late October 2007 I received a text message from the gentleman identified as "Mr. Young" in which he stated he was intimately involved with Senator Obama and that Obama was discussing with him and his pastor how to publicly acknowledge Senator Obama's drug use in 1999 and that Obama wanted to be sure I had not discussed the sexual encounters or drug incidents with any media at that time.

7. In mid to late November 2007 another text message from "Mr. Young"

only this time to my Minnesota cell phone number, advises me that Obama will publicly correct his statement as to the last time he used drugs and I did not need to concern myself with publicly disclosing it myself.

8. The last contact with "Mr. Young" in early December 2007 made it clear to me that Obama had no intentions of publicly acknowledging his 1999 use of crack cocaine and that "Mr. Young" was in fact doing nothing more than milking information from me for Senator Obama's use.

9. I had not truly become aware of the murder of Donald Young to the point of understanding this was the individual who had been contacting me last fall until a few weeks ago.

_____
Lawrence W. Sinclair

**THIS IS A CORRECTED AFFIDAVIT DUE TO THE TYPO OF THE SIGNED NOTARY DATE STATING THE YEAR NOTARIZED AS 2007 WHEN IN FACT THE DATE ORIGINAL AFFIDAVIT WAS NOTARIZED WAS APRIL 1, 2008.**

State of Minnesota }
}
} SUBSCRIBED AND SWORN TO BEFORE ME this 1 day
County of St. Louis }

Of April, 2008 A.D. In the State of Minnesota, County of St. Louis.

My commission expires January 31, 2012 _____
Notary Public



KEVIN ROBERT CHICK
Notary Public
Minnesota
My Commission Expires Jan. 31, 2012