Name GARY G. KREEP (SBN 066482)
Address 932 "D" Street, Suite 2
City, State, Zip Ramona, California 92065
Phone (760) 788-6624
Fax (760) 788-6414
E-Mail usjf@usjf.net
☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☐ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CAPTAIN PAMELA BARNETT, et al.,

PLAINTIFF(S),

v.

BARACK HUSSEIN OBAMA, et al.,

DEFENDANT(S).

CASE NUMBER:

SACV09-00082-DOC (Anx)

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that __DR. WILEY DRAKE and MARKHAM ROBINSON__ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   Order of Dismissal

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____. Entered on the docket in this action on October 29, 2009.

A copy of said judgment or order is attached hereto.

November 16, 2009
Date

Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                    NOTICE OF APPEAL