*UNITED STATES JUSTICE FOUNDATION*
**GARY G. KREEP; SBN 066482**
932 "D" Street, Suite 2
(Email: usjf@usjf.net)
Ramona, California 92065
Tel: (760) 788-6624
Fax: (760) 788-6414

Attorney for Plaintiffs,
Dr. Wiley S. Drake and
Markham Robinson

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| CAPTAIN PAMELA BARNETT, et al., | No.: |
| Plaintiffs, | Dist. Ct. No.: SACV09-00082-DOC (Anx) |
| v. | |
| BARACK HUSSEIN OBAMA, et al., | |
| Defendants | |

-oOo-

## REPRESENTATION STATEMENT

The undersigned represents DR. WILEY DRAKE and MARKHAM ROBINSON, Plaintiffs and Appellants in this manner, and no other party. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, and telephone number, where appropriate. (F.R.A.P. 12(b); Circuit Rule 3-2(b).)

Respectfully submitted,

_____
GARY G. KREEP
UNITED STATES JUSTICE FOUNDATION
Attorney for PLAINTIFFS Dr. Wiley Drake and Markham Robinson

1

# SERVICE LIST

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA (SOUTHERN) DIVISION
### Dist. Ct. No.: SACV09-00082-DOC (Anx)

| Orly Taitz, Esq.<br>Orly Taitz Law Offices<br>26302 La Paz, Suite 211<br>Mission Viejo, CA 92691<br>Tel: (949) 683-5411<br>dr_taitz@yahoo.com | Attorney for Plaintiffs<br><br>CAPTAIN PAMELA BARNETT<br>AMBASSADOR ALAN KEYES, PhD<br>LT.COL. RICHARD NORTON<br>CAPTAIN ROBIN D. BIRON<br>COL. JOHN D. BLAIR<br>MR. DAVID L. BOSLEY<br>MS. LORETTA G. BOSLEY<br>CAPT. HARRY G. BUTLER<br>REP. GLENN CASADA (Tennessee)<br>JENNIFER LEAH CLARK<br>REP. TIMOTHY COMERFORD (New Hampshire)<br>CHARLES CRUSEMIRE<br>REP. CYNTHIA DAVIS (Missouri)<br>CHIEF WARRANT OFFICE THOMAS S. DAVIDSON<br>MATTHEW MICHAEL EDWARDS<br>LIEUTENANT JASON FREESE<br>MR. KURT C. FUQUA<br>OFFICER CLINT GRIMES<br>JULLIETT IRELAND<br>D. ANDREW JOHNSON<br>ISRAEL D. JONES<br>STATE REP. TIMOTHY JONES (Missouri)<br>COMMANDER DAVID FULLMER LaROQUE<br>GAIL LIGHTFOOT<br>MIL OFFICER LITA M. LOTT (U.S. Army)<br>MAJOR DAVID GRANT MOSBY<br>MSGT STEVEN KAY NEUENSCHWANDER<br>STATE REP. FRANK NICELEY (Tennessee)<br>RETIRED SENATOR JERRY O'NEIL (Montana)<br>SFC E7 ROBERT LEE PERRY<br>COL. HARRY RILEY<br>SERGEANT JEFFREY WAYNE ROSNER<br>MSGT JEFFREY SCHWILK<br>CAPTAIN DAVID SMITHEY |

| | |
|---|---|
| | LT. COMMANDER JOHN BRUCE STEIDEL<br>COMMANDER DOUGLAS EARL STOEPPELWERTH<br>THOMAS J. TAYLOR<br>REP. ERIC SWAFFORD (Tennessee)<br>CAPT. NEIL B. TURNER<br>RICHARD E. VENABLE<br>LCDR JEFF GRAHAM WINTHROPE<br>LT. COL. MARK WRIGGLE |
| GARY G. KREEP (SBN 066482)<br>UNITED STATES JUSTICE FOUNDATION<br>932 "D" Street, Suite 2<br>Ramona, California 92065<br>Tel: (760) 788-6624<br>Fax: (760) 788-6414<br>usjf@usjf.net | Attorney for Plaintiffs<br><br>Wiley S. Drake<br>Markham Robinson |
| David A. DeJute, Esq.<br>SAUSA - Office of U.S. Attorney<br>300 N. Los Angeles Street, Suite 7516<br>Los Angeles, CA 90012<br>(213) 894-2574<br>Fax: (213) 894-7819<br>email:<br>USACAC.Civil@usdoj.gov<br><br>Robert E. West, Esq.<br>AUSA - Office of U.S. Attorney<br>Civil Division - Federal Building<br>300 N. Los Angeles Street, Suite 7516<br>Los Angeles, CA 90012<br>(213) 894-2461<br>fax: (213) 894-7819<br>email:<br>USACAC.Civil@usdoj.gov | Attorneys for Defendants<br><br>BARACK HUSSEIN OBAMA<br>CONDOLEEZE RICE, prior Secy of State<br>ROBERT MUELLER, FBI Director<br>MICHAEL W. HAGER (Off. Personnel Mgmt.)<br>MICHELLE L.R. OBAMA<br>HILLARY RODHAM CLINTON, Secy of State<br>ROBERT M. GATES, Secretary of Defense<br>JOSEPH R. BIDEN, VP and Pres. of Senate |