| Form 6. Civil Appeals Docketing Statement | USCA DOCKET # (IF KNOWN) |
|---|---|

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: | DISTRICT: Central Dist. of CA | JUDGE: Hon. David O. Carter |
|---|---|---|
| CAPTAIN PAMELA BARNETT, et al., Plaintiffs, v. BARACK HUSSEIN OBAMA, et al., Defendants. | DISTRICT COURT NUMBER: SACV09-00082-DOC (Anx) | |
| | DATE NOTICE OF APPEAL FILED: 11-16-2009 | IS THIS A CROSS-APPEAL?   ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): | |

**BRIEF DESCRIPTION OF ACTION AND RESULT BELOW:**

Civil Action in which Plaintiffs seek a determination on whether Defendant Barack Obama has met the constitutional eligibility requirements for the office of President of the United States. The court below granted Defendant's Motion to Dismiss.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**

Whether the Court may make a determination of whether the President has met the eligibility requirements for office, whether the "natural born citizen" clause of the United States Constitution may be enforced by the Courts, whether the "natural born citizen" clause of the US Constitution is a non political question, whether the Court may remove from office a President that was not elected in accordance with the US Constitution

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):**

On November 09, 2009, a Motion for Reconsideration of Judgment of Dismissal was filed by Plaintiffs other than Dr. Wiley Drake and Markham Robinson. Subsequently, on November 16, 2009, an Amended Motion for Reconsideration of Judgment of Dismissal was filed.

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☐ Possibility of settlement

☐ Likelihood that intervening precedent will control outcome of appeal

☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (specify)

☐ Any other information relevant to the inclusion of this case in the Mediation Program

☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges.

Page 2 of 2

## LOWER COURT INFORMATION

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| **FEDERAL** | **APPELLATE** | **TYPE OF JUDGMENT / ORDER APPEALED** | **RELIEF** |
| ☒ FEDERAL QUESTION<br>☐ DIVERSITY<br>☐ OTHER (SPECIFY) | ☒ FINAL DECISION OF DISTRICT COURT<br>☐ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT<br>☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):<br><br>☐ OTHER (SPECIFY): | ☐ DEFAULT JUDGMENT<br>☒ DISMISSAL / JURISDICTION<br>☐ DISMISSAL / MERITS<br>☐ SUMMARY JUDGMENT<br>☐ JUDGMENT / COURT DECISION<br>☐ JUDGMENT / JURY VERDICT<br>☐ DECLARATORY JUDGMENT<br>☐ JUDGMENT AS A MATTER OF LAW<br>☐ OTHER (SPECIFY): | ☐ DAMAGES:<br>   SOUGHT $_____<br>   AWARDED $_____<br>☐ INJUNCTIONS:<br>   ☐ PRELIMINARY<br>   ☐ PERMANENT<br>   ☐ GRANTED<br>   ☐ DENIED<br><br>☐ ATTORNEY FEES:<br>   SOUGHT $_____<br>   AWARDED $_____<br>   ☐ PENDING<br><br>☐ COSTS: $_____ |

## CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**
1. COPIES OF ORDER / JUDGMENT APPEALED FROM ARE ATTACHED.
2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED ( SEE 9TH CIR. RULE 3-2
3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.
4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

_____        11-16-2009
           Signature                                  Date

## COUNSEL WHO COMPLETED THIS FORM

NAME: GARY G. KREEP (SBN 066482)

FIRM: UNITED STATES JUSTICE FOUNDATION

ADDRESS: 932 "D" Street, Suite 2
         Ramona, California 92065

E-MAIL: usjf@usjf.net

TELEPHONE: (760) 788-6624

FAX: (760) 788-6414

\* THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL \*
\* IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS \*