UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

Captain Pamela Barnett, et al.,
    Plaintiffs,

v.

Barack Hussein Obama,
Michelle L.R. Obama,
Hillary Rodham Clinton, Secretary of State,
Robert M. Gates, Secretary of Defense,
Joseph R. Biden, Vice-President and
President of the Senate,
    Defendants.

Civil Action:

**SACV09-00082-DOC-AN**

## Declaration of Orly Taitz

I solemnly swear under penalty of perjury that the following are true and correct statements:

On November the 13th, 2009 I have contacted the attorneys of record on the case via e-mail, requesting to schedule a meet and confer conference on November 16, 2009. On November the 16th I have called twice and left two messages for the assistant US attorney David DeJute, asking him to call me back as soon as possible in order to schedule a meet and confer conference. I was not able to schedule such conference with the US attorney's office.

NOVEMBER 16, 2009

Respectfully submitted,

/s/ ORLY TAITZ, ESQ.

By:_____

Dr. Orly Taitz, Attorney-at-Law
29839 Santa Margarita Parkway
Rancho Santa Margarita CA 92688
Tel: (949) 683-5411; Fax (949) 766-7603
California State Bar No.: 223433
E-Mail: dr_taitz@yahoo.com

Declaration of Orly Taitz

Declaration of Orly Taitz