UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Captain Pamela Barnett, et al., <br>     Plaintiffs, | § § § § | |
| v. | § § | Civil Action: |
| Barack Hussein Obama, <br> Michelle L.R. Obama, <br> Hillary Rodham Clinton, Secretary of State, <br> Robert M. Gates, Secretary of Defense, <br> Joseph R. Biden, Vice-President and <br> President of the Senate, <br>     Defendants. | § § § § § § § § § | **SACV09-00082-DOC-AN** <br><br> Motion for <br> Reconsideration |

## **Declaration of Orly Taitz**

1. My name is Orly Taitz. I am over 18 years old, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2. I am a citizen of the United States of America and a resident of the state of California.

3. I am an attorney and an officer of the court licensed in all courts of the state of California, Supreme Court of the United States, Federal District Court in the central District of the State of California and have practiced pro hac vice in the states of Texas, Pennsylvania and Georgia.

4. This declaration is made in response to the October 29th order in above captioned case.

5. During the October 5 hearing in the above mentioned case Judge David O. Carter stated that I encouraged my supporters to call him in order to influence his decision.

6. I declare under penalty of perjury that this is not true.

7. During the hearing I tried to protest this defamatory allegation against me and asked to speak. However, Judge Carter refused to let me speak and respond to this allegation.
8. In the same order on page 29, Judge Carter has stated that he received letters with affidavits, claiming that I asked potential witnesses to perjure themselves.
9. I declare that this is absolutely and categorically not true, and it constitutes an outrageous defamatory and slanderous accusation. Those letters were ex parte communications, highly prejudicial against me and my clients and I had no opportunity to respond and deny those accusations.
10. I believe that the court referred to the letters from Larry Sinclair and Lucas Smith. Both parties were contacted and asked to be witnesses during the motion hearing on September 8, 2009.
11. I have asked Larry Sinclair to authenticate an affidavit he submitted to the Chicago police regarding the homicide of Mr. Donald Young. In fact, the statements to which Mr. Sinclair would testify are already a matter of public record.
    a. In the affidavit submitted to the Chicago Police and in his book, recently published, Mr. Sinclair stated that Mr. Donald Young related to him that "he was intimately involved with Senator Obama and that Obama was discussing with him and his pastor how to publicly acknowledge Senator Obama's drug use in 1999. That Obama wanted to be sure I had not dicussed the sexual encounters or drug incident with any media at that time"
    b. In his book on page 55 Mr. Sinclair has written" I believed Donald Young and I also believe that his death was at the

    direction of both Barack Obama and Jeremiah Wright. On December 27, 2007 just four days after Donald's murder, a guy named Joshua posted on a BET message board the following statement: "Joshua said on December 27th, 2007 well, I really hope the fact that he was involved with Obama cannot be linked to this murder!" http://blogs.bet.com/news

  c. Any allegation that I asked Mr. Sinclair to perjure himself is not only completely defamatory, but lacks any sense or reason, as Mr. Sinclair's affidavit regarding Mr. Young's homicide can be found filed with the Chicago police department and in his book, that can be purchased on the Internet.

12. I asked Mr. Lucas Smith to authenticate Kenyan birth certificate for Mr. Barack Hussein Obama, which he previously tried to sell to the highest bidder on E-bay. Again, any allegations that I asked Mr. Smith to perjure himself is absolutely not true, defamatory and ludicrous, as he made this information available to the public long before he ever met me.

13. As of now I am the only attorney with the courage, integrity and strength of character to **not only bring forward** information of Mr. Barack Obama not being eligible for the office of the presidency, but also to submit to court information from two licensed investigators, showing that Mr. Obama has used 39 different social security numbers according to national databases, including social security numbers of deceased individuals.

14. I am bringing forward evidence showing that Mr. Barack Hussein Obama, sitting president, is guilty of multiple felonies, for which he might need to spend the rest of his life in prison.

15. I believe that I am being targeted in an effort to silence me, which involves targeting my law license in an attempt to try to prevent me from proceeding with legal actions on the above issues.

I solemnly swear under penalty of perjury that all the facts stated and circumstances described above are true and correct statements.

NOVEMBER 16, 2009

Respectfully submitted,

/s/ ORLY TAITZ, ESQ.

By:_____

Dr. Orly Taitz, Attorney-at-Law
29839 Santa Margarita Parkway
Rancho Santa Margarita CA 92688
Tel: (949) 683-5411; Fax (949) 766-7603

California State Bar No.:223433