# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Case No. SA CV09-0082-DOC(ANx) | | Date November 30, 2009 |
| Title CAPTAIN PAMELA BARNETT, ET. AL., -V- BARACK HUSSEIN OBAMA, ET. AL., | | |

| Present: The Honorable | DAVID O. CARTER | | |
|---|---|---|---|
| Kristee Hopkins | NONE PRESENT | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| NONE | | NONE |

Proceedings:   (IN CHAMBERS)   TAKING MATTER UNDER SUBMISSION

     Before the Court is: Amended Motion by Plaintiffs for Reconsideration. The Court finds matter appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set December 7, 2009 at 8:30 a.m. is removed from the calendar. Parties will be served with the Court's ruling.

     The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

|   |   | : | 0 |
|---|---|---|---|
|   | Initials of Preparer | kh |   |