Dr. Orly Taitz ESQ

29839 Santa Margarita PKWY, ste 100

Rancho Santa Margarita CA 92688

12.02.09.

**Request for investigation of misconduct in legal proceedings, submission of perjured affidavits, submission of a letter to court by an attorney with improper purpose of covering up criminal activity and obstruction of justice, withholding evidence by attorneys, and US attorneys acting under conflict of interest**

Attn. Honorable Judge David O Carter,

Your honor,

Under rule 83-3.1.12 you have the inherent power to investigate any misconduct perpetrated upon this court during proceedings.

L.R. 83-3.1.12 Powers of an Individual Judge to Deal With Contempt or Other Misconduct Not Affected . Disciplinary proceedings under Rule 83-3.1 shall not affect, or be affected by, any proceedings for criminal contempt under the U.S. Criminal Code, nor shall anything contained in this Rule 83-3.1 be construed to deny any judge of this Court said judge's inherent power to maintain control over the proceedings conducted before said judge, nor to deny the judge those powers derived from any statute or rule of court. Misconduct of any attorney in the presence of a court or in any manner in respect to any matter pending in a court may be dealt with directly by the judge in charge of the matter or at said judge's option, referred to the Committee, or both.

There was a concerted and a well orchestrated effort by a number of individuals to assassinate my character, endanger my law license and ultimately derail my case against Mr. Obama. A number of criminal activities were perpetrated upon this court. I request urgent investigation of the following activities:

1. Perjury committed by Lucas Smith in his letter to your honor, claiming that I have suborned perjury, as I have never suborned perjury and only asked Mr. Smith to authenticate the declaration that he has signed previously under the penalty of perjury and later recorded on videotape by filmmaker Mr. William Waggener.
2. Perjury committed by Larry Sinclair in his letter claiming that I suborned perjury, as I have never suborned perjury and simply asked Mr. Sinclair to authenticate an affidavit submitted by him to the Chicago police and published in his book "Barack Obama & Larry Sinclair Cocaine, Sex, Lies & Murder?"  by Lawrence W. Sinclair .
3. A letter by attorney Philip Berg on behalf of his client Lisa Liberi submitted with improper purpose to this court. Ms. Liberi is not only Mr. Berg's client, but also his legal

assistant, who according to Mr. Berg's numerous radio interviews prepared a similar case involving Mr. Obama. As Your Honor could see in dossier #6 submitted to this court and Department of Justice, specifically Attorney General Eric Holder, as well as US attorney's office in this district, Ms. Liberi is a convicted felon, with 10 convictions of forgery of documents, forgery of an official seal and grand theft. She was convicted in January 2008 of all of the above felonies and received 8 year prison term. Miraculously in spring of 2008 her 8 year prison term was reduced to probation only, which she was allowed to serve in Santa Fe, NM, to be close to her father and step mother. Shortly after her prison term was reduced from 8 years in prison to probation, she started working with attorney Phillip Berg from PA on Obama eligibility case and in August of 2008 they submitted to US district court in the Eastern district of PA a case Berg v Obama. This case contained some sworn affidavits from Kenya, testifying to Mr. Obama's Kenyan birth. As those were sworn affidavits submitted to federal court, I have used this evidence by incorporation in a number of cases, including Lightfoot et al v Bowen (vice presidential candidate Gail Lightfoot v secretary of state of CA Debra Bowen ) submitted to the Supreme court of CA and the Supreme Court of the United States and in this case Barnett et al v Obama, in the original pleadings submitted in January 21, on the inauguration day and before Mr. Mr. Obama's oath of office was taken. ( the oath of office was actually taken the next day, as the first time it was administrated improperly). Sometime in Spring of this year I received information that Ms. Liberi has multiple convictions of forgery, used multiple social security numbers and there is a real concern that the affidavits submitted to court by attorney Berg could have been forged. I have written to Mr. Berg and asked him to either employ a forensic document expert to check those documents for authenticity or give me an opportunity to review those documents together with a forensic document expert in order to make sure those documents are not forged, as I included them by reference in my pleadings in this court. I thought Mr. Berg was not aware of Ms. Liberi's past and would cooperate. Instead Mr. Berg decided to keep me quiet by filing a totally frivolous legal action against me, my investigator and a number of other parties. Mr. Berg was seeking a restraining order on any information about Liberi and millions of dollars. US district Judge Robreno promptly denied the TRO and issued an order to Berg to show cause, why his case should not be dismissed due to lack of jurisdiction over the defendants in the Eastern District of Pa. I am expecting this case to be dismissed shortly, as Mr. Berg has never presented any evidence of jurisdictions over the defendants. I have also removed from the first amended complaint in this case any mention of any evidence coming from Berg and Liberi. I am greatly concerned that there was a concerted effort to cloud the case against Mr. Obama by the evidence prepared by the convicted forger Liberi. I believe someone has used this whole connection of Berg-Liberi as sort of an insurance policy, in case this case goes to trial, it will be tainted. Additionally, I was amazed by total paralysis of law enforcement to investigate any suspected criminal activity by Berg and Liberi. According to San Bernardino District Attorney James Secord Liberi is on disability and according to the terms of her probation she is not allowed to

