| Background Report - 11/16/2009 19:17 | | Print Page 🖨 |
|---|---|---|
| Search Criterion: | | |
| **Barack Obama STATE = IL** | | |
| Search Results: | | |
| **Name:** BARACK H OBAMA | | |
| **Address:** 5046 S GREENWOOD AVE CHICAGO IL 60615 (Google maps) | | |
| **Verified address:** No | | |
| **County:** COOK | | |
| **Phone:** | | |
| **DOB:** 08-01-1961 **Age:** 48 | | |
| **Gender:** M | | |
| **Education:** Graduate School | | |
| **Occupation Group:** Professional/Technical | | |
| **Occupation:** Unknown | | |
| **Ethnic Code:** Equatorial Guinea | | |
| **Ethnic Group:** F | | |
| **Language Code:** E1 | | |
| **Marital status:** Unknown | | |
| **Business owner:** | | |
| **Record ID #:** | | |
| Possible nicknames: | | |
| None Found | | |
| Possible Relatives and associates: | | |
| MICHELLE OBAMA **Age:** 45 | | |
| Neighbors: | | |
| **Name:** JMAMES B STEWART | **Address:** 4236 S GREENWOOD AVE CHICAGO IL60653 | **Phone:** |
| **Name:** ARELIA BRADLEY | **Address:** 4326 S GREENWOOD AVE APT CHICAGO IL60653 | **Phone:** 773-624-7360 |
| Address Records: | | |
| **Address:** 5046 S GREENWOOD AVE | **Latitude:** 41.803120 | |
| **City:** CHICAGO | **Longitude:** -87.599107 | |
| **State:** IL | **Dwelling unit size:** N/R | |
| **Zip:** 60615 | **Homeowner/renter:** Unknown | |
| **County:** COOK | **Length of residence:** 1 years | |
| Area Data: | | |
| **City Data:** Chicago City | **Population:** 2,896,016 | **Housing Units:** 1,152,868 |
| **Land Square Miles:** 227.13 | **Water Square Miles:** 6.87 | **FIPS:** 17 |
| **FIPS Place:** 1400 | **Latitude:** 41.840675 | **Longitude:** -87.679365 |
| Property Records: | | |
| **Home purchase price:** N/R | **Loan Type:** N/R | |
| **Purchase date:** N/R | **Estimated value:** $989,000 | |
| **Mortgage Lender:** N/R | **Mortgage term:** N/R | |
| **Date of refinance:** 0000-00-00 | **Refinance amount:** N/R | |

| Refinance Lender: N/R | Refinance Loan Type: N/R |
|---|---|
| **Possible Deceased Records:** | |
| **No possible records found** | |
| **Possible Criminal Records** | |

**Initial search by state found no matches by criteria entered.**

As a bonus to our valued members, you may run a National
search by clicking below:

**RUN SEARCH**

Note: The data in this report is derived from public sources and may contain errors. We do not create, verify, or guarantee the accuracy of the data. Please be sure to closely review the information. We are NOT a consumer reporting agency as defined under the Fair Credit Reporting Act ("FCRA"), and the information in our databases has not been collected in whole or in part for the purpose of furnishing consumer reports, as defined in the FCRA. Website information cannot be used to: (a) establish an individual's legibility for personal credit or insurance; (b) assess risks associated with existing consumer credit obligations, (c) evaluate an individual for employment, promotion, reassignment or retention (including employment of household workers such as nannies, housekeepers, or contractors), or (c) in conjunction with assessing the merits of entering into any other personal business transaction with another individual).
For more information please review our Terms and Conditions – CLICK HERE

Print Page 🖨

--- End Report ---