# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SA CV 09-0082 DOC (ANx)            Date: December 16, 2009

Title: Captain Pamela Barnett, et al. v. Barack H. Obama, et al.

---

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                 Date:_____ Deputy Clerk: _____

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

   Kristee Hopkins                                   Not Present
Courtroom Clerk                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                NONE PRESENT

---

PROCEEDING (IN CHAMBERS): CLARIFYING ORDER GRANTING MOTION TO DISMISS OF OCTOBER 29, 2009

      The Court is in receipt of Plaintiffs' Motion for Clarification regarding whether the October 29, 2009 Order was a dismissal with or without prejudice.

      The Court's dismissal of Plaintiff's First Amended Complaint on October 29, 2009 was a dismissal without leave to amend and with prejudice.

      The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                      Initials of Deputy Clerk _kh_
CIVIL - GEN                                                                Page 1 of 1