**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. SACV 09-0082 DOC (ANx)                              Date: January 12, 2010

Title: CAPTAIN PAMELA BARNETT, ET AL. V. BARACK H. OBAMA, ET AL.

PRESENT:              THE HONORABLE DAVID O. CARTER, JUDGE

   Lori Anderson                                          Not Present   
Courtroom Clerk                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                 NONE PRESENT

PROCEEDING (IN CHAMBERS): DENYING PLAINTIFFS' MOTION TO TRANSFER [105]

      Before the Court is Plaintiffs' Motion to Transfer to Honorable Judge Royce Lamberth, Chief Judge of the District Court for the District of Columbia ("Motion"), brought by all plaintiffs aside from Wiley Drake and Markham Robinson. The Court finds that the matter is appropriate for decision without oral argument. FED. R. CIV. P. 78; Local Rule 7-15. After reviewing the moving, opposing, and replying papers, and for the reasons set forth below, the Motion is DENIED.

      This action revolves around allegations that President Obama does not meet the qualifications required for the Office of the President, as specified by the natural born citizen clause found in Article II, Section 1, Clause 5 of the United States Constitution. Defendants moved to dismiss, and on October 29, 2009, the Court granted Defendants' motion in its Order Regarding Motion to Dismiss, ruling as pertinent here that it was an improper venue for the District of Columbia *quo warranto* claims. Dkt. 89. On December 16, 2009, the Court clarified that this ruling was a dismissal with prejudice. Dkt. 104.

      Plaintiffs now request that their *quo warranto* claims be transferred to the District Court of the District of Columbia. As this case has been dismissed as to all claims with prejudice, meaning that there is no longer any action pending before this Court, the Motion to Transfer is DENIED.

The Clerk shall serve this minute order on all parties to the action.