**Dr. Orly Taitz, Attorney-at-Law**
**29839 Santa Margarita Parkway**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-3078**
**California State Bar No.: 223433**
E-Mail: dr_taitz@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

Captain Pamela Barnett, et al.,
                Plaintiffs,

          v.

Barack Hussein Obama,
Michelle L.R. Obama,
Hillary Rodham Clinton, Secretary of State,
Robert M. Gates, Secretary of Defense,
Joseph R. Biden, Vice-President and
President of the Senate,
                Defendants.

§
§
§
§
§
§
§
§
§
§
§
§

Civil Action:

**SACV09-00082-DOC-AN**
** NOTICE OF APPEAL**

Here come the plaintiffs in this case  AND PROVIDE NOTICE OF APPEAL of the following orders: 07.13.09 document #24, 07.15.09 #23, 07.16.09 #25, 10.29.09 #89, 12.04.09 #101, 12.16.09 #104, 01.12.10 #108

Respectfully submitted


/s/ DR ORLY TAITZ ESQ

                        By:_____
                        Dr. Orly Taitz, Esq. (California Bar 223433)
                        Attorney for the Plaintiffs
                        29839 Santa Margarita Parkway ste 100
                        Rancho Santa Margarita CA 92688
                        Tel.:  949-683-5411; Fax: 949-766-7603
                        E-Mail: dr_taitz@yahoo.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

## **PROOF OF SERVICE**

I, the undersigned Orly Taitz,  hereby declare under penalty of perjury that on this, 01.17.10, I provided electronic copies of the Plaintiffs' above-and-foregoing Notice of Filing to all of the following non-party attorneys whose names were

25
26
27
28

1
2
3  affixed to the "STATEMENT OF INTEREST" who have appeared in this case in
4  accordance with the local rules of the Central District of California, to wit:
5  ROGER E. WEST roger.west4@usdoj.gov (designated as lead counsel for President
6  Barack Hussein Obama on August 7, 2009)
7  DAVID A. DeJUTTE
8  FACSIMILE (213) 894-7819
9       DONE AND EXECUTED ON THIS 01.17.2010
10
11  /s/Orly Taitz
12  Dr. Orly Taitz Esq
13  29839 Santa Margarita PKWY
    Rancho Santa Margarita CA 92688
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28