**Dr. Orly Taitz, Attorney-at-Law**
**29839 Santa Margarita Parkway**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-3078**
**California State Bar No.: 223433**
E-Mail: dr_taitz@yahoo.com

UNITED STATES COURT OF APPEALS
FOR THE NINTH DISTRICT

| | |
|---|---|
| Captain Pamela Barnett, et al., <br> Plaintiffs, <br><br> v. <br><br> Barack Hussein Obama, <br> Michelle L.R. Obama, <br> Hillary Rodham Clinton, Secretary of State, <br> Robert M. Gates, Secretary of Defense, <br> Joseph R. Biden, Vice-President and <br> President of the Senate, <br><br> Defendants. | Civil Action: <br><br> SACV09-00082-DOCAN |

REPRESENTATION STATEMENT

The undersigned represents following Plaintiffs and Appellants in this matter: Ambassador Alan Keyes, PhD, Captain Pamela Barnett, Lt. Col. Richard Norton, Captain Robin Biron, Colonel John D. Blair, Lt. Col David L. Bosley, Ms. Loretta L. Bosley, Captain Harry G. Butler, Tennessee State Representative Glenn Casada, Jennifer Leah Clark, New Hampshire State Representative Timothy Comerford, Charles Crusimere, Missouri state Representative Cynthia Davis, Chief Warrant Officer Thomas S. Davidson, Matthew Michael Edwards, Lieutenant Jason Freese, Mr. Kurt C. Fuqua, Officer Clint Grimes, Mrs. Julliett Ireland, D. Andrew Johnson, Israel D. Jones, Missouri State Representative Timothy Jones, Commander David Fullmer LaRoque, Mrs. Gail Lightfoot, Officer Lita Lott, Major David Grant Mosby, Master Sargeant Steven Kay Neuenschwander, Tennessee State Representative Frank Niceley, SFC E7 Robert Lee Perry, Colonel Harry

Riley, Sargeant Jeffrey Wayne Rosner, Captain David Smithey, Leutenant Commander John Bruce Steidel, Commander Douglas Earl Stoppelwerth, Tenessee State Representative Eric Swafford, Captain Neil Turner, Richard E. Venable, LCDR Jeff Graham Winthrope, Lieutenant Colonel Mark Wriggle. Attached is a service list that shows all the parties to the action and identifies all the counsel by name, firm, address, phone number and e-mail address. The undersigned is appealing following orders: 07.13.09 document# 24, 07.15.09 #23, 07.16.09 #25, 10.29.09 89, 12.04.09 #104, 01.12.10 #108

Respectfully submitted

Dr. Orly Taitz, ESQ

Attorney for the Plaintiffs/Appellants