

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

January 19, 2010

| | |
|---|---|
| No.: | 10-55084 |
| D.C. No.: | 8:09-cv-00082-DOC-AN |
| Short Title: | Pamela Barnett, et al v. Barack Obama, et al |

Dear Appellants/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for designating and filing the reporter's transcript, if applicable, filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

**Payment of the $455.00 U.S. Court of Appeals docket fee is past due.**
Appellants shall correct this deficiency **within 14 days**. Failure to respond to this order within the time set out will result in the dismissal of the appeal for failure to prosecute. See 9th Cir. R. 42-1. The fee is payable to the Clerk of the District Court, the Tax Court or the Bankruptcy Appellate Panel.

The following information is being provided in an attempt to answer the most frequently asked questions regarding the appellate process. Please review this information very carefully. For convenience, we use the term "Circuit Rules"

instead of "Rules of the United States Court of Appeals for the Ninth Circuit" and "FRAP" instead of "Federal Rules of Appellate Procedure".

Enclosed with this letter is an appellate processing schedule along with a case processing checklist to help you monitor the progress of your case.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 19 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAMELA BARNETT, Captain; ALAN KEYES, Ph. D., Ambassador; PhD; RICHARD NORTON BAUERBACH, Lieutenant Colonel; ROBIN D. BIRON, Captain; JOHN D. BLAIR, Colonel; DAVID L. BOSLEY, Lt.Col; LORETTA G. BOSLEY; HARRY G. BUTLER, Captain; GLENN CASADA, Representative, Tennessee; JENNIFER LEAH CLARK; TIMOTHY COMERFORD, Representative, New Hampshire; CHARLES CRUSEMIRE; CYNTHIA DAVIS, Representative, Missouri; THOMAS S. DAVIDSON, Chief Warrant Officer; MATTHEW MICHAEL EDWARDS; JASON FREESE, Lieutenant; KURT C. FUQUA, Mr.; CLINT GRIMES, Officer; JULLIETT IRELAND; D. ANDREW JOHNSON; ISRAEL D. JONES; TIMOTHY JONES, State Representative; DAVID FULLMER LAROQUE, Commander; GAIL LIGHTFOOT; LITA M. LOTT, MIL Officer, U.S. Army; DAVID GRANT MOSBY, Major; STEVEN KAY NEUENSCHWANDER, MSGT; FRANK NICELEY, State Representative, Tennessee; ROBERT | No. 10-55084<br><br>D.C. No. 8:09-cv-00082-DOC-AN<br>U.S. District Court for Central California, Santa Ana<br><br>**TIME SCHEDULE ORDER** |

LEE PERRY, SFC E7; HARRY RILEY, Colonel; JEFFREY WAYNE ROSNER, Sergeant; DAVID SMITHEY, Captain; JOHN BRUCE STEIDEL, Lieutenant Commander; DOUGLAS EARL STOEPPELWERTH, Commander; ERIC SWAFFORD, Representative, Tennessee; NEIL B. TURNER, Captain; RICHARD E. VENABLE; JEFF GRAHAM WINTHROPE, LCDR; MARK WRIGGLE, Lieutenant Colonel,

        Plaintiffs - Appellants,

v.

BARACK HUSSEIN OBAMA; MICHELLE L.R. OBAMA; HILLARY RODHAM CLINTON, Secretary of State; ROBERT M. GATES, Secretary of Defense; JOSEPH R. BIDEN, Vice President and President of the Senate,

        Defendants - Appellees.

The parties shall meet the following time schedule:

| | |
|---|---|
| **Tue., January 26, 2010** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Mon., June 28, 2010** | Appellants' opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Wed., July 28, 2010** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellants' reply brief shall be filed and served within fourteen days of service of the appellees' brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellants to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Freddie Brown
Deputy Clerk