*UNITED STATES JUSTICE FOUNDATION*
**GARY G. KREEP; SBN 066482**
**932 "D" Street, Suite 2**
**(Email: usjf@usjf.net)**
**Ramona, California 92065**
**Tel: (760) 788-6624**
**Fax: (760) 788-6414**

Attorney for Plaintiffs/Appealants,
Dr. Wiley S. Drake and
Markham Robinson

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA (SOUTHERN) DIVISION

| | |
|---|---|
| CAPTAIN PAMELA BARNETT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BARACK HUSSEIN OBAMA, et al., <br><br> Defendants | Appellate Ct. No.: 09-56827 <br><br> Dist. Ct. No.: SACV09-00082-DOC (Anx) <br><br> **NOTICE OF ERRATA** |

    Appellants, DR. WILEY DRAKE and MARKHAM ROBINSON, Plaintiffs and Appellants, appealing from the matter known as Barnett, et al. v. Obama et al., United States District Court for the Central District of California case number SACV09-00082-DOC , by and through their attorney of record herein, GARY G. KREEP, hereby submits this NOTICE OF ERRATA regarding the previously filed TRANSCRIPT DESIGNATION as follows:

    1.    The TRANSCRIPT DESIGNATION was incorrectly e-filed under the tag "DESIGNATION of Record on Appeal" rather than under "TRANSCRIPT DESIGNATION."

DATED: January 20, 2010

Respectfully submitted,

*/s/ Gary G. Kreep*
GARY G. KREEP
UNITED STATES JUSTICE FOUNDATION
Attorney for PLAINTIFFS and Appellants Dr. Wiley Drake and Markham Robinson

**NOTICE OF ERRATA**