Name _GARY G. KREEP (SBN 066482)_
Address _932 "D" Street, Suite 2_
City, State, Zip _Ramona, California 92065_
Phone _(760) 788-6624_
Fax _(760) 788-6414_
E-Mail _usjf@usjf.net_

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☐ Retained

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CAPTAIN PAMELA BARNETT, et al., | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | SACV09-00082-DOC (Anx) |
| v. | |
| BARACK HUSSEIN OBAMA, et al., | NOTICE OF APPEAL |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that __DR. WILEY DRAKE and MARKHAM ROBINSON__ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

Imposed or Filed on _____. Entered on the docket

A copy of said judgment or order is attached hereto.

November 16, 2009
Date                          Signature
                              ☐ Appellant/ProSe

**Civil Matter**

☒ Order (specify):
   Order of Dismissal

☐ Judgment

☐ Other

```
CLERK'S OFFICE U.S.D.C.
     SANTA ANA
1/21/2010 12:23:17 PM  Receipt #: 19391
     Cashier : DCARSANT (SA 1-2)
Paid by: ORLY TAITZ
8:CV09-00082
2010-865506        Appeals Filing Fees(1)
Amount :                     $105.00

8:CV09-00082
2010-510000Judicial Services ($150.00)(1
)
Amount :                     $150.00

8:CV09-00082
2010-8064000Appeals Filing fee - Special(
1)
Amount :                     $200.00
-------------------------------------------
Credit card Payment : 439767000357574? /
455.00
-------------------------------------------
Total Payment :              455.00  erk
```

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                    NOTICE OF APPEAL