# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

## MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

9th Circuit Case Number(s): 10-55084
District Court/Agency Case Number(s): 8:09-CV-00082-DOC-AN
District Court/Agency Location: Central District of CA
Case Name: Pamela Barnet et al v. Barack Obama et al

Please briefly describe the dispute that gave rise to this lawsuit.

Plaintiffs are members of US military, state representatives from different states, candidates on the ballot seeking judicial determination, whether Barack Hussein Obama, President of the US was eligible for the position or whether he committed massive fraud by putting his name on the ballot knowing that he is ineligible due to the fact that he had split allegiance and had citizenship of 3 other countries and refused to provide any vital records acceptable in any court verifying his birth in US to two US citizen parents. There is also fraud in his use of fraudulent SS numbers.

(Please continue to next page.)

Briefly describe the procedural history, the result below, and the main issues on appeal.

1. Mr Obama has evaded service & default judgment was supposed to be issued. Judge David O Carter has some pressured undersigned attorney to serve Obama again, promising on the record that it would assure expedient resolution & the case will not be dismissed on procedural grounds. When an attorney from Perkins Coie Obama defense firm was hired to serve as Judge Carter's clerk, Judge Carter has completely changed his decision and improperly dismissed the case on procedural grounds, whereby the plaintiffs were defrauded by the court. The court also improperly deemed the case dismissed with prejudice, even though it was never heard on the merits and showed bias against counsel

Describe any proceedings remaining below or any related proceedings in other tribunals.

*(Please continue to next page.)*

Provide any other information that might affect the suitability of this case for mediation.

**CERTIFICATION OF COUNSEL**

I certify that:

☑ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☑ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature: [signature]

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for: Bonnet, Keyes et al - plaintiffs

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **File this document electronically** in Appellate ECF by choosing Forms/Notices/Disclosure > File a Mediation Questionnaire.