**Dr. Orly Taitz, Attorney-at-Law**
**29839 S. Margarita Pkwy**
**Rancho Santa Margarita CA 92688**
**ph. 949-683-5411**
**fax 949-766-7036**
**California State Bar No.: 223433**
E-Mail: dr_taitz@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA (SOUTHERN) DIVISION

| | | |
|---|---|---|
| Captain Pamela Barnett, et al.,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>Barack Hussein Obama,<br>Michelle L.R. Obama, Hilary Rodham Clinton, Secretary of State, Robert M. Gates, Secretary of Defense,<br>Joseph R. Biden, Vice-President and President of the Senate,<br>　　　　Defendants. | § § § § § § § § § § § § § § | Civil Action:<br><br>**SACV09-00082-DOC**<br><br>NOTICE OF ERRATA |

NOTICE OF ERRATA

Document 115 filed on 01.26.10 needs to be labeled as Mediation Questionnaire for appeal 10-55084 in 9th Circuit court of Appeals.

Respectfully submitted

/s/Orly Taitz

Attorney for the Plaintiffs/Appellants

Copy of the above filling was electronically forwarded to all counsel of record.

/s/ Orly Taitz.