1           **UNITED STATES DISTRICT COURT**

2           **CENTRAL DISTRICT OF CALIFORNIA**

3       **HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

4               – – – – – – –

5   ALAN KEYES, PH.D., ET AL.,        )
                                      )
6           Plaintiffs,               )
                                      )
7       vs.                           ) No. SACV 09-0082 DOC
                                      )    Item No. 6
8   BARACK H. OBAMA, et al.,          )
                                      )
9           Defendants.               )
    _____ )

10

11

12

13         REPORTER'S TRANSCRIPT OF PROCEEDINGS

14                  Hearing on Motions

15               Santa Ana, California

16              Monday, July 13, 2009

17

18

19

20   Debbie Gale, CSR 9472, RPR
     Federal Official Court Reporter
21   United States District Court
     411 West 4th Street, Room 1-053
22   Santa Ana, California 92701
     (714) 558-8141
23

24   09cv0082 Obama 2009-07-13 Item 6

25

1  **APPEARANCES OF COUNSEL:**

2

3  FOR THE PLAINTIFFS:

4          ORLY TAITZ, DDS, ESQUIRE
         Defend Our Freedoms Foundation
         26302 La Paz
5          Suite 211
         Mission Viejo, California 92691
6          (949) 683-5411

7

8

   FOR THE UNITED STATES OF AMERICA:
9
         U.S. DEPARTMENT OF JUSTICE
10         UNITED STATES ATTORNEY'S OFFICE
         BY:   DAVID A. DeJUTE
11            Assistant United States Attorney
         300 North Los Angeles Street
12         Suite 7516
         Los Angeles, California 90012
13         (213) 894-2574

14
   ALSO PRESENT:
15
         Charles Lincoln, Law Clerk for Ms. Taitz
16

17

18

19

20

21

22

23

24

25

1
# I N D E X

2  **PROCEEDINGS**                                                **PAGE**

3    Motion by Plaintiffs for Reconsideration of          4
     Order to Show Cause or, in the alternative, to
4    Certify Question for Appeal

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

|       |    |                                                            |
|-------|----|------------------------------------------------------------|
|       | 1  | **SANTA ANA, CALIFORNIA, MONDAY, JULY 13, 2009**           |
|       | 2  | **Item No. 6**                                             |
|       | 3  | (9:50 a.m.)                                                 |
| 09:49 | 4  | THE COURT:  Alan Keyes v. Barack Obama.                    |
| 09:50 | 5  | Who represents Alan Keyes?                                  |
| 09:50 | 6  | MS. TAITZ:  I am.  I am, Your Honor.                       |
| 09:50 | 7  | THE COURT:  Who are you?                                    |
| 09:50 | 8  | MS. TAITZ:  My name is Orly Taitz.                         |
| 09:50 | 9  | THE COURT:  Have a seat and pull the microphone            |
| 09:50 | 10 | closer so I can hear you.                                   |
| 09:50 | 11 | MS. TAITZ:  Yes.                                            |
| 09:50 | 12 | THE COURT:  You have a soft voice.                         |
| 09:50 | 13 | MS. TAITZ:  Can you hear me now?                           |
| 09:50 | 14 | THE COURT:  Yeah, I can hear you now.                      |
| 09:50 | 15 | MS. TAITZ:  Can you hear me, Houston?                      |
| 09:50 | 16 | THE COURT:  Just like that ad, "Can you hear me            |
| 09:50 | 17 | now?"                                                       |
| 09:50 | 18 | MS. TAITZ:  I'm Orly Taitz.  I'm a pro bono                |
| 09:50 | 19 | attorney, as well, and I'm representing Ambassador Keyes.   |
| 09:50 | 20 | THE COURT:  Pleasure to meet you.                          |
| 09:50 | 21 | Who's with you today?                                       |
| 09:50 | 22 | MR. LINCOLN:  Law clerk.  Charles Lincoln.                 |
| 09:50 | 23 | THE COURT:  Nice meeting you.  It's a pleasure.            |
| 09:50 | 24 | And on behalf of Barack Obama?                             |
| 09:50 | 25 | MR. DeJUTE:  Not on behalf of Barack Obama yet,            |

09:50   1   Your Honor.

09:50   2          On behalf of the United States, David A. DeJute,

09:50   3   Assistant U.S. Attorney.

09:50   4          THE COURT:  Okay.  And where are you located?

09:50   5          MR. DeJUTE:  In Los Angeles at the U.S. Attorney's

09:50   6   Office.

09:50   7          THE COURT:  Okay.  And once again your name,

09:50   8   slowly.

09:50   9          MR. DeJUTE:  My first name is David.  My last

09:50  10   name, "DeJute," D-E, capital J-U-T-E.

09:51  11          THE COURT:  Thank you very much.  Why don't you

09:51  12   have a seat also.  Move the microphone closer.

09:51  13          This is a motion for reconsideration.  And it

09:51  14   really doesn't matter which party I hear from first.

09:51  15          MS. TAITZ:  First of all, I would like to object

09:51  16   to the U.S. Attorney's Office representing Mr. Obama.

09:51  17   Mr. Obama was served as an individual.  He was served on the

09:51  18   inauguration date for something that was done before the

09:51  19   election, specifically, obfuscating all of his vital

09:51  20   records.

09:51  21          Mr. Obama has presented a computerized image of a

09:52  22   short-form birth certificate.  And, in spite of numerous

09:52  23   legal actions -- and to the best of my knowledge, there were

09:52  24   over a hundred such actions -- Mr. Obama has never

09:52  25   provided -- never consented to release of original records

DEBBIE GALE, U.S. COURT REPORTER

09:52  1   or certified copies of the original records.

09:52  2            I have gathered statements from experts, one of

09:52  3   them Sandra Ramsey Lines.

09:52  4            THE COURT:  I'm sorry.  Senator?

09:52  5            MS. TAITZ:  Sandra Ramsey Lines.  She's one of the

09:52  6   top forensic document experts showing that there are

09:52  7   numerous signs of forgery on the Certification of Live Birth

09:52  8   that was presented on the internet.

09:52  9            THE COURT:  Okay.

09:52  10           MS. TAITZ:  The serial number is obliterated.  For

09:52  11   that reason alone, this piece of paper is worthless.  It's a

09:53  12   computer image of a worthless piece of paper because if

09:53  13   there is no serial number it means absolutely nothing.

09:53  14   Aside from that, there are a number of statements from

09:53  15   experts showing that there is forgery in that document.

09:53  16           I have additionally provided information in

09:53  17   terms -- from federal agent Mr. Steven Kaufman *(phonetic)*

09:53  18   from Texas, showing that there are numerous signs of forgery

09:53  19   in Certification of Live Birth -- I'm sorry -- in Selective

09:53  20   Service Certificate of Mr. Obama.

09:53  21           I personally have filed several legal actions.

09:53  22   One of them was *Lightfoot v. Bowen.*  One of the plaintiffs

09:53  23   is right here.  And every time when a subpoena for

09:53  24   production of records was issued, Mr. Obama -- Mr. Obama's

09:54  25   attorneys have filed a motion to quash any such subpoenas.

09:54    1          And Your Honor's -- from what I understand, you

09:54    2   were the judge that decided that there is a prevailing right

09:54    3   of public to know -- I believe it was in Bob Citron's case.

09:54    4   If the public has a right to know --

09:54    5          THE COURT:  I got reversed by the California

09:54    6   Supreme Court, by the way.

09:54    7          MS. TAITZ:  Well, they were wrong.

09:54    8          THE COURT:  It involved transcripts concerning the

09:54    9   bankruptcy, and --

09:54   10          MS. TAITZ:  Exactly.

09:54   11          THE COURT:  -- as an aside, since you raised that,

09:54   12   it was a very interesting case.  Because I'm well aware that

09:54   13   Grand Jury transcripts are normally kept secret.  I thought,

09:54   14   though, that the -- there have to, on occasion, be great

09:54   15   exceptions.  And the public has to have transparency.  And

09:54   16   what was of great concern to this Court was that the whole

09:55   17   process involving the auditor/controller and these reverse

09:55   18   derivatives in the Grand Jury process had lead to a

09:55   19   resolution, a plea bargain of this case right before alleged

09:55   20   indictments were to be handed down involving Merrill Lynch.

09:55   21          MS. TAITZ:  And I can tell you, if the issue of

09:55   22   derivatives would have been transparent then, since '94,

09:55   23   maybe we wouldn't be going into bankruptcy today.

09:55   24          THE COURT:  It's amazing how that thought occurred

09:55   25   to me the other day; that we're right back in a circle, with

| | | |
|---|---|---|
| 09:55 | 1 | a tremendous amount of the County's investments, over |
| 09:55 | 2 | 18 percent in, if not reverse derivatives, something that is |
| 09:55 | 3 | not understandable. |
| 09:55 | 4 | Now, I have no comment on that.  It's not in front |
| 09:55 | 5 | of me.  But that's why transparency is so important. |
| 09:55 | 6 | MS. TAITZ:  Exactly.  And specifically on the |
| 09:56 | 7 | issue of Mr. Obama's legitimacy for presidency.  Moreover, I |
| 09:56 | 8 | have worked with Mr. Neal Sankey, S-A-N-K-E-Y.  He is a |
| 09:56 | 9 | licensed investigator with 20 years of experience with |
| 09:56 | 10 | Scotland Yard and over 15 years of experience in this |
| 09:56 | 11 | country.  And the fact that is the most troubling in this |
| 09:56 | 12 | case is that, according to national databases -- the most |
| 09:56 | 13 | well-accepted database is LexisNexis and ChoicePoint -- |
| 09:56 | 14 | there are 140 different addresses all over the country for |
| 09:56 | 15 | "Barack Hussein Obama" and those addresses are connected to |
| 09:56 | 16 | 39 different social security numbers. |
| 09:56 | 17 | And what is even more troubling, that the social |
| 09:56 | 18 | security number that is used most commonly is one that |
| 09:57 | 19 | starts with 046.  Mr. Obama has used it in Somerville, |
| 09:57 | 20 | Massachusetts, when he went to Harvard.  He used it in |
| 09:57 | 21 | Chicago, and he used it in Washington DC.  This social |
| 09:57 | 22 | security number was issued in the state of Connecticut, even |
| 09:57 | 23 | though Mr. Obama has never lived in the state of |
| 09:57 | 24 | Connecticut.  And even more troubling, it shows that the |
| 09:57 | 25 | owner of the social security is 119 years old, which means |

09:57  1  either he's very well preserved, or we have a serious

09:57  2  problem here that this might be a social security number of

09:57  3  a deceased person.

09:57  4          Aside from that, Mr. Obama's grandmother, Madelyn

09:57  5  Payne Dunham was a volunteer in Oahu Circuit Court Probate

09:57  6  Department.

09:57  7          THE COURT:  In Oahu?

09:57  8          MS. TAITZ:  Circuit Court, Probate Department.

09:57  9  And that's where one can obtain social security numbers of

09:58  10  the deceased individuals.

09:58  11          So this is an extremely important issue for the

09:58  12  national security of this country as a whole.

09:58  13          Aside from that, the state of Hawaii has never

09:58  14  produced a copy of Mr. Obama's birth certificate due to the

09:58  15  fact that Mr. Obama refused to sign a consent for such a

09:58  16  copy.  All they stated:  That there is a document on file.

09:58  17          And the problem with that, that is -- the State of

09:58  18  Hawaii is unique.  Like no other state in the nation, they

09:58  19  have a Statute No. 338 that allows foreign-born children of

09:58  20  Hawaiian residents to obtain Hawaiian birth certificates.

