**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 02 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILEY S. DRAKE; MARKHAM ROBINSON, | No. 09-56827 |
| Plaintiffs - Appellants, | D.C. No. 8:09-cv-00082-DOC-AN Central District of California, Santa Ana |
| and | |
| Ambassador ALAN KEYES, Ph. D.; Captain PAMELA BARNETT; Lieutenant Colonel RICHARD NORTON BAUERBACH; Captain ROBIN D. BIRON; Colonel JOHN D. BLAIR; Mr. DAVID L. BOSLEY; Ms. LORETTA G. BOSLEY; Captain HARRY G. BUTLER; Representative GLENN CASADA, Tennessee; JENNIFER LEAH CLARK; Representative TIMOTHY COMERFORD, New Hampshire; CHARLES CRUSEMIRE; Representative CYNTHIA DAVIS, Missouri; Chief Warrant Officer THOMAS S. DAVIDSON; MATTHEW MICHAEL EDWARDS; Lieutenant JASON FREESE; Mr. KURT C. FUQUA; Officer CLINT GRIMES; JULLIETT IRELAND; D. ANDREW JOHNSON; ISRAEL D. JONES; State Representative TIMOTHY JONES, Esq., Missouri; Commander DAVID FULLMER LAROQUE; GAIL LIGHTFOOT; MIL Officer LITA M. LOTT, U.S. Army; Major DAVID GRANT MOSBY; MSGT STEVEN KAY NEUENSCHWANDER; State Representative FRANK NICELEY, | ORDER  |

Tennessee; Retired Senator JERRY O'NEIL, Montana; SFC E7 ROBERT LEE PERRY; Colonel HARRY RILEY; Sergeant JEFFREY WAYNE ROSNER; MSGT JEFFREY SCHWILK; Captain DAVID SMITHEY; Lieutenant Commander JOHN BRUCE STEIDEL; Commander DOUGLAS EARL STOEPPELWERTH; THOMAS J. TAYLOR; Representative ERIC SWAFFORD, Tennessee; Captain NEIL B. TURNER; RICHARD E. VENABLE; LCDR JEFF GRAHAM WINTHROPE; Lieutenant Colonel MARK WRIGGLE,

    Plaintiffs,

v.

BARACK HUSSEIN OBAMA; MICHELLE L.R. OBAMA; HILLARY RODHAM CLINTON, Secretary of State; ROBERT M. GATES, Secretary of Defense; JOSEPH R. BIDEN, Vice President and President of the Senate,

    Defendants - Appellees.

Before: PREGERSON, FISHER, and BERZON, Circuit Judges.

  The petition for rehearing en banc filed by Plaintiffs-Appellants Alan Keyes et al. (Dkt. No. 61) is DENIED.