Dr. Orly Taitz ESQ

29839 Santa Margarita PKWY, ste 100

Rancho Santa Margarita CA 92688

Counsel for Plaintiffs


# US DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA


| Pamela Barnett, Alan Keyes, et al | ) | Case No.: 09-0082 |
|---|---|---|
| Plaintiffs, | ) ) ) | Rule 60 motion |
| vs. | ) ) | |
| Barack Obama, et al | ) | |
| Defendants. | | |


## NOTICE OF MOTION

This is to notify all parties in this case that a Rule 60 Motion for reconsideration due to new evidence is scheduled to be heard on September 10, 8:30 am before Honorable Judge David O. Carter in the US District Court, Central District of CA, 411 W.4th Street, Santa Ana CA.

1

2               **RULE 60 B MOTION FOR RECONSIDERATION**

3

4          Comes now Plaintiff Ambassador Dr. Alan Keyes, who is seeking a limited motion for

5    reconsideration and a leave of court to file a second amended complaint on one cause of action

6    only (RICO) on behalf of one Plaintiff only due to new evidence in the case.

7

8                          **INTRODUCTION**

9          This case was filed three and a half years ago on the inauguration day of Barack Obama.

10   The case at hand included several causes of action including RICO and the complaint included

11   allegations and evidence of Barack Obama being in the White House in the position of the

12   President illegally, while using forged identification papers and a Connecticut Social Security

13   number, which was never assigned to Barack Obama. Originally this court ruled that the case

14   will be heard on the merits and that this is a matter of importance for the U.S military and the

15   country as a whole, but later changed its mind and dismissed the case due to lack of standing,

16   ruling that the eligibility of the president has to be brought before the election. This court also

17   ruled that it cannot adjudicate two causes of action: Quo Warranto and RICO, as it believed that

18   Quo Warranto has to be heard in DC and there was no sufficient pleading for RICO.

19   Orly Taitz, attorney in this case brought Quo Warranto in DC, however presiding judge in that

20   case simply twisted the statute and claimed that  Quo Warranto can be brought  only by the

21   Attorney General, which of course is not the case and represents a perversion of statute, and if it

22   was the case, expecting anything to be done by AG Holder on the issue of forged IDs used by

23   Obama is like to expect a snow storm in the middle of summer, particularly now, as Obama is

24   providing a cover up of presidential immunity to Holder on the issue of criminal and civil

25   contempt of Congress in relation to Holder's involvement in the gunrunning operation "Fast and

26   Furious".

27         As such this motion is brought on one cause of action only, RICO.

28

1

2                                              **ARGUMENT**

3

        Rule 60 Relief from judgment or order
4

5       (a) CORRECTIONS BASED ON CLERICAL MISTAKES; OVERSIGHTS AND OMISSIONS. The

6   court may correct a clerical mistake or a mistake arising from oversight or omission whenever

7   one is found in a judgment, order, or other part of the record. The court may do so on motion or

8   on its own, with or without notice. But after an appeal has been docketed in the appellate court

9   and while it is pending, such a mistake may be corrected only with the appellate court's leave.

10

11      (b) GROUNDS FOR RELIEF FROM A FINAL JUDGMENT, ORDER, OR PROCEEDING. On motion and

12  just terms, the court may relieve a party or its legal representative from a final judgment, order,

13  or proceeding for the following reasons:

14      (1) mistake, inadvertence, surprise, or excusable neglect;

15      (2) newly discovered evidence that, with reasonable diligence, could not have been

16  discovered in time to move for a new trial under Rule 59(b);

17      (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or

18  misconduct by an opposing party;

19      (4) the judgment is void;

20      (5) the judgment has been satisfied, released, or discharged; it is based on an earlier

21  judgment that has been reversed or vacated; or applying it prospectively is no longer

22  equitable; or

23      (6) any other reason that justifies relief.

24

25      1. The motion for reconsideration is brought on behalf of Dr. Alan Keyes, former

26  Ambassador to the United Nations, who was a presidential candidate running on the ticket of

27  the American Independent Party against Barack Hussein Obama (hereinafter "Obama") and who

28

was also the runner up in the senatorial run in 2004 against Obama. Standing cannot be denied to Ambassador Keyes, as he was defrauded by Obama not only in the presidential run, but also in the senate run. Even if the court finds that there is no standing in challenging a sitting president, there is definitely standing by the runner up in the Senatorial election in challenging the winner of the election, who won by virtue of fraud and using a forged identification papers: forged birth certificate, forged selective service certificate, stolen Social Security number and a name that is not legally his.

