# Exhibit 8

SSNVS printout

# Social Security Number Verification System (SSNVS)

SSNVS help

## SSN Verification Results

Employer's EIN
Records Submitted         1
Failed                    1
Verified Records          0

The following table displays your submitted results. The first column indicates if the submitted record verified, failed or employee is deceased. The first five digits of the SSN will be masked for verified records and records with a verification results code of 2, 3, 4 or 5.

- **Failed** - Data does not match Social Security Administration's records. Select for more information.

- **Deceased** - Data matches Social Security Administration's records, however it always indicates that the person is deceased. For more information please contact your local SSA office. Select to find the office nearest you.

- **Verified** - Data matches Social Security Administration's records.

| Results | SSN 999999999 | First Name | Middle Name | Last Name | Suffix | Date of Birth MMDDYYYY | Gender F/M | Verification Results |
|---------|--------------|------------|-------------|-----------|--------|------------------------|-----------|---------------------|
|         | 4425 BARACK  |            |             | OBAMA     |        | 0804191                | M         |                     |

| Verification Results | |
|------|-------------|
| Code | Description |
| 1    | SSN not in file (never issued) |

Have a question? Call 1-800-772-6270 Mon. - Fri. 7AM to 7PM Eastern Time to speak with Employer Customer Service personnel. For TDD/TTY call 1-800-325-0778

# Exhibit 9

Presentation of typesetting expert  Paul Irey

These are 101 typed characters selected from Obama's birth certificate that do not match each other for style or size.

A A A A E E E H H H H H K K K M M

R R S S S U U a a a a a a a a a

a a a a a a a a a a a a a a a a a

c c c c c e e e e e e e f f g g

i i i i i i i i i i i i i i i i i

l l l l l l l l l l l n n n n n

n n n n n n n n n n o o o o

o o o o o o o c p p r r r r

s s s s s s t t t t t t t t t

u u u u u u u u u u u u u u w w

y y y y y 1 1 1 2 2 ، ، ، ، ،

ARACK HUSSEIN OBAMA, II

ale August 4, 1961 724 P

onolulu Oahu

apiolani Maternity & Gynecological Hospital

onolulu Oahu Honolulu, Hawaii

085 Kalanianaole Highway

ARACK HUSSEIN OBAMA African

5 Kenya, East Africa Student University

TANLEY ANN DUNHAM Caucasian

8 Wichita, kansas None

# Student

## Difference in the lower case "t"

# t t t t t t t t

## Eight different "t"s found.

# AAA SS nn

## Differences in size   angle   and width

# udent

ence in the lower case "t"

# t t t t t t t

: different "t"s found.

# A SS nn

in size        angle        and width

MICHAEL GERLICK
Notary Public, State of Florida
My Comm. Expires Nov 23, 2013
No. DD940069

Presentation & Report by Paul Irey - Typography and Type Face Expert. Copy Courtesy of: ProtectOurLiberty.org



# The American Typewriter

## How a Young Computer Graphics Person Could Not Understand How to Use a Computer to Forge a Typewritten Document.

It's been some 30 years since we have used typewriters to produce documents. Computers have replaced the typewriter and given us great advantages in document preparation. There is no need to understand the old typewriter. Except when you need to forge a typewritten document.

A computer in the hands of a young person who can creat a modern forgery is no match for the old style quirky mechanical typewriter. The forger who produced the Obama Hawaiian Long Form Health Department Birth Certificate may have thought that all typewriter typeface styles were alike. To get his letters he should have assumed that he needed only to match typewritten letters found in the old files of Hawaii birth certificates to scan ... copy and paste into his new document. Those old files should be all alike having been used to produce birth certificates in the 1961 era.

He must have understood that he needed to copy the old typewriter styles and would find them in the files.

But understanding scanners ... he also had to know that scanning a letter "t" one time and using it all over his document would be conviction assured. Because scan lines engage a letter differently every time it's done. So he scanned a bunch of old birth certificates and used a different "t" each time.

The mistake was that many of the letters in the old files were from different typewriter styles and that's something he did not realize ... resulting in many typewritten letters on his forgery that did not match each other.

I hope this helps to explain what might have happened with this document.

