# Exhibit 17

Affidavit of Chris Strunk, attesting to the fact that in the passport records for Barack Obama, recently received under the FOIA request, Obama's legal name, as listed in his mother's records, is Barack Obama Soebarkah.

# CERTIFICATION DECLARATION OF
## Christopher-Earl: Strunk in esse

TO WHOM IT MAY CONCERN:

I, Christopher-Earl: Strunk in esse, hereby declare and certify under penalty of perjury with 28 USC 1746, that:

1. I am the Plaintiff in the case Strunk v US DOS USDC for the District of Columbia Docket 08-cv-2234 seeking the passport related records of Stanley Ann Dunham (a.k.a. S. Ann Dunham Obama, a.k.a. S. Ann Dunham Soetoro) (deceased); and

2. I am the Petitioner in the matter of the Freedom of Information Act Request for the passport related records of Stanley Ann Dunham et al. with case control number: 200807238.

3. On or about July 30, 2010, I received a transmittal of six individual records marked P1 through P6 showing the front and back of each for a total pages of 12 plus the two page cover letter of July 29, 2010, and

4. That on July 29, 2010 all the records marked P1 through P6 were deemed all those available regarding the above referenced matter described in the cover letter by Jonathan M. Robin, Director for the Office of Legal Affairs and Law Enforcement Liaison Bureau of Consular Affairs Passport Services (see the attached).

5. Of particular interest is the "Amend to Include (Exclude) Children" entry by Stanley Ann Dunham Soetoro who subscribed to on 13 August 1968 on page 2 of the Document marked P1 shown in her own handwriting crossed out to mean to exclude "Barack Hussein Obama (Soebarkah)" from her passport renewal.

6. The attached documents plus cover letter of two pages for a total 14 pages received from the U.S. Department of State associated with my request for records of Stanley Ann Dunham etc. with case control number: 200807238.

**I do hereby declare and certify that the attached records are a true and accurate copy of those received by Declarant; and that I am available to testify in open court as such.**

Dated: Brooklyn New York
December 7, 2011

Christopher-Earl: Strunk in esse
593 Vanderbilt Avenue – 281
Brooklyn, New York 11238
Cell- 845-901-6767 email: chris@strunk.ws

Attached: Coverletter (2 pages)
Six (6) Documents P1 thru P6 (12 pages)



United States Department of State

Washington, D.C. 20520

JUL 29 2010

In reply refer to:
CA/PPT/L/LE – Case Control Number: 200807238

Christopher E. Strunk
593 Vanderbilt Avenue, #281
Brooklyn, NY 11238

Dear Mr. Strunk:

    The following is in response to your request to the Department of State, dated November 22, 2008, requesting the release of material under the provisions of the Freedom of Information Act (5 U.S.C. § 552).

    We have completed a search for records responsive to your request. The search resulted in the retrieval of six documents that are responsive to your request. After careful review of these documents, we have determined that all six documents may be released in full.

    We did not locate a 1965 passport application referenced in an application for amendment of passport that is included in the released documents. Many passport applications and other non-vital records from that period were destroyed during the 1980s in accordance with guidance from the General Services Administration.

    Passport records typically consist of applications for United States passports and supporting evidence of United States citizenship. Passport records do not include evidence of travel such as entrance/exit stamps, visas, residence permits, etc., since this information is entered into the passport book after issuance.

This completes the processing of your request.

Sincerely,

Jonathan M. Rolbin, Director
Office of Legal Affairs and Law Enforcement Liaison
Bureau of Consular Affairs
Passport Services

Enclosures:
As stated

FORM APPROVED
BUDGET BUREAU NO. 47-R117.5

DEPARTMENT OF STATE
FOREIGN SERVICE OF THE UNITED STATES OF AMERICA

APPLICATION FOR
[✓] RENEWAL  [ ] AMENDMENT  [ ] EXTENSION
OF
[✓] PASSPORT  [ ] CARD OF IDENTITY
[ ] REGISTRATION  [ ] CERTIFICATE OF IDENTITY

Document No. F777788   Date Issued July 19, 1965

POST _Djakarta, Indonesia_
[ ] REFERRED TO DEPARTMENT FOR ACTION
[✓] RENEWED (EXTENDED) TO Jul. 18, 1970
[ ] AMENDED AS REQUESTED
$ 5.00 FEE COLLECTED
[ ] NO FEE COLLECTED

(LAST NAME) SUETORO
(FIRST NAME) STANLEY
(MIDDLE NAME) ANN DUNHAM

(PLEASE PRINT NAME IN FULL)
I, Stanley Ann Dunham Soetoro, a citizen of the United States, do hereby apply for the service indicated above. (If amendment, set forth details on REVERSE.)

DATE OF BIRTH (Month, day, year): Nov. 29, 1942
PLACE OF BIRTH: Wichita, Kansas
NOW RESIDING AT: Djakarta, Indonesia
UNITED STATES RESIDENCE (Street address, city, county, state): —

IN THE EVENT OF DEATH OR ACCIDENT NOTIFY (Name in full, relationship, street address, city, state)
Stanley Armour Dunham, Bank of Hawaii, Honolulu

HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES?
IF THE ANSWER IS YES, EXPLAIN WHEN AND WHY

NO

PROPOSED TRAVEL PLANS
I INTEND TO RETURN TO THE UNITED STATES PERMANENTLY TO RESIDE WITHIN ___ YEARS Indefinite MONTHS
I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING PERIOD AND PURPOSE: INDEFINATE - MARRIED TO AN INDONESIAN CITIZEN

IF RETURNING TO U.S. COMPLETE THE FOLLOWING
PORT OF DEPARTURE
NAME OF SHIP OR AIRLINE
DATE OF DEPARTURE

I have not (and no other person included or to be included in the passport or documentation has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; voted in a political election in a foreign state or participated in an election or plebiscite to determine the sovereignty over foreign territory; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person included in the passport or documentation, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)

Stanley Ann Dunham Soetoro
(To be signed by Applicant)

Subscribed and Sworn to (affirmed) before me this 13th day of _____ 13, 1968
(SEAL)
Vice Consul _____ of the United States at Djakarta, Indonesia

(The Department will assume that the consular officer, forwarding the application for the Department's decision, is fully satisfied as to the applicant's identity unless a notation to the contrary is made.)

