# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SACV 09-0082-DOC (ANx)            Date: August 24, 2012
Title: PAMELA BARNETT, ET AL. V. BARACK OBAMA, ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

| NONE PRESENT | NONE PRESENT |
|---|---|

PROCEEDING (IN CHAMBERS): **TAKING MATTER UNDER SUBMISSION**

       Before the Court is a Rule 60 Motion For Reconsideration (Docket 130) filed by Plaintiffs. The Court finds this matter appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15.

       Accordingly, the hearing set for September 10, 2012, at 8:30 a.m. is removed from the calender. Parties will be served with the Court's ruling.

       The Clerk shall serve a copy of this minute order on counsel for all parties in this action.