

THE STATE BAR
OF CALIFORNIA

1149 SOUTH HILL STREET, LOS ANGELES, CALIFORNIA 90015-2299

OFFICE OF THE CHIEF TRIAL COUNSEL
INTAKE
Dane Dauphine, Assistant Chief Trial Counsel

TELEPHONE: (213) 765-1000
FAX: (213) 765-1168
http://www.calbar.ca.gov

July 16, 2012

Orly Taitz
29839 Santa Margarita Pkwy, Ste 100
Rancho Santa Marga, CA 92688

RE:  Inquiry Number:   12-10444
     Respondent:       Scott Tepper

Dear Ms. Taitz:

An attorney for the State Bar's Office of the Chief Trial Counsel has reviewed your complaint against Scott Tepper to determine whether there are sufficient grounds for proceeding to prosecute a possible violation of the State Bar Act and/or Rules of Professional Conduct.

You informed us that Mr. Tepper who is admitted pro hac vice in Mississippi submitted forged documents regarding President Obama's birth certificate to the federal court. You state that Mr. Tepper submitted the forged documents to defraud U.S. District Judge Henry Travillion Wingate and Honorable Magistrate Judge Linda R. Anderson and the public.

Based on our evaluation of the information provided, we are closing your file. The issue you raised is best addressed by the court hearing the matter. The State Bar cannot determine the validity of the document that was presented to the court. Your complaint also concerns a matter of national security which is beyond the scope of the State Bar. You have properly raised your concerns with the District Attorney and the Department of Justice.

For these reasons, the State Bar is closing this matter.

If you have any questions or disagree with the decision to close your complaint or have new information or other allegations not included in your initial complaint, you have two options. For immediate assistance, the first option is to speak directly with a Complaint Analyst. You may leave a voice message with S. Chen at (213) 765-1285. Be sure to clearly identify the lawyer complained of, the case number assigned, and your telephone number including the area code in your voice message. The Complaint Analyst will return your call within 2 business days.

The second option is to request the State Bar's Audit & Review Unit to review your complaint. An attorney may re-open your complaint if he or she determines that you presented new, significant evidence about your complaint or that the State Bar closed your complaint without any basis. You must submit your request for review with the new evidence or a showing that closing your complaint was made without any basis. To request review, you must submit your request in writing, together with any new evidence, post-marked within **90 days of the date of this letter,** to:

Orly Taitz
July 16, 2012
Page 2

                         State Bar of California,
                         Audit & Review Unit,
                         1149 South Hill Street
                    Los Angeles, CA 90015-2299.

**Please note that telephonic requests for review will not be accepted.**

The State Bar cannot give you legal advice. If you wish to consult an attorney about any other remedies available to you, the Los Angeles County Bar Association can provide the names of attorneys who may be able to assist you. The county bar association's contact information is: Los Angeles County Bar Association, P.O. Box 55020, Los Angeles, CA 90055-2020 (213) 243-1525.

Thank you for bringing your concerns to the attention of the State Bar.

Very truly yours,

William Stralka
Deputy Trial Counsel