handle any credit cards of other individuals. According to the letter submitted to SSA by former volunteer for Attorney Berg, Linda Belcher, Liberi has constantly handled credit cards of individuals, who donated to Mr. Berg's effort to expose Mr. Obama. Ms. Belcher has also described routine practice of Mr. Berg paying Liberi's earnings to her husband Brent Liberi, which constituted fraud upon Social Security Administration and IRS, perpetrated by Liberi and Berg, as Liberi was getting social security as a disabled individual, and it was a violation of her probation. While all of this was reported, there was no action by law enforcement yet.

4. From 11.11.09. to 11.22.09. I had the honor to be a delegate at the Continental Congress 2009.  One of the guest speakers for the Continental Congress was a former Immigration officer and currently a private investigator in CO, Mr. John Samson. I have stated to Mr. Samson that I need to tie some loose ends and  I was wondering if as a former immigration officer, Mr. Samson would be privy to the information, that other investigators couldn't obtain. In my presence Mr. Samson used his password and logged into the Database "Intelligator', and he printed out a document attached as an exhibit. It shows  that Mr. Obama's  immigration records  show one more birthdate: 08.01.61 and in the area of Ethnic origin it stated Equatorial Guinea. The rest of the information was the usual, showing Michelle Obama as the spouse and the rest of the information that we are used to see. This document provides significance in a number of areas**:     A**. It shows that with the minimal inquiry assistant US attorneys representing Mr. Obama in this case knew or should have known, that not only there are 39 different social security numbers that he used according to the databases, none of which were issued in Hawaii, not only there are statements of forgery of his selective service certificate and certification of life birth and his refusal to unseal the original birth certificate and original birthing file from the Kapiolani hospital, there are additional doubts to his citizenship, due to the presence of different date of birth and   different origin. This constitutes sufficient reason to doubt Mr. Obama's citizenship status, where the US attorney's office and department of justice representing United states of America had an obligation to withdraw from representation of Mr. Obama in this case and the fact that it was not done, represents a clear violation of the professional ethics  by the US attorneys representing Mr. Obama in this case.   **B**.  This piece of information provided another piece to the puzzle, as numerous articles have reported that some 500 Columbia university students from the same graduation year were questioned and didn't remember Mr. Obama as a student at Columbia, however at the same time there was an article published in Seattle, Washington, regarding one, Roman Obama, an exchange student from Equatorial Guinea (same origin listed in Mr. Obama's immigration records) studying in the university of Patrice Lumumba in Moscow. (this university was known as a basis of heavy  Communist indoctrination and rumored to be the hunting ground of communist recruiting by the KGB). This university is very similar to the university of Karl Marx, attended by Mr. Obama's cousin, current prime minister of Kenya Raela Odinga.  **C**.   It provided yet another connection between Mr. Obama and the law clerk of this court Mr. Velamoor, as similarly there are conflicting accounts of

> Mr. Velamoor's legal education in Martindale and WestLaw directories: one pointing to Columbia university, while the other to the Comenis law school in Bratislava, Slovakia. It appears that both might have been part of the same program with the Columbia university. Additionally there is a geographical connection as both Mr. Obama and Mr. Velamoor came from the same tiny community of Mercer Island WA. While Mr. Obama in his memoirs writes that his mother was married to Mr. Obama Sr. and lived in Hawaii in and around his birth, the registrar records show that she dropped out of the university of Hawaii around December 1960 and reappeared some nine months later enrolled in the university of Washington from August 1961, shortly after Mr. Obama's birth. This coupled with the fact that Mr. Velamoor is still listed as an employee of Perkins Coie, the law firm, representing Mr. Obama in eligibility litigation, shows that there had been some ethics violation and Mr. Velamoor had to disclose all of the connections and conflict of interest and had to be recused from assisting your owner.