09:58  21  Moreover, 338-5 allows one to obtain a birth certificate

09:58  22  based on a statement of one relative only, without any

09:59  23  corroborative evidence from any hospital.  And as a matter

09:59  24  of fact, what Mr. Obama has posted on the internet, it's a

09:59  25  document that he obtained only last year during the campaign

| | | |
|---|---|---|
| 09:59 | 1 | that shows no signatures, zero signatures, no name of the |
| 09:59 | 2 | hospital, no name of the doctor, zero corroborating evidence |
| 09:59 | 3 | that he was really born in this country. |
| 09:59 | 4 | And since State of Hawaii allows foreign-born |
| 09:59 | 5 | children to get such birth certificates -- |
| 09:59 | 6 | THE COURT:  Out of curiosity, I haven't delved |
| 09:59 | 7 | into the merits.  We're still in the procedural phase.  And |
| 09:59 | 8 | this is a curiosity.  It has nothing to do with this motion, |
| 09:59 | 9 | in a sense. |
| 09:59 | 10 | Senator McCain, his opponent, was also born |
| 09:59 | 11 | outside of the United States. |
| 09:59 | 12 | MS. TAITZ:  There is a difference because he was |
| 09:59 | 13 | born in the zone of Panama Canal, which was a U.S. territory |
| 10:00 | 14 | at the time. |
| 10:00 | 15 | THE COURT:  Whereas, Kenya would not be, or |
| 10:00 | 16 | Indonesia or whatever? |
| 10:00 | 17 | MS. TAITZ:  Not as far as I know -- unless it's |
| 10:00 | 18 | going to be a 58th state. |
| 10:00 | 19 | THE COURT:  So it's not the personage; it's not |
| 10:00 | 20 | the parents, because there's no contesting that Obama's |
| 10:00 | 21 | mother is a United States citizen?  It's the location |
| 10:00 | 22 | outside -- |
| 10:00 | 23 | MS. TAITZ:  Well -- |
| 10:00 | 24 | THE COURT:  -- the confines of the United States |
| 10:00 | 25 | or the territories of the United States, the question of |

DEBBIE GALE, U.S. COURT REPORTER

10:00  1   whether he was born in Kenya?

10:00  2        MS. TAITZ:  Well, there are two questions

10:00  3   Your Honor.  You're right in that the mother indeed was a

10:00  4   U.S. citizen.  Nobody questions that.  You're right in that

10:00  5   the question -- there is a serious question as to

10:00  6   Mr. Obama's place of birth.  As a matter of fact, the

10:00  7   Ambassador of Kenya confirmed that he was born in Kenya in

10:00  8   an interview that was recorded.

10:00  9        But there is yet another issue, and that's meaning

10:00  10  of what is natural-born citizen.  If you recall, just last

10:01  11  year, when Senator Leahy has announced a nonbinding

10:01  12  Resolution 511 that was signed by all 100 senators, it was

10:01  13  stated that Mr. Obama -- I'm sorry -- Mr. McCain is a

10:01  14  natural-born citizen.  And they used two-prong test.

10:01  15  Because (A) he was born in the zone of Panama Canal, the

10:01  16  U.S. Territory; but (B) both -- both of his parents were

10:01  17  U.S. citizens.  They didn't state at least one.  And I have

10:01  18  actually traced the meaning -- what is the meaning, because,

10:01  19  as -- as you know, Constitution does not provide exact

10:01  20  meaning of natural-born citizen.

10:01  21        And I have a website.  I have a lot of followers.

10:01  22  Get something like eight and a half million hits every

10:01  23  month.  So I ask the followers to send "Black" Dictionaries

10:01  24  going to first edition.  And then I also got Vattel's "Law

10:02  25  of Nation," because I was trying to ascertain what was the

10:02   1   meaning of the natural-born citizen at the time the

10:02   2   Constitution was written.

10:02   3          What I found out, that Black Law Dictionary, as

10:02   4   many people are quoting today, didn't exist for some hundred

10:02   5   years until after Constitution was written.  What existed,

10:02   6   and what was widely used by the populous, was "The Law of

10:02   7   Nation."  It's a legal treatise written by a well-known

10:02   8   advocate, well-known attorney and diplomat Emmerich de

10:02   9   Vattel, which states that natural-born citizen is one when

10:02   10  is born in the country to parents, both of them citizens of

10:02   11  this country.

10:02   12         THE COURT:  And yet at the time of our first

10:02   13  President, or at least in George Washington, a significant

10:02   14  number of persons who could have become president or serve

10:02   15  in this country did not have parents born here.

10:02   16         MS. TAITZ:  Well, you are right about that.

10:03   17  However, the Constitution provides a grandfather clause.  As

10:03   18  you recall, it states a natural-born citizen is one -- I'm

10:03   19  sorry -- that the President has to be either natural-born

10:03   20  citizen, or citizen at the time of adoption of the

10:03   21  Constitution.  So they fit the clause.  And I guess, unless

10:03   22  Mr. Obama is over 200 years old, he's got a problem.  He's

10:03   23  close.  He's 119, but not over 200.

10:03   24         THE COURT:  Well, most of the Presidents look like

10:03   25  they've aged that much in office.  Now, let me hear from

| | | |
|---|---|---|
| 10:03 | 1 | your opposition for that moment.  I'm going to give you |
| 10:03 | 2 | another opportunity. |
| 10:03 | 3 | Counsel? |
| 10:03 | 4 | MR. DeJUTE:  Thank you, Your Honor. |
| 10:03 | 5 | THE COURT:  Pleasure.  Why don't you -- well, you |
| 10:03 | 6 | can be seated also, if I can hear you from that microphone, |
| 10:03 | 7 | or you can use the -- |
| 10:03 | 8 | MR. DeJUTE:  I don't think well seated, your |
| 10:03 | 9 | honor. |
| 10:03 | 10 | THE COURT:  All right. |
| 10:03 | 11 | MR. DeJUTE:  With respect to -- just briefly -- |
| 10:03 | 12 | opposing counsel's statements, you know, she said a lot of |
| 10:04 | 13 | facts.  I'm aware of her website.  I'm aware of the |
| 10:04 | 14 | opposition's website. |
| 10:04 | 15 | THE COURT:  Maybe I should get on it? |
| 10:04 | 16 | MR. DeJUTE:  Perhaps, Your Honor.  Although -- |
| 10:04 | 17 | THE COURT:  I'm just kidding you, Counsel. |
| 10:04 | 18 | MR. DeJUTE:  -- I think that it's fair to say |
| 10:04 | 19 | that -- from my understanding, there is no factual validity |
| 10:04 | 20 | in what she's been saying.  I've done a lot of reading back |
| 10:04 | 21 | and forth. |
| 10:04 | 22 | THE COURT:  Isn't that why we're here?  Right now, |
| 10:04 | 23 | we're here on a procedural process, in a sense. |
| 10:04 | 24 | MR. DeJUTE:  Well, I think I agree with you.  The |
| 10:04 | 25 | reason we're here is not to talk about the substance of the |

| | | |
|---|---|---|
| 10:04 | 1 | case. |
| 10:04 | 2 | THE COURT:  Correct. |
| 10:04 | 3 | MR. DeJUTE:  We're here to talk about whether |
| 10:04 | 4 | Barack Obama, in his individual capacity, was served. |
| 10:04 | 5 | You know, Dr. Taitz suggests that -- |
| 10:04 | 6 | THE COURT:  Now, just a moment.  I want to cut |
| 10:04 | 7 | through a lot of this.  We could spend months on whether he |
| 10:04 | 8 | was properly served or not.  We could spend months.  But |
| 10:04 | 9 | this service took place in Illinois? |
| 10:04 | 10 | MS. TAITZ:  No.  Washington DC, Your Honor. |
| 10:04 | 11 | THE COURT:  Washington DC? |
| 10:04 | 12 | MR. DeJUTE:  Well, if I could just interpose one |
| 10:05 | 13 | comment? |
| 10:05 | 14 | THE COURT:  Yeah. |
| 10:05 | 15 | MR. DeJUTE:  Dr. Taitz misspoke when she said he |
| 10:05 | 16 | was served on inauguration day.  The declaration that she |
| 10:05 | 17 | submitted, with respect to her motion, states that service |
| 10:05 | 18 | was attempted on February 10th, you know, well after he was |
| 10:05 | 19 | inaugurated and at the White House. |
| 10:05 | 20 | THE COURT:  A curiosity:  Between the two of you, |
| 10:05 | 21 | why wasn't service perfected before the inauguration? |
| 10:05 | 22 | In other words -- hold on for just a second. |
| 10:05 | 23 | We've got all day.  We've got all night.  Okay?  And it may |
| 10:05 | 24 | have nothing to do with anything.  But if I didn't want a |
| 10:05 | 25 | President to come into office, and I thought that that |

10:05  1   person did not have the legal right to be President of the

10:05  2   United States, why wouldn't I file prior to inauguration to

10:05  3   stop the harm?

10:05  4          MS. TAITZ:  And I sure did, Your Honor.  I filed

10:05  5   numerous legal actions prior to inauguration.  One was filed

10:05  6   in November.  It was --

10:06  7          THE COURT:  Just a moment.  Where?

10:06  8          MS. TAITZ:  In the State of California, in the

10:06  9   Supreme Court of the State of California.

10:06  10         THE COURT:  Just a moment.  Why?

10:06  11         MS. TAITZ:  That was -- *Lightfoot v. Bowen* was

10:06  12  filed to stop certification of the electoral votes.  It

10:06  13  was -- "Bowen," as you know, Secretary of State --

10:06  14         THE COURT:  Just a moment.  Why didn't you go to

10:06  15  Washington DC and file it?

10:06  16         See, what I'm worried about is that there are a

10:06  17  lot of places in the country that can accept service on

10:06  18  behalf of the United States.  But there's nothing like

10:06  19  Washington DC to get this case above the radar; in other

10:06  20  words, so people are aware of it.

10:06  21         MS. TAITZ:  Oh, I went to Washington DC.  As a

10:06  22  matter of fact, I reached the Supreme Court of the

10:06  23  United States, and Chief Justice John Roberts agreed to hear

10:06  24  my case in conference.  He distributed *Lightfoot v. Bowen*

10:06  25  for conference of all nine justices.

10:07    1              THE COURT:  What date?

10:07    2              MS. TAITZ:  Uh, well, I filed in November, but he

10:07    3    scheduled it for January the 23rd.

10:07    4              THE COURT:  Oh, I see.

10:07    5              MS. TAITZ:  And the issue there was that the case

10:07    6    was right there on the docket before the inauguration; and

10:07    7    then the next day after inauguration, the case disappeared.

10:07    8    Somebody erased it.  And I have confronted Justice Scalia

10:07    9    when he was --

10:07   10              THE COURT:  Thank you very much.  We'll come back

10:07   11    to you.  Then, Counsel, please proceed.

10:07   12              MR. DeJUTE:  Thank you.

10:07   13              With respect to that last point, Your Honor:  Why

10:07   14    is this case here and not in Washington DC?  Dr. Taitz has

10:07   15    suggested that she's filed other cases.  One involved the

10:07   16    Pennsylvania Democratic primary, dismissed on standing,

10:07   17    because the individual plaintiff was not harmed.  Another

10:07   18    one in -- somewhere in the East Coast with a retired

10:07   19    Lieutenant Colonel, because he was concerned that he

10:07   20    wouldn't properly be able to serve his Commander-in-Chief,

10:07   21    again, dismissed on standing.  Looked at the website, and

10:07   22    the suggestion was made, "Let's find a candidate."

10:08   23    Ambassador Keyes was a candidate in the California primary

10:08   24    election.  And so the suggestion would be, "we can get past

10:08   25    the standing issue if we can find a viable candidate who ran

10:08   1   against Barack Obama with the allegation that

10:08   2   President Obama is not eligible under Article II."

10:08   3        THE COURT:  I see.

10:08   4        MR. DeJUTE:  We could talk all day about the

10:08   5   facts, Your Honor.  And it's easy to make, you know,

10:08   6   negative aspersions.  It's hard to disprove them when we're

10:08   7   here on, you know, an Order to Show Cause why the case

10:08   8   shouldn't be dismissed without effecting proper service.

10:08   9        It's clear Your Honor doesn't like to stand on

10:08   10   technicalities.  And we're prepared for a substantive

10:08   11   discussion.  But I think we're entitled to be served

10:08   12   properly first.