Recently this court generously has given a leave of court for the Plaintiffs in the <u>Delegates for the Republican National Convention v Republican Nation Party</u> CV-12--00927 to file a second amended complaint. A case at hand represents a much more important case of elections fraud and breach of national security, which justifies this court reviewing new evidence to be submitted with the second amended complaint for RICO.

2.  There are clear and precise damages suffered by Ambassador Keyes as a proximate and actual result of fraud committed by Obama: Ambassador Keyes lost a position of the US senator with all the financial benefits one receives during 6 years as a senator and a retirement benefit, which is received as a result of being a U.S. Senator. The damages are not speculative, as Ambassador Keyes was the first runner up in the 2004 Senatorial election in Illinois.

3.  Currently, Barack Obama is not just a sitting President, but also a candidate on the ballot, so until November 6, 2012 there is a window of opportunity to hear not only the issue of fraud committed by Obama and his eligibility to the U.S. Senate, but also his eligibility for the US Presidency.

4.  If it is found upon adjudication of RICO that the evidence provided by the plaintiff is correct and Obama is indeed using a forged birth certificate, forged Selective service certificate and a stolen Social Security number, it will justify his criminal prosecution and subsequent removal from office through the impeachment, if this lasts past the November election and if Obama is elected in November.   Case in point is <u>Nixon v United States</u> 506 U.S. 224 where chief U.S. District Court Federal Judge of the Southern district of Mississippi Walter Nixon was convicted of public corruption and sent to prison. As Judge Nixon refused to resign and

continued getting his salary of the Federal Judge while sitting in prison, he was subsequently impeached and thrown off the bench by Congress. Judge Nixon appealed   and the U.S. Supreme Court refused to intervene. Similarly, if Obama's use of forged identification papers and a stolen Social Security number is confirmed by this court, in a RICO action, with the predicate felonies of fraud, perjury, uttering of forged identification papers and Social Security fraud, it would justify his subsequent criminal prosecution and impeachment, which would mean that Justice will be finally served. RICO is an appropriate cause of action when the federal government is not enforcing the law and high ranking officials are violating the civil rights of the U.S. citizens under the color of authority.

5. New evidence submitted herein is as follows. Plaintiffs are submitting a true and correct **sworn affidavit of Sheriff Joseph Arpaio of Maricopa county attesting to the fact that Obama's birth certificate, selective service certificate and Social Security card are fraudulent and forged (Exhibit 1)**. For that reason alone the leave of court to file the second amended complaint under RICO should be granted.

6. Recently, a bar complaint was filed against a CA attorney Scott J. Tepper, who submitted Obama's forged birth certificate to a federal court in MS seeking a judicial notice of it and attempting to sanitize and legitimize this forgery while having in his possession. CA Bar found that this is a matter of national security which has to be resolved by the court of law and the law enforcement (Exhibit 18). If the California Bar believes this to be a matter of national security, surely this court can see the importance of this matter for the U.S. National Security and understands that when one of the most decorated sheriffs in the country finds forgery in the identification papers of a sitting president and a candidate for presidency for more years, this represents sufficient grounds under Rule 60 b (2) and (6).

**RICO**

Chapter 96 of Title 18 of the United States Code, 18 U.S.C. § 1961–1968

Predicate acts

section 1028 (relating to fraud and related activity in connection with identification

documents),

section 1341 (relating to mail fraud),

section 1343 (relating to wire fraud),

section 1425 (relating to the procurement of citizenship or nationalization unlawfully),

section 1426 (relating to the reproduction of naturalization or citizenship papers

section 1503 (relating to obstruction of justice),

section 1512 (relating to tampering with a witness, victim, or an informant),

section 1513 (relating to retaliating against a witness, victim, or an informant), section

section 1546 (relating to fraud and misuse of visas, permits, and other documents)

**Predicate crimes**

**FRAUD**

1. **FRAUD COMMITTED BY OBAMA**

Obama defrauded the Plaintiff and others similarly situated by getting on the ballot in the state of Illinois as a candidate for the U.S. Senate and later in the White House under false pretenses and by fraud, using a name that is not legally his and using forged and fraudulently obtained identification papers, among them a stolen Connecticut Social security number xxx-xx-4425, forged birth certificate and a forged selective service certificate (Exhibits 1-9). He created "Obama for America" with a purpose of defrauding American citizens and illegally usurping the U.S. Presidency, while using forged identification papers.