*Paul Irey*

Presentation & Report by Paul Irey - Typography and Type Face Expert. Copy Courtesy of: ProtectOurLiberty.org

STATE OF HAWAII                 **CERTIFICATE OF LIVE BIRTH**                 DEPARTMENT OF HEALTH

FILE NUMBER 151                 61 10641

| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|
| BARACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, Was Child Born | 5a. Birth Date | Month | Day | Year | 5b. Hour |
|---|---|---|---|---|---|---|---|
| Male | Single X  Twin  Triplet | 1st  2nd  3rd | | August | 4, | 1961 | 7:24 P.M. |

| 6a. Place of Birth: City, Town or Rural Location | | 6b. Island |
|---|---|---|
| Honolulu | | Oahu |

| 6c. Name of Hospital or Institution (If not in hospital or institution, give street address) | 6d. Is Place of Birth Inside City or Town Limits? If no, give judicial district |
|---|---|
| Kapiolani Maternity & Gynecological Hospital | Yes X   No |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 7d. Street Address | 7e. Is Residence Inside City or Town Limits? If no, give judicial district |
|---|---|
| 6085 Kalanianaole Highway | Yes X   No |

| 7f. Mother's Mailing Address | 7g. Is Residence on a Farm or Plantation? |
|---|---|
| | Yes ___ No X |

| 8. Full Name of Father | | | 9. Race of Father |
|---|---|---|---|
| BARACK | HUSSEIN | OBAMA | African |

| 10. Age of Father | 11. Birthplace (State or Foreign Country) | 12a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| 13. Full Maiden Name of Mother | | | 14. Race of Mother |
|---|---|---|---|
| STANLEY | ANN | DUNHAM | Caucasian |

| 15. Age of Mother | 16. Birthplace (State or Foreign Country) | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

| 18a. Signature of Parent or Other Informant | Parent | 18b. Date of Signature |
|---|---|---|
| I certify that the above stated information is true and correct to the best of my knowledge.   (Stanley) Ann Dunham Obama | Parent X  Other | 8-7-61 |

| 19a. Signature of Attendant | | 19b. Date of Signature |
|---|---|---|
| I hereby certify that this child was born alive on the date and hour stated above.   David A. Sinclair | M.D. X  D.O.  Midwife  Other | 8-8-61 |

| 20. Date Accepted by Local Reg. | 21. Signature of Local Registrar | 22. Date Accepted by Reg. General |
|---|---|---|
| AUG -8 1961 | U K Lee | AUG -8 1961 |

| 23. Evidence for Delayed Filing or Alteration |
|---|
| |

APR 25 2011

I CERTIFY THIS IS A TRUE COPY OR
ABSTRACT OF THE RECORD ON FILE IN
THE HAWAII STATE DEPARTMENT OF HEALTH

Alvin T. Onaka, Ph.D.
STATE REGISTRAR

Presentation & Report by Paul Irey - Typography and Type Face Expert. Copy Courtesy of: ProtectOurLiberty.org

BARACK HUSSEIN OBAMA, II
Male August 4, 1961 724 P
Honolulu Oahu
Kapiolani Maternity & Gynecological Hospital
Honolulu Oahu Honolulu, Hawaii
6085 Kalanianaole Highway
BARACK HUSSEIN OBAMA African
25 Kenya, East Africa Student University
STANLEY ANN DUNHAM Caucasian
18 Wichita, Kansas None

Every typewriter typed character is assigned a number in the order it is found in the document.

Presentation & Report by Paul Irey - Typography and Type Face Expert. Copy Courtesy of: ProtectOurLiberty.org

# EVIDENCE OF FORGERY

The two capital letters "**A**"s are from the word "**B  R  CK**" on the birth certificate found at section 8 of the form. There is only one letter between them. Why then is #144 significantly bigger than #146 if the same type-writer key struck both.?



From Section 8

BARACK

143  144  145  146  147  148

144    146

> Notice the other differences seen in the same word from different locations on the birth certificate. All the letters look different. Why?

The two capital letters "**R**" are from the same word "**BA ACK**" as above and the other word "**BA ACK**" in section 1 of the form. Why then is #3 significantly shorter and wider than #145 if the same typewriter key struck both? Note also the enclosed area in #145 is smaller than the enclosed area in #3 even though #145 is taller.

RR

3    145

From Section 1

BARACK

1  2  3  4  5  6

The two lower case letters "**s**" from the word "**Ho pital**" in section 6c and "**Univer ity**" in section 12b are shown to be different because of the width of the letters. The lower case "**s**"#88 is wider than the lower case "**s**" in #198 as shown with the green and purple color bars shown under the letters.



88    198

From Section 6c

Hospit

86  87  88  89  90  91

From Section 12b

ersity

196 197 198 199 200 201

The two numbers "**2**" are from "**7:24**" in section 5b and section 10 of the form. Why then is #40 significantly wider than #168? Notice also the difference in height of #168. Can you imagine how these two typewritten letters were typed with the same typewriter?