FORM FS-299
7-64

PAGE 2

## AMEND TO INCLUDE (EXCLUDE) (WIFE)(HUSBAND)

| NAME | BIRTHPLACE | BIRTHDATE |
|---|---|---|
|  |  |  |

| SPOUSE WAS PREVIOUSLY MARRIED TO | PREVIOUS MARRIAGE TERMINATED BY |
|---|---|
|  | ☐ DIVORCE   ☐ DEATH |

| NUMBER OF MY SPOUSE'S PREVIOUS PASSPORT | DISPOSITION OF MY SPOUSE'S PREVIOUS PASSPORT |
|---|---|
| 1408 | ☐ ATTACHED   ☐ CANCELED _____ (DATE) |

## AMEND TO INCLUDE (EXCLUDE) CHILDREN

| NAMES | RESIDENCE | BIRTHPLACE | BIRTHDATE |
|---|---|---|---|
| ~~BARACK HUSSEIN OBAMA SOEBARKAH~~ |  |  |  |
|  |  |  |  |
|  |  |  |  |

## AMEND TO READ IN MARRIED NAME

| NAME |
|---|
|  |

| DATE MARRIED | PLACE MARRIED | MARRIED TO |
|---|---|---|
|  |  |  |

CITIZENSHIP OF HUSBAND   ☐ U.S. CITIZEN   ☐ ALIEN-CITIZEN OF _____

## OTHER AMENDMENT(S) (DESCRIBE IN DETAIL ACTION REQUESTED)

DOCUMENTARY EVIDENCE SUBMITTED TO DEPARTMENT BY CONSULAR OFFICER

DOCUMENTARY EVIDENCE SEEN AND RETURNED TO APPLICANT BY CONSULAR OFFICER

STATEMENT OF ACTION BY POST UPON DEPARTMENT'S AUTHORIZATION (To be executed only in connection with cases referred to Dept.)

THE ☐ PASSPORT   ☐ CARD OF IDENTITY   ☐ CERTIFICATE     WAS     ☐ RENEWED TO _____ DATE _____
☐ AMENDED AS REQUESTED
☐ EXTENDED TO _____

AUTHORITY _____

(Consul of the United States of America)

| (Photo required for inclusions) STAPLE ONE PHOTO HERE DO NOT MAR FACE The passport photos required must be approximately 2½ by 2½ inches in size; be on thin unglazed paper, show full front view of applicant with a plain, light background; and have been taken within 2 years of date submitted. When dependents are included they should be shown in a group photograph. The consul will not accept photos that are not a good likeness. Color photographs are acceptable. Do not staple second photo. Attach loosely by paper clip. | OPINION OF CONSULAR OFFICER |
|---|---|

(Consul of the United States of America)

FORM FS-299
7-64    In certain cases specific authorization by the Department will be required. In these cases an extra copy of the form should be prepared. Upon receipt of the Department's reply the extra copy should be transmitted with a notation of the action taken.

AVOID THE LAST MINUTE RUSH — (PLEASE TYPE OR PRINT) — DON'T PUT IT OFF APPLY NOW

DEPARTMENT OF STATE
APPLICATION FOR PASSPORT BY MAIL

Your previous passport issued within the past eight years, two signed photographs and the fee of $10 MUST accompany this application.

**A**
(First name) (Middle name) (Last name)
I, **Stanley Ann Dunham Soetoro**
a citizen of the United States, do hereby apply to the Department of State for a passport.

MAIL PASSPORT TO:
IN CARE OF (If applicable): **Stanley Dunham**
STREET: **1617 South Beretania**
CITY: **Honolulu**  STATE: **Hawaii**  ZIP CODE: **96814**
PHONE NOS. Area Code:____ Home: **949-2317**  Business: —

DATE OF BIRTH: Month **Nov** Day **29** Year **42**
PLACE OF BIRTH: **Wichita, Kansas**
HEIGHT: **5 FT. 5½ IN.**
COLOR OF HAIR: **brown**
COLOR OF EYES: **brown**
APPROXIMATE DATE OF DEPARTURE: **Jan 14, 1972**
VISIBLE DISTINGUISHING MARKS:
OCCUPATION: **Teacher**

R.D. **030097**
SERIES C
JAN '72
DEPARTMENT OF STATE
HONOLULU, HAWAII

**B**
MOST RECENT PASSPORT ISSUED WITHIN PAST 8 YEARS MUST BE ATTACHED
No. **F777788**  Issue Date: **July 19, 1965**
SOCIAL SECURITY NUMBER:
MY PERMANENT RESIDENCE (If same as mailing address, write "Same"):
**DJL. TAMAN MATRAMAN BARAT 22 PAV, DJAKARTA, INDONESIA**
IF YOU WERE BORN ABROAD, WERE BOTH OF YOUR PARENTS U.S. CITIZENS AT THE TIME OF YOUR BIRTH?  ☐ Yes  ☐ No