Lastly, after the order of 10.29.09 became public, it became a source of hounding and wilding of me and my family. As an example, a teacher has approached one of my children, pointed to a newspaper article and commented that the judge says "your mother tells witnesses to lie". There are daily death threats against me and my family, tampering with my car and my husband's car and there is no assistance from either police or FBI. I believe that the justice department, Attorney General Eric Holder and Assistant US attorneys representing both United States of America and Mr. Obama are guilty of obstruction of Justice, as they do not investigate and simply burry any and all illegal activity by Mr. Obama, but they also stop and burry all the investigation of death threats against me and my family as well as any and all acts along the lines of those threats. The only way this illegal activity will ever be investigated and prosecuted, is not from initiative of Mr. Holder, but rather pursuant to a court order from you Your Honor. There is an urgent need for your honor to start the investigation of perjury, violation of ethics and possibly other illegal actions committed by the parties listed above upon this court. Speedy investigation and resolution is paramount not only for my family, but for the country as a whole.

Respectfully submitted

/s/Dr. Orly Taitz ESQ

I certify under penalty of perjury that the copies of the above letter were electronically served upon all the parties in this case.

/s/ Dr. Orly Taitz, ESQ

Declaration of Orly Taitz

Under penalty of perjury I declare the following:

1. I am over 18 years old, I am a resident of Orange County, California, I am of sound mind and free of any mental disease and psychological impairment.
2. From 11.11.09. until 11.22.09. I was a delegate at the Continental congress 2009.
3. On 11.16.09. I met a guest speaker at the Congress Mr. John Samson, retired Immigration officer and currently a private investigator in the state of Colorado.
4. In my presence Mr. Samson ran the background report for Mr. Barack Obama attached as exhibit.
5. The report showed Mr. Obama's date of birth to be 08.01.09. and not 08.04.09.
6. The report showed Equatorial Guinea as ethnicity.

I solemnly swear under penalty of perjury that all the facts stated and circumstances described above are true and correct statements. Further declarant saith naught.

/s/ Orly Taitz

12.03.09.

Attachments:

An example of daily death threats. The IP addresses of most of the individuals making death threats were traced to WA state.

| | | |
|---|---|---|
| **Peter Nantucket** <br> ptn@aol.com <br> 71.112.191.144 | Submitted on 2009/12/02 at 3:09pm <br><br> Oh, Your "pastor" friend wiley drake can WISH the president dead but I can't wish YOU dead orly? YOU ARE SUCH A HYPOCRITE!!!! <br> I WISH YOU NOTHING BUT DEATH AND MISERY. I WISH YOUR CAR WILL CRASH BECAUSE SOMEONE TAMPERED WITH IT, AND YOU WILL BURN AND BE IN THE WORST AGONY OF YOUR LIFE. I WISH AND PRAY FOR THE MOST AWEFUL DISEASE TO INFLICT YOUR WHOLE FAMILY. I WISH FOR ALL RIGHT WINGERS TO DROP DEAD NOW, FOR THE ARE THE SEEDS OF HUMANITIES DESTRUCTION. I WISH SOMEONE WOULD TAKE YOU OUT BEHIND A SHED AND BEAT YOU TILL YOU START MAKING SENSE. I WISH YOU WOULD STOP LYING AND TWISTING RUMORS INTO SO-CALLED "FACTS" … I WISH A LOT OF THINGS EVIL TO COME YOUR WAY. I LEARNED IT FROM RIGHT WINGERS LIKE WILEY DRAKE AND COMPANY. <br><br> Approve \| Spam \| Delete \| Edit \| Quick Edit \| Reply | Can someone track this IP? It sounds like a death threat to me <br> # |



### NOBODY REMEMBERS OBAMA AT COLUMBIA

**Looking for evidence of Obama's past, Fox News contacted 400 Columbia University students from the period when Obama claims to have been there, but none remembered him.**

**Wayne Allyn Root was, like Obama, a political science major at Columbia who also graduated in 1983. In 2008, Root says of Obama, "I don't know a single person at Columbia that knew him, and they all know me.**

**I don't have a classmate who ever knew Barack Obama at Columbia . Ever! Nobody recalls him. I'm not exaggerating, I'm not kidding."**
**Root adds that he was also, like Obama, "Class of '83 political science, pre-law" and says, "You don't get more exact or closer than that. Never met him in my life, don't know anyone who ever met him.**