10:08   13        I think Your Honor's previous orders suggested the

10:08   14   method by which the United States or Barack Obama proceed

10:09   15   properly under Rule 4(i).  I don't think there can be any

10:09   16   serious question that the lawsuit is suing an officer of the

10:09   17   United States in his official capacity.  The lawsuit seeks

10:09   18   to declare Barack Obama ineligible to be President, and

10:09   19   thereby prevent him from continuing in office.  He's not an

10:09   20   officer of the United States.  He's "the" officer of the

10:09   21   United States.  And I think he's entitled to service in that

10:09   22   capacity.  And I can assure you the United States Attorney's

10:09   23   Office for the Central District has never been served with

10:09   24   this matter.  On that ground alone, effective service has

10:09   25   not been made.

| 10:09 | 1 | THE COURT:  The United States Attorney's Office, |
| 10:09 | 2 | though, could be served in Los Angeles.  It could be served |
| 10:09 | 3 | here in Orange County, couldn't they? |
| 10:09 | 4 | MR. DeJUTE:  I'm not sure if it could be served in |
| 10:09 | 5 | Orange County.  I believe so.  I know it -- for certain, it |
| 10:09 | 6 | could be served in Los Angeles. |
| 10:09 | 7 | THE COURT:  What I'm driving at is this.  I'll |
| 10:09 | 8 | come back to what I just said to prior counsel. |
| 10:10 | 9 | The law abhors closed courtroom doors.  And the |
| 10:10 | 10 | process and technicality of how counsel get here can be |
| 10:10 | 11 | exacerbating.  And I intend on that prior case to cut |
| 10:10 | 12 | through that nonsense.  And I intend on this case to cut |
| 10:10 | 13 | through that nonsense. |
| 10:10 | 14 | MR. DeJUTE:  I'm not surprised, Your Honor. |
| 10:10 | 15 | THE COURT:  There's no reason that this case can't |
| 10:10 | 16 | be here, or Washington DC, or wherever.  I don't care where |
| 10:10 | 17 | it is.  By the same token, it sounds to me like there hasn't |
| 10:10 | 18 | been a forum for this for some significant period of time. |
| 10:10 | 19 | And somehow there has to be a forum someplace. |
| 10:10 | 20 | Now, how are we going to accomplish that? |
| 10:10 | 21 | MS. TAITZ:  Your Honor -- |
| 10:10 | 22 | THE COURT:  No.  Believe it or not, I wasn't |
| 10:10 | 23 | speaking to you.  I'll come back to you in just a moment. |
| 10:10 | 24 | And when I want to hear from you, I'll look at you and |
| 10:10 | 25 | smile.  I'm not smiling right now. |

| | | |
|---|---|---|
| 10:10 | 1 | MR. DeJUTE:  He's not smiling at me either. |
| 10:10 | 2 | I think I can answer the question, Your Honor. |
| 10:10 | 3 | THE COURT:  No, no.  I've done this on so many |
| 10:11 | 4 | cases:  Why can't she simply serve you today in court? |
| 10:11 | 5 | MR. DeJUTE:  Because I'm not authorized to accept |
| 10:11 | 6 | service. |
| 10:11 | 7 | THE COURT:  Well, go get somebody who is. |
| 10:11 | 8 | MR. DeJUTE:  Well, the people that are authorized |
| 10:11 | 9 | to accept service -- |
| 10:11 | 10 | THE COURT:  Do you see what I'm hearing?  I'm |
| 10:11 | 11 | hearing a big run-around, a big circle. |
| 10:11 | 12 | MR. DeJUTE:  Uh -- |
| 10:11 | 13 | THE COURT:  No.  Hold on for a second. |
| 10:11 | 14 | You can go get somebody in here. |
| 10:11 | 15 | And you can serve him. |
| 10:11 | 16 | And then we can cut through whether it's |
| 10:11 | 17 | Pennsylvania, Washington DC -- this is taking too much time. |
| 10:11 | 18 | And this is taxpayer money.  This isn't your money; this is |
| 10:11 | 19 | taxpayer money we're spending right now.  And this is a |
| 10:11 | 20 | process and procedure that's going to come to an end. |
| 10:11 | 21 | Who's authorized to accept service? |
| 10:11 | 22 | MR. DeJUTE:  The civil clerk. |
| 10:11 | 23 | THE COURT:  Just a moment. |
| 10:11 | 24 | *(Court and court clerk confer.)* |
| 10:11 | 25 | THE COURT:  They're authorized downstairs to |

| | | |
|---|---|---|
| 10:11 | 1 | accept service.  Go serve 'em. |
| 10:11 | 2 | MS. TAITZ:  Are you -- |
| 10:11 | 3 | THE COURT:  Because, if you don't, what's going to |
| 10:11 | 4 | happen is we're going to end up getting involved in this |
| 10:11 | 5 | continuing process of whether this was valid service or not. |
| 10:12 | 6 | And you're gonna end up litigating process and procedure for |
| 10:12 | 7 | the term of this administration. |
| 10:12 | 8 | So if you want to get to the merits between the |
| 10:12 | 9 | two of you, just get proper service.  And serve |
| 10:12 | 10 | downstairs -- and they're authorized to take it -- and do it |
| 10:12 | 11 | now. |
| 10:12 | 12 | Now, if you don't -- if you want to spend your |
| 10:12 | 13 | time going through this process, then you can come back and |
| 10:12 | 14 | visit me every week if you would like to, and we'll have lot |
| 10:12 | 15 | of hearings. |
| 10:12 | 16 | Now, you continue on. |
| 10:12 | 17 | MR. DeJUTE:  Well, I think it's time for me to |
| 10:12 | 18 | say:  I concur with Your Honor. |
| 10:12 | 19 | THE COURT:  Yeah.  Now, let me hear from your |
| 10:12 | 20 | opposition 'cause I'm smiling at her. |
| 10:12 | 21 | I'm just kidding you, Counsel.  Now, Counsel, your |
| 10:12 | 22 | turn. |
| 10:12 | 23 | MS. TAITZ:  Well, since you are smiling at me now, |
| 10:12 | 24 | I would continue on the issue of taxpayer's money.  The |
| 10:12 | 25 | whole point is Mr. Obama does not get to use our taxpayer's |

| | | |
|---|---|---|
| 10:12 | 1 | money to cover up -- |
| 10:12 | 2 | THE COURT:  No, no, Counsel.  I'm not going to let |
| 10:13 | 3 | you go there.  This is a waste of time.  You could properly |
| 10:13 | 4 | serve -- and I'm trying to help you cut through the |
| 10:13 | 5 | bureaucratic nonsense.  You can have authorized service that |
| 10:13 | 6 | can take place in this building today. |
| 10:13 | 7 | If you want to continue procedurally, I won't cut |
| 10:13 | 8 | you off again.  But I can guarantee you that process is |
| 10:13 | 9 | gonna be almost never ending, because you've already failed. |
| 10:13 | 10 | You failed in Pennsylvania. |
| 10:13 | 11 | MS. TAITZ:  I never filed in Pennsylvania. |
| 10:13 | 12 | THE COURT:  You failed in -- |
| 10:13 | 13 | *(To the Court Reporter:)*  When I'm speaking, |
| 10:13 | 14 | you'll take me. |
| 10:13 | 15 | You've failed in Washington.  And I'm offering you |
| 10:13 | 16 | a vehicle and avenue to have this resolved on the merits. |
| 10:13 | 17 | Now, you're so used to doing battle, you're about to do |
| 10:13 | 18 | battle with me.  I'd suggest you don't, and I suggest you |
| 10:13 | 19 | rethink it.  So I'm going to take a recess.  You're going to |
| 10:13 | 20 | go calm down and go think about this.  If you still want to |
| 10:13 | 21 | proceed in this fashion, so be it. |
| 10:13 | 22 | MS. TAITZ:  May I respond? |
| 10:13 | 23 | THE COURT:  No, not now.  I'm going to take a |
| 10:13 | 24 | recess, so you have a chance.  I've got all day.  In other |
| 10:13 | 25 | words, I'm not pushing you out of court. |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 10:13 | 1 | MS. TAITZ:  Well, can I talk to the U.S. Attorney? |
| 10:13 | 2 | THE COURT:  We're in recess.  We'll be back in |
| 10:13 | 3 | 10 minutes. |
| 10:13 | 4 | *(Recess held at 10:13 a.m.)* |
| 10:25 | 5 | *(Proceedings resumed at 10:25 a.m.)* |
| 10:25 | 6 | THE COURT:  We're back on the record.  Let me |
| 10:25 | 7 | suggest to both of you a process that might get to the |
| 10:25 | 8 | merits of this. |
| 10:25 | 9 | I'm smiling at you. |
| 10:25 | 10 | On January 20th, 2009, at 3:26 p.m. you brought |
| 10:25 | 11 | suit against Defendant Obama, Condoleezza Rice in her |
| 10:25 | 12 | capacity as the former Secretary of State, Robert Mueller in |
| 10:25 | 13 | his capacity as the Director of the Federal Bureau of |
| 10:26 | 14 | Investigation, and Michael Hager as the former Director of |
| 10:26 | 15 | the Office of Personnel Management. |
| 10:26 | 16 | You've alleged that Obama does not meet the |
| 10:26 | 17 | qualifications required for the Office of the President, as |
| 10:26 | 18 | specified by Article II, Section 1, Clause [5], of the |
| 10:26 | 19 | United States Constitution.  More specifically, you've |
| 10:26 | 20 | alleged that the defendant has not shown that he is a |
| 10:26 | 21 | natural-born citizen of the United States. |
| 10:26 | 22 | And the way we're proceeding, we're never going to |
| 10:26 | 23 | get to that issue, or at least it's going to take an |
| 10:26 | 24 | abhorrent amount of time.  And if you're really interested |
| 10:26 | 25 | in this issue, I'm actually showing you a kindness, a way to |

| | | |
|---|---|---|
| 10:26 | 1 | get this before a Court quickly, rather than the way that |
| 10:26 | 2 | this is proceeding. |
| 10:26 | 3 | MS. TAITZ:  May I respond? |
| 10:26 | 4 | THE COURT:  No, not yet.  You've got all night, |
| 10:26 | 5 | believe it or not.  You can have until 8:00 o'clock tonight, |
| 10:26 | 6 | for all I care, so there's no rush.  Okay? |
| 10:26 | 7 | You've argued that there's evidence to show that |
| 10:26 | 8 | the President was actually born in Kenya and not Hawaii, |
| 10:26 | 9 | thus making him ineligible to be President of the |
| 10:26 | 10 | United States. |
| 10:26 | 11 | You've also argued that the President was a |
| 10:27 | 12 | citizen of Indonesia and he's not gone through the proper |
| 10:27 | 13 | immigration procedures to regain his United States |
| 10:27 | 14 | citizenship.  In order words, you pointed the Court to two |
| 10:27 | 15 | different countries potentially that he was either born or a |
| 10:27 | 16 | citizen of. |
| 10:27 | 17 | In the lawsuit, you appear to be -- the issue |
| 10:27 | 18 | appears to be the issuance of an -- well, your primary |
| 10:27 | 19 | objective appears to be the issuance of an injunction |
| 10:27 | 20 | requiring the President to present any and all documentation |
| 10:27 | 21 | that he is a natural-born citizen of the United States -- |
| 10:27 | 22 | and you've ably argued today that that's never been |
| 10:27 | 23 | forthcoming to you, frustratingly so -- and, if he's unable |
| 10:27 | 24 | to prove citizenship, to have him removed from office. |
| 10:27 | 25 | So if there's an import to this, if there's a |

DEBBIE GALE, U.S. COURT REPORTER

10:27  1  danger, then it would appear to me that you want to

10:27  2  accomplish that as quickly as possible, not what's happening

10:27  3  now in this procedural time-consuming circle that everybody

10:28  4  seems to be going in.

10:28  5      Now, you specifically plead for relief in the form

10:28  6  of declaratory relief, where the Court will determine

10:28  7  whether or not the President is a natural-born citizen of

10:28  8  the United States within the definition of the

10:28  9  U.S. Constitution; second, a stay of the January 20th, 2009,

10:28  10  Inauguration of the President due to plaintiffs' substantial

10:28  11  likelihood of success on the merit -- which has already

10:28  12  passed now, and getting older; a written mandamus requiring

10:28  13  Defendants Rice, Hager, and Mueller to produce or compel

10:28  14  documents proving the President's current citizenship; and

10:28  15  attorneys fees and costs of the suit.