Due to fraud committed by Obama Plaintiff Keyes lost his bid for the U.S. Senate, as he lost the race to an ineligible candidate.

Keyes suffered financial damages due to fraud committed by Obama. Damages constitute 6 years of salary of the U.S. Senator, benefits and pension benefits.

**FRAUD COMMITTED BY DEFENDANT "OBAMA FOR AMERICA"**

"Obama for America" is a RICO organization established and maintained with an illegal purpose of defrauding the U.S. Citizens and usurping the U.S. Presidency.

**FRAUD COMMITTED BY DEFENDANT ALVIN ONAKA**

Defendant Alvin Onaka, Registrar of the State of Hawaii, aided and abetted Obama and was complicit in the cover up of the fact that Obama is using a forged birth certificate from the state of Hawaii. Due to actions by Onaka Obama was able to defraud the Plaintiff and the voters. Voters believed Obama to be an eligible candidate for the U.S. President and voted for him. Damages suffered by Keyes are actually and proximately related to actions by Onaka, Obama and other accomplices in this RICO.

**FRAUD COMMITTED BY DEFENDANT ASTRUE**

Defendant Michael Astrue, commissioner of the Social Security, aided and abetted Obama by covering up the fact that Barack Obama is fraudulently using a Connecticut Social Security number, xxx-xx-4425, which was issued in and around 1977 in the State of Connecticut to a resident of Connecticut born in 1890 and that this Social Security number does not pass E-verify and SSNVS, when checked under the name Barack Obama (Exhibits 7-8).

**FRAUD COMMITTED BY DEFENDANTS BRIAN SCHATZ AND LYNN MATUSOW**

Brian Schatz AND Lynn Matusow are being sued in their capacity as former Chairman and Secretary of the Democratic party of Hawaii, who aided and abetted fraud committed by

Obama when they signed an altered/falsified Certificate of Nomination for Barack Obama and removed the necessary wording "eligible according to the US Constitution". Exhibits 10 and 11 show required certification of a candidate for US Presidency, submitted by the Democratic party of Hawaii to the office of elections for Al Gore in 2000 and for John Kerry in 2004. Those certifications show the necessary wording that the candidates for President and Vice President are "legally qualified to serve under the provisions of The U.S. Constitution". In order to aid Obama and to attempt to avoid criminal liability in certifying a fraudulent certificate of Nomination, Brian Schatz and Lynn Matusow falsified the Certificate of Nomination and removed the words "eligible to the U.S. Constitution" from the certification sent to Hawaii office elections on behalf of Obama (Exhibit 12).

**FRAUD COMMITTED BY DEFENDANTS NANCY PELOSI AND ALICE TRAVIS GERMOND**

Nancy Pelosi and Alice Travis Germond aided and abetted fraud committed by Obama when, as a former Chairwoman and Secretary of the 2008 Democratic National Convention they signed an altered certificate of nomination to the State of Hawaii. Certification of Nomination for John Kerry, which was sent to all 50 states in 2004 (Exhibit 13) and certification for Obama, which was sent to 49 states in 2008 (Exhibit 14) were identical. However, Obama could not get on the ballot in the general election, as the State of Hawaii required the wording "eligible under the provisions of the U.S. Constitution" and Brian Schatz and Lynn Matusow were not willing to sign the certification with such wording, as they knew that Obama was not a natural born citizen and did not qualify. Subsequently Pelosi, Germond, Schatz, Matusow and Obama acted in concert, as Schatz removed the necessary wording from the certification sent by the Democratic party of Hawaii and Pelosi added this wording to the

DNC certification (Exhibit 15). Through this scheme Schatz, Matusow, Pelosi and Germond acted in concert and aided and abetted ineligible Obama to get on the ballot in 2008 election. Through manipulation of certificates, Schatz, Matusow, Germond and Pelosi were complicit in fraud and forgery of records.

Eric Holder is being sued as the Attorney General of the United States, who received from Taitz a Quo Warranto complaint as well as multiple criminal complaints with evidence of Obama and others committing massive elections fraud and Obama usurping the position of the US President by virtue of fraud, misrepresentation and use of forged and fraudulently obtained identification papers, and who aided and abetted Obama in the cover up.