22

40    168

From Section 5b

7:24

39    40  41

From Section 10

25

168 169

Page 1 of 3

Presentation & Report by Paul Irey - Typography and Type Face Expert. Copy Courtesy of: ProtectOurLiberty.org

The two lower case letters **"a"** from the word **"Male"** found in section 2 and the word **"Kapiolani"** found in section 6c. Notice that the first **"a" #23** is not as wide as **#56**. Also note the differences of the shape of the enclosed areas and the serifs at the top left of both.



From Section 2

Male

22  23  24  25

From Section 6c

Kapio

55  56  57  58  59

The two lower case letters **"i"** from the word **"University"** in section 12b and **"Kapiolani"** in section 6c are shown to be different because of the dots over the letters. The dot in **#199** is higher that of **#58** and shows more space over the letter. Also note the color bars indicating the difference in width between the letters.



From Section 12b

ersity

196  197  198  199  200  201

From Section 6c

piola

57  58  59  60  61

The two capital letters **"S"** are from **"HUSSEIN"** in section 8 and **"STANLEY"** in section 13 of the form. Why then is **#151** significantly more narrow than **#201**? Notice also the serif differences indicated with the arrows showing that the serif on **#151** is placed further back to the left on the **"S"** than as shown on **#201**.

S   S

151   201

From Section 8

HUSSEI

149  150  151  152  153  154

From Section 13

STANLE

201  202  203  204  205  206

The two lower case **"n"** letters are different in size. **#62** found in section 6c is much shorter than **#193** found in section 12b. This is a good place to insert a photo of a typewriter key to remind us that the impression is struck by an engraved letter that is steel and incapable of changing size.



Close up of a Typewriter Key flopped for clarity



nn

62   193

From Section 6c

iolani

58  59  60  61  62  63

From Section 12b

Univer

192  193  194  195  196  197

Presentation & Report by Paul Irey - Typography and Type Face Expert. Copy Courtesy of: ProtectOurLiberty.org

The two lower case letters "e" #25 from the word "Male" found in section 2 and the word "Maternity" found in section 6c show us that #25 is from a different design of type style with a tilting horizontal bar and #25 is also bigger in size.



From Section 2

Male

22 23 24 25

From Section 6c

Materni

64 65 66 67 68 69 70

ee

25 67

The two lower case letters "u" from the word "Honolulu" #101 from section 6a and "Oahu" #105 from section 6b are shown to be different in width as indicated with the color bars above the letters. Also note the different design of the bottom part of the letters.

From Section 6a

onolulu

95 96 97 98 99 100 101

From Section 6b

Oahu

102 103 104 105

uu

101 105

The two numbers "1" from the date "1961" #35 from section 5a and "18 Wichita" #225 from section 15 are shown to be different in width as indicated with the color bars below the letters. Also note the different design of the bottom part of the letters.

From Section 5a

1961

35 36 37 38

From Section 15

18Wich

225 226 227 228 229 230

11

35 225

The Word "Student" found in section 12a of the birth certificate was the first problem I noticed because it was one word with two variations of the letter "t" and was clearly a different drawing of the letter mainly displaying a different extension at the bottoms of those letters. As a typographer I could see no reason for a



Student

Page 3 of 3

different stlyle of letter within the same word. Other examples on the page seem to suggest that perhaps the form was transfereed to different departments to fill out different sections ... but that could not happen with one word. Later study showed that too many of the letters on the birth cert.did not match each other ... even for many typist.

Presentation & Report by Paul Irey - Typography and Type Face Expert. Copy courtesy of: ProtectOurLiberty.org

# If all the letters are from the same typewriter ... why don't they match?  It appears that it was put together with letters from different sources and this means it's a forgery!

* * * *
Paul Irey can be reached via email at:  pauledwardirey (at sign) yahoo.com
A full color high-res copy of this report can be viewed and downloaded at: http://www.scribd.com/doc/59624694/

# Exhibit 10

Certification of Nomination of Al Gore issued by Democratic Party of Hawaii to the Elections Division in the State of Hawaii in 2000.



## Democratic Party of Hawaii

404 Ward Avenue, Suite 201
Honolulu, Hawaii 96814
Voice (808) 596-2980  Fax (808) 596-2985
http://www.hawaiidemocrats.org
e-mail: democrats@hawaiidemocrats.org

OFFICIAL CERTIFICATION OF NOMINATION

State of Hawaii

THIS IS TO CERTIFY that the following candidates for President and Vice-President of the United States will be duly qualified to serve under the provisions of the United States Constitution and are the duly chosen candidates of both the state and the national Democratic Parties by balloting at the Presidential Preference Poll and Caucus held March 7, 2000, in the State of Hawaii and by acclamation at the National Democratic Convention held August 14 – 17, 2000 in Los Angeles, California.