IN THE EVENT OF ACCIDENT OR DEATH NOTIFY (Do not show name of a person who will accompany you when traveling)
(Name in full): **STANLEY A. DUNHAM**   (Relationship): **FATHER**   (Street address, City, State, ZIP Code): **1617 S. BERETANIA HONOLULU**

**C** PROPOSED TRAVEL PLANS
PURPOSE OF TRIP: **Return home**
MEANS OF TRANSPORTATION: Sea ☐  Air ☑  Other ☐
Departure ☐  Return ☐
PROPOSED LENGTH OF STAY: **Indefinate**
NO. OF PREVIOUS TRIPS ABROAD WITHIN LAST 12 MONTHS:
DO YOU EXPECT TO TAKE ANOTHER TRIP ABROAD? ☑ Yes  ☐ No   IF SO, WITHIN ☐ 1 year  ☐ 2 Years  ☑ 5 Years
COUNTRIES TO BE VISITED: **INDONESIA**

**D**
WARNING: False statements made knowingly and wilfully in passport applications or affidavits or other supporting documents are punishable by fine and/or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. The alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under 18 USC 1543. The use of a passport in violation of the restrictions therein is punishable by fine and/or imprisonment under 18 USC 1544.

I have not since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath, or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the Government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.
(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, the portion which applies should be struck out, and a supplementary explanatory statement should be attached, signed and made a part of this application.)

DECLARATION

I declare under the penalties of 18 USC 1001 and 1542 (see WARNING, above) that the statements made in this application are true and complete to the best of my knowledge and belief. I further declare that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same, and that I take this obligation freely without mental reservation or purpose of evasion.



**Jan 4, 1972** (Date)   **S. Ann Dunham Soetoro** (Signature of applicant)

(Passport Office Use Only)
JAN 4 '72 120025

FORM DSP-82

FORM APPROVED
BUDGET BUREAU NO. 47-R017

DEPARTMENT OF STATE
## REQUEST BY UNITED STATES NATIONAL FOR AND REPORT OF EXCEPTION TO SECTION 53.1, TITLE 22 OF THE CODE OF FEDERAL REGULATIONS

### REQUEST

I have been informed that my passport is not valid and that a valid passport is required by law to enter the United States. I request that an exception be granted to me, as provided in Section 53.2(h), Title 22 of the Code of Federal Regulations. I understand that a fee of $25 is required under Section 53.2(h) and I will remit such fee to the Passport Office, Department of State, Washington, D. C., 20524, within 30 days.

*(Signature)* Stanley Ann Dunham Soetoro

### REPORT - Pursuant to Section 215 of the Immigration and Nationality Act of 1952

TO: Director, Passport Office
Department of State
Washington, D. C. 20524
Attn: PT/AC

### SUBJECT

| NAME | DESCRIPTION |
|---|---|
| STANLEY ANN SOETORO | 5' 6"  Brown  Brown  135 lb. |

HOME ADDRESS: Djalan Taman Matraman 22 Pav., Djakarta, Indonesia
(Honolulu, 1617 South Beretania, c/o Stanley Dunham)    96814

| BIRTHDATE | NATURALIZATION DATE | PASSPORT NO., DATE AND PLACE OF ISSUANCE |
|---|---|---|
| Nov. 29, 1942 | N. A. | F 777788  07-19-65  Honolulu, Hawaii |
| BIRTHPLACE | | |
| Wichita, Kansas | | |

### DEPARTURE FROM UNITED STATES

| DATE AND PLACE OF DEPARTURE | DESTINATION |
|---|---|
| October 1967, Honolulu, Hawaii | Djakarta, Indonesia |
| FLIGHT NUMBER OR VESSEL | NAME OF CARRIER |
| — | Japan Airlines |

### TRAVEL TO UNITED STATES

| DATE AND PLACE OF DEPARTURE FROM ABROAD | IDENTITY DOCUMENTS PRESENTED |
|---|---|
| October 20, 1971, Djakarta, Indonesia | Passport as shown above |
| FLIGHT NUMBER OR VESSEL | NAME OF CARRIER |
| PAA 812 | Pan American Airways |
| DATE AND PLACE OF ENTRY | DESTINATION |
| October 21, 1971, Honolulu, Hawaii | Honolulu, Hawaii |

### ACTION TAKEN

Identity and citizenship established.
Exception granted under 22 CFR 53.2(h).

*(Inspector's Stamp)*

| PLACE (Immigration and Naturalization Service) | SIGNATURE (Immigration Officer) |
|---|---|
| HONOLULU, HAWAII | |

FORM 53-1.333

B.A. SENT - 11/29/71

# DEPARTMENT OF STATE
## APPLICATION FOR AMENDMENT OF PASSPORT

FORM APPROVED BUDGET BUREAU NO. 47-R059.8

(Passport Office Use Only)

Amend as shown in section:
- [ ] B  [ ] C  [ ] D  [x] E  [ ] F
- [ ] Add visa pages.

P3

**INSTRUCTIONS:** All requests for inclusion of persons must be sworn to (or affirmed) before an Agent of the Department of State or Clerk of Court. Photographs, which meet the requirements below, and evidence of citizenship must be submitted for all persons to be included by this amendment. If such persons have had, or been included in, a previous passport, it should be submitted instead of other documents, and Section G completed.

**A**

PASSPORT NO. OF APPLICANT: _[illegible]_
DATE ISSUED: July 17, 196_[?]_

BIRTH CERTIFICATE(S) SEEN
- CHILDREN'S — (WIFE'S) (HUSBAND'S)
- FILED SR OR CITY / FILED SR OR CITY
- MARRIAGE CERT. [x] S&R
- NAT'Z'N. CERT. [ ] S&R
- [ ] OTHER

MAIL PASSPORT TO
STREET: 2234 University Ave
CITY: Honolulu   STATE: Hawaii   96822
IN CARE OF: _____

(PLEASE PRINT NAME IN FULL)
(First name)   (Middle name)   (Last name)

I, **Stanley Ann Soetoro**, a citizen of the United States, do hereby request that my passport, which is enclosed, be amended as indicated below.