**At the class reunion, our 20th reunion five years ago, who was asked to be the speaker of the class? Me.**

**No one ever heard of Barack! And five years ago, nobody even**

**knew who he was. The guy who writes the class notes, who's kind of the, as we say in New York, the macha who knows everybody, has yet to find a person, a human who ever met him. Is that not strange?**

**It's very strange." Obama's photograph does not appear in the school's yearbook and Obama consistently declines requests to talk about his years at Columbia, provide school records, or provide the name of any former classmates or friends while at Columbia.**

**http://en.wikipedia.org/wiki/Wayne_Allyn_Root#column-one**
**NOTE: Root graduated as Valedictorian from his high school, Thornton-Donovan School , then graduated from Columbia University in 1983 as a Political Science major (in the same class as President Barack Obama WAS SUPPOSED TO HAVE BEEN IN)**

Attachment: two different curriculum vitae for Mr. Velamoor. One shows **JD from Columbia University**, another **JD from Comenis University**, Bratislava, Slovakia

An October 18th item focused on Siddharth Velamoor showing up in Judge Carter's court as his new clerk.  It turns out that Velamoor has multiple CVs.

From: West Legal Directory

Siddharth Velamoor
Perkins Coie
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099

**Comenius University School of Law, Bratislava, Slovakia, 2008, J.D.**

London School of Economics and Political Science, 2005, M.Sc., Major: International Relations

Dartmouth College, 2004, A.B., Honors: cum laude, Major: Government

But, lookie here!

From: Martindale.com

Siddharth Velamoor
Associate
Perkins Coie LLP
1201 Third Avenue, Suite 4800

Seattle, Washington

**Columbia University, J.D**.

Dartmouth College, A.B.

*11/17/2009 0532*
*#553 P.001!002*

From:

Page 1 of 2

Background Report - *11/16/2009* 19:17

Print

Paqe l ~ Search Criterion: Barack Obama STATE = IL Search Results: Name: BARACK H OBAMA

Address: 5046 S GREENWOOD AVE CHICAGO IL 60615 (Google maesl Verified address: No County: COOK
Phone: OOB: **08-01-1961** Age: 48 Gender: M Education: Graduate School Occupation Group:
Professionalffechnical Occupation: Unknown Ethnic Code: **Equatorial Guinea** Ethnic Group: F Language Code: E
1 Marital status: Unknown Business owner: Record 10 #: Possible nicknames:
None Found Possible Relatives and associates: MICHELLE OBAMA Age: 45 Neighbors;
Name: ,IMAMES B

Address: 4236 S GREENWOOD AVE CHICAGO IL60653

Phone:STEWART Name: AREUA Phone: 773-624-7360

Address: 4326 S GREENWOOD AVE APT CHICAGO IL60653

BRADLEY Address Records: Address: 5046 S GREENWOOD AVE

Latitude:
41.803120 City: CHICAGO

| | |
|---|---|
| 87.599107 State: IL size: N/R Zip: 60615 Unknown County: COOK Chicago City | Longitude: -<br><br>Dwelling unit<br><br>Homeowner/renter:<br><br>Length of residence: 1 years Area Data: City Data: |
| 227.13 FIPS Place: 1400 purchase price: N/R | Housing Units: 1,152,868 land Square Miles:<br>FIPS: 17<br><br>Longitude: -87.679365 Property Records: Home |
| | Latitude: 41.840675 Population: 2,896,016 Water Square Miles: 6.87 |
| Type: N/R Purchase date: N/R | Loan |
| $969,000 Mortgage Lender: N/R | Estimated value: |
| term: N/R Date of refinance: 0000-00-00 | Mortgage<br><br>Refinance amount: *N/R* |

Attachment: Watertown article. Emphasis added; on Origin-**Equatorial Guinea**, Last name **Obama,** Calculate the date of birth: publication 1992-age 31=**Date of birth 1961** area of study **Law**

## WatertownDailyTimes.com

### News Library - Search Results

Your search for "**headline(lumumba) AND section(*) AND date(2/14/1992 to 2/14/1992)**" returned 1 article(s), listed below, out of 1 matching your terms.

If your search returned too many items, try a new search with narrower terms.

Return to Search Page

**ARTICLE 1 OF 1**

Published on February 14, **1992**, Page 8, Watertown Daily Times

### SOVIET UNION'S DEMISE LEAVES LUMUMBA STUDENTS IN A BIND

For nearly a decade, Roman Obama's life at Patrice Lumumba University was almost paradise. He studied for free and got warm clothes and cheap airline tickets that let him see the world.