10:28  16      In the motion before the Court, you've stated that

10:28  17  you're dismissing Counts 2 and 3 of the Complaint, and

10:28  18  dismissing all the defendants, except the President.  And

10:28  19  I'll ask you about that in a moment, courteously, to make

10:28  20  sure that's still your position.

10:28  21      MS. TAITZ:  Yes.

10:28  22      THE COURT:  On May 12th, this Court issued an

10:28  23  Order to Show Cause for lack of prosecution, as the Court

10:29  24  had not received proof of service on various defendants in

10:29  25  this suit.  On May 18th, plaintiffs' filed proof of service

| | | |
|---|---|---|
| 10:29 | 1 | on the President, through Maryann McKernian *(phonetic),* as I |
| 10:29 | 2 | understand it, who's a mail clerk in Streamwood, Illinois -- |
| 10:29 | 3 | MS. TAITZ:  No. |
| 10:29 | 4 | THE COURT:  -- who's allegedly authorized to |
| 10:29 | 5 | accept service on behalf of the Department of Justice. |
| 10:29 | 6 | MS. TAITZ:  No, no.  Uh, she is not a mail clerk. |
| 10:29 | 7 | She went to the White House -- |
| 10:29 | 8 | THE COURT:  Oh, I'm going to get there.  Believe |
| 10:29 | 9 | it or not, I read this stuff.  Okay.  So hang with me for a |
| 10:29 | 10 | moment. |
| 10:29 | 11 | After service, it's my understanding that she |
| 10:29 | 12 | literally went to the White House.  Now, this gets even more |
| 10:29 | 13 | bizarre:  That she gets on a plane and she flies to the |
| 10:29 | 14 | White House, and she gives this to a Secret Service agent. |
| 10:29 | 15 | MS. TAITZ:  Yes. |
| 10:29 | 16 | THE COURT:  That's a baffling process, in and of |
| 10:29 | 17 | itself:  To have somebody get on a plane and give it to a |
| 10:29 | 18 | Secret Service agent. |
| 10:30 | 19 | Now, on June 1st, 2009, the Court notified |
| 10:30 | 20 | plaintiffs that their purported proof of service was |
| 10:30 | 21 | deficient under 4(i)(3), hereinafter "Rule 4(i)(3)." |
| 10:30 | 22 | And it states, Subsection (3): |
| 10:30 | 23 | "Officer or Employee Sued Individually. |
| 10:30 | 24 | "To serve a United States officer or employee sued |
| 10:30 | 25 | in an individual capacity for an act or omission occurring |

| | | |
|---|---|---|
| 10:30 | 1 | in connection with duties performed on the United States' |
| 10:30 | 2 | behalf, whether or not the officer or employee is also sued |
| 10:30 | 3 | in an official capacity, a party must serve the |
| 10:30 | 4 | United States and also serve the officer or employee under |
| 10:30 | 5 | Rule 4(e), (f), or (g)." |
| 10:30 | 6 | In this motion you've argued that "the above |
| 10:30 | 7 | portion of Federal Rule of Civil Procedure is inapplicable |
| 10:30 | 8 | as Federal Rule of Civil Procedure 4(e), hereinafter 4(e), |
| 10:30 | 9 | should be applied instead." |
| 10:31 | 10 | This provision states in subsection (e): |
| 10:31 | 11 | "Serving an Individual Within a Judicial District |
| 10:31 | 12 | of the United States. |
| 10:31 | 13 | "Unless federal law provides otherwise, an |
| 10:31 | 14 | individual, other than a minor and incompetent person or |
| 10:31 | 15 | person who's waiver has been filed, may be served in a |
| 10:31 | 16 | judicial district of the United States by: |
| 10:31 | 17 | "First, following state law for serving a summons |
| 10:31 | 18 | in an action brought in courts of general jurisdiction in |
| 10:31 | 19 | the state where the district court is located or where the |
| 10:31 | 20 | service is made; or, |
| 10:31 | 21 | "Two, doing any of the following: |
| 10:31 | 22 | "(a) Delivering a copy of the summons and of the |
| 10:31 | 23 | complaint to the individual personally. |
| 10:31 | 24 | "(b) Leaving a copy of each at the individual's |
| 10:31 | 25 | dwelling or usual place of abode with someone of suitable |

| | | |
|---|---|---|
| 10:31 | 1 | age and discretion who resides there; or, |
| 10:31 | 2 | "(c) Delivering a copy of each to an agent |
| 10:31 | 3 | authorized by appointment or by law to receive service of |
| 10:32 | 4 | process." |
| 10:32 | 5 | You've argued that the Court's June 12th, 2009, |
| 10:32 | 6 | order finding that service under Rule 4(e) was insufficient |
| 10:32 | 7 | and requiring service under 4(i) is "manifestly erroneous." |
| 10:32 | 8 | In the alternative, you move and request that this Court |
| 10:32 | 9 | exercise its discretion to certify the following question |
| 10:32 | 10 | for interlocutory appeal. |
| 10:32 | 11 | Now, let me just stop for a moment. |
| 10:32 | 12 | Assuming I was willing to do that, assuming I |
| 10:32 | 13 | ruled against you for a moment, do you know how long that |
| 10:32 | 14 | process is going to take?  A significant period of time for |
| 10:32 | 15 | the Ninth Circuit to serve.  And what I'm hearing is that |
| 10:32 | 16 | you want access to a Court immediately to re- -- now, hold |
| 10:32 | 17 | on.  You've got lot of time, believe it or not.  You seem |
| 10:32 | 18 | rushed.  Don't be rushed -- that is a cumbersome and lengthy |
| 10:32 | 19 | process.  And it's gonna go further up on review, trust me, |
| 10:32 | 20 | from the Ninth Circuit. |
| 10:32 | 21 | So the end result is you're fighting all of these |
| 10:32 | 22 | technicalities.  You can literally go down -- I'm providing |
| 10:33 | 23 | you that option -- serve the United States.  Jurisdiction |
| 10:33 | 24 | takes place today.  There's nothing appealable.  And you're |
| 10:33 | 25 | in court.  That's what I don't understand. |

| 10:33 | 1 | So if this harm is being done, it seems to me that |
| 10:33 | 2 | you're stretching this process procedurally.  But I'm not a |
| 10:33 | 3 | lawyer.  I'm not a lawyer.  So I'm gonna give you the |
| 10:33 | 4 | option, and you can argue.  And sometimes we're dead right. |
| 10:33 | 5 | In other words, we're right but we're not doing too well. |
| 10:33 | 6 | And that's what I'm afraid you're in right now; and that is, |
| 10:33 | 7 | I'm afraid tentatively, on a motion for reconsideration, |
| 10:33 | 8 | that you may lose on this.  If I don't grant interlocutory |
| 10:33 | 9 | appeal, you have to either take it up or start over.  And |
| 10:33 | 10 | that's an incredible waste of time on this issue. |
| 10:33 | 11 | So now I'm done.  You can proceed any way you'd |
| 10:33 | 12 | like to.  And I'm going to give you the lectern, or you can |
| 10:34 | 13 | remain seated and just tell me what your thoughts are, and |
| 10:34 | 14 | how you'd like to proceed. |
| 10:34 | 15 | MS. TAITZ:  Well, first of all, what I would like |
| 10:34 | 16 | to do is I would motion to strike from the record that |
| 10:34 | 17 | appearance of U.S. Attorney because he admitted that he is |
| 10:34 | 18 | not representing the President.  And there is absolutely no |
| 10:34 | 19 | reason for him to even be at the defendant's table.  And due |
| 10:34 | 20 | to the fact that the U.S. Attorney does not represent the |
| 10:34 | 21 | President -- but clearly the President was served; |
| 10:34 | 22 | otherwise, where did he get the pleadings and knew about |
| 10:34 | 23 | this hearing.  The President knew that there is a hearing |
| 10:34 | 24 | today and decided not to show up and not to bring an |
| 10:34 | 25 | attorney who would represent him. |

| | | |
|---|---|---|
| 10:34 | 1 | And due to the fact that U.S. Attorney does not |
| 10:34 | 2 | represent anybody in this case and has nothing to do with |
| 10:34 | 3 | this case, and the President ignored the proceedings and |
| 10:34 | 4 | showed disrespect to this proceedings, there's absolutely no |
| 10:35 | 5 | way not to give me a default. |
| 10:35 | 6 | But in order to be fair to Mr. Obama -- and the |
| 10:35 | 7 | issue, again, has -- again, has absolutely nothing to do |
| 10:35 | 8 | with the U.S. Attorney's Office, because I served Mr. Obama |
| 10:35 | 9 | on Inauguration Day as an individual.  I served him on the |
| 10:35 | 10 | Inauguration Day clearly for something that he did before he |
| 10:35 | 11 | became the President -- as an individual -- so there is |
| 10:35 | 12 | absolutely no reason for him to be served through U.S. |
| 10:35 | 13 | Attorney's Office.  There is absolutely no reason for any of |
| 10:35 | 14 | those people to pay this gentleman to sit here and defend |
| 10:35 | 15 | undefensible *(sic)* -- to defend Mr. Obama committing fraud |
| 10:35 | 16 | in order to get into the White House.  We should not be |
| 10:35 | 17 | paying this.  This is a very important issue. |
| 10:35 | 18 | If -- if -- if today Mr. Obama decides to divorce |
| 10:35 | 19 | his wife, will the U.S. Attorney spend my taxpayer's money |
| 10:36 | 20 | to defend him in a divorce?  No.  If there is a parking |
| 10:36 | 21 | ticket, and Mr. Obama didn't pay -- as he, as a matter of |
| 10:36 | 22 | fact, did not pay numerous parking tickets -- I don't |
| 10:36 | 23 | remember how many -- and paid only during the election -- do |
| 10:36 | 24 | I need to pay for his time to sit here and -- and defend |
| 10:36 | 25 | undefensible -- and that's what I've seen all over the |

DEBBIE GALE, U.S. COURT REPORTER

10:36    1    country.  Since the moment Mr. Obama was elected, he simply

10:36    2    ignores service.

10:36    3            And I want to present -- and I don't know if you

10:36    4    had a chance to see the motion that I have filed.  And if

10:36    5    you have time, I would like to read it.  But there is a

10:36    6    pattern of stonewalling by Mr. Obama.  He is being served as

10:36    7    an individual for something that he did before he became the

10:36    8    President.  We should not be paying the U.S. Attorney's

10:36    9    Office to represent him.  U.S. -- uh, he -- U.S. Attorney's

10:36   10    Office is not representing anybody.

10:37   11            And since there is nobody to even object, there is

10:37   12    nobody here who represents Mr. Obama to object to a default,

10:37   13    how can you not give me a default?  There is absolutely no

10:37   14    reason not to give me a default.  I mean, you have to.  You

10:37   15    have no -- no other option.

10:37   16            But moreover, in order to speed up the process,

10:37   17    what I have seen happening around the country time and

10:37   18    again, Mr. Obama is pushing everybody to U.S. Attorney's

10:37   19    Office, and then the attorneys who usually work pro bono has

10:37   20    to fight with a whole "might" of U.S. Attorney's Office,

10:37   21    Department of Justice, who are not interested in uncovering

10:37   22    the truth, who are not interested in pursuing justice.

10:37   23    They're just interested in defending Mr. Obama.  And that is

10:37   24    the problem.