Defendants acted with an intent to defraud. Plaintiffs were intended victims and foreseeable victims. Plaintiffs suffered financial damages, defamation, humiliation, harassment and emotional distress as a result of fraud committed by the Defendants.

## MAIL AND WIRE FRAUD

### DEFENDANT OBAMA

Defendant Obama committed mail and wire fraud when he posted on the Internet in and around April 27, 2012, a paper, which he claimed to be a true and correct copy of his long form birth certificate, which was in reality a computer generated forgery. He additionally committed mail and wire fraud by sending to multiple courts and election boards his forged birth certificate, claiming it to be a genuine birth certificate. Not only did he post a forgery, but he also used this opportunity to unleash a campaign of persecution, harassment and intimidation civil rights leaders and political dissidents such as the Plaintiff by calling them a "side show" and "carnival barkers".

Obama committed mail and wire fraud when he posted on the Internet on his site "Fight the smears" a paper, which he claimed to be his short form birth certificate, which was in fact a computer generated forgery. He continued committing such fraud by sending this forged birth certificate to multiple courts and organizations.

Obama committed mail and wire fraud, when he posted on line on White house.gov and submitted to IRS, Connecticut Social security number xxx-xx-4425, claiming it to be a valid number, when in fact it is a fraudulently obtained number, which was never assigned to Barack Obama

Obama committed mail and wire fraud, when he posted on line his alleged Selective Service Certificate, claiming it to be his valid Selective Service certificate, making him eligible to work in the Federal Government, while in reality he posted a forged 1980 Selective Service certificate, created in 2008 with a cut out in half and reversed 2008 postal stamp. At the same time he committed fraud of the U.s. Postal service and mail fraud by using a forged postal stamp.

Obama knew that he was committing fraud and intended to defraud in order to get into positions of power.

Obama committed fraud when he sent to 50 states in 2007-2008, as well as in 2011-2012, his declarations of nomination. Obama used mail or other instrumentalities of the Interstate commerce to commit such fraud.

### PATTERN OF ONGOING RACKETEERING ACTIVITY

Fraud committed by Defendants who were acting directly or indirectly and committed fraud, which was on going from around 1980 until now.  Actions by the defendants established a pattern of racketeering activity within the meaning of 18 U.S.C. §1962(c), in that their

common purpose was to defraud, and the common result was to defraud. Plaintiffs were victims of the acts of racketeering and the acts of racketeering were otherwise related by distinguishing characteristics and were not isolated events.

**Forged document that were uttered by Obama**

a. Long form birth certificate- affidavits of Adobe illustrator expert Felicito Papa, scanning and printing machines expert Doug Vogt, senior deportation officer John Sampson and announcement by sheriff Arpaio (exhibits 1-3) show Obama's long form birth certificate to be forged

b. Short form birth certificate-certification of live birth. Research by Dr. Ron Pollard show short form birth certificate to be forged

c. Selective service certificate-investigative report by federal agent Steven Coffman, journalist Linda Bentley and announcement by Sheriff of Maricopa county, Arizona and lead investigator Mike Zullo, show Obama's selective service certificate to be forged.

d. Social Security certificate-affidavits of Senior Deportation officer Sampson, licensed investigator Daniels, researcher Linda Jordan, adobe illustrator expert Felicito Papa show Obama using as his own a social security number xxx-xx-4425, which was assigned to another individual, resident of Connecticut, who was born in 1890. (Exhibits 5-7)

e. Possibly all other identification documents are fraudulently acquired, as those rest on forged primary identification papers.

Barack Obama knew that he is using forged identification papers and is not eligible for the U.S. Presidency.

Obama created "Obama for America" with a purpose to defraud American citizens and illegally usurp the U.S. Presidency, while using forged identification papers.

Defendant Loretta Fuddy, director of Health of the State of Hawaii, aided and abetted
Obama in committing elections fraud by covering up the fact that Obama is using a forged
birth certificate

Defendant Alvin Onaka, Registrar of the State of Hawaii aided and abetted Obama and
was complicit in the cover up of the fact that Obama is using a forged birth certificate.