For President of the United States

Al Gore
857 Cookeville Highway
Carthage, Tennessee 37030

For Vice President of the United States

Joe Lieberman
50 Allston Avenue
New Haven, Connecticut 06515

IN TESTIMONY WHEREOF we have hereunto set our hands on this 8th day of September, 2000.

Alice Leuola                          Carilyn Apoto
1232 ___ Street, #303                 1232 Green Street #3-G
Honolulu, Hawaii 96826                Honolulu, Hawaii 96826
Vice Chair, Democratic Party of Hawaii   Secretary, Democratic Party of Hawaii

# Exhibit 11

Certification of Nomination of John Kerry issued by Democratic
Party of Hawaii to the Elections Division in the State of Hawaii
in 2004

Democratic Party of Hawai'i
770 Kapiolani Boulevard, Suite 115
Honolulu, Hawai'i 96813
Phone (808) 596-8920
Fax (808) 592-8975
Email  statechair@hawaiidemocrats.org
Website: hawaiidemocrats.org

OFFICIAL CERTIFICATION OF NOMINATION

State of Hawai'i

THIS IS TO CERTIFY that the following candidates for President and Vice-President of the United States are legally qualified to serve under the provisions of the United States Constitution and are the duly chosen candidates of both the state and the national Democratic Parties by balloting at the Presidential Preference Poll and Caucus held May 30, 2004 in the State of Hawaii and by acclamation at the National Democratic Convention held July 26, 2004 in Boston, Massachusetts.

For President of the United States

John Kerry
19 Louisburg Square
Boston, Massachusetts 02108

For Vice President of the United States

John Edwards
3523 Alleghany Drive
Raleigh, North Carolina 27609

IN TESTIMONY WHEREOF we have hereunto set our hands on this ____ day of August, 2004.

_____
Brickwood M. Galuteria
770 Kapiolani Boulevard, Suite 115
Honolulu, Hawai'i 96813
Chair
Democratic Party of Hawaii

_____
Edmund Aczon
770 Kapiolani Boulevard, Suite 115
Honolulu, Hawaii 96813
Secretary
Democratic Party of Hawaii

Brickwood M. Galuteria, Chair   ★   Stephanie Ohigashi, Vice Chair   ★   Edmund Aczon, Secretary   ★   Lino Aulani, Treasurer
Richard Port, National Committeeman   ★   Alice D. Greeley, National Committeewoman

# Exhibit 12

Certificate of Nomination of Barack Obama issued by Democratic Party of Hawaii to the Elections Division in the State of Hawaii in 2008



Democratic Party of Hawaii
1050 Ala Moana Blvd. #2660
Honolulu, HI 96814
Phone (808)596-2980
Fax (808)596-2985
Email: dphstaff@inbox.com
Website : www.hawaii.democrats.org

## OFFICIAL CERTIFICATION OF NOMINATION

### State of Hawai`i

THIS IS TO CERTIFY that the following candidates for President and Vice-President of the United States are legally qualified to serve under the provisions of the national Democratic Parties balloting at the Presidential Preference Poll and Caucus held on February 19th, 2008 in the State of Hawaii and by acclamation at the National Democratic Convention held August 27, 2008 in Denver, Colorado.

OFFICE OF ELECTIONS   AUG 28 AM 1:40  '08

**For President of the United States**

**Barack Obama**
P.O. Box 8102
Chicago, IL, 60680

**For Vice President of the United States**

**Joe Biden**
1209 Barley Mill Rd.
Wilmington, DE 19807

IN TESTIMONY WHEREOF we have hereunto set our hands on this 27th day of August, 2008.

Brian E. Schatz
Chair
Democratic Party of Hawaii
1050 Ala Moana Blvd. #2660
Honolulu, HI 96814

Lynne Matusow
Secretary
Democratic Party of Hawaii
1050 Ala Moana Blvd. #2660
Honolulu, HI 96814

# Exhibit 13

Certificate of Nomination of John Kerry by Democratic National
Committee sent to the State of Hawaii in 2004



FILED

2004 AUG -2 AM 9: 57

DEPARTMENT OF STATE
DIVISION OF ELECTIONS

DEMOCRATIC NATIONAL COMMITTEE
**OFFICIAL CERTIFICATION OF NOMINATION**

    THIS IS TO CERTIFY that at the National Convention of the Democratic Party of the United States of America, held in Boston, Massachusetts on July 26 though 29, 2004, the following were duly nominated as candidates of said Party for President and Vice President of the United States respectively:

**For President of the United States**
**John F. Kerry**
19 Louisburg Square
Boston, Massachusetts 02108

**For Vice President of the United States**
**John Edwards**
3323 Alleghany Drive
Raleigh, North Carolina 27609

Chair, Democratic National
Convention

Secretary, Democratic National
Convention

Commonwealth of Massachusetts   )
                             )  ss:
County of Suffolk               )

    Before me on this 29th day of July 2004 personally appeared BILL RICHARDSON AND ALICE TRAVIS GERMOND, to me known or proved to me on the basis of satisfactory evidence, which were for each  licenses                            , to be  the persons who executed the foregoing instrument as Chair and Secretary, respectively, of the 2004 Democratic National Convention, in behalf of the 2004 Democratic National Convention, and each having acknowledged that they executed the same as their own free act and deed, and as the free act and deed of said 2004 Democratic National Convention.

Notary Public

My commission expires:_____

Lynn B. Gaseidnes, Notary Public
My Commission Expires August 28, 2009

# Exhibit 14

Certificate of Nomination of Barack Obama by Democratic
National Committee in 2008 sent to 49 states



DEMOCRATIC NATIONAL COMMITTEE

## OFFICIAL CERTIFICATION OF NOMINATION

THIS IS TO CERTIFY that at the National Convention of the Democratic Party of the United States of America, held in Denver, Colorado on August 25 though 28, 2008, the following were duly nominated as candidates of said Party for President and Vice President of the United States respectively:

### For President of the United States

**Barack Obama**
5046 South Greenwood Avenue
Chicago, Illinois 60615

### For Vice President of the United States

**Joe Biden**
1209 Barley Mill Road
Wilmington, Delaware 19807

Nancy Pelosi
Chair, Democratic National
Convention

Alice Travis Germond
Secretary, Democratic National
Convention

City and County of Denver )
                          )  ss:
State of Colorado          )

Subscribed and sworn to before me in the City and County of Denver, State of Colorado, this 28th day of August, 2008.

SHALIFA A. WILLIAMSON
Notary Public
State of Colorado
My Commission Expires September 06, 2011

Notary Public

September 06, 2011
Commission expiration date

**Democratic Party Headquarters** ⊡ 430 South Capitol Street, SE ⊡ Washington, DC, 20003 ⊡ (202) 863-8000 ⊡ Fax (202) 863-8174
*Paid for by the Democratic National Committee. Contributions to the Democratic National Committee are not tax deductible.*
Visit our website at www.democrats.org.

# Exhibit 15

Certificate of Nomination for Barack Obama by Democratic

National Committee sent to the Office of Elections of the State

of Hawaii in 2008 (with edited wording)



### DEMOCRATIC NATIONAL COMMITTEE

## OFFICIAL CERTIFICATION OF NOMINATION

THIS IS TO CERTIFY that at the National Convention of the Democratic Party of the United States of America, held in Denver, Colorado on August 25 though 28, 2008, the following were duly nominated as candidates of said Party for President and Vice President of the United States respectively and that the following candidates for President and Vice President of the United States are legally qualified to serve under the provisions of the United States Constitution:

### For President of the United States

**Barack Obama**
5046 South Greenwood Avenue
Chicago, Illinois 60615

### For Vice President of the United States

**Joe Biden**
1209 Barley Mill Road
Wilmington, Delaware 19807

*OFFICE OF ELECTIONS  AUG 28  AM :40  '08*

Nancy Pelosi
Chair, Democratic National
Convention

Alice Travis Germond
Secretary, Democratic National
Convention

City and County of Denver )
                          ) ss:
State of Colorado          )

Subscribed and sworn to before me in the City and County of Denver, State of Colorado, this 28TH day of August, 2008.

SHALIFA A. WILLIAMSON
Notary Public
State of Colorado
My Commission Expires September 06, 2011

Notary Public

September 6, 2011
Commission expiration date

**Democratic Party Headquarters** ■ 430 South Capitol Street, SE ■ Washington, DC, 20003 ■ (202) 863-8000 ■ Fax (202) 863-8174
*Paid for by the Democratic National Committee. Contributions to the Democratic National Committee are not tax deductible.*
Visit our website at www.democrats.org.

# Exhibit 16

Barack Obama's School Registration (Gradebook) No. 203 for ASSISSI School in Jakarta, Indonesia, showing his citizenship as Indonesian , his name as Barry Soetoro (last name of his stepfather), and his religion is Islam.