**B** INCLUDE MY CHILD(REN), AS FOLLOWS: (Also complete Section H if child(ren) acquired citizenship by naturalization, and have not had a previous passport.)

| NAME IN FULL | PLACE OF BIRTH (City, State) | DATE OF BIRTH |
|---|---|---|
|  |  |  |

(Photo requirements for inclusion)

STAPLE ONE PHOTO HERE
DO NOT MAR FACE

Photos must be ONLY of persons to be included by this amendment. The two photos must be duplicates, approximately 2½ by 2½ inches in size, be on thin, unglazed paper with a plain, light background and have been taken within 2 years of date submitted. Photos should be front view, but not full-length, and may not be snapshot, Polaroid, acetate or film base prints. When more than 1 person is to be included, a group photo is required. Color photos are acceptable.

DO NOT STAPLE SECOND PHOTO
ATTACH BY PAPER CLIP

**C** INCLUDE MY (WIFE) (HUSBAND), AS FOLLOWS: (Also complete Section H if (wife) (husband) acquired citizenship by naturalization, and/or Section I if wife was previously married before March 3, 1931.)

| (WIFE'S) (HUSBAND'S) FULL LEGAL NAME | PLACE OF BIRTH (City, State) |
|---|---|
|  |  |

| DATE OF BIRTH | DATE OF MARRIAGE |
|---|---|
|  |  |

**D** EXCLUDE PERSONS, AS FOLLOWS:

- [ ] MY WIFE
- [ ] MY HUSBAND
- [ ] MY CHILDREN (Give name(s))

WHO IS/ARE
- [ ] TO APPLY FOR SEPARATE PASSPORT
- [ ] NOT TO ACCOMPANY
- [ ]

**E** CHANGE TO READ IN MARRIED NAME, AS FOLLOWS:

MARRIED NAME: **S[t]k Ann Soetoro**

PLACE OF MARRIAGE (City, State): Molokai, Hawaii
DATE OF MARRIAGE: 3/15/65

HUSBAND'S NAME IN FULL: Lolo Soetoro
WHO IS:
- [ ] A UNITED STATES CITIZEN
- [x] A CITIZEN OF Indonesia

**F** CHANGE TO READ AS FOLLOWS:

**G** (CHILD(REN)'S) (WIFE'S) (HUSBAND'S) LAST U.S. PASSPORT

| NUMBER | DATE ISSUED |
|---|---|
|  |  |

IN NAME OF: _____
- [ ] IS SUBMITTED HEREWITH
- [ ] OTHER DISPOSITION (State)

FORM DSP-19
7-64

(OVER)

PAGE 2

**H** — TO BE COMPLETED BY AN APPLICANT REQUESTING INCLUSION IN THE PASSPORT OF A RELATIVE WHO ACQUIRED CITIZENSHIP THROUGH NATURALIZATION

| MY IMMIGRATED TO THE U.S. ON (Month, day, year) | ACQUIRED U. S. CITIZENSHIP ON (Month, day, year) | THROUGH THE NATURALIZATION OF ☐ SELF  ☐ PARENT  ☐ FORMER HUSBAND |
|---|---|---|
| WHO WAS NATURALIZED BEFORE THE (Name of court) | | LOCATED IN (City, State) |

AS SHOWN BY THE ACCOMPANYING CERTIFICATE OF NATURALIZATION NO.

**I** — TO BE COMPLETED BY AN APPLICANT WHOSE WIFE WAS PREVIOUSLY MARRIED BEFORE MARCH 3, 1931, AND WHO IS TO BE INCLUDED IN PASSPORT (If married more than twice, set forth facts in a supplemental statement)

| HER MAIDEN NAME WAS | DATE OF PREVIOUS MARRIAGE |
|---|---|
| NAME OF FORMER HUSBAND | PLACE OF PREVIOUS MARRIAGE |
| FORMER HUSBAND'S PLACE OF BIRTH | MARRIAGE WAS TERMINATED BY ☐ DEATH  ☐ DIVORCE    DATE |

**J** — IN THE EVENT OF DEATH OR ACCIDENT NOTIFY

| NAME IN FULL | RELATIONSHIP | STREET ADDRESS, CITY, STATE |
|---|---|---|

**K** — I have not (and no other person included or to be included in the passport has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; voted in a political election in a foreign state or participated in an election or plebiscite to determine the sovereignty over foreign territory; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person included or to be included in the passport, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)

I solemnly swear (affirm) that the statements herein made are true and that I have not previously asked to have these additional persons included in my passport; that they are not now in possession of valid passports, and that they have not made application for passports and been refused.

_____
(Signature of Applicant)

Subscribed and sworn to (affirmed) before me this _____ day of _____, 19 ____

_____
(Agent, Department of State or Clerk of Court)

FORM DSP 19
7-64

GOVERNMENT PRINTING OFFICE 1964 O 703-221 (218)

(PLEASE PRINT OR TYPE - PENCIL NOT ACCEPTABLE) | For Department Decision

DEPARTMENT OF STATE
APPLICATION FOR [X] PASSPORT [ ] REGISTRATION

Complete ALL entries in all sections that apply to you. If information is unknown, write "Unknown". Do not leave blank spaces. Use additional sheets where space provided is not adequate.