"We had so many possibilities. Maybe it was not a luxurious life, but we could travel and do things," said **Obama, a 31-year-old law** student from **Equatorial Guinea**.

The former Soviet Union spent huge sums of money over the past few decades to educate tens of thousands

Complete Article, 662 words: Purchase article

Flag this message

**Threads that need pulling**

Thursday, November 5, 2009 7:20 AM

From:

"Ben" <btc@nycap.rr.com>

Add sender to Contacts

To:

dr_taitz@yahoo.com

http://www.foxnews.com/story/0,2933,391882,00.html

Don't know how much of this is new to you, suggests that **birth announcements in Hawaii are fakes due to incorrect letter spacing not used by the era's linotype**

**machines around** paragraphs 32-34 1st sentence "On August 13, 1961, nine days after his birth, an Obama birth" http://www.oilforimmigration.org/facts/?p=2187

Contains mention of brother, but not much more

It seems if you can connect Patrice Lumuba Friendship University, it may prove a national security threat:

http://www.heritage.org/Research/RussiaandEurasia/bg660.cfm "Working through the Mexican Communist Party and the Institute of Mexican-Russian Cultural Exchange, a Soviet front in Mexico City, the KGB recruited Mexican students and radicals who were alienated from the political system. They received scholarships for study along with political indoctrination) at the Patrice Lumumba Friendship University in Moscow. As graduates, they were infiltrated back into Mexico, where they were to recruit other students to the revolutionary cause I. d Communist Shock Brigades. Clashes between students and police broke out in Mexico City in July 19"

http://www.thefreelibrary.com/The+Soviet+roots+of+terrorism:+scratch+any+%22Islamic%22+terrorist+group...-a0208218572
"The PLO/Fatah movement remains true to its communist roots today, with Moscow-trained Mahmoud Abbas serving as chairman of the PLO. Abbas studied for a doctorate from Patrice Lumumba University in Moscow, finishing in 1982. KGB defector Yuri Bezmenov explained back in 1984 that Patrice Lumumba University was "under the direct control of the KGB and [the] Central Committee, where future leaders of the so-called 'National Liberation Movements' are being educated and selected carefully.... They were dispatched back to their countries to be leaders of the so-called 'National Liberation Movements,' or, to be translated into normal human language, leaders of international terrorist groups." Abbas then defended his thesis at the Oriental Studies of the Soviet Academy of Sciences, which was then headed by former KGB General Yevgeny Primakov."

Somewhere, deep within the site: www.Newzeal.blogspot.com you may be able to find info that will lead you in a helpful direction. There are about 90 write-ups of Obama's Socialist and Communist connections under the heading "The Obama Files" (right side, a couple scrolls down.) I've been doing a little research for the author, he's in the states right now, think he's heading to CA right now.

**and finally:**

http://gunnyg.wordpress.com/2009/09/20/barack-obama-russian-plant-new-evidence/

**links to:**

http://www.wnd.com/index.php?pageId=88439

**and**

http://pub44.bravenet.com/forum/static/show.php?usernum=3764075825&frmid=6712&msgid=1071062&cmd=show

**Included for proof of its existence, original article here:**

http://nl.newsbank.com/nl-search/we/Archives?p_product=WA&p_theme=wa&p_action=search&p_maxdocs=200&p_field_label-0=title&p_text_label-0=lumumba&p_field_label-1=Section&p_bool_label-1=AND&p_field_label-2=Author&p_bool_label-2=AND&s_dispstring=headline%28lumumba%29%20AND%20section%28*%29%20AND%20date%282/14/1992%20to%202/14/1992%29&p_field_date-0=YMD_date&p_params_date-0=date:B,E&p_text_date-0=2/14/1992%20to%202/14/1992%29&xcal_numdocs=20&p_perpage=10&p_sort=YMD_date:D&xcal_useweights=no

**Notice the publication date and age of "Roman":**

"*SOVIET UNION'S DEMISE LEAVES LUMUMBA STUDENTS IN A BIND*

*Watertown Daily Times (NY) - Friday, February 14, 1992*
*Author: Associated Press*

*For nearly a decade, Roman Obama's life at Patrice Lumumba University was almost paradise. He studied for free and got warm clothes and cheap airline tickets that let him see the world.*

*"We had so many possibilities. Maybe it was not a luxurious life, but we could travel and do things," said Obama, a 31-year-old law student from Equatorial Guinea ."*