10:37   25            If I agree today to serve U.S. Attorney's Office,

| 10:37 | 1 | I can tell you, Your Honor, we'll get absolutely nowhere. |
| 10:37 | 2 | There is a case in New Jersey -- |
| 10:37 | 3 | THE COURT:  Just a moment. |
| 10:38 | 4 | This Court probably moves quicker than any court |
| 10:38 | 5 | in the country. |
| 10:38 | 6 | MS. TAITZ:  Well -- |
| 10:38 | 7 | THE COURT:  No.  I'll say that again.  This Court |
| 10:38 | 8 | does not worry too much about procedure.  I like an open |
| 10:38 | 9 | courtroom door concerning the merits.  You're being given a |
| 10:38 | 10 | gift.  You're in a very, very quick Court.  If this matter |
| 10:38 | 11 | is before this Court, I can guarantee you I will know very, |
| 10:38 | 12 | very quickly the merits of this situation. |
| 10:38 | 13 | My concern is, I don't know that you're correct. |
| 10:38 | 14 | Okay?  I've had my say.  You do what you want.  But as soon |
| 10:38 | 15 | as you're finished -- |
| 10:38 | 16 | *(To the U.S. Attorney:)*  -- then I'm going to hear |
| 10:38 | 17 | from you, Counsel. |
| 10:38 | 18 | Okay. |
| 10:38 | 19 | MS. TAITZ:  And my point, Your Honor -- well, can |
| 10:38 | 20 | I read my motion? |
| 10:38 | 21 | THE COURT:  You can.  Counsel, read your motion. |
| 10:38 | 22 | But read it slowly so I get a good record of it.  And if you |
| 10:38 | 23 | have an extra copy, give it to my court reporter. |
| 10:38 | 24 | MS. TAITZ:  Yes.  I have a whole big file for you, |
| 10:38 | 25 | Your Honor. |

| | | |
|---|---|---|
| 10:38 | 1 | THE COURT: All right. |
| 10:39 | 2 | MS. TAITZ: And I have -- uh, uh, there's a motion |
| 10:39 | 3 | was e-filed. I called you. It's in your box, as well. |
| 10:39 | 4 | THE COURT: Certainly. |
| 10:39 | 5 | MS. TAITZ: And I have all the documents. |
| 10:39 | 6 | But what I wanted to show you, that is -- there is |
| 10:39 | 7 | indeed *(inaudible)*. |
| 10:39 | 8 | THE COURT: Would you turn the microphone back on. |
| 10:39 | 9 | MS. TAITZ: Uh, uh. |
| 10:39 | 10 | THE COURT: Would you turn your microphone back |
| 10:39 | 11 | on. Somehow you've -- |
| 10:39 | 12 | MS. TAITZ: Can you hear? |
| 10:39 | 13 | THE COURT: Yes. |
| 10:39 | 14 | MS. TAITZ: What I have presented in my motion is |
| 10:39 | 15 | that there is a whole pattern of stonewalling by Mr. Obama, |
| 10:39 | 16 | simply unwillingness to accept service. |
| 10:39 | 17 | THE COURT: Just a moment. |
| 10:39 | 18 | If that's true, I'm shortening this process |
| 10:39 | 19 | dramatically by suggesting that you simply file this or |
| 10:39 | 20 | you're going to have a never ending series of appeals. And |
| 10:39 | 21 | it will take a significant period of time. You're not |
| 10:39 | 22 | hearing that. |
| 10:39 | 23 | MS. TAITZ: No, I'm hearing it. |
| 10:39 | 24 | THE COURT: You are absolutely bent that you're |
| 10:39 | 25 | right concerning jurisdiction. And I've already ruled |

| | | |
|---|---|---|
| 10:40 | 1 | against you on one occasion.  This is a motion for |
| 10:40 | 2 | reconsideration; and, therefore, you have a substantial |
| 10:40 | 3 | chance of having the same ruling. |
| 10:40 | 4 | In talking to you this way, you're being basically |
| 10:40 | 5 | told that we're going to get to the merits of this very |
| 10:40 | 6 | quickly.  The government's just asking for what they believe |
| 10:40 | 7 | is proper service. |
| 10:40 | 8 | I'm suggesting that, even if I was wrong on my |
| 10:40 | 9 | initial ruling, it's gonna take significant time to go |
| 10:40 | 10 | through the Ninth Circuit and maybe the Supreme Court.  And |
| 10:40 | 11 | if you believe that this harm is being done, if Obama should |
| 10:40 | 12 | not be President, look at the passage of time. |
| 10:40 | 13 | You could be in court very quickly.  But the way |
| 10:40 | 14 | you're proceeding, frankly, whether it's this Court or |
| 10:40 | 15 | another court, it's going to be a lengthy process.  Because |
| 10:40 | 16 | even if I rule in your favor, they're going to, in fact, |
| 10:40 | 17 | appeal. |
| 10:40 | 18 | So valid service could be accomplished between the |
| 10:41 | 19 | two of you in a matter of minutes. |
| 10:41 | 20 | MS. TAITZ:  Uh, Your Honor -- but again, they have |
| 10:41 | 21 | no standing to appeal because they don't represent anybody. |
| 10:41 | 22 | THE COURT:  I've had my say.  Counsel, you |
| 10:41 | 23 | continue, then. |
| 10:41 | 24 | MS. TAITZ:  But what I would like to suggest is |
| 10:41 | 25 | that, again, since -- according to the U.S. Attorney, he |

DEBBIE GALE, U.S. COURT REPORTER

10:41    1    stated he is not representing anybody in this case, and

10:41    2    Mr. Obama did not show up, what I wanted to suggest is

10:41    3    having a default, and having discovery -- post default

10:41    4    discovery, or maybe having 60-day mediation in the post

10:41    5    default discovery.

10:41    6          And I have prepared a list of documents, vital

10:41    7    records, that I'm looking for. If Mr. Obama, who clearly

10:41    8    was served, who sent U.S. Attorney here, would like to

10:41    9    object -- personally, he's an attorney, or through his

10:41    10    personal attorney -- would like to object to service, he

10:41    11    would have an opportunity to do so during the period of the

10:42    12    post default discovery. And this is -- this will shorten

10:42    13    the process.

10:42    14          But serving today will give 60 days of wasted

10:42    15    time. They've been served. They've got all the papers,

10:42    16    time and -- I have here eight certified mail receipts.

10:42    17          I have here documents from Arizona where very

10:42    18    similar case was filed against Mr. McCain and Mr. Obama.

10:42    19    Mr. McCain responded. There was a different issue.

10:42    20    Mr. Obama stonewalled, simply ignored the proceeding,

10:42    21    disrespected the Court.

10:42    22          And on July the 6th, Mr. Clark Hambling *(phonetic)*

10:42    23    has filed a motion for default -- very similarly filed a

10:42    24    motion for default. And, next day, U.S. Attorney's Office

10:42    25    has filed this Statement of Interest. Statement of Interest

10:43  1   does not show that they represent anybody in this -- in this

10:43  2   case.

10:43  3          But all it shows -- that, in fact, Mr. Obama was

10:43  4   served, and he has chosen not to respond.  And now he's

10:43  5   staring at two motions for default:  One from Arizona, one

10:43  6   from California, and maybe more coming.  And, uh, now I

10:43  7   guess he's deciding what to do.

10:43  8          I prepared, Your Honor, statements from a number

10:43  9   of citizens from all over the country -- from Utah, from

10:43  10  Pennsylvania, from Florida, from different states -- where I

10:43  11  asked them to help me in serving Department of Justice.  And

10:43  12  I have eight certified mail receipts.  I have affidavits

10:43  13  from citizens from different states that have submitted the

10:43  14  paperwork, that have sent certified mail, they have called

10:43  15  to follow up.  I have here -- and I will give you all of

10:43  16  those documents.  I have here a lady that called twelve

10:44  17  times Mr. Holder.  They stonewall.  They do not respond.

10:44  18  And that is the problem.

10:44  19         And -- and from what I've seen, from the cases --

10:44  20  specifically from -- not my cases.  Pennsylvania and

10:44  21  New Jersey and other states, the moment U.S. Attorneys

10:44  22  becomes involved, the citizens of this country have to waste

10:44  23  their taxpayer money to pay for the U.S. Attorney's Office

10:44  24  for -- to defend something that Obama did before the

10:44  25  election.  Clearly has nothing to do with U.S. Attorney's

SACV 09-0082 DOC – 7/13/2009 – Item No. 6

36

| | | |
|---|---|---|
| 10:44 | 1 | Office. |
| 10:44 | 2 | And -- and all U.S. Attorney's Office does -- |
| 10:44 | 3 | they're not interested on the case -- on the merits. |
| 10:44 | 4 | They're not interested if he is qualified or not.  They |
| 10:44 | 5 | would find some technicalities saying there is no |
| 10:44 | 6 | standing -- even though, this case, we have a presidential |
| 10:44 | 7 | candidate, and I have *amicas curia* from another presidential |
| 10:44 | 8 | candidate, and we have a vice presidential candidate -- |
| 10:45 | 9 | stating anything, just finding technicalities to throw cases |
| 10:45 | 10 | out of court. |
| 10:45 | 11 | If I serve them today, there will be 60 days for |
| 10:45 | 12 | them to respond.  In those 60 days, God knows what's gonna |
| 10:45 | 13 | happen in this country.  And then they're gonna file for |
| 10:45 | 14 | extension, as it was in New Jersey, where they've been |
| 10:45 | 15 | filing extension after extension after extension -- half a |
| 10:45 | 16 | year of extensions, and then motions for dismiss -- for |
| 10:45 | 17 | dismissal. |
| 10:45 | 18 | THE COURT:  There aren't going to be any |
| 10:45 | 19 | extensions here. |
| 10:45 | 20 | MS. TAITZ:  Well, um -- |
| 10:45 | 21 | THE COURT:  There aren't going to be any |
| 10:45 | 22 | extensions here. |
| 10:45 | 23 | There aren't going to be any extensions here. |
| 10:45 | 24 | Did you hear me? |
| 10:45 | 25 | MS. TAITZ:  Yeah.  I hear. |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 10:45 | 1 | THE COURT:  All right. |
| 10:45 | 2 | MS. TAITZ:  I was wondering is there any way for |
| 10:45 | 3 | Your Honor to order 60-day mediation? |
| 10:45 | 4 | THE COURT:  Why would I order mediation?  He's |
| 10:45 | 5 | either valid or invalid.  He's either the President or not. |
| 10:46 | 6 | What's there to mediate? |
| 10:46 | 7 | MS. TAITZ:  In -- well, mediation -- |
| 10:46 | 8 | THE COURT:  If he doesn't meet the criteria, he's |
| 10:46 | 9 | not the President of the United States.  It's just that |
| 10:46 | 10 | simple.  And if he does meet the criteria, he is.  So what's |
| 10:46 | 11 | the mediation?  You want to make him Vice President? |
| 10:46 | 12 | MS. TAITZ:  No, no.  In terms of documents that |
| 10:46 | 13 | need to be produced, I have a list of documents that I'm -- |
| 10:46 | 14 | I'm seeking.  And during this period of time, instead of |
| 10:46 | 15 | waiting for the U.S. Attorney's Office for -- for 60 days to |
| 10:46 | 16 | just respond to service, we can -- uh, if we have a default, |
| 10:46 | 17 | uh, today -- if we have default judgment today, specifically |
| 10:46 | 18 | because, as I said, U.S. Attorney didn't even state that |
| 10:46 | 19 | they represent the President, and President did not send his |
| 10:46 | 20 | attorney, there is full reason to -- to grant the default. |
| 10:46 | 21 | And during the 60-day default, uh, um, discovery |
| 10:46 | 22 | I -- I -- I have here motion of all the documents that I'm |
| 10:47 | 23 | speaking for.  If Mr. Obama feels that for some reason he |
| 10:47 | 24 | does not want to release any of those documents, he would |
| 10:47 | 25 | have an opportunity to object.  His attorney -- I'm sure he |