Defendant Michael Astrue, commissioner of the Social Security aided and abetted
Obama by covering up the fact that Barack Obama is fraudulently using a Connecticut Social
Security number, xxx-xx-4425, which was issued in and around 1977 in the State of
Connecticut to a resident of Connecticut born in 1890 and that this Social Security number
does not pass E-verify, when checked under the name Barack Obama

Defendant William A. Chatfield, former director of Selective Service acted in concert
with other defendants in burying all evidence after Taitz provided it to Chatfield in and around
March 25, 2009. Chatfield did not take any action in regards to Obama's forged Selective
Service certificate and simply left the Selective service shortly thereafter.

Defendants acted intentionally, outrageously, oppressively, despicably and maliciously.
Exemplary and punitive damages are warranted in order to punish and deter such conduct in an
amount to be determined at trial.

**RELIEF SOUGHT**

1. Treble damages in RICO as a result of Plaintiff Keyes losing position of the U.S.
   Senator during the 2004 election and 2008 Presidential election due to fraud and use of
   forged identification papers by Defendant Obama and his RICO accomplices.

2. Court costs, attorneys' fees and any and all relief that the court will find to be just and
   proper.

3. Declaratory relief showing Obama being ineligible to positions of the U.S. senator in 2004 and U.S. President in 2008, 2012 due to lack of valid U.S. identification papers and his use of forged and fraudulently obtained identification papers.

4. Injunctive relief, enjoining Obama from being on the ballot in 2012 general election

5. Forward of the finding of this case to the District Attorney of Orange County and the U.S. attorney for criminal prosecution of RICO.

**Exhibits**

1. Affidavit of Sheriff Joseph M. Arpaio of Maricopa County, Arizona, stating that Barack Obama's alleged Birth certificate, Selective service Certificate and Social Security number represent forgeries.

2. Affidavit of expert Douglas Vogt attesting to the fact that Obama's birth certificate represents a forgery.

3. Affidavit of Felicito Papa attests to the fact that the alleged birth certificate of Obama is a computer generated forgery.

4. Affidavit of assistant registrar of the state of Hawaii Timothy Adams, attesting to the fact that there is no birth certificate for Obama in any hospital in Honolulu, Hawaii.

5. Affidavit of Adobe Illustrator expert Felicito Papa attesting to the fact that Barack Obama posted his full Connecticut Social security number xxx-xx-4425 on white House.gov with his 2009 tax returns and posted on April 15, 2010.

6. Affidavit of John Sampson, Senior Deportation officer of the department of homeland security, attesting to the fact that there was no legitimate reason for assigning a Connecticut Social security number to Barack Obama, resident of Hawaii.

7. Affidavit of Linda Jordan and attached e-verify attesting to the fact that Connecticut Social
   Security number xxx-xx-4425 issued to Obama was not assigned to Obama.

8. SSNVS (Social security verification systems) printout attesting to the fact that Connecticut
   social security number xxx-xx-4425 used by Obama was never issued to Obama

9. Affidavit of typesetting expert Paul Irey attests to the fact that Obama's alleged long form
   is a forgery, as bits and pieces of the "certificate" were cut and pasted from different
   documents, as letters show different fonts and sizes

10. Certification of Nomination of Al Gore issued by Democratic Party of Hawaii to the
    Elections Division in the State of Hawaii in 2000.

11. Certification of Nomination of John Kerry issued by Democratic Party of Hawaii to the
    Elections Division in the State of Hawaii in 2004.

12. Certificate of Nomination of Barack Obama issued by Democratic Party of Hawaii to the
    Elections Division in the State of Hawaii in 2008.

13. Certificate of Nomination of John Kerry by Democratic National Committee sent to the
    State of Hawaii in 2004.

14. Certificate of Nomination for Barack Obama by Democratic National Committee in 2008
    sent to 49 states.

15. Certificate of Nomination for Barack Obama by Democratic National Committee sent to the
    Office of Elections of the State of Hawaii in 2008 (with edited wording).

16. School registration #203 for Barack Obama from Assissi school in Jakarta Indonesia and
    showing Obama using his step father's last name Soetoro as his legal name, as well as
    listing his citizenship as Indonesian and his religion Islam

17. Affidavit of Chris Strunk, authenticating passport records of Barack Obama's mother, Ann Dunham, received by him under the FOIA request from the Department of State and showing Obama's legal name in his mother's passport records to be Barack Obama Soebarkah.