POST LOCATION: Jakarta, Indonesia
POST ACTION
PASSPORT ISSUED No. Z2433100
Date: June 2, 1976
Expires: June 1, 1981
REGISTRATION APPROVED: P4
CARD OF IDENTITY AND REG.

## A — TO BE COMPLETED BY ALL APPLICANTS

(First name) (Middle name) (Last name)
STANLEY ANN DUNHAM SOETORO, a citizen of the United States, do hereby apply for a passport (registration)

[X] $3 Application fee collected
[X] $10 Fee collected
[ ] No Fee passport
[ ] Official passport
[ ] $3 fee collected (for card)
[ ] 48-page passport

DATE OF BIRTH: 11 / 29 / 42
PLACE OF BIRTH: WICHITA, KANSAS, USA
HEIGHT: 5 ft. 5½ in.
COLOR OF HAIR: BROWN
COLOR OF EYES: BROWN
SOCIAL SECURITY NO.: 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
VISIBLE DISTINGUISHING MARKS: NONE
OCCUPATION: GRAD. STUDENT

MY LAST PASSPORT WAS OBTAINED FROM
Location of Issuing Office: HONOLULU
Date of Issuance: JAN. 4, 1972
Number: C030677
[X] Cancelled and returned
[ ] Submitted herewith
[ ] Seen and returned

NOW RESIDING AT: DJL. HADJI ROMLI 23, MENTENG DALAM, JAKARTA
PERMANENT RESIDENCE: 1617 S. BERETANIA, PT. 1008, HONOLULU, HAWAII 96814

IN THE EVENT OF DEATH OR ACCIDENT NOTIFY: STANLEY DUNHAM (FATHER) 1617 S. BERETANIA #1008 HONOLULU, HI ZIP 96814

HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES? [ ] Yes [X] No

## B — TO BE COMPLETED BY AN APPLICANT WHO BECAME A CITIZEN THROUGH NATURALIZATION

## C — COMPLETE ONLY IF OTHERS ARE TO BE INCLUDED IN PASSPORT OR REGISTRATION AND SUBMIT GROUP PHOTOGRAPH

## D — EVIDENCE OF PRIOR DOCUMENTATION OF ABOVE-NAMED PERSONS TO BE INCLUDED (For completion by Consular Office)

## E — OTHER EVIDENCE OF U.S. CITIZENSHIP PRESENTED (State disposition)

FORM FS-176 9-74 (OVER - YOU MUST COMPLETE PAGE 2) FORM APPROVED BUDGET BUREAU NO. 47-R001

FORM FS-176   9-71
PAGE 2

**F**
FATHER'S NAME: STANLEY DUNHAM
FATHER'S PLACE OF BIRTH: WICHITA, KANSAS
☑ U.S. CITIZEN
☐ NOT U.S. CITIZEN
DATE NATURALIZED:
PLACE NATURALIZED:

FATHER'S DATE OF BIRTH: MARCH 23, 1918
☐ FATHER DECEASED
☑ FATHER RESIDING AT: HONOLULU, HI
FATHER RESIDED IN U.S. From: BIRTH To: PRESENT

MOTHER'S MAIDEN NAME: MADELYN PAYNE
MOTHER'S PLACE OF BIRTH: PERU, KANSAS
☑ U.S. CITIZEN
☐ NOT U.S. CITIZEN
DATE NATURALIZED:
PLACE NATURALIZED:

MOTHER'S DATE OF BIRTH: OCT. 26, 1922
☐ MOTHER DECEASED
☑ MOTHER RESIDING AT: HONOLULU, HI
MOTHER RESIDED IN U.S. From: BIRTH To: PRESENT

**G**
☐ I WAS NEVER MARRIED
☑ I WAS LAST MARRIED ON (Date): MARCH 15, 1965
PRESENT FULL LEGAL NAME OF HUSBAND OR WIFE: LOLO SOETORO
HUSBAND'S OR WIFE'S PLACE OF BIRTH: BANDUNG, INDONESIA
HUSBAND'S OR WIFE'S DATE OF BIRTH: JAN. 2, 1935
☐ HUSBAND OR WIFE IS U.S. CITIZEN
☑ HUSBAND OR WIFE IS NOT U.S. CITIZEN
HUSBAND OR WIFE NOW RESIDING AT: DJAKARTA, INDONESIA

☑ MARRIAGE NOT TERMINATED
☐ MARRIAGE TERMINATED BY ☐ DEATH ☐ DIVORCE ON

**H**
PROPOSED TRAVEL PLANS
☑ I INTEND TO RETURN TO THE UNITED STATES WITHIN ___ MONTHS
___ YEARS TO ☐ RESIDE ☑ VISIT ☐ INDEFINITE
☐ I NEVER INTEND TO RETURN TO THE UNITED STATES
I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING REASON: RETURN TO INDONESIA SEPT. '75 TO COMPLETE DISSERTATION RESEARCH   PLAN TO FEB. 77

**I**
COMPLETE IF RETURNING TO U.S.
PORT OF DEPARTURE: DJAKARTA
DATE OF DEPARTURE: JUNE 16, 1976
NAME OF SHIP OR AIRLINE: PAN AM

**J**
WARNING: False statements made knowingly and willfully in passport applications or in affidavits or other supporting documents submitted therewith are punishable by fine and/or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 USC 1543. The use of a passport in violation of the restrictions contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 USC 1544.

I have not (and no other person included in the application has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person to be included in the passport or registration, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.

I solemnly swear (or affirm) that the statements made on all the pages of this application are true and that the photograph attached is a likeness of me and of those persons to be included in the passport.