| | | |
|---|---|---|
| 10:47 | 1 | will send an attorney who will object, who will state, |
| 10:47 | 2 | "Okay.  We're prepared to show a certified copy of this |
| 10:47 | 3 | document, but not of this one. This is private and this is |
| 10:47 | 4 | public."  This way, we'll be able to get to the merits. |
| 10:47 | 5 | Your Honor, I have here a letter from somebody who |
| 10:47 | 6 | is a captain in the U.S. Army, stating that she -- |
| 10:47 | 7 | THE COURT:  I'm just going to joke with you, |
| 10:47 | 8 | Counsel:  I was in the Marine Corps, so I don't pay |
| 10:47 | 9 | attention to the U.S. Army. |
| 10:47 | 10 | I'm just joking with you.  I do.  Army's terrific. |
| 10:47 | 11 | MS. TAITZ:  Well, Your Honor, I have currently 170 |
| 10:47 | 12 | plaintiffs -- from Marines, from Army -- one of them, as a |
| 10:47 | 13 | matter of fact, Lieutenant Colonel Wiggens *(phonetic)* from |
| 10:47 | 14 | U.S. Marines.  I have Major General Childers *(phonetic)* from |
| 10:47 | 15 | U.S. Army.  I have Brigadier General from Air Force.  I do |
| 10:48 | 16 | have a lot of members of the military.  And they're all |
| 10:48 | 17 | greatly concerned about what is going on.  They're being |
| 10:48 | 18 | sent to -- to Afghanistan where they're sitting ducks, where |
| 10:48 | 19 | they've been given orders not to shoot back, not to return |
| 10:48 | 20 | fire. |
| 10:48 | 21 | As a matter of fact, we're going on Thursday to |
| 10:48 | 22 | Georgia where a Major, who is employed by Southern Command, |
| 10:48 | 23 | is stating he cannot be deployed to Afghanistan in two days |
| 10:48 | 24 | because he doesn't know if this President is legitimate -- |
| 10:48 | 25 | if he's legitimate as the Commander-in-Chief, and if his |

| | | |
|---|---|---|
| 10:48 | 1 | orders are legitimate. |
| 10:48 | 2 | What -- I mean, let's see.  What would be the |
| 10:48 | 3 | fastest way to obtain the documents? |
| 10:48 | 4 | And, again, Mr. Obama did not state a right to |
| 10:48 | 5 | privacy that he could -- that the documents cannot be |
| 10:48 | 6 | produced.  All he is saying, that it's good enough to |
| 10:48 | 7 | produce a computerized image of the documents instead of an |
| 10:49 | 8 | actual document or a certified copy, in which case, what can |
| 10:49 | 9 | he object to? |
| 10:49 | 10 | We're not asking for any money.  We -- so there |
| 10:49 | 11 | will be no damage in that.  And all we are asking for is to |
| 10:49 | 12 | see that the original documents are -- indeed comply with |
| 10:49 | 13 | the computerized copies that -- that he has, uh, submitted. |
| 10:49 | 14 | Why -- I mean -- I see absolutely no possible |
| 10:49 | 15 | justification not to give default, specifically because |
| 10:49 | 16 | there is nobody objecting.  Who is here objecting to |
| 10:49 | 17 | default?  He is not representing the President.  And the |
| 10:49 | 18 | President did not show up and didn't send his attorney.  So |
| 10:49 | 19 | there is nobody to object to -- to my motion for default. |
| 10:49 | 20 | And here is the motion *(reading)*: |
| 10:49 | 21 | "This Court has jurisdiction over Count 1 of |
| 10:49 | 22 | Plaintiff's complaint filed January 20th, 2009, Declaratory |
| 10:49 | 23 | Judgment, regarding Barack H. Obama's status as natural born |
| 10:50 | 24 | citizen and resultant constitutional qualifications to serve |
| 10:50 | 25 | as President." |

SACV 09-0082 DOC - 7/13/2009 - Item No. 6

40

10:50   1           THE COURT:  Slower, and move the microphone

10:50   2       closer.  And, if you have a copy, you might give it to the

10:50   3       court reporter.

10:50   4           MS. TAITZ:  It's already in your box, Your Honor.

10:50   5           THE COURT:  Well, that's nice.  You might give it

10:50   6       to the court reporter.

10:50   7           MR. DeJUTE:  Can I interpose an objection on the

10:50   8       speaking motion, Your Honor?

10:50   9           THE COURT:  Certainly.

10:50  10           MR. DeJUTE:  That motion was filed today.  I got

10:50  11       the electronic notice of it.

10:50  12           THE COURT:  Well, I know that.  I'm not going to

10:50  13       resolve it.

10:50  14           Counsel, I don't have that motion before the Court

10:50  15       because it was filed today also.

10:50  16           But you want to read, so I've got lots of time.

10:50  17           MS. TAITZ:  Sure.

10:50  18           THE COURT:  We can read day and night, if you'd

10:50  19       like to.  It's not going to get resolved until I read it.

10:50  20       You filed it today.

10:50  21           MS. TAITZ:  Yes.

10:50  22           THE COURT:  So there's no value to it until I read

10:50  23       it.

10:50  24           MS. TAITZ:  Absolutely.

10:50  25           THE COURT:  So you're just doing this for

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 10:50 | 1 | yourself. |
| 10:50 | 2 | MS. TAITZ: *(No audible response.)* |
| 10:50 | 3 | THE COURT: In other words, I haven't read it yet |
| 10:50 | 4 | 'cause I got it today. I've been on the bench. So until I |
| 10:50 | 5 | read that, I don't know why you're reading it into the |
| 10:50 | 6 | record. |
| 10:51 | 7 | But if it makes you feel better, read. |
| 10:51 | 8 | MS. TAITZ: Okay. We do have a number of |
| 10:51 | 9 | observers here in the courtroom that would like to report to |
| 10:51 | 10 | the public what is happening in the courtroom and -- and I |
| 10:51 | 11 | think it is important. |
| 10:51 | 12 | THE COURT: I'm giving you all the time in the |
| 10:51 | 13 | world. |
| 10:51 | 14 | MS. TAITZ: Sure. |
| 10:51 | 15 | THE COURT: Now, I've got a 12:00 o'clock, and |
| 10:51 | 16 | then I've got a criminal calendar at 1:30, so you'll |
| 10:51 | 17 | probably be back at 5:00. Okay? |
| 10:51 | 18 | So start reading. |
| 10:51 | 19 | MS. TAITZ: "This Court has jurisdiction over |
| 10:51 | 20 | Count 1 of the Plaintiffs' complaint filed January 20th, |
| 10:51 | 21 | 2009, for declaratory judgment regarding Barack H. Obama's |
| 10:51 | 22 | status as a natural-born citizen and resultant |
| 10:51 | 23 | Constitutional qualifications to serve as President, |
| 10:51 | 24 | pursuant to the Freedom of Information Act, 5 USC, |
| 10:52 | 25 | Paragraph 552(a)(4)(B), and 42 USC, Paragraphs 1983, 1988, |

| | | |
|---|---|---|
| 10:52 | 1 | Civil Rights Action, and venue is proper in the Central |
| 10:52 | 2 | District of California, Santa Ana Division, is the District |
| 10:52 | 3 | and division in which Plaintiff Wiley S. Drake lives, |
| 10:52 | 4 | Buena Park, Orange County, California. |
| 10:52 | 5 | "This matter is justiciable under FOIA 5 USC, |
| 10:52 | 6 | paragraph 552(a)(b), 552(b)(2)" *(sic)* "1988." |
| 10:52 | 7 | THE COURT:  Now, we don't have any disagreement |
| 10:52 | 8 | that this may be the proper jurisdiction. |
| 10:52 | 9 | MS. TAITZ:  "Under FOIA, an agency such as the |
| 10:52 | 10 | Executive Office of the President and the White House, |
| 10:52 | 11 | Title 3 CFR, must disclose the information sought -- sought |
| 10:52 | 12 | by the requester unless the agency can invoke one of nine |
| 10:52 | 13 | exceptions specified in that Act.  See 5 USC 552" *(sic)* |
| 10:52 | 14 | "1988."  Some of these exemptions protecting personal |
| 10:53 | 15 | privacy apply to medical and personnel records. |
| 10:53 | 16 | "However, it has been for many years recognized |
| 10:53 | 17 | that the medical and personnel records of the *de facto* |
| 10:53 | 18 | or" -- |
| 10:53 | 19 | THE COURT:  We can't get a good record of what |
| 10:53 | 20 | you're reading, so if it's inaccurate, that's your |
| 10:53 | 21 | responsibility. |
| 10:53 | 22 | Do you want to start over again? |
| 10:53 | 23 | MS. TAITZ:  No, I'll continue. |
| 10:53 | 24 | THE COURT:  Slower. |
| 10:53 | 25 | MS. TAITZ:  -- "such as Barack Hussein Obama |

DEBBIE GALE, U.S. COURT REPORTER

10:53   1   today, and even for candidates for the Presidency of the

10:53   2   United States are matters of public interest and concern.

10:53   3        "The issue in this case is whether the public

10:53   4   interest in a limited number of personnel records on Barack

10:53   5   Hussein Obama is sufficient to compel disclosure of one

10:53   6   particular document whose existence has been acknowledged

10:53   7   and confirmed many times, but which, for whatever as yet

10:53   8   undisclosed reasons, neither the private candidate Barack

10:54   9   Hussein Obama or the *de facto* President Barack Hussein Obama

10:54   10  has been willing to disclose; namely, the 'vault' or 'long

10:54   11  form' Hawaii birth certificate, and all related hospital or

10:54   12  medical documents, which Plaintiffs contend will finally

10:54   13  confirm or denounce Barack Hussein Obama's Article II

10:54   14  qualifications to serve and faithfully and execute the

10:54   15  Office of President of the United States.

10:54   16        "The public had before the election and still has

10:54   17  today a compelling interest in the disclosure of this one

10:54   18  single bit of critical documentation and all related records

10:54   19  and proof.  The public's interest is undergirded by two

10:54   20  lines of decisions from U.S. Supreme Court.  The first line

10:54   21  concerns the public's right to the performance of an agency

10:54   22  manager, such as an -- including the President as manager of

10:54   23  the entire Executive Branch under FOIA.  The second line of

10:55   24  decisions concerns the vital role in our democratic society

10:55   25  played by disclosing facts and track records of candidate

10:55  1    for public office.

10:55  2         "Against this enormous public interest in favor of

10:55  3    disclosing the records on Barack Hussein Obama, the present

10:55  4    defendant, Barack Hussein Obama, is -- by default, has

10:55  5    raised absolutely nothing, nor have the U.S. Attorneys who

10:55  6    attempt to appear as nonparties, neither as representing

10:55  7    Obama, nor any intervening party, nor as *'amesca' (sic)*

10:55  8    *curiae* on their own behalf, with their highly irregular

10:55  9    statement of interest, the statutory or rule-based

10:55  10   justification for which does not appear" to be *(sic)* "on the

10:55  11   face of this bizarre filing.

10:55  12        "The Defendant's substantive default is complete

10:56  13   after repeated notification and service.

10:56  14        "Since the FOIA exceptions that permit an agency

10:56  15   to withhold information are narrowly construed, the Court

10:56  16   has no statutory basis to rule for anything except full

10:56  17   production of the limited number of constitutionally

10:56  18   significant documents from the *de facto* Chief Executive

10:56  19   Officer of the United States.  It is a matter of public

10:56  20   record that Barack Hussein Obama, both as the Presidential

10:56  21   candidate and the *de facto*, has never denied the relevance

10:56  22   of his birth certificate, but, in fact, repeatedly produced

10:56  23   an unsigned, unofficial document directly and through the

10:56  24   Democratic National Committee.

10:56  25        "Accordingly, even if -- if Barack Hussein Obama

10:56   1   were deemed to have appeared and answered or objected to

10:56   2   service by and through the U.S. Attorney's Office, which he

10:57   3   plainly did not do, Barack Hussein Obama would be equitably

10:57   4   and quite possibly judicially estopped by his conduct in

10:57   5   prior litigation from raising any FOIA objection to all

10:57   6   elements of his personal and medical records under FOIA.  As

10:57   7   shown in Exhibit B, in prior proceedings, another

10:57   8   United States Attorney in the State of California, to wit,

10:57   9   Lawrence G. Brown and Yoshinori H.T. Himel, agreed to the

10:57   10  production of documents informally rather than by subpoena,

10:57   11  Exhibit B."

10:57   12          And, Your Honor, I have already subpoenaed, and --

10:57   13  uh, those records.  And here is the stipulation that I've

10:57   14  already achieved with the U.S. Attorney's Office in a prior

10:57   15  case on behalf of Ambassador Keyes, and that stipulation

10:57   16  converting subpoena into demand.  And what's happened with

10:58   17  U.S. Attorney's Office, they have agreed -- they have agreed

10:58   18  to cooperate and --

10:58   19          THE COURT:  All right.  Now, Counsel, the problem

10:58   20  you're running into is that this was filed today.  Opposing

10:58   21  Counsel does not have this.  I have this for the first time.