18. Letter from California State Bar deeming the matter of forgery of Barack Obama's IDs to be the matter of national security.

19. DVD presenting Transcript of Media presentation of witness testimony and evidence in the case No.: S12D1180 heard in The Supreme Court of Georgia to remove Barack Obama from 2012 ballot.

**CONCLUSION**

Due to undeniable evidence of Barack Hussein Obama using all forged or fraudulently obtained identification papers and a stolen CT Social Security number and undeniable evidence showing a number of officials in Hawaii and in federal government being complicit, it is justified for the court to grant the plaintiffs a leave of court to file a second amended complaint for RICO against defendant Barack Hussein Obama and a number of officials who are aiding and abetting him.

For Honorable Judge David O. Carter not to grant such leave of court, would make the Honorable Judge David O. Carter criminally complicit in this RICO of cover up the biggest case of elections fraud, forgery of identification papers with the purpose of usurpation of the U.S. Presidency and treason.

08.12.2012

/s/ Orly Taitz

Counsel for Plaintiffs

29839 Santa Margarita, ste 100

Rancho Santa Margarita, CA 92688

**CERTIFICATE OF SERVICE**

I, Orly Taitz, attest that I served all parties in the case with the above pleadings via ECF.

Dated this 08.13.2012

/s/ Orly Taitz
Dr. Orly Taitz, ESQ
29839 Santa Margarita pkwy, ste 100
Rancho Santa Margarita, CA 92688

**DECLARATION OF ATTORNEY ORLY TAITZ**

I, Orly Taitz, am over 18 years old, have personal knowledge of the following and can attest to the following:

1. Exhibit 1 is a true and correct copy of the Affidavit of Sheriff Joseph M. Arpaio received by me.

2. Exhibit 2 is a true and correct copy of the Affidavit of expert Douglas Vogt received by me.

3. Exhibit 3 is a true and correct copy of the Affidavit of Felicito Papa received by me.

4. Exhibit 4 is a true and correct copy of the Affidavit of assistant registrar of the state of Hawaii Timothy Adams received by me.

5. Exhibit 5 is a true and correct copy of the Affidavit of Adobe Illustrator expert Felicito Papa received by me.

6. Exhibit 6 is a true and correct copy of the Affidavit of John Sampson, Senior Deportation officer of the department of homeland security, received by me.

7. Exhibit 7 is a true and correct copy of the Affidavit of Linda Jordan and attached e-verify received by me.

8. Exhibit 8 is a true and correct copy of the SSNVS (Social security verification systems) printout received by me.

9. Exhibit 9 is a true and correct copy of the Affidavit of typesetting expert Paul Irey received by me.

10. Exhibit 10 is a true and correct copy of the Certification of Nomination of Al Gore issued by Democratic Party of Hawaii to the Elections Division in the State of Hawaii in 2000 received by me.

11. Exhibit 11 is a true and correct copy of the Certification of Nomination of John Kerry issued by Democratic Party of Hawaii to the Elections Division in the State of Hawaii in 2004 received by me.

12. Exhibit 12 is a true and correct copy of the Certificate of Nomination of Barack Obama issued by Democratic Party of Hawaii to the Elections Division in the State of Hawaii in 2008 received by me.

13. Exhibit 13 is a true and correct copy of the Certificate of Nomination of John Kerry by Democratic National Committee sent to the State of Hawaii in 2004 received by me.

14. Exhibit 14 is a true and correct copy of the Certificate of Nomination for Barack Obama by Democratic National Committee in 2008 sent to 49 states received by me.

15. Exhibit 15 is a true and correct copy of the Certificate of Nomination for Barack Obama by Democratic National Committee sent to the Office of Elections of the State of Hawaii in 2008 received by me.

16. Exhibit 16 is a true and correct copy of the School registration #203 for Barack Obama from Assissi School in Jakarta Indonesia received by me.

17. Exhibit 17 is a true and correct copy of the Affidavit of Chris Strunk, received by me.

18. Exhibit 18 is a true and correct copy of the Letter from California State Bar received by me.

19. Exhibit 19 is a true and correct copy of DVD with media presentation of the trial received by me.

20. I declare under the penalty of perjury that aforementioned is true and correct.

Dated this 08.13.2012

/s/ Orly Taitz
Dr. Orly Taitz, ESQ
29839 Santa Margarita pkwy, ste 100
Rancho Santa Margarita, CA 92688