(To be signed at same time by husband/wife to be included in passport)
(To be signed by Applicant in presence of person administering oath): S. Ann Dunham Soetoro

Subscribed and sworn to (affirmed) before me this ___ day of _____, 19__.

(Seal)   Alfred Harding IV
Consul _____ of the United States at Jakarta, Indonesia

IDENTIFYING DOCUMENTS SUBMITTED (See 8 FAM 243, Procedures)

P 5

**APPLICATION FOR ☒ PASSPORT ☐ REGISTRATION**

ALL entries in all sections that apply to you. If information is unknown, write "Unknown." Do not leave blank spaces. Use additional sheets where space provided is not adequate. PRINT OR TYPE ENTRIES.

POST LOCATION: Jakarta, Indonesia
POST ACTION:
PASSPORT ISSUED No. 23037221
Date 4/28/81
Expires 4/27/86
REGISTRATION APPROVED
Date _____
Expires _____
CARD OF IDENTITY AND REG. No. _____ Date _____

☐ $3 Application fee collected
☒ $10 Fee collected
☐ No Fee passport
☐ Official passport
☐ $5 fee collected (for card)
☐ 48-page ☐ 96-page passport

### TO BE COMPLETED BY ALL APPLICANTS

(First name) STANLEY  (Middle name) ANN  (Last name) DUNHAM

I, _____, a citizen of the United States, do hereby apply for (a passport) (registration).

SEX (M-F): F
BIRTHPLACE: WICHITA, KANSAS, U.S.A.
BIRTH DATE: Nov. 29 1942

APPLICANT'S EVIDENCE OF CITIZENSHIP:
☐ Birth Certificate  ☒ Passport
☐ Certificate of Naturalization or Citizenship
Date: 6/2/76
Bearer's Name: self
No.: Z2433100
Place: Jakarta
☐ Submitted Herewith
☒ Canceled & Returned
☐ Seen & Returned

HEIGHT: 5 Ft. ½ In.
COLOR OF HAIR: BROWN
COLOR OF EYES: BROWN
SOCIAL SECURITY NO.: 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

NOW RESIDING AT: Jalan Daksa I/14, Kebayoran Baru, Jakarta Selatan, Indonesia

MY LAST REGISTRATION AS A CITIZEN OF THE UNITED STATES WAS APPROVED
Location of Registering Office: _____
Date of Registration: _____

PERMANENT RESIDENCE: 1617 South Beretania, Apt. 1008, Hon., Hawaii

IN THE EVENT OF ACCIDENT OR DEATH NOTIFY:
Name in full: Stanley Dunham
Address: 1617 South Beretania, Apt. 1008, Honolulu, Hawaii
Relationship: Father
Phone No.: (808) 949-2317

HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES? ☐ Yes ☒ No

FATHER'S NAME: STANLEY DUNHAM
BIRTHPLACE: WICHITA, KANSAS, U.S.A.
BIRTH DATE: March 23, 1918
U.S. CITIZEN: ☒ Yes ☐ No

MOTHER'S MAIDEN NAME: MADELYN PAYNE
BIRTHPLACE: PERU, KANSAS, U.S.A.
BIRTH DATE: Oct. 26, '22
U.S. CITIZEN: ☒ Yes ☐ No

☒ I WAS LAST MARRIED ON March 5, '64
☐ I WAS NEVER MARRIED
TO (Wife's/Husband's full legal/maiden name): Lolo Soetoro, Maui, Hawaii

WIFE'S/HUSBAND'S BIRTHPLACE: Bandung, Indonesia
WIFE'S/HUSBAND'S BIRTH DATE: Jan. 2, 1936
U.S. CITIZEN: ☐ Yes ☒ No
☐ MARRIAGE NOT TERMINATED
☒ MARRIAGE TERMINATED BY ☐ DEATH ☒ DIVORCE ON Aug. 28, 1980

HAVE YOU OR ANYONE INCLUDED IN SECTION B OF THIS APPLICATION BEEN ISSUED OR INCLUDED IN A U.S. PASSPORT? ☒ Yes ☐ No
IF YES, SUBMIT PASSPORT. IF UNABLE TO SUBMIT MOST RECENT PASSPORT, STATE ITS DISPOSITION: Am submitting  No.: Z2433100  Issue Date: June 2, 1976

(PHOTO REQUIREMENTS FOR PERSONS TO BE INCLUDED)
Photos must be ONLY of persons to be included (other than passport bearer). When more than one person is to be included, a group photograph of the inclusions is required.

CONSULATE WILL STAPLE PHOTO OF INCLUSIONS HERE.

DO NOT IMPRESS SEAL ON PHOTOGRAPHS.

COMPLETE IF CHILDREN OR BROTHERS AND SISTERS UNDER AGE 13, AND/OR WIFE/HUSBAND, ARE TO BE INCLUDED AND SUBMIT PHOTO

(CONSULAR OFFICE USE ONLY) WIFE'S/HUSBAND'S EVIDENCE

WIFE'S/HUSBAND'S FULL LEGAL NAME: _____
BIRTHPLACE: _____  BIRTH DATE: _____
☐ Submitted Herewith  ☐ Canceled & Returned  ☐ Seen & Returned

CHILD(REN)'S NAME(S) IN FULL: _____
BIRTHPLACE(S): _____
BIRTH DATE(S): _____
CHILD(REN)'S EVIDENCE:
☐ Submitted Herewith  ☐ Canceled & Returned  ☐ Seen & Returned

I have not (and no other person included in this application has), since acquiring United States citizenship, performed any of the acts listed in section I on the reverse of this application form (unless explanatory statement is attached). I solemnly swear (or affirm) that the statements made on all of the pages of this application are true and the photograph(s) attached is (are) a likeness of me and of those persons to be included in the passport.