10:58   22  My clerk just handed it to me.  And counsel now is going to

10:58   23  have time to respond to this.

10:58   24          So your reading, quite frankly, is of no

10:58   25  consequence.  I'm going to read this, and he's going to have

SACV 09-0082 DOC – 7/13/2009 – Item No. 6

46

| | | |
|---|---|---|
| 10:58 | 1 | time now to respond. |
| 10:58 | 2 | MS. TAITZ:  The only -- well, um -- |
| 10:58 | 3 | THE COURT:  Therefore, I'm going to order you both |
| 10:58 | 4 | back next Monday. |
| 10:58 | 5 | MS. TAITZ:  Okay. |
| 10:58 | 6 | MR. DeJUTE:  Very well, Your Honor. |
| 10:58 | 7 | THE COURT:  Now, just a moment. |
| 10:58 | 8 | Let's see if we can make sure. |
| 10:59 | 9 | MR. DeJUTE:  Before you set any dates, |
| 10:59 | 10 | Your Honor -- |
| 10:59 | 11 | THE COURT:  No.  Just a moment, Counsel. |
| 10:59 | 12 | Well, next week's not available. |
| 10:59 | 13 | But, anyway, Counsel? |
| 10:59 | 14 | MR. DeJUTE:  Thank you, Your Honor. |
| 10:59 | 15 | I would just suggest that, before you set any |
| 10:59 | 16 | dates for the motion for default, we have to have a case or |
| 10:59 | 17 | controversy before this Court.  And that means that service |
| 10:59 | 18 | has to be properly effected. |
| 10:59 | 19 | I'm prepared to respond, as Your Honor said I |
| 10:59 | 20 | could, if you wish me to do that now. |
| 10:59 | 21 | Counsel has -- |
| 11:00 | 22 | THE COURT:  Service has to be appropriate. |
| 11:00 | 23 | MR. DeJUTE:  Service has to be appropriate. |
| 11:00 | 24 | The motion for default is not properly before this |
| 11:00 | 25 | Court because this Court has noticed a motion or a hearing |

DEBBIE GALE, U.S. COURT REPORTER

47

| | | |
|--|--|--|
| 11:00 | 1 | for reconsideration on the Court's ruling that service was |
| 11:00 | 2 | improper, and so that's what's before this Court. |
| 11:00 | 3 | Briefly, we are not here representing Barack Obama |
| 11:00 | 4 | because it's our position that he was not properly served. |
| 11:00 | 5 | His default can't -- it's no disrespect.  His default simply |
| 11:00 | 6 | cannot be taken because you can't take the default of |
| 11:00 | 7 | someone who wasn't served. |
| 11:00 | 8 | THE COURT:  Counsel's raised the question:  Then |
| 11:00 | 9 | why are you here -- |
| 11:00 | 10 | MR. DeJUTE:  And I can answer that. |
| 11:00 | 11 | THE COURT:  -- and that's because he's President |
| 11:00 | 12 | of the United States.  That's why you can make your |
| 11:00 | 13 | appearance. |
| 11:00 | 14 | MR. DeJUTE:  Well, we're making the appearance on |
| 11:00 | 15 | behalf of the United States.  Counsel suggests it's not |
| 11:00 | 16 | pursuant to any statute.  The first line of what we filed |
| 11:00 | 17 | points her to the statute:  28 USC, Section 517.  And it |
| 11:00 | 18 | says that the United States can appear in any matter in any |
| 11:00 | 19 | civil court when there's an interest involving the |
| 11:00 | 20 | United States. |
| 11:01 | 21 | Whether or not Barack Obama is properly The |
| 11:01 | 22 | President is an interest of the United States as determined |
| 11:01 | 23 | by the Attorney General.  And I would simply suggest that |
| 11:01 | 24 | this is not a case of a divorce proceeding.  This is not a |
| 11:01 | 25 | case of a traffic ticket.  This is a case in which |

| | | |
|--|--|--|
| 11:01 | 1 | plaintiffs allege that he is not properly obligated to hold |
| 11:01 | 2 | the Office. |
| 11:01 | 3 | THE COURT:  I agree.  I think it's as simple as |
| 11:01 | 4 | this: |
| 11:01 | 5 | *(To Plaintiffs' counsel:)*  If there's not going to |
| 11:01 | 6 | be a refiling, Counsel, I'm simply going to decide on this |
| 11:01 | 7 | Motion for Reconsideration concerning jurisdiction. |
| 11:01 | 8 | And what you're speaking to are the merits, again. |
| 11:01 | 9 | I've given you a vehicle, an avenue to get into court.  I |
| 11:01 | 10 | think that this is going to end up being a nonending series |
| 11:01 | 11 | of appeals, quite frankly.  And the way you're both |
| 11:01 | 12 | proceeding is going to take an extreme amount of time.  And |
| 11:01 | 13 | I wish this would be resolved on its merits quickly.  And |
| 11:01 | 14 | he's either not President or he is. |
| 11:02 | 15 | But, apparently, you're both bent on taking the |
| 11:02 | 16 | long way around this.  So that's what we'll do. |
| 11:02 | 17 | MR. DeJUTE:  I can -- |
| 11:02 | 18 | THE COURT:  Counsel, you're not ordered to -- I |
| 11:02 | 19 | wasn't smiling at you, was I? |
| 11:02 | 20 | MR. DeJUTE:  I'm sorry, Your Honor. |
| 11:02 | 21 | THE COURT:  No.  Good. |
| 11:02 | 22 | Now, this latest motion, Counsel, I agree:  It |
| 11:02 | 23 | doesn't come to the Court the day of a hearing and then get |
| 11:02 | 24 | credence with the Court. |
| 11:02 | 25 | And number two, it's putting the horse before the |

| | | |
|---|---|---|
| 11:02 | 1 | cart.  And we're not going to get to the merits of this |
| 11:02 | 2 | unless I have proper service.  Already I've held on one |
| 11:02 | 3 | occasion that I don't believe it is.  I'll relook at that |
| 11:02 | 4 | issue again.  But I think I'm going to stop the reading of |
| 11:02 | 5 | this document because it goes to the merits, which is what |
| 11:02 | 6 | I'd like to get to; but, apparently, we're not going to be |
| 11:03 | 7 | able to. |
| 11:03 | 8 | MR. DeJUTE:  May I make one comment, Your Honor? |
| 11:03 | 9 | THE COURT:  No. |
| 11:03 | 10 | Now, I don't think that there's anything further |
| 11:03 | 11 | that's beneficial to this Court today.  And I'm going to |
| 11:03 | 12 | stop the reading of your document just because, first, I |
| 11:03 | 13 | haven't read it; second, I can read it; three, serve it |
| 11:03 | 14 | beforehand if you want me to read that.  I was here all |
| 11:03 | 15 | weekend.  Would have been happy to have read it this |
| 11:03 | 16 | weekend.  But not on the day of the hearing. |
| 11:03 | 17 | MS. TAITZ:  Uh, well -- |
| 11:03 | 18 | THE COURT:  No.  Thank you very much, counsel.  I |
| 11:03 | 19 | didn't think I had given you permission to speak yet, |
| 11:03 | 20 | either. |
| 11:03 | 21 | So I want you two to have a very brief |
| 11:03 | 22 | conversation.  That's not a request; it's an order. |
| 11:04 | 23 | Get up out of your seats. |
| 11:04 | 24 | Get up out of your seat.  Approach each other.  Go |
| 11:04 | 25 | through those double doors and decide between the two of you |

DEBBIE GALE, U.S. COURT REPORTER

SACV 09-0082 DOC - 7/13/2009 - Item No. 6

50

| | | |
|---|---|---|
| 11:04 | 1 | what gets this case into court as quickly as possible in a |
| 11:04 | 2 | practical sense. |
| 11:04 | 3 | Counsel, I was speaking. You two will have a |
| 11:04 | 4 | conversation first. In other words, I'm giving you both |
| 11:04 | 5 | control right now before I step in with a heavy hand. |
| 11:04 | 6 | How do you get the case into court quickly, which |
| 11:04 | 7 | is what each of you want. Okay. Good-bye. I'll see you in |
| 11:04 | 8 | a few moments. Good-bye. |
| 11:04 | 9 | MR. DeJUTE: We've had that discussion, |
| 11:04 | 10 | Your Honor. |
| 11:04 | 11 | THE COURT: Go outside the door for a moment. |
| 11:04 | 12 | You're having it again. And then come on back in after |
| 11:04 | 13 | you've had a brief discussion. I want to make sure you've |
| 11:04 | 14 | thoroughly discussed this. |
| 11:04 | 15 | *(Counsel exit the courtroom.)* |
| 11:04 | 16 | *(Pause in the proceedings at 11:04 a.m.)* |
| 11:04 | 17 | *(Proceedings resumed at 11:06 a.m.)* |
| 11:06 | 18 | THE COURT: Okay. Would the CSO get them. |
| 11:06 | 19 | They've had time. |
| 11:06 | 20 | COURT SERVICES OFFICER: Yes, Your Honor. |
| 11:06 | 21 | THE COURT: Thank you, Counsel, for your courtesy. |
| 11:06 | 22 | I don't care what the resolution is. I just wanted another |
| 11:06 | 23 | brief discussion between the two of you. I assume you |
| 11:06 | 24 | haven't reached a resolution. |
| 11:06 | 25 | MS. TAITZ: Yes, we did. Actually, we did. |

DEBBIE GALE, U.S. COURT REPORTER

| 11:06 | 1  | THE COURT:  I'm sorry? |
| 11:06 | 2  | MR. DeJUTE:  I suggested, Your Honor, that if the |
| 11:06 | 3  | Plaintiffs were to serve the U.S. Attorneys Office properly, |
| 11:06 | 4  | we would respond within 60 days and not seek an extension. |
| 11:06 | 5  | THE COURT:  I think that, between the two of you, |
| 11:06 | 6  | it would get it into the court the fastest possible way |
| 11:06 | 7  | because, if you don't do that, there's going to be a series |
| 11:06 | 8  | of appeals no matter what.  You're going to tie this case up |
| 11:06 | 9  | in the Ninth Circuit for nine months to a year -- I mean, in |
| 11:06 | 10 | a practical sense. |
| 11:07 | 11 | But, Counsel, I'll look to both of you. |
| 11:07 | 12 | MR. DeJUTE:  No, I have no statement. |
| 11:07 | 13 | THE COURT:  No extensions, 60 days, proper |
| 11:07 | 14 | service, and we're all done with all the legal nonsense. |
| 11:07 | 15 | We're right into court. |
| 11:07 | 16 | MS. TAITZ:  Well -- okay.  Well, what we suggested |
| 11:07 | 17 | to the counsel, and I believe -- I guess what we're gonna do |
| 11:07 | 18 | is, if he accepts service today, we will send a FOIA request |
| 11:07 | 19 | for a 30-day response. |
| 11:07 | 20 | MR. DeJUTE:  I haven't seen it, Your Honor.  I |
| 11:07 | 21 | haven't -- they may do anything they wish. |
| 11:07 | 22 | THE COURT:  That's not an agreement that he's |
| 11:07 | 23 | going to comply with that.  But get the case into court, for |
| 11:07 | 24 | goodness sakes. |
| 11:07 | 25 | MS. TAITZ:  Okay. |

SACV 09-0082 DOC - 7/13/2009 - Item No. 6

52

| | | |
|---|---|---|
| 11:07 | 1 | THE COURT:  I mean, if he's not President, he |
| 11:07 | 2 | shouldn't be President; if he is, he should be.  And we need |
| 11:07 | 3 | to resolve this on the merits. |
| 11:07 | 4 | I'm sorry.  Is the young lady back here helping |
| 11:07 | 5 | me? |
| 11:07 | 6 | MEMBER OF THE AUDIENCE:  No. |
| 11:07 | 7 | THE COURT:  No.  Good.  Don't help me.  You can |
| 11:07 | 8 | sit there very quietly now. |
| 11:07 | 9 | So, Counsel, if you want me to resolve this, I |
| 11:07 | 10 | will.  I suggest to you tentatively that the ruling would be |
| 11:08 | 11 | unfavorable to you.  Okay? |
| 11:08 | 12 | MS. TAITZ:  Well, I -- |
| 11:08 | 13 | THE COURT:  And, therefore, if you can file today, |
| 11:08 | 14 | it resolves all the jurisdictional issues.  It will spin |
| 11:08 | 15 | through the labyrinth, but it will come right back to this |
| 11:08 | 16 | Court. |
| 11:08 | 17 | MR. DeJUTE:  You misspoke.  Not "file." |
| 11:08 | 18 | THE COURT:  I said if you "file" it? |
| 11:08 | 19 | THE CLERK:  "Serve." |
| 11:08 | 20 | MR. DeJUTE:  "Serve." |
| 11:08 | 21 | THE COURT:  I mean "serve it."  My apologies.  If |
| 11:08 | 22 | you serve it, it will come right back to this Court and |
| 11:08 | 23 | we'll expedite it.  He's representing no extensions, and we |
| 11:08 | 24 | move pretty quick here. |
| 11:08 | 25 | MS. TAITZ:  Okay. |

| 11:08 | 1 | THE COURT:  Pretty quick for both of you. |

11:08     1          THE COURT:  Pretty quick for both of you.