(SEAL) _____ S. Ann Dunham
(To be signed at same time by husband/wife to be included in passport)  (To be signed by Applicant in presence of person administering oath)

Subscribed and sworn to (affirmed) before me this 27 day of April 19 81.

Consul _____ of the United States at Jakarta, Indonesia
(Signature of person taking application)

OPTIONAL FORM 178 (FORMERLY FS-176)
(OVER - YOU MUST COMPLETE PAGE 2)
January 1978
Dept. of State

OF-178 1-78 PAGE

| C | TO BE COMPLETED BY AN APPLICANT WHO BECAME A CITIZEN THROUGH NATURALIZATION |||
|---|---|---|---|
| | IMMIGRATED TO THE U.S. (Month, year) | I RESIDED CONTINUOUSLY IN THE U.S. From (Year) To (Year) | NATURALIZATION CERTIFICATE NO.<br>☐ Submitted herewith<br>☐ Seen and returned<br>☐ Previously submitted |
| | PLACE NATURALIZED (City, state) | NATURALIZATION COURT | DATE NATURALIZED |

| D | TO BE COMPLETED BY ALL APPLICANTS ||
|---|---|---|
| | OCCUPATION<br>PROGRAM OFFICER, FORD FOUNDATION | VISIBLE DISTINGUISHING MARKS<br>none |

| E | WOMEN MUST COMPLETE FOLLOWING IF CHILDREN OF A PREVIOUS MARRIAGE ARE INCLUDED OR IF PREVIOUSLY MARRIED BEFORE MARCH 3, 1931 |||
|---|---|---|---|
| | I WAS PREVIOUSLY MARRIED ON | TO (Full legal name) | WHO WAS BORN AT (City, State, Country) |
| | ON (Date of birth) | ☐ FORMER HUSBAND WAS U.S. CITIZEN<br>☐ FORMER HUSBAND WAS NOT U.S. CITIZEN | PREVIOUS MARRIAGE TERMINATED BY ☐ DEATH ☐ DIVORCE<br>ON (Date) |

| F | COMPLETE IF APPLICANT OR ANY PERSON INCLUDED IN SECTION B WAS NOT BORN IN THE UNITED STATES AND CLAIMS CITIZENSHIP THROUGH PARENTS |||
|---|---|---|---|
| | ENTERED THE U.S. (Month) (Year)<br>☐ Applicant<br>☐ Wife<br>☐ Husband<br>☐ Child | IF FATHER NATURALIZED:<br>Date / Certificate No.<br>Before (Name of Court) / Place (City, State) | IF KNOWN, FATHER'S RESIDENCE PHYSICAL PRESENCE IN U.S.<br>From (Year) To (Year) |
| | RESIDENCE/CONTINUOUS PHYSICAL PRESENCE IN U.S. From (Year) To (Year)<br>☐ Applicant<br>☐ Wife<br>☐ Husband<br>☐ Child | IF MOTHER NATURALIZED:<br>Date / Certificate No.<br>Before (Name of Court) / Place (City, State) | IF KNOWN, MOTHER'S RESIDENCE PHYSICAL PRESENCE IN U.S.<br>From (Year) To (Year) |

| G | PROPOSED TRAVEL PLANS (Not Mandatory) |
|---|---|
| | I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING PERIOD AND PURPOSE<br>Two years contract with Ford Foundation from January 1981 - December 1982. |
| | I INTEND TO RETURN TO THE UNITED STATES PERMANENTLY TO RESIDE WITHIN ____ YEARS ____ MONTHS / DATE OF DEPARTURE |

| H | PRIVACY ACT STATEMENT |
|---|---|
| | The information solicited on this form is authorized by, but not limited to, those statutes codified in Titles 8, 18, and 22, United States Code, and all predecessor statutes whether or not codified, and all regulations issued pursuant to Executive Order 11295 of August 5, 1966. The primary purpose for soliciting the information is to establish citizenship, identity and entitlement to issuance of a United States Passport or related facility, and to properly administer and enforce the laws pertaining thereto.<br><br>The information is made available as a routine use on a need-to-know basis to personnel of the Department of State and other government agencies having statutory or other lawful authority to maintain such information in the performance of their official duties; pursuant to a subpoena or court order; and, as set forth in Part 6a, Title 22, Code of Federal Regulations (See Federal Register Volume 40, pages 45755, 45756, 47419 and 47420).<br><br>Failure to provide the information requested on this form may result in the denial of a United States Passport, related document or service to the individual seeking such passport, document or service.<br><br>NOTE: The disclosure of your Social Security Number or of the identity and location of a person to be notified in the event of death or accident is entirely voluntary. However, failure to provide this information may prevent the Department of State from providing you with timely assistance or protection in the event you should encounter an emergency situation while outside the United States. |

| I | ACTS OR CONDITIONS |
|---|---|
| | (If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person to be included in the passport, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)<br><br>I have not (and no other person included in this application has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.<br><br>WARNING: False statements made knowingly and willfully in passport applications or in affidavits or other supporting documents submitted therewith are punishable by fine and/or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 USC 1543. The use of a passport in violation of the restrictions contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 USC 1544. All statements and documents submitted are subject to verification. |

| J | (FOR USE OF OFFICE TAKING APPLICATION) ||||
|---|---|---|---|---|
| | APPLICANT'S IDENTIFYING DOCUMENT(S) || IDENTIFYING DOCUMENT(S) OF WIFE/HUSBAND TO BE INCLUDED IN PASSPORT ||
| | ☐ Certificate of Naturalization or Citizenship | No.: | ☐ Certificate of Naturalization or Citizenship | No.: |
| | ☐ Passport | Issue Date: | ☐ Passport | Issue Date: |
| | ☐ Driver's License | Place of Issue: | ☐ Driver's License | Place of Issue: |
| | ☐ Other (Specify): | Issued in Name of: | ☐ Other (Specify): | Issued in Name of: |

☆ U.S. Government Printing Office: 1977—261-647/3239

APPLICATION FOR PASSPORT BY MAIL

P 6

URGENT

**IDENTIFYING INFORMATION**

FIRST/MIDDLE: STANLEY ANN
LAST: DUNHAM

MR3IG 155268

MAILING ADDRESS: 1512 SPRECKELS ST. APT. 402 HONOLULU, HAWAII 96822

WILL CALL 4/1

PLACE OF BIRTH: WICHITA, KANSAS USA
DATE OF BIRTH: 11 29 42
SOCIAL SECURITY NUMBER: 535408526

HEIGHT: 5'6"   HAIR: BROWN   EYES: BROWN   HOME PHONE: 8089428454

MOST RECENT PASSPORT: Z3037221   ISSUE DATE: 4 27 81   OCCUPATION: CONSULTANT   DEPARTURE DATE: APRIL 6, 8

# 4/9/86 - ppt mailed to perm.
address per her written request - attached

PERMANENT ADDRESS: 1512 SPRECKELS ST APT 402 HONOLULU, HI

**PROPOSED TRAVEL PLANS AND EMERGENCY ADDRESS**

LENGTH OF STAY: 1 WEEK   COUNTRIES TO BE VISITED: PHILIPPINES

PERSON TO NOTIFY IN CASE OF EMERGENCY:
NAME: STANLEY ANN MADELYN DUNHAM
ADDRESS: 1617 S. BERETANIA #1008
PHONE: 8089492317   RELATIONSHIP: PARENTS

X March 27, 1986        X Stanley Ann Dunham

Z3037231  4/27/81  Jakarta

3/27/86

My trip was delayed by 1 month.
Please mail my passport to

S. ANN DUNHAM
1512 SPRECKELS ST.
APT 402
HONOLULU, HI 96822

*Stanley Ann Dunham*          PH 942-8454

RECEIVED APR - 9 1986 Honolulu Passport Agency

# Exhibit 18

Letter from California State Bar

deeming the matter of forgery of Barack Obama's IDs

to be the matter of national security

**THE STATE BAR OF CALIFORNIA**

1149 SOUTH HILL STREET, LOS ANGELES, CALIFORNIA 90015-2299

OFFICE OF THE CHIEF TRIAL COUNSEL
INTAKE
Dane Dauphine, Assistant Chief Trial Counsel

TELEPHONE (213) 765-1000
FAX (213) 765-1168
http://www.calbar.ca.gov

July 16, 2012

Orly Taitz
29839 Santa Margarita Pkwy, Ste 100
Rancho Santa Marga, CA 92688

RE:  Inquiry Number:   12-10444
     Respondent:       Scott Tepper

Dear Ms. Taitz:

An attorney for the State Bar's Office of the Chief Trial Counsel has reviewed your complaint against Scott Tepper to determine whether there are sufficient grounds for proceeding to prosecute a possible violation of the State Bar Act and/or Rules of Professional Conduct.

You informed us that Mr. Tepper who is admitted pro hac vice in Mississippi submitted forged documents regarding President Obama's birth certificate to the federal court. You state that Mr. Tepper submitted the forged documents to defraud U.S. District Judge Henry Travillion Wingate and Honorable Magistrate Judge Linda R. Anderson and the public.

Based on our evaluation of the information provided, we are closing your file. The issue you raised is best addressed by the court hearing the matter. The State Bar cannot determine the validity of the document that was presented to the court. Your complaint also concerns a matter of national security which is beyond the scope of the State Bar. You have properly raised your concerns with the District Attorney and the Department of Justice.

For these reasons, the State Bar is closing this matter.

If you have any questions or disagree with the decision to close your complaint or have new information or other allegations not included in your initial complaint, you have two options. For immediate assistance, the first option is to speak directly with a Complaint Analyst. You may leave a voice message with S. Chen at (213) 765-1285. Be sure to clearly identify the lawyer complained of, the case number assigned, and your telephone number including the area code in your voice message. The Complaint Analyst will return your call within 2 business days.

The second option is to request the State Bar's Audit & Review Unit to review your complaint. An attorney may re-open your complaint if he or she determines that you presented new, significant evidence about your complaint or that the State Bar closed your complaint without any basis. You must submit your request for review with the new evidence or a showing that closing your complaint was made without any basis. To request review, you must submit your request in writing, together with any new evidence, post-marked within **90 days of the date of this letter**, to:

Orly Taitz
July 16, 2012
Page 2

>State Bar of California,
>Audit & Review Unit,
>1149 South Hill Street
>Los Angeles, CA 90015-2299.

**Please note that telephonic requests for review will not be accepted.**

The State Bar cannot give you legal advice. If you wish to consult an attorney about any other remedies available to you, the Los Angeles County Bar Association can provide the names of attorneys who may be able to assist you. The county bar association's contact information is: Los Angeles County Bar Association, P.O. Box 55020, Los Angeles, CA 90055-2020 (213) 243-1525.

Thank you for bringing your concerns to the attention of the State Bar.

Very truly yours,

William Stralka
Deputy Trial Counsel

Exhibit 19

DVD, presenting Transcript of Media presentation of witness testimony and evidence in the case No.: S12D1180 in Supreme Court of Georgia.

DVD is sent separately by mail.