11:08     2          So don't be shocked.  When you come back to this

11:08     3   Court, I'm going to be putting a lot of pressure on both of

11:08     4   to you produce.  And, therefore, if you need, you know,

11:08     5   help -- or you need help -- expect this case to move.  So

11:08     6   get the support in here because you'll be surprised.

11:08     7          Now, I'm not joking for just a moment.

11:08     8          How late have we been on the record with both

11:08     9   counsel arguing a matter?

11:08    10          *(To the reporter:)*  You start first.

11:08    11          COURT REPORTER:  1:00 a.m.

11:09    12          THE COURT:  Kristee.

11:09    13          THE CLERK:  1:00 a.m. and weekends.

11:09    14          THE COURT:  Clerks.

11:09    15          LAW CLERKS:  *(In unison:)*  1:00 a.m. and weekends.

11:09    16          THE COURT:  "And weekends."

11:09    17          So that means Saturdays I work.  I've had the

11:09    18   Aryan Brotherhood, 30 defendants, with 30 murders, and we

11:09    19   worked every weekend.  Every Saturday they were in here with

11:09    20   25 marshals.

11:09    21          So if you want this case expedited, I'll expedite

11:09    22   it, and I'll get the documents in front of this Court, I

11:09    23   mean immediately.  There's no question about that.

11:09    24          *(To Plaintiffs' counsel:)*  Because, if you're

11:09    25   correct, then from your perspective and the country's

| | | |
|---|---|---|
| 11:09 | 1 | perspective, he's not President. |
| 11:09 | 2 | *(To U.S. Attorney:)* If you're correct, we set this |
| 11:09 | 3 | aside immediately.  It's done, and the country isn't sitting |
| 11:09 | 4 | there wondering who the Commander-in-Chief is or who the |
| 11:09 | 5 | President of the United States is. |
| 11:09 | 6 | And I just want to thank both of you because, |
| 11:09 | 7 | without following this process -- which, quite frankly, I'm |
| 11:09 | 8 | leaning on you to do -- this is a never-ending series of |
| 11:09 | 9 | appeals.  It's gonna go to the Ninth Circuit, the Supreme |
| 11:10 | 10 | Court, back, we're gonna be back here literally a year to a |
| 11:10 | 11 | year and a half from now. |
| 11:10 | 12 | Why?  It's not fair to the public. |
| 11:10 | 13 | Okay.  So you're going down and serve? |
| 11:10 | 14 | MS. TAITZ:  Uh, yeah.  And, uh -- |
| 11:10 | 15 | THE COURT:  No, no.  Yes? |
| 11:10 | 16 | MS. TAITZ:  Yes.  And -- |
| 11:10 | 17 | MR. LINCOLN:  The law clerk will see to it, sir. |
| 11:10 | 18 | THE COURT:  When?  By 12:00 o'clock? |
| 11:10 | 19 | MR. LINCOLN:  No. |
| 11:10 | 20 | THE COURT:  By 12:00 o'clock? |
| 11:10 | 21 | MR. LINCOLN:  I think we'll have to make copies of |
| 11:10 | 22 | one thing. |
| 11:10 | 23 | THE COURT:  By 1:30? |
| 11:10 | 24 | MS. TAITZ:  *(Inaudible)* amend the complaint. |
| 11:10 | 25 | MR. LINCOLN:  We may amend later.  She's asking |

DEBBIE GALE, U.S. COURT REPORTER

11:10  1   about that.  We'll serve the current copy now.

11:10  2              THE COURT:  Current copy now.

11:10  3              MS. TAITZ:  I have it with me.

11:10  4              THE COURT:  Just a moment.  See how quickly we're

11:10  5   going to move?

11:10  6              Counsel is going to walk with you down to the

11:10  7   U.S. Attorney's Office.

11:10  8              Correct?

11:10  9              MR. DeJUTE:  If you order, sir.

11:10  10             THE COURT:  I'm ordering it.

11:10  11             MS. TAITZ:  It's ready for him.

11:10  12             THE COURT:  And that takes care of all the

11:10  13  problems.

11:10  14             In other words, we're not -- otherwise, he leaves

11:10  15  court.  You serve downstairs.  You're both ordered to go

11:11  16  down to the U.S. Attorney's Office right now, get the proper

11:11  17  service in place.  We'll spin it through the mechanism.  It

11:11  18  will be back to me probably within a day or two.

11:11  19             What it does is goes back on the wheel, but

11:11  20  because I had the case --

11:11  21             THE CLERK:  They're not refiling.  They're just

11:11  22  serving.

11:11  23             THE COURT:  They're just serving.  That's right.

11:11  24  My apologies.  You're just serving so it stays right here.

11:11  25  And so it saves a day.

DEBBIE GALE, U.S. COURT REPORTER

SACV 09-0082 DOC - 7/13/2009 - Item No. 6

56

| | |
|---|---|
| 11:11 | 1 |
| 11:11 | 2 |
| 11:11 | 3 |
| 11:11 | 4 |
| 11:11 | 5 |
| 11:11 | 6 |
| 11:11 | 7 |
| 11:11 | 8 |
| 11:11 | 9 |
| 11:11 | 10 |
| 11:11 | 11 |
| 11:12 | 12 |
| 11:12 | 13 |
| 11:12 | 14 |
| 11:12 | 15 |
| 11:12 | 16 |
| 11:12 | 17 |
| 11:12 | 18 |
| 11:12 | 19 |
| 11:12 | 20 |
| 11:12 | 21 |
| 11:12 | 22 |
| 11:12 | 23 |
| 11:12 | 24 |
| 11:12 | 25 |

So you're gonna file immediately?

MR. LINCOLN:  I believe -- we have to make a copy, like I said, Your Honor.  And we have to do -- does the -- does -- the U.S. Attorney, do they waive service of the summons?  Do we have to get a summons issued?

MR. DeJUTE:  I don't think I'm authorized to waive summons.  But I can tell you, we will not stand on fact *(inaudible)* --

MR. LINCOLN:  Your Honor, do we order that we get a summons done?

MR. DeJUTE:  I think I've said you don't need a summons.

MR. LINCOLN:  Okay.

MR. DeJUTE:  I'm not authorized to do so, but we will not "not respond" because there's not a summons.

MS. TAITZ:  Okay.  Well, here you go. *(Indicating).*  Now we've just served.

THE COURT:  No.  Just go down to the U.S. Attorneys Office, so it's in the proper area.  I'm going to follow all the rules so it's done.  It's a proper service at the U.S. Attorney's Office.

MR. DeJUTE:  If I may inquire, Your Honor.  The motion sought to dismiss Counts 2 and 3, and all other defendants other than Barack Obama.

I simply want to inquire whether or not that is

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 11:12 | 1 | how we should respond? |
| 11:12 | 2 | THE COURT:  Yeah, I forgot. |
| 11:12 | 3 | You were going to dismiss Count 2 and 3 and the |
| 11:12 | 4 | other defendants? |
| 11:12 | 5 | MS. TAITZ:  Yes, yes. |
| 11:12 | 6 | THE COURT:  Your disagreement's really with Obama. |
| 11:12 | 7 | MS. TAITZ:  Yes, exactly. |
| 11:12 | 8 | THE COURT:  Is that still acceptable? |
| 11:12 | 9 | MS. TAITZ:  Yes, yes. |
| 11:12 | 10 | THE COURT:  Then, why don't I simply -- first of |
| 11:12 | 11 | all, I'll remember that.  And if not, on the next occasion, |
| 11:12 | 12 | because you're refiling the original document, I'll simply |
| 11:12 | 13 | make that -- |
| 11:12 | 14 | MR. DeJUTE:  Just "serving" it, Your Honor? |
| 11:12 | 15 | MS. TAITZ:  "Serving." |
| 11:12 | 16 | THE COURT:  Thank you very much, Counsel. |
| 11:12 | 17 | I'll simply make that notation, and I'll strike |
| 11:13 | 18 | that at the time.  So even if they're serving the original |
| 11:13 | 19 | document, I don't think we have to worry about Mr. Mueller, |
| 11:13 | 20 | et al. |
| 11:13 | 21 | MR. DeJUTE:  *(Inaudible.)* |
| 11:13 | 22 | COURT REPORTER:  Can you either speak louder or |
| 11:13 | 23 | turn on your microphone. |
| 11:13 | 24 | MR. DeJUTE:  Only obligation's to respond to Obama |
| 11:13 | 25 | and Count 1? |

| | | |
|---|---|---|
| 11:13 | 1 | THE COURT:  Only to Obama and Count 1. |
| 11:13 | 2 | Is that your understanding, also:  Obama and |
| 11:13 | 3 | Count 1? |
| 11:13 | 4 | MS. TAITZ:  Yeah. |
| 11:13 | 5 | MR. LINCOLN:  But we do reserve the right to |
| 11:13 | 6 | amend, right, Your Honor?  For -- one free amendment before |
| 11:13 | 7 | the answer? |
| 11:13 | 8 | THE COURT:  Yes, you do.  And not only that, I use |
| 11:13 | 9 | my discretion, even -- it's one free amendment, but also I'm |
| 11:13 | 10 | pretty liberal about amendments.  I just am encouraging the |
| 11:13 | 11 | two of you to move on this case.  And once I've got it back |
| 11:13 | 12 | in the proper format, we'll go quickly.  Okay. |
| 11:13 | 13 | So therefore, I don't know why you need FOIA |
| 11:13 | 14 | requests.  I mean, go ahead and file 'em if you want to. |
| 11:13 | 15 | But the Court's going to be making orders, which will |
| 11:13 | 16 | probably be a lot quicker than your FOIA request.  Right? |
| 11:14 | 17 | Well, now, Counsel, I want to thank both of you. |
| 11:14 | 18 | I think we finally got it in a posture that we can decide it |
| 11:14 | 19 | on the merits.  And I really appreciate it.  If I was |
| 11:14 | 20 | discourteous to each of you, I apologize.  It's just |
| 11:14 | 21 | frustrating watching what's happening here. |
| 11:14 | 22 | And now, I think we've got a vehicle to get this |
| 11:14 | 23 | before the Court as quickly as possible and not waste |
| 11:14 | 24 | people's time. |
| 11:14 | 25 | Thank you very much. |

11:14   1              MR. LINCOLN:  God save this Honorable Court.

11:14   2              THE COURT:  Thank you very much, Counsel -- or

11:14   3       clerk.  Appreciate it.

11:14   4          *(At 11:14 a.m., proceedings were adjourned.)*

11:14   5                              -oOo-

11:14   6

        7

        8

        9

       10

       11

       12

       13

       14

       15

       16

       17

       18

       19

       20

       21

       22

       23

       24

       25

-oOo-

CERTIFICATE

I hereby certify that pursuant to Section 753,
Title 28, United States Code, the foregoing is a true and
correct transcript of the stenographically reported
proceedings held in the above-entitled matter and that the
transcript page format is in conformance with the
regulations of the Judicial Conference of the United States.

Date:  September 12, 2009


_____
DEBBIE GALE, U.S. COURT REPORTER
CSR NO. 9